IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | 9:23-CR-80211 |
| | ) | |
| ROBERT LEON SMITH III, | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR STATUS CONFERENCE AND EXTENSION OF TIME TO FILE PROPOSED SCHEDULING ORDER**

Defendant Robert Leon Smith III, through undersigned counsel, hereby files this unopposed motion for a status conference and for an extension of time for the parties to file proposed scheduling orders, and shows as follows:

On December 13, 2023, a Federal Grand Jury sitting in the Southern District of Florida returned an indictment charging Smith with conspiracy to commit health care fraud and wire fraud in violation of 18 U.S.C. § 1349 and other related offenses. The Court held Mr. Smith's initial appearance on December 15, 2023, and scheduled Mr. Smith's arraignment and report re: counsel hearing for January 4, 2024. The parties jointly requested a continuance of the arraignment through January 19, 2024, to allow

Defendant sufficient time to retain counsel of his choice. Defendant finalized arrangements with Brian T. Rafferty as counsel, and Mr. Rafferty's Motion for Admission Pro Hac Vice in the case was granted on January 12, 2024.

On February 14, 2024, this Court granted a joint motion for a continuance of the trial date, and reset the trial for March 24, 2025. *Doc. 24.* The Court further directed the parties to file a proposed scheduling order within 45 days. *Id.*

Pursuant to the Court's Order, the parties have conferred and largely reached agreement on the scheduling order, and were prepared to file proposed scheduling orders by the Court's deadline. However, beginning on March 8, 2024, Defendant Smith filed several pro se filings in this case. *See, e.g., Docs.* 25-27. On March 11, 2024, in response to these pro se filings, the Court issued an Order reminding Defendant Smith that he is represented by counsel and that he should not be filing items with the Court on his own. *Doc.* 28.

Despite the Court's Order directing Defendant Smith to not file any items with the Court on his own, Defendant Smith filed another pro se filing with the Court today. *Doc.* 30.

Because it is unclear at this time if Defendant Smith wishes to proceed pro se or with the undersigned as his counsel in this matter, the undersigned counsel seeks a status conference to clarify representation of Defendant Smith in this matter.

Additionally, the undersigned seeks an extension of time for the parties to file proposed scheduling orders in this matter, until after the representation of Defendant Smith by the undersigned has been clarified with the Court.

Mr. Rafferty conferred with Trial Attorney Andrea Savdie about this motion, and Ms. Savdie indicated she has no objection on behalf of the government.

WHEREFORE, Robert Leon Smith III, through counsel, respectfully requests that the Court: (1) schedule a status conference regarding Defendant Smith's representation by counsel in this matter; and (2) extend the deadline for the parties to file proposed scheduling orders until after the representation of Defendant Smith by the undersigned has been clarified with the Court.

Date: March 29, 2024

        Respectfully Submitted,

        */s/David Hass, Esq.*
        David Hass, Esq.
        FL Bar No. 0494674
        david@haaslawpllc.com

        Haas Law, PLLC
        201 S. Orange Ave, Ste. 1017
        Orlando, FL. 32801
        O 407.755.7675
        www.haaslawpllc.com

        */s/ Brian T. Rafferty*
        BRIAN T. RAFFERTY
        Georgia Bar No. 311903

        RAFFERTY LAW, LLC
        1575 Johnson Road NE
        Atlanta, Georgia 30306
        (912) 658-0912
        brian@raffertylawfirm.com

        Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the United States District Court for the Southern District of Florida by way the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

This 29th day of March, 2024.

<em>/s/David Hass, Esq.</em><br>
David Hass, Esq.<br>
FL Bar No. 0494674