IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                        ) | 9:23-CR-80211 |
| ) | |
| ROBERT LEON SMITH III,    ) | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR STATUS CONFERENCE AND EXTENSION OF TIME TO FILE PROPOSED SCHEDULING ORDER**

THIS CAUSE having come before the Court on Defendant's Unopposed Motion for a Status Conference and Extension of Time to File Proposed Scheduling Order.  The Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED THAT:

The Motion is GRANTED.  This matter is scheduled for a status conference regarding Defendant Smith's representation by counsel in this matter on _____; and (2) the deadlines for the parties to file proposed scheduling orders are continued until after the representation of Defendant Smith by the undersigned has been clarified with the Court.

.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_\_ day of _____, 2024.

_____

United States District Judge

Copies furnished to: All Counsel of Record