creator: robert-leon; house of smith

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH



FILED BY_____ D.C.

APR 12 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UITED STATES OF AMERICA, INC. ]  Case No. 23-80211-CR-MARRA/MCCABE
    Plaintiff in Error ]
          ]
          ]
We the People      ]
    Respondent in Error ]

### War Crimes

## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

As a direct descendant of the founders of the Constitution for the United States of America and as one of "the Posterity" found in the preamble, by right of blood, I hereby declare;

1. Evan Schlom is an attorney for the United States Department of "Justus", and deemed to know the law, and is a ringleader in all of the felonies described herein
*"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100. "Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398*

*"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Stewart, 284 F. Supp. 94*

2. Evan Schlom knows that properly applying the facts to the law is NOT discretionary *(Walker v Packer, 827 S.W.sd 833, 840 (Tex. 1992))* and misapplying the facts to the law in a matter is an abuse of discretion and Official Oppression.

3. I have reason to believe and do believe that Evan Schlom is engaging in War Crimes in violation of 18 United States Code § 2441
(a)OFFENSE.—*Whoever, whether inside or outside the United States, commits a <u>war crime</u>, in any of the circumstances described in subsection (b), shall be fined under this title or imprisoned for life or any term of years, or both, and if death results to the victim, shall also be subject to the penalty of death.*
**(b)CIRCUMSTANCES.—**
*The circumstances referred to in subsection (a) are that the person committing such <u>war crime</u> or the victim of such <u>war crime</u> is a member of the Armed Forces of the United States or a national of the United States (as defined in section 101 of the <u>Immigration and Nationality Act</u>).*
*(c)DEFINITION.—As used in this section the term "<u>war crime</u>" means any conduct—*
*(1) defined as a grave breach in any of the international conventions signed at Geneva 12 August 1949, or any protocol to such convention to which the United States is a party;*
*(2) prohibited by Article 23, 25, 27, or 28 of the Annex to the Hague Convention IV, Respecting the Laws and Customs of War on Land, signed 18 October 1907;*

*(3)* which constitutes a <u>grave breach of common Article 3</u> (as defined in subsection (d)) when committed in the context of and in association with an armed conflict not of an international character; or

*(4)* of a person who, in relation to an armed conflict and contrary to the provisions of the Protocol on Prohibitions or Restrictions on the Use of Mines, Booby-Traps and Other Devices as amended at Geneva on 3 May 1996 (Protocol II as amended on 3 May 1996), when the United States is a party to such Protocol, willfully kills or causes serious injury to civilians.

*(d)*COMMON ARTICLE 3 VIOLATIONS.—

*(1)*PROHIBITED CONDUCT.—In subsection (c)(3), the term "<u>grave breach of common Article 3</u>" means any conduct (such conduct constituting a <u>grave breach of common Article 3</u> of the international conventions done at Geneva August 12, 1949), as follows:

*(A)*<u>Torture.—The act of a person who commits, or conspires or attempts to commit, an act specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control for the purpose of obtaining information or a confession, punishment, intimidation, coercion, or any reason based on discrimination of any kind.</u>

*(B)*<u>Cruel or inhuman treatment.—The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control.</u>

*(C)*<u>Performing biological experiments.—The act of a person who subjects, or conspires or attempts to subject, one or more persons within his custody or physical control to biological experiments without a legitimate medical or dental purpose and in so doing endangers the body or health of such person or persons.</u>

*(D)*Murder.—The act of a person who intentionally kills, or conspires or attempts to kill, or kills whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause.

*(E)*Mutilation or maiming.—The act of a person who intentionally injures, or conspires or attempts to injure, or injures whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause, by disfiguring the person or persons by any mutilation thereof or by permanently disabling any member, limb, or organ of his body, without any legitimate medical or dental purpose.

*(F)*<u>Taking hostages.—The act of a person who, having knowingly seized or detained one or more persons, threatens to kill, injure, or continue to detain such person or persons with the intent of compelling any nation, person other than the hostage, or group of persons to act or refrain from acting as an explicit or implicit condition for the safety or release of such person or persons.</u>

*(2)*DEFINITIONS.—In the case of an offense under subsection (a) by reason of subsection (c)(3)—

*(A)* the term "<u>severe mental pain or suffering</u>" shall be applied for purposes of paragraphs (1)(A) and (1)(B) in accordance with the meaning given that term in <u>section 2340(2) of this title;</u>

*(B)* the term "<u>serious bodily injury</u>" shall be applied for purposes of paragraph (1)(F) in accordance with the meaning given that term in <u>section 113(b)(2) of this title;</u>

*(C)* the term "<u>sexual contact</u>" shall be applied for purposes of paragraph (1)(G) in accordance with the meaning given that term in <u>section 2246(3) of this title;</u>

*(D)*the term "<u>serious physical pain or suffering</u>" shall be applied for purposes of paragraph (1)(B) as meaning bodily injury that involves—

*(i)* a substantial risk of death;

*(ii)* extreme physical pain;

*(iii)* a burn or physical disfigurement of a serious nature (other than cuts, abrasions, or bruises); or

*(iv)* significant loss or impairment of the function of a bodily member, organ, or mental faculty; and

*(E)*the term "serious mental pain or suffering" shall be applied for purposes of paragraph (1)(B) in accordance with the meaning given the term "<u>severe mental pain or suffering</u>" (as defined in <u>section 2340(2) of this title</u>), except that—

*(i)* the term "serious" shall replace the term "severe" where it appears; and

*(ii) as to conduct occurring after the date of the enactment of the <u>Military Commissions Act of 2006</u>, the term "serious and non-transitory mental harm (which need not be prolonged)" shall replace the term "prolonged mental harm" where it appears.*
**(5)DEFINITION OF GRAVE BREACHES.—** *The definitions in this subsection are intended only to define the grave breaches of common Article 3 and not the full scope of United States obligations under that Article. 18 USC § 2441 War Crimes*

4.      Evan Schlom is required to know that there is a minor estate Treasury Direct Account

*Entity means any owner of a Treasury Direct account that is not an individual. Entity is a sole proprietorship, partnership, corporation, limited liability company or professional limited liability company, trust, the estate of a decedent, <u>or the estate of a living person such as an incompetent or a minor</u>. Minor means an individual under the age of 18 years. <u>The term minor is also used to refer to an individual who has attained the age of 18 years but has not yet taken control of the securities contained in his or her minor account.</u> 31 CFR 363.6*

that was created by fraud and deception, in violation of their Code of Law for the District of Columbia Title 18 USC Section 1001

*(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—
(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
(2) makes any materially false, fictitious, or fraudulent statement or representation; or
(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;
shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.
(b) Subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations, writings or documents submitted by such party or counsel to a judge or magistrate in that proceeding.
(c) With respect to any matter within the jurisdiction of the legislative branch, subsection (a) shall apply only to—
(1) administrative matters, including a claim for payment, a matter related to the procurement of property or services, personnel or employment practices, or support services, or a document required by law, rule, or regulation to be submitted to the Congress or any office or officer within the legislative branch; or
(2) any investigation or review, conducted pursuant to the authority of any committee, subcommittee, commission or office of the Congress, consistent with applicable rules of the House or Senate.*

5.      Evan Schlom is required to know there was no disclosure that Securities were being created when the Respondent in Error was born, and, there was no disclosure that the Respondent in Error was being sold into slavery for a debt as found in their Code of Law for the District of Columbia Title 15 USC Section 77b – Definitions; promotions of efficiency, competition, and capital formation

*<u>(1) The term "security" means</u> any note, stock, treasury stock, security future, security-based swap, bond, debenture<u>, evidence of indebtedness,</u> certificate of interest or participation in any profit-sharing agreement, collateral-trust certificate, preorganization certificate or subscription, transferable share, investment contract, voting-trust certificate, certificate of deposit for a security, fractional undivided interest in oil, gas, or other mineral rights, any put, call, straddle, option, or privilege on any security, certificate of deposit, or group or index of securities (including any interest therein or based on the value thereof), or any put, call, straddle, option, or privilege entered into on a national securities exchange relating to foreign currency, or, in general, any interest or instrument commonly known as a "security", or any certificate of interest or participation in, temporary or interim certificate for, receipt for, guarantee of,*

*or warrant or right to subscribe to or purchase, any of the foregoing. 15 USC 77b Definitions; promotions of efficiency, competition, and capital formation*

6. Evan Schlom is required to know all regulations are for "property of the United States"

*"The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States;...." Article IV, Section 3, Clause 2, Constitution for the United States of America*

and the Code of Federal Regulations Title 31, Section 363.6 is evidence that Securities were created by fraud and deception, when the Respondent in Error was born, which means the Respondent in Error was born into slavery, because a slave is property, and Evan Schlom is required to  know the fraudulent Securities are deposited into a Treasury Direct Account and that account exists to this day, and they lie and cheat and steal and engage in fraud and deception when they criminally convert your name into ROBERT LEON SMITH III (in my case) which originated with the Roman Cult as a "use" which is short for a usufruct

*"Yet still it was found difficult to set bounds to ecclesiastical ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the use of the religious houses; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, who was held by the courts of equity (then under the direction of the clergy) to be bound in conscience to account [taxes] to his cestui que use for the rents and emoluments of the estate: and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing." Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain [emphasis added]*

and is also found under the Code of Law for the District of Columbia

*"Chap. 854. – An Act to establish a code of law for the District of Columbia." which was Approved on March 3, 1901, by the Fifty-Sixth Congress, Session II, at 31 Stat. 1189, and at 2, where it says;*
*"And be it further enacted, That in the interpretation and construction of said code the following rules shall be observed namely:...*
*"Third. The word "person" shall be held to apply to partnerships and corporations, ...", [emphasis added]*

*"The Legal Estate to be in Cestui Que Use" Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432*

which is a nom de guerre fictitious War Name because they are making War on you

*"Under International Law of Warfare, all parties to a cause must appear by nom de guerre, because an "alien enemy cannot maintain an action during the war in his own name". Merriam-Webster Dictionary, pg. 1534*

*"A mixed war is one which is made on one side by public authority, and the other by mere private persons." Black's Law Dictionary 5th Ed., page 1420*

and they presume you are dead

*Chapter three – Absence for Seven Years, in Sec. 252, at 31 Stat. 1230, where it says;*
*"SEC. 252. PRESUMPTION OF DEATH. - If any person shall leave his domicile without any known intention of changing the same, and shall not return or be heard from for seven years from the time of his so leaving, he shall be presumed to be dead, in any case wherein his death shall come in question, unless proof be made that he was alive within that time.,*

which means they want the Respondent in Error dead so Evan Schlom and his thieving bankster buddies, and their Roman Cult handlers can pillage all of the fake money from the Treasury Direct Account under the <u>Hague Convention Concerning the International Administration of the Estates of Deceased Persons</u>, concluded 2 October 1973,

which means Evan Schlom and his Roman Cult BAR member scum intend to facilitate the Respondent in Error's murder in violation of their Code of Law for the District of Columbia Title 18 Section 1113 Attempt to Commit Murder or Manslaughter

*Except as provided in section 113 of this title, whoever, within the special maritime and territorial jurisdiction of the United States, attempts to commit murder or manslaughter, shall, for an attempt to commit murder be imprisoned not more than twenty years or fined under this title, or both, and for an attempt to commit manslaughter be imprisoned not more than seven years or fined under this title, or both. 18 USC 1113 Attempted Murder*

*(a) Manslaughter is the unlawful killing of a human being without malice. It is of two kinds:*
*Voluntary—Upon a sudden quarrel or heat of passion.*
*Involuntary—In the commission of an unlawful act not amounting to a felony, or in the commission in an unlawful manner, or without due caution and circumspection, of a lawful act which might produce death.*
*(b) Within the special maritime and territorial jurisdiction of the United States,*
*Whoever is guilty of voluntary manslaughter, shall be fined under this title or imprisoned not more than 15 years, or both;*
*Whoever is guilty of involuntary manslaughter, shall be fined under this title or imprisoned not more than 8 years, or both. 18 USC 1112 Manslaughter*

7.     In the event the Respondent in Error turns up dead, then Evan Schlom is guilty of murder in violation of their Code of Law for the District of Columbia Title 18 Section 1111 Murder

*<u>(a) Murder is the unlawful killing of a human being with malice aforethought.</u> Every murder perpetrated by poison, lying in wait, or any other kind of willful, deliberate, malicious, and premeditated killing; or committed in the perpetration of, or attempt to perpetrate, any arson, escape, murder, kidnapping, treason, espionage, sabotage, aggravated sexual abuse or sexual abuse, child abuse, burglary, or robbery; or perpetrated as part of a pattern or practice of assault or torture against a child or children; or perpetrated from a premeditated design unlawfully and maliciously to effect the death of any human being other than him who is killed, is murder in the first degree.*
*<u>Any other murder is murder in the second degree.</u>*
*(b) Within the special maritime and territorial jurisdiction of the United States,*
*<u>Whoever is guilty of murder in the first degree shall be punished by death or by imprisonment for life;</u>*
*<u>Whoever is guilty of murder in the second degree, shall be imprisoned for any term of years or for life.</u>*
*(c) For purposes of this section—*
*(1) the term "assault" has the same meaning as given that term in section 113;*
*(2) the term "child" means a person who has not attained the age of 18 years and is—*
*(A) under the perpetrator's care or control; or*
*(B) at least six years younger than the perpetrator;*
*(3) the term "child abuse" means intentionally or knowingly causing death or serious bodily injury to a child;*
*(4) the term "pattern or practice of assault or torture" means assault or torture engaged in on at least two occasions;*
*(5) the term "serious bodily injury" has the meaning set forth in section 1365; and*
*(6) the term "torture" means conduct, whether or not committed under the color of law, that otherwise satisfies the definition set forth in section 2340(1). 18 USC 1111 Murder*

and Evan Schlom's deliberate, calculated actions in this matter show he intends to facilitate the Respondent in Error's murder in a conspiracy to commit murder in violation of his Code of Law for the District of Columbia Title 18 Section 1117
*If two or more persons conspire to violate section 1111, 1114, 1116, or 1119 of this title, and one or more of such persons do any overt act to effect the object of the conspiracy, each shall be punished by imprisonment for any term of years or for life. 18 USC 1117 Conspiracy to Commit Murder*

and Evan Schlom intends to bring the District of Columbia outside "(not exceeding ten Miles square)" on me in violation of Article 1, Section 8, Clause 17
*"To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings;—And" Article 1, Section 8, Clause 17, Constitution for The United States of America*

with his minor estate scam
*Entity means any owner of a Treasury Direct account that is not an individual. Entity is a sole proprietorship, partnership, corporation, limited liability company or professional limited liability company, trust, the estate of a decedent, or the estate of a living person such as an incompetent or a minor. Minor means an individual under the age of 18 years. The term minor is also used to refer to an individual who has attained the age of 18 years but has not yet taken control of the securities contained in his or her minor account. 31 CFR 363.6*

under the Commerce Clause (Article 1, Section 8, Clause 3), with Congress' plenary dictatorship jurisdiction
*"In other words Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union" National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)*

*"plenary jurisdiction. A court's full and absolute power over the subject matter and the parties in a case." Black's Law Dictionary 8th Edition, page 2495 [emphasis added]*

*"plenary 1. Full; complete; entire." Black's Law Dictionary, 9th Edition, page 1273*

*"PLENARY. Full; complete. In the courts of admiralty, and in the English ecclesiastical courts, causes or suits in respect of the different course of proceedings in each are termed plenary or summary. Plenary, or full and formal, suits are those in which the proceedings must be full and formal; the term summary is applied to those causes where the proceedings are more succinct and less formal. 2 Chitty, Pr. 481." Bouvier's Law Dictionary, Third Revision, 8th Edition, Volume 2, Page 2612*

*"Plenary - A plenary power or plenary authority is a complete and absolute power to take action on a particular issue, with no limitations. It is derived from the Latin term plenus," Wikipedia*

*"Plenary Power - Complete power over a particular area with no limitations. This term is often used to describe the Commerce Power of Congress. Under the Commerce Clause (Article I, Section 8, Clause 3) Congress is granted full power over interstate commerce. The Court has found that states are not able to pass laws affecting interstate commerce without the permission of Congress." Legal Information Institute*

in violation of Evan Schlom's Code of Law for the District of Columbia Title 18 USC Section 1584 Sale into Involuntary Servitude

*(a) Whoever knowingly and willfully holds to involuntary servitude or sells into any condition of involuntary servitude, any other person for any term, or brings within the United States any person so held, shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.*

*(b) Whoever obstructs, attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be subject to the penalties described in subsection (a). 18 USC 1584 Sale Into Involuntary Servitude*

and in violation of Evan Schlom's Code of Law for the District of Columbia Title 18 USC Section 1583 Enticement into Slavery

*(a) Whoever—*

*(1) kidnaps or carries away any other person, with the intent that such other person be sold into involuntary servitude, or held as a slave;*

*(2) entices, persuades, or induces any other person to go on board any vessel or to any other place with the intent that he or she may be made or held as a slave, or sent out of the country to be so made or held; or*

*(3) obstructs, or attempts to obstruct, or in any way interferes with or prevents the enforcement of this section,*

*shall be fined under this title, imprisoned not more than 30 years, or both.*

*(b) Whoever violates this section shall be fined under this title, imprisoned for any term of years or life, or both if—*

*(1) the violation results in the death of the victim; or*

*(2) the violation includes kidnaping, an attempt to kidnap, aggravated sexual abuse, an attempt to commit aggravated sexual abuse, or an attempt to kill.*

because everybody held in a prison is a slave of the state

*"He [the prisoner] has as a consequence of his crime, not only forfeited his liberty but all his personal rights except those which the law in its humanity affords him. He is for the time being a slave of the state." 62 Va. (21 Gratt.) 790, 796 (1871)*

and Evan Schlom is using capitus diminutio maxima under Roman Law

*"Capitis Diminutio (meaning the diminishing of status through the use of capitalization) In Roman law. A diminishing or abridgment of personality; a loss or curtailment of a man's status or aggregate of legal attributes and qualifications."*

*"Capitis Diminutio Maxima (meaning a maximum loss of status through the use of capitalization, e.g. HANNAH, WITH THE UNKNOWN LAST NAME or DOE JOHN) - The highest or most comprehensive loss of status. This occurred when a man's condition was changed from one of freedom to one of bondage, when he became a slave. It swept away with it all rights of citizenship and all family rights." Black's Law Dictionary 4th Edition [emphasis added]*

which is proof of Evan Schlom's intent to enslave the Respondent in Error, and Evan Schlom's (bought and paid for) clerks selling their "justus" in the inferior Courts of limited Jurisdiction / Executive Agencies are using your Roman Cult cestui que usufruct / minor estate to sell the Respondent in Error into involuntary servitude.

8.    Evan Schlom required to know that he gets paid in fake money / Federal Reserve Notes which are forced loans and military scrip

*"The forced loans of 1862 and 1863, in the form of legal tender notes, were vital forces in the struggle for national supremacy. They formed a part of the public debt of the United States, ..." Julliard v. Greenman, 110 US 432*

*This rule does not interfere with the right of the victorious invader to tax the people or their property, to levy forced loans, to billet soldiers, or to appropriate property, especially houses, lands, boats or ships, and churches, for temporary and military uses. Article 37, Clause 2, General Orders 100 (Lieber Code)*

and they are required to know that the occupying power are US citizens (foreign) to Texas and Florida with their US citizen military troops to enforce the martial law
*U.S. citizenship is a requirement to be licensed as a peace officer in Texas. Texas Commission on Law Enforcement  (Commission Rule (§217.1(a)(18))*

and they are required to know that Texas, Florida, and United States statutes, are edicts under Martial Law
*"NOTE: Under the Law-Martial, only the criminal jurisdiction of a Military Court is the recognized law. But as Article Three says, "the civil courts can continue wholly or in part as long as the civil jurisdiction does not violate the Military orders laid down by the Commander in Chief or one of his Commanders." By this means; a military venue, jurisdiction, and authority are imposed upon the occupied populace under disguise of the ordinary civil courts and officers of the occupied district or region, because the so-called civil authorities in an occupied district, or region, only act at the pleasure of a military authority.*
*It should also be noted here that the several State Legislatures, County Boards of Commissioners, and City Councils, are constantly legislating to please the edicts of the federal government (the occupying force) and that their legislation, in this sense, is not an exercise of State sovereignty, but instead, a compliance with edicts of the military force which occupies the several States and consequently are edicts of Martial Law Rule." Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court [emphasis added*

*Military jurisdiction is of two kinds: First, that which is conferred and defined by statute; second, that which is derived from the common law of war. Military offenses under the statute law must be tried in the manner therein directed; but military offenses which do not come within the statute must be tried and punished under the common law of war. The character of the courts which exercise these jurisdictions depends upon the local laws of each particular country.*
*In the armies of the United States the first is exercised by courts-martial, while cases which do not come within the "Rules and Articles of War," or the jurisdiction conferred by statute on courts-martial, are tried by military commissions. Article 13 General Orders 100 (Lieber Code)*

9.      Evan Schlom intends that his screened for low intelligence, and a propensity for aggressive behavior his District of Columbia corporate UNITED STATES OF AMERICA to unlawfully arrest the Respondent in Error, under color of the Minor Estate to facilitate the Respondent in Error's murder, because the Respondent in Error DOES have a right to resist any unlawful arrest with lethal force if necessary, as evidenced by The Amistadt where the people killed all of their captors except for one because they did NOT know how to sail and they demanded that the one survivor take them back to Africa and where the Supreme Court of the United States dismissed the murder charges and ordered them to be returned to Africa, **United States v. Schooner Amistad, 40 U.S. (15 Pet.) 518 (1841)**
*"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that "a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation." There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, "If there be any remedy at all ... it is a remedy never provided for by human institutions." That was the "ultimate*

*right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice."
(From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading
of the decision in the case by Justice Joseph Story of the Supreme Court.*

because when the Respondent in Error exercises his right to resist their unlawful arrest, with lethal force if necessary, they will then have an excuse to murder the Respondent in Error, as evidenced by the Youtube video of Farmington, Utah military police murdering Chase Allen for having a home made plate on an automobile, which is a win-win-win scenario for Evan Schlom and his Bankster buddies and their Roman Cult handlers because when the Respondent in Error turns up dead, they get to pillage all of the fake money in the Treasury Direct Account for the Minor Estate under the <u>Hague Convention Concerning the International Administration of the Estates of Deceased Persons</u>, concluded 2 October 1973

10.     Evan Schlom is wringing his hands thinking about the fake money he and his bankster buddies and his Roman Cult handlers will get to pillage from Smith's Minor Estate Treasury Direct Account, after almost 5 years Evan Schlom is taking reprisals for political beliefs which is a war crime with the scheme and conspiracy of his and his cowards buddies he fabricated, threatened and intimidated anyone he could.  Evan Schlom knows there was no lawful reason to bring a case to their so-called Court.  Evan Schlom and his (bought and paid for) Clerks masquerading as Judges / military commissioners love to shed innocent blood for their Roman Cult God BAAL.

11.     Evan Schlom is engaged in War Crimes by coercing information from the Respondent in Error and from third parties with their forced impecuniosity interrogatory, and their forced fingerprinting, and their forced identification
*"No physical or moral coercion shall be exercised against protected persons, in particular to obtain information from them or from third parties." Article 31, Geneva Convention Relative to the Treatment of Civilians in a Time of War of 1949*

are taking the Respondent in Error hostage for their Roman cult minor estate in violation of Article 34, of the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949
*The taking of hostages is prohibited. Article 34, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

pillaged the Respondent in Error's right to bear arms, and right to travel, and are assaulting the Respondent in Error for the crimes of their Roman Cult minor estate in violation of Article 33
*No protected person may be punished for an offence he or she has not personally committed. Collective penalties and likewise all measures of intimidation or of terrorism are prohibited.
Pillage is prohibited.
Reprisals against protected persons and their property are prohibited. Article 33, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

are using his "local rules" as a mechanism to deny the Respondent in Error a remedy (another War Crime)
*No contract, agreement or regulation shall impair the right of any worker, whether voluntary or not and wherever he may be, to apply to the representatives of the Protecting Power in order to request the said*

*Power's intervention. Article 52, Clause 1, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

are coercing the Respondent in Error to work for the occupying power, (another War Crime), by compelling the disclosure of a Social Security Number

*All measures aiming at creating unemployment or at restricting the opportunities offered to workers in an occupied territory, in order to induce them to work for the Occupying Power, are prohibited. Article 52, Clause 2, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

because a Social Security Number is for "Federal Personnel"

*(a)DEFINITIONS.—For purposes of this section—*
*(13) the term "Federal personnel" means officers and employees of the Government of the United States, members of the uniformed services (including members of the Reserve Components), individuals entitled to receive immediate or deferred retirement benefits under any retirement program of the Government of the United States (including survivor benefits). 5 USC 552a Records Maintained on Individuals*

tortured the Respondent in Error and engaged in forced medical experiments with their forced vaccinations and forced mask wearing and forced tuberculosis shots, and their force feeding poisons in their jails with dead pig, fluoridated water, and countless chemicals (more War Crimes), in violation of Article 32

*The High Contracting Parties specifically agree that each of them is prohibited from taking any measure of such a character as to cause the physical suffering or extermination of protected persons in their hands. This prohibition applies not only to murder, torture, corporal punishment, mutilation and medical or scientific experiments not necessitated by the medical treatment of*
*a protected person, but also to any other measures of brutality whether applied by civilian or military agents. Article 32, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

12.    Evan Schlom is using force to subject the Respondent in Error to their satanic religious ceremony by denying God's common law as found in the Holy Bible because Civil Law, Roman Law Municipal Law, and Roman Civil Law are convertible phrases

*""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called "municipal" law, to distinguish it from the "law of nature," and from international law.   See Bowyer, Mod.  Civil Law, 19; Sevier v.  Riley, 189 Cal.  170, 244 P. 323, 325" Black's Law Dictionary, Revised 4th Edition, page 312 [emphasis added]*

and there is a maxim of Roman Law

*Let him who is willing to be deceived be deceived*

and Evan Schlom's (bought and paid for) Clerks masquerading as Judges use the minor estate as justification to forge the Respondent in Error's signature onto their quasi contracts

*"Assumpsit - ….In its origin an action of tort, [assumpsit] was soon transformed into an action of contract, becoming afterwards a remedy where there was neither tort nor contract. Based at first only upon an express promise, it was afterwards supported upon an implied promise, and even upon a fictitious promise. Introduced as a special manifestation of the action on the case, it soon acquired the dignity of a distinct form of action, which superseded Debt, became concurrent with Account, with Case upon a bailment, a warranty, and bills of exchange, and competed with Equity in the case of the essentially equitable quasi-contracts growing out of the principle of unjust enrichment. Surely, it would be hard to find a better illustration of the flexibility and power of self-development of the Common Law." James Barr Ames, "The History of Assumpsit," in 3 Select Essays in Anglo-American Legal History 298 (1909)." Black's Law Dictionary, 8th Edition, page 379*

*"Both in Roman and English law there are certain obligations which were not in truth contractual, but which the law treats as IF they were.  They are contractual in law, but not in fact, being the subject-matter of a fictitious extension of the sphere of contract to cover obligations which do not in reality fall within it."* Salmond, Salmond on Jurisprudence, p. 642 (9th Edition, 1937, Sweet & Maxwell, Ltd. England)

which is based solely on the Roman Cult minor estate
*"Constructive/quasi contracts are based solely upon a legal fiction or fiction of law."  Hill v. Waxberg, 237 F.2d 936*

where they assault you with some of their so-called "benefits"
*"It is a well settled rule of law that he who seeks benefits of contract must also assume burdens."  Higgins v. Monckton (1938), 28 C.A.2d 723, 83 P.2d 516*

*"Voluntary acceptance of benefit of transaction is equivalent to consent to all obligations arising from it, so far as facts are known, or ought to be known, to person accepting."  Northern Assurance Co. v. Stout (1911), 16 C.A. 548, 117 P. 617*

*"A quasi contractual action presupposes acceptance and retention of a benefit by one party with full appreciation of the facts, under circumstances making it inequitable for him to retain the benefit without payment of its reasonable value."  Major-Blakeney Co. v. Jenkins (1953), 121 C.A.2d 325, 263 P.2d 655, hear den.; Townsend Pierson, Inc. v. Holly-Coleman Co. (1960), 178 C.A.2d 373, 2 Cal. Rptr. 812. [emphasis added]*

under their "equity",
*"In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker." Chisholm v Georgia, 2 Dal. 419 at p 455*

*"A state like a merchant makes a contract. A dishonest state, like a dishonest merchant willfully refuses to discharge it." Chisholm v Georgia, 2 Dal. 419 at p 456*

and they lie and cheat and steal and engage in fraud and deception where the so-called Judge is actually a (bought and paid for) Clerk masquerading as a Judge
*""When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts administrating or enforcing statutes do not act judicially, but merely ministerially....but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464 [emphasis added]*

*"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)*

*"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762*

and (bought and paid for Clerks masquerading as Judges are not competent to do anything judicial, like issue Warrants, or Orders
*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities" Burns v. Sup., Ct., SF, 140 Cal. 1*

## 13. Evan Schlom's so-called court becomes an inferior court of limited jurisdiction

*When, therefore a court of general jurisdiction proceeds under a special statute it becomes a court of limited jurisdiction for the purpose of such proceeding. See 21 C.J.S. Courts § 2. Accordingly, where a court of general jurisdiction undertakes to carry out a special power, a decision made in the exercise of such power is treated as a ruling of a court of limited jurisdiction and the presumption, applicable to a court of general jurisdiction, that it acted within the scope of its jurisdiction does not apply. See 20 Am. Jur 2d. Courts § 103*

*."...it is familiar law that when special statutory <u>authority in derogation of common law is</u> conferred on courts of general jurisdiction, such a court of general jurisdiction becomes quod hoc a court of inferior or limited jurisdiction. State v Mobile G. R. Co. 108 Ala 29, 18 So. 801; Goodwater Warehouse Co. v Street, 137 Ala. 621, 34 So. 903; Gunn v Howell, 27 Ala 663 62 Am Dec. 785; Martin v Martin, 173 Ala 106, 55 So. 632; Ex Parte Pearson, 241 Ala. 467, 3 So. 2d 5; Truett v Woodham, 98 Ala. 604, 13 So. 519*

## and the first ten amendments are for common law rights

*"History is clear that the first ten amendments to the <u>Constitution</u> were adopted to secure certain <u>common law rights</u> of the people, against invasion by the Federal Government." Bell v. Hood, 71 F.Supp., 813, 816 (1947) U.S.D.C. -- So. Dist. CA.*

## and Article IX in Amendment brings in my unlimited Common Law rights

*The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people. Article IX in Amendment, Constitution for The United States of America*

## and the source of common law is God Himself as found in the Holy Bible

*"This law of nature, being coeval with mankind and dictated by God himself, is of course superior in obligation to any other. It is binding over all the globe in all countries, and at all times: no human laws are of any validity, if contrary to this; and such of them as are valid derive all their force, and all their authority, mediately or immediately, from this original." Commentaries on the Laws of England (1765-1769) at number 41 , Sir William Blackstone*

*"The American colonies brought with them the common, and not the civil law; and each state, at the revolution, adopted either more or less of it, and not one of them exploded the principle that the place of birth conferred citizenship." Amy v. Smith, 1 Litt. Ky. R,pp. 337, 338.*

*"...rights of national citizenship as distinct from the fundamental or natural rights inherent in state citizenship". Madden v. Kentucky, 309 U.S. 83: 84 L.Ed. 590 (1940)*

## all codes, rules, and regulations are for government authorities only, not human/Creators in accordance with God's laws.

*...all codes, rules, and regulations are unconstitutional and lacking due process. Rodrigues v. Ray Donavan (U.S. Department of Labor) 769 F. 2d 1344, 1348 (1985).*

*the common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy, and statutes are "not the law", Self v. Rhay, 61 Wn (2d) 261,*

*"A 'Statute' is not a Law," (Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 Sold 244, 248), A "Code' is not a Law," (In Re Self v Rhay Wn 2d 261),*

*"It follows, that as <u>it is only the citizens of the State who are entitled to all privileges and immunities of citizens of the several States</u>, is left alone to the action of Congress through her federal tribunals; and in the form which they have adopted, then <u>a distinction both in rights and privileges is made to exist between citizens of the United States ex vi termini, and citizens of the respective States</u>. <u>To the former no privileges or immunities are granted; and it will hardly be contended that political status can be derived by implication against express legal enactments."</u> Ex Parte Frank Knowles (1855), 5 Cal. 300 [emphasis added]*

and "due process of law" is mentioned in Article V in Amendment and "law of the land" is mentioned in Article VI, Clause 2 of the Constitution, are both talking about common law or natural law

*"Law of the land" means "The Common Law" ---- Justice O'Neal in State v. Simmon, 2 Spears 761, 767 (1884);  also Justice Bronson in Taylor v. Porter, 4 Hill 140, 146 (1843)*

*What is due process of law may be ascertained by an examination of those settled usages and modes of proceedings existing in the common and statute law of England before the emigration of our ancestors. Twining v. New Jersey, 211 U.S. 78, 100 (1908).*

*The expressions 'due process of law' and 'law of the land' have the same meaning **** The 'law' intended by the constitution is the common law that had come down to us from our forefathers, as it existed and was understood and administered when that instrument was framed and adopted. State v. Doheny, 60 Maine 504. 509 (1872).*

*If persons can be restrained of their liberty. and assaulted and imprisoned, under such circumstances. without complaint or warrant, then there is no limit to the power of a police officer. ••• Any law which would place the keeping and safe conduct of another in the hands of even a conservator of the peace, unless for some breach of the peace committed in his presence, or upon suspicion of felony, would be most oppressive and unjust, and destroy all the rights which our constitution guaranties. These are rights which existed long before our constitution, and we have taken just pride in their maintenance, making them a part of the fundamental law of the land. Pinkerton v. Verberg, 78 Mich. 573, 44 N.W. 579. 582-83 (1889); Larson v. Feenry. 196 Mich. I, 162 N.W. 275. 276-77 (1917).*

*"The principle that no person should be deprived of life, liberty, or property except by due process of law did not originate in the American system of constitutional law, but was contained in the Magna Charta (sometimes referred to as Chapter 29), confirmed on the 19th day of June, 1215, declared:*
*"No freeman shall be taken, or imprisoned, or disseised, or outlawed, or exiled, or anywise destroyed; nor shall we go upon him, nor send upon him, but by lawful judgement of his peers or by the law of the land."*
*It has even been said that the principle was known before Magna Charta and that it was originally designed to secure the subject against arbitrary action of the crown, and to place him under the protection of the law.  It is settled beyond question that this principle came from England to America as part of the common law and has been a fundamental rule in common law.  When first adopted in Magna Charta, the phrase, "law of the land," had reference to the common law and has been a fundamental rule in common law." 16 Am. Jur. 2d, Constitutional Law Section 543 [emphasis added]*

*"The words "by the law of the land" as here used do not mean a statute passed for the purpose of working the wrong…..This Section was taken with some modifications from a part of the 29th Chapter of the Magna Carta, which provided that no freeman shall be taken or imprisoned or be disseized of his freehold etc., but by the lawful judgment of his peers or by the law of the land. Ld. Coke in his commentary upon this statute says that these words "by the law of the land" mean "by the due course and process of law"; which he afterwards explains to be, "by indictment and presentment of good and lawful men where such deeds are done in due manner or by writ original of the common law" 2 Inst. 45,50" Tayler v Porter, 4 Hill 773 (1843) New York Supreme Court.*

*"To be that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land."  (Jury)  Hoke vs Henderson, 15, N.C. 15, 25 AN Dec 677.*

*"...the individual may stand upon his constitutional rights as a Citizen.  He is entitled to carry on his private business in his own way.  His power to contract is unlimited.  He owes no duty to the state or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him.  He owes no such duty to the state, since he receives nothing therefrom, beyond*

the protection of his life, liberty, and property. *His rights are such as existed by the law of the land long antecedent to the organization of the state, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under (a judicial power warrant) a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights." Hale v. Henkel, 201 U.S. 43*

and common law is the unwritten law
*"Every citizen & freeman is endowed with certain rights & privileges to enjoy which no written law or statute is required. These are the fundamental or natural rights, recognized among all free people." U.S. v. Morris, 125 F 322, 325.*

*"As general rule men have natural right to do anything which their inclinations may suggest, if it be not evil in itself, and in no way impairs the rights of others." In Re Newman (1858), 9 C. 502.*

which is talked about in the Declaration of Independence
*"When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation." US Declaration of Independence (1776)*

and Evan Schlom intends to assault the Respondent in Error with his Minor Estate to use the Commerce Clause to justify his denials of due process, just like the Tyrant King George did using the Cestui que vie Act of 1666 on the Respondent in Error's ancestors when they ratified the Constitution for the United States of America (1787) after Declaring Independence (1776) and fighting the War of Independence
*"Tyranny is the exercise of Power beyond Right, which no Body can have a Right to. And this is making use of the Power anyone has in his hands, not for the good of those who are under it, but for his own Private separate Advantage. When the Governor, however entituled, makes not the Law, but his Will, the Rule, and his Commands and Actions are not directed to the preservation of the Properties of his People, but the satisfaction of his own Ambition, Revenge, Covetousness, or any other irregular Passion.*
*"Tis a mistake to think this fault only in Monarchies, other forms of government are liable to it, as well as that. For where-ever the Power that is put in any hands for the Government of the People, and the Preservation of their Properties, is applied to other ends, and made use of to impoverish, harass, or subdue them to the Arbitrary and Irregular Commands of those who have it: There it presently becomes Tyranny whether those that use it are one or many." John Locke, Two Treatises of Government, Book II, Chapter XVIII, § 199, & § 201*

and Evan Schlom is a tyrant.

14.     Evan Schlom intends to assault Respondent in Error with his minor estate to be in derogation of common law (God's law as found in the Holy Bible) with your legislative so-called Court
*"It is noted as significant that the act constituting the court dispenses with trial by jury, a provision which was distinctly upheld in spite of the Seventh Amendment in McElrath v. United States, 102 U. S. 426. With respect to the status of the court, the opinion concludes (pp. 279 U. S. 454-455):*
*".... A duty to give decisions which are advisory only, and so without force as judicial judgments, may be laid on a legislative court, but not on a constitutional court established under Art. III."" Williams v United States 289 U.S. 553 (1933)*

*"10. Where a controversy is of such a character as to require the exercise of the judicial power defined by Art. III, jurisdiction thereof can be conferred only on courts established in virtue of that Article, and*

*Congress is without power to vest that judicial power in any other judicial tribunal, or, of course, in an executive officer or administrative or executive board, since "they are incapable of receiving it." American Ins. Co. v. Canter, 1 Pet. 511. P. 578." Williams v United States 289 U.S. 553 (1933)*

15.      Evan Schlom intends to assault the Respondent in Error with his minor estate so that these so-called courts can be an inferior court of limited jurisdiction, with a military commissioner, with their black robe military uniform, and their denials of due process because your ministerial duty is one which is required by statute.

*"A ministerial act is an act that a public officer is required to perform in a prescribed manner in obedience to the mandate of legal authority and without regard to his own judgment or opinion concerning such act's propriety or impropriety, when a given state of facts exists. Discretion on the other hand, is the power conferred on public functionaries to act officially according to the dictates of their own judgment" (Rodriguez v. Solis (1991) 1 Cal. App.4th 495, 501-502, 2 Cal. Rptr. 2d 50: Transdyn Cresci JV v. City and County of San Francisco (1999) 72 Cal. App.4th 746, 752, 85 Cal. Rptr. 2d 512)*

and Evan Schlom and his (bought and paid for) whores selling their "Justus" are working for the District of Columbia executive branch

*"The word administrative is synonymous with the word "executive". The word administrative [c]onnotes of or pertains to administration, especially management as by managing or conducting, or superintending the execution, application or conduct of persons or things." Black's Law Dictionary45 (6th Edtion 1990) (emphasis added)*

*Thus, '[a]dministrative acts' are '[t]hose acts which are necessary to be done to carry out legislative policies and purposes already declared by the legislative body' id. (emphasis added) In fact it is common to use the two words in tandem. See e.g. Point Props, Inc.,v Andersob 584 So 2d 1332, 1338 (Ala 1991)*

16.      Evan Schlom intends to assault the Respondent in Error with his minor estate so Evan Schlom and his bankster buddies and his Roman Cult handlers can demand their fraudulent fake money / military scrip / Federal Reserve Notes / Forced Loans that are Satan's money because the God of Abraham, Isaac and Jacob claims all of the gold and silver which is lawful money

*The silver is mine, and the gold is mine, saith the LORD of hosts. Hagai 2:8*

which is the ONLY lawful money

*"At common law only gold and silver were a legal tender. (2 Inst. 577.)" McClarin v. Nesbit, 2 Nott & McC. (11 S.C.L.) 519 (1820),*

and they are required to follow Tax Code requires <u>"cash or its equivalent"</u>, which means Satan's fake money / Federal Reserve Notes, that are NOT authorized

by forcing the Respondent in Error, to do electronic filing with Federal Reserve Notes / forced loans / military scrip / fake money requires all or part of a Social Security Number and Evan Schlom is required to know they are compelling the disclosure of a Social Security Number and there is no law that says anyone is required to get a Social Security Number because a Social Security Number is for federal personnel ONLY and they know it is a felony to compel the disclosure of a Social Security Number

*(a)IN GENERAL Whoever—*
*(8) discloses, uses, or <u>compels the disclosure of the social security number of any person</u> in violation of the laws of the United States; or*
*<u>shall be guilty of a felony and upon conviction thereof shall be fined under title 18 or imprisoned for not more than five years, or both,</u> except that in the case of a person who receives a fee or other income for*

*services performed in connection with any determination with respect to benefits under this subchapter (including a claimant representative, translator, or current or former employee of the Social Security Administration), or who is a physician or other health care provider who submits, or causes the submission of, medical or other evidence in connection with any such determination, such person shall be guilty of a felony and upon conviction thereof shall be fined under title 18, or imprisoned for not more than ten years, or both.42 USC § 408 Penalties*

and the Constitution for the United States of America is the Supreme Law of the Land
*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. Article VI, Clause 2, Constitution for the United States of America*

and Evan Schlom is required to know that Article 1, Section 10, Clause 1 of the Constitution for the United States of America
*No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.*

requires that ONLY gold or silver coin can be a tender in the payment of a debt and Evan Schlom is required to know that NO Court CAN ask for gold or silver coin because gold or silver coin NOT in general circulation and have not been since 1964, and his Court may ONLY ask for Federal Reserve Notes because that is all that is in general circulation

17.     Evan Schlom is required to know that he intends to force the Respondent in Error to pay to bond this case under 17 Code of Federal Regulations § 240.15c2-12, for revenue and regulations are for Property of the United States under the Supreme Law of the Land
*The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State. Article IV, Section 3, Clause 2, Constitution for the United States of America*

and forced loans / military scrip / fake money / Federal Reserve Notes are for use in the District of Columbia ONLY under the Gold Reserve Act of 1934
*SEC. 15. As used in this Act the term "United States" means the Government of the United States; the term "the continental United States" means the States of the United States the District of Columbia, and the Territory of Alaska; the term "currency of the United States" means currency which is legal tender in the United States, and includes United States notes, Treasury notes of 1890, gold certificates, silver certificates, Federal Reserve notes, and circulating notes of Federal reserve banks and national banking associations ; and the term " person " means any individual, partnership association, or corporation, including the Federal Reserve Board, Federal Reserve banks, and Federal Reserve agents ….. Gold Reserve Act of 1934, 48 Stat. 344*

which is codified at 12 USC § 411
*Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve*

*banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.12 USC § 411 Issuance to Reserve Banks; Nature  of Obligation; Redemption*

and Federal Reserve Notes are NOT authorized for this purpose, which means Evan Schlom intends to be a Revenue Officer under the Federal Tax Lien Act of 1966,
*"(h) DEFINITION's. …. "(3) MOTOR VEHICLE.-The term 'motor vehicle' means a self-propelled vehicle which is registered for highway use under the laws of any State or foreign country. "(4) SECURITY.-The term 'security' means any bond, debenture, note, or certificate or other evidence of indebtedness, issued by a corporation or a government or political subdivision thereof, with interest coupons or in registered form, share of stock, voting trust certificate, or any certificate of interest or participation in, certificate of deposit or receipt for, temporary or interim certificate for, or warrant or right to subscribe to or purchase any of the foregoing: negotiable instrument: or money." Federal Tax Lien Act of 1966 at Public Law 89-719 at 80 Stat. 1130-1131*

which is another reason Evan Schlom is bringing District of Columbia codes *(not exceeding ten miles square)* on the land of Florida, and the land of Texas, in violation of Article 1, Section 8, clause 17
*To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings Article 1, Section 8, Clause 17, Constitution for the United States of America*

which is another reason Evan Schlom has waived any immunities he may have enjoyed
*"Governments [ any sovereign] descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen...where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . ...  For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." Clearfield Trust Co. v. United States 318 U.S. 363 (1943)*

*Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes, the remedy lies in the hand of the state and its municipalities seeking remedy. Rio Grande v. Darke, 167 P. 241,*

18. Evan Schlom is conspiring with his District of Columbia corporate UNITED STATES OF AMERICA buddies, to threaten, coerce, injure and intimidate the Respondent in Error in the free exercise of his rights to ignore their color of law in violation of their Code of Law for the District of Columbia Title 18 USC Section 241
*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or
If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—
They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death. 18 USC 241 Conspiracy against Rights*

by taking reprisals against the Respondent in Error because of his political beliefs and (another War Crime) by calling him a sovereign citizen

"….Without prejudice to the provisions relating to their state of health, age and sex, all protected persons shall be treated with the same consideration by the Party to the conflict in whose power they are, <u>without any adverse distinction based, in particular, on race, religion or political opinion</u>." Article 27, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949

No protected person may be punished for an offence he or she has not personally committed. Collective penalties and likewise all measures of intimidation or of terrorism are prohibited. <u>Pillage is prohibited</u>.
<u>Reprisals against protected persons and their property are prohibited</u>. Article 33, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949

because the Respondent in Error is one of "the posterity" found in the preamble of the Constitution for the United States of America

<u>We the People of the United States</u>, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, <u>and secure the Blessings of Liberty to ourselves and our Posterity</u>, do ordain and establish this Constitution for the United States of America. Preamble, Constitution for the United States of America

and it is impossible for the Respondent in Error to be a US citizen because the Respondent in Error is white

"All citizens of the United States shall have the same right, in every State and Territory, <u>as is enjoyed by white citizens thereof</u> to inherit, purchase, lease, sell, hold, and convey real and personal property." 42 USC § 1982 [emphasis added]

"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution." Van Valkenburg v. Brown, 43 Cal 43;

and the so-called Fourteenth Amendment requires that ONLY persons "<u>born or naturalized in the United States</u>"

"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States…" Amendment XIV, Section 1

"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29

"The rights of (original judicial) Citizens of the States, as such, are not under consideration in the fourteenth amendment. They stand as they did before the fourteenth amendment, and are fully guaranteed under other provisions." United States v. Anthony, 24 Fed. Cas. 829, 930 (1873)

"Merely being native born within the territorial boundaries of the United States of America <u>does not make</u> such an <u>inhabitant</u> a Citizen of the United States subject to the jurisdiction of the Fourteenth Amendment." Elk v. Wilkins, Neb (1884), 5s.ct.41,112 U.S. 99, 28 L. Ed. 643.

"The persons declared to be citizens are, "All persons born or naturalized in the United States and subject to the jurisdiction of thereof." The evident meaning of these last words is not merely subject in some respect or degree to the jurisdiction of the United States, but <u>completely subject</u>…" Elk v Wilkins, 112 US 94, 101, 102, (1884)

and the Respondent in Error failed to be born in "a maximum of ten miles square" District of Columbia (United States) and the hearsay evidence shows that the Respondent in Error was born on the soil of Michigan, which the Respondent in Error has no first hand knowledge of, but having said that, the Respondent in Error does remember walking to school, in Evart, and the Respondent in Error does remember finishing high school in 1994 in Evart but the Respondent in Error is an American national by right of blood, because the Respondent in Error has ancestors who were in the Colony of South Carolina and the Colony of Virginia, and the Colony of Maryland, prior to the War of Independence, which means that the Respondent in Error's ancestors wrote the state and federal constitutions and all government authority comes from the Respondent in Error, and people like the Respondent in Error, "We the People"
*"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition*

all of which evidences Evan Schlom's intent to perjure his oath and all civil laws (Texas and United States Statutes, codes rules and regulations) cannot be used to violate the Respondent in Error's rights
*"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768*

which means that the Respondent in Error is a free inhabitant as found in the Articles of Confederation
*"…..the free inhabitants of each of these States, paupers, vagabonds and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States;….." Article IV, Articles of Confederation (1781)*

and they are required to know the protections provided under the Geneva Conventions may NOT be given up or waived
*<u>Protected persons may in no circumstances renounce in part or in entirety the rights secured to them by the present Convention</u>, and by the special agreements referred to in the foregoing Article, if such there be. Article 8, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and they are required to know that the protections are mandatory
*<u>Protected persons who are in occupied territory shall not be deprived, in any case or in any manner whatsoever, of the benefits of the present Convention</u> by any change introduced, as the result of the occupation of a territory, into the institutions or government of the said territory, nor by any agreement concluded between the authorities of the occupied territories and the Occupying Power, nor by any annexation by the latter of the whole or part of the occupied territory. Article 47, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

19.   Evan Schlom is a coward and has failed to make an Oath of Office as required by Article VI, Clause 3
*The Senators and Representatives before mentioned, and the Members of the several State Legislatures, <u>and all executive and judicial Officers</u>, both of the United States and of the several States, <u>shall be bound by Oath or Affirmation, to support this Constitution</u>; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States. Article VI, Clause 3, This Constitution for the United States of America*

because the Respondent in Error has called several times demanding the Oath of Office and the Respondent in Error has submitted a FOIA request and they have failed to answer it, and the Respondent in Error previously sent a FOIA request.

20.     Evan Schlom is required to know that the Four founding documents for The United States of America are The Declaration of Independence, the Articles of Confederation, the Northwest Ordinance, and the Constitution for the United States of America and Article II of the Northwest Ordinance requires that the Respondent in Error be provided a common law proceeding with a "trial by jury", which means the jury conducts the trial

*The inhabitants of the said territory shall always be entitled to the benefits of the writ of habeas corpus, and of the trial by jury; of a proportionate representation of the people in the legislature; and of judicial proceedings according to the course of the common law. All persons shall be bailable, unless for capital offenses, where the proof shall be evident or the presumption great. All fines shall be moderate; and no cruel or unusual punishments shall be inflicted. No man shall be deprived of his liberty or property, but by the judgment of his peers or the law of the land; and, should the public exigencies make it necessary, for the common preservation, to take any person's property, or to demand his particular services, full compensation shall be made for the same. And, in the just preservation of rights and property, it is understood and declared, that no law ought ever to be made, or have force in the said territory, that shall, in any manner whatever, interfere with or affect private contracts or engagements, bona fide, and without fraud, previously formed. Article II Northwest Ordinance*

and the Northwest Ordinance applies to all federal territory and includes territory under a military occupation, and the International Covenant on Civil and Political Rights was ratified by Congress as Treaty 95-20, which means it is the Supreme Law of the land and Article 1 says the Respondent in Error has the right to self determination

*All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development. Article 1, Clause 1, International Covenant on Civil and Political Rights*

which means the Respondent in Error decides who the Respondent in Error is, NOT some screened for low intelligence military police hired thug, and NOT some (bought and paid for) Clerk masquerading as a Judge, all of which goes to Evan Schlom's intent to perjure his oath to "support and defend the Constitution of the United States" which is the Supreme Law of the Land, because he has demonstrated that he intends to hold his simulated legal process in his so-called court, and he has demonstrated that he intends to obstruct the Respondent in Error's ability to get a remedy as evidenced herein, because the official oppression, and the subornation of perjuries, and the threats, and the fraud, and the deception, and the thefts and War Crimes engaged in by his District of Columbia corporate UNITED STATES OF AMERICA

is all such good business for his so-called court, all of which is evidence that Evan Schlom has no intention of providing a trial by jury as required by the Constitution, Article III

*"The Trial of all Crimes,…… shall be by Jury;…." Article III, Section 2, Clause 3, Constitution for the United States of America*

and Article VI in Amendment

*"In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an*

impartial jury of the state and district.....*" Article VI in Amendment, Constitution for the United States of America

and Article VII in Amendment
*"In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law." Article VII in Amendment, Constitution for the United States of America*

and the Northwest Ordinance, and Evan Schlom is required to know that one of the four founding documents, among other things the Declaration of Independence says
<u>"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the Pursuit of Happiness. – that to secure these rights Governments are instituted among men</u>..." Declaration of Independence, 1776

and Evan Schlom is required to know that "the pursuit of Happiness" is defined as the right to get compensation for labor
*"The property which every man has in his own labor, as it is the original foundation of all other property, so it is the most sacred and inviolable. The patrimony of the poor man lies in the strength and dexterity of his own hands, and to hinder his employing this strength and dexterity in what manner he thinks proper, without injury to his neighbor, is a plain violation of this most sacred property." Butchers Union Co. vs. Crescent City Co. 111 U.S. 764.*

*"...every man has a natural right to the fruits of his own labor, as generally admitted; and no other person can rightfully deprive him of those fruits, and appropriate them against his will..." The Antelope, 23 U.S. 66, 120*

*"The right to follow any of the common occupations of life is an inalienable right. It was formulated as such under the phrase 'pursuit of happiness' in the Declaration of Independence." Allgeyer vs. State of Louisiana, 165 U.S. 578, 17 S.Ct. 427, 4I L. Ed. 832 (1897) Hotel et al. vs. Longley, et al. 160 S.W. 2d. 124, 127 (1942)*

*"...The term [liberty]...denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life...The established doctrine is that this liberty may not be interfered with, under the guise of protecting public interest, by legislative action...". Meyer v. Nebraska, 262 U.S. 390, 399, 400*

*"The right to labor and to its protection from unlawful interference is a constitutional as well as common-law right. Every man has a natural right to the fruits of his own industry". 48 American Jurisprudence, pg. 80*

which is codified in the Code of Law for the District of Columbia, also known as United States Code
*"The labor of a human being is not a commodity or article of commerce...." 15 USC § 17*

21.    Evan Schlom has demonstrated that he intends to deny the Respondent in Error his right to pursue happiness, and the Supreme Law of the land found in the International Covenant on Civil and Political Rights requires that the Respondent in Error be brought before a Judge <u>promptly</u>
*1. Everyone has the right to liberty and security of person. No one shall be subjected to arbitrary arrest or detention. No one shall be deprived of his liberty except on such grounds and in accordance with such procedure as are established by law.*

*2. Anyone who is arrested shall be informed, at the time of arrest, of the reasons for his arrest and shall be promptly informed of any charges against him.*
*3. Anyone arrested or detained on a criminal charge shall be brought promptly before a judge or other officer authorized by law to exercise judicial power and shall be entitled to trial within a reasonable time or to release. It shall not be the general rule that persons awaiting trial shall be detained in custody, but release may be subject to guarantees to appear for trial, at any other stage of the judicial proceedings, and, should occasion arise, for execution of the judgement.*
*4. Anyone who is deprived of his liberty by arrest or detention shall be entitled to take proceedings before a court, in order that that court may decide without delay on the lawfulness of his detention and order his release if the detention is not lawful.*
*5. Anyone who has been the victim of unlawful arrest or detention shall have an enforceable right to compensation. International Covenant on Civil and Political Rights, Article 9*

and they all failed to hold an examining Trial, and Evan Schlom has displayed he has no interest in justice but only a gold star to move up the ladder.  He has no regard for life, liberty and the pursuit of happiness for anyone but himself.  On 3 occasions he refused the truth but threatened jail to the Respondent in Error, thereby coercing information from the Respondent in Error in violation of Article 31

*"No physical or moral coercion shall be exercised against protected persons, in particular to obtain information from them or from third parties." Article 31, Geneva Convention Relative to the Treatment of Civilians in a Time of War of 1949*

and Evan Schlom has not displayed any honor and anytime he had the chance to seek both sides he refused only to threaten with slavery on the Respondent in Error.  Evan Schlom is a tyrant looking to further his own selfish needs and accolades.

*"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence." Jones v. State, 26 Tex. App. l; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.*

*"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).*

*"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense." State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.*

*"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance." (Adams v. State, 121 Ga. 16, 48 S.E. 910).*

22.     Evan Schlom, Subjecting to the Respondent in Error to their Satanic Religious Ceremony, by denying Common Law as found in the Holy Bible, with lies and fraud and a foreign unconstitutional jurisdiction, under Private International Law and their Roman Cult handlers, with their Roman Cult cestui que trust, and their fraudulent military so-called courts, with their Roman Law in violation of their title 18 USC § 247 Damage to Religious Property; Obstruction of persons in the free exercise of religious beliefs
*(a)Whoever, in any of the circumstances referred to in subsection (b) of this section—*
*(2) intentionally obstructs, by force or threat of force, including by threat of force against religious real property, any person in the enjoyment of that person's free exercise of religious beliefs, or attempts to do so;*

*shall be punished as provided in subsection (d).*
*(b) The circumstances referred to in subsection (a) are that the offense is in or affects interstate or foreign commerce.*
*(d)The punishment for a violation of subsection (a) or (c) of this section shall be—*
*(1) if death results from acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, a fine in accordance with this title and imprisonment for any term of years or for life, or both, or may be sentenced to death;*
*(5) in any other case, a fine in accordance with this title and imprisonment for not more than one year, or both. 18 USC § 247 Damage to Religious Property; Obstruction of persons in the free exercise of religious beliefs*

and they are busy forcing their vaccinations with their satanic fear agenda, when the God of Abraham, Isaac, and Jacob tells us to "fear not"
*"...fear not..."Genesis 15:1, Genesis 21:17, Genesis 26:24, Genesis 35:17, Genesis 43:23, Genesis 46:3, Deuteronomy 1:21, Deuteronomy 20:3, Deuteronomy 31:6, Deuteronomy 31:8, Joshua 8:1, Joshua 10:25, Judges 6:10, Judges 6:23, 1 Samuel 12:20, 1 Chronicles 28:20, 2 Chronicles 20:17, Isaiah 35:4, Isaiah 41:13, Isaiah 41:14, Isaiah 43:1, Isaiah 43:5, Isaiah 44:2, Isaiah 54:4, Jeremiah 47:27, Lamentations 3:57, Daniel 10:12, Daniel 10:19, Joel 2:21, Zechariah 8:13, Matthew 1:20, Matthew 10:28, Matthew 28:5, Luke 1:13, Luke 1:30, Luke 2:10, Luke 5:10, Luke 8:50, Luke 12:7, Luke 12:32, John 12:15, Acts 27:24, Revelations 1:17,*

and they will reap the reward of all liars
*"Ye are of your father the devil, and the lusts of your father ye will do. He……. abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it." John 8:44*

*But the fearful, and unbelieving, and the abominable, and murderers, and whoremongers, and sorcerers, and idolaters, and all liars, shall have their part in the lake which burneth with fire and brimstone: which is the second death. Revelations 21:8*

23.    Evan Schlom claims that the Respondent in Error is "14th amendment US citizen" as required by Evan Schlom and his screened for low intelligence thugs but it is impossible for the Respondent in Error to be one of their US citizen corporate slaves because the Respondent in Error is one of "the posterity" found in the preamble of the Constitution for the United States of America
*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America. Preamble, Constitution for the United States of America*

and they are required to know that the Respondent in Error is a direct descendant of "We the People" and is entitled to the right of blood
*"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768*

and they are required to know that "We the People" failed to be US citizens, because US citizens failed to exist when the Constitution was written
*"The term, citizens of the United States, must be understood to intend those who were citizens of a State, as such, after the Union had commenced, and the several States had assumed their sovereignties. Before this period there was no citizens of the United States." Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819)*

and they are required to know it is impossible for their District of Columbia corporate UNITED STATES OF AMERICA to be superior to the Respondent in Error because they all exist under government authority, and are "other property of the United States" because they are subject to the Code of Federal Regulations

*The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State. Constitution for the United States of America, Article IV, Section 3, Clause 2*

24.     Evan Schlom is required to know that it is impossible for the Respondent in Error to delegate an authority over the Respondent in Error

*[67] All subjects over which the sovereign power of a state extends, are objects of taxation, but those over which it does not extend, are, upon the soundest principles, exempt from taxation. This proposition may be almost be pronounced self-evident. The sovereignty of a State extends to everything which exists by its own authority or is introduced by its permission, but does it extend to those means which are employed by Congress to carry into execution powers conferred on that body by the people of the United States? We think it demonstrable that it does not. Those powers are not given by the people of a single State. They are given by the people of the United States, to a Government whose laws, made in pursuance of the Constitution, are declared to be supreme. Consequently, the people of a single State cannot confer a sovereignty which will extend over them. McCulloch v. Maryland 17 U.S. 316*

and Evan Schlom is required to know that as a direct descendant of "We the People", the Constitution for the United States of America was written under authority of the Respondent in Error

*"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. -- Bouvier's Law Dictionary 1856 Edition*

as evidenced by the Statement of Original Status and associated Pedigree charts that is contained in and attached to the Original Claim for Relief, all of which is incorporated herein by reference in its entirety, and it is impossible for the Respondent in Error to be a citizen of the United States, because the Respondent in Error is white as evidenced in this case.

*"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property." 42 USC § 1982 [emphasis added]*

*"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution." Van Valkenburg v. Brown, 43 Cal 43;*

and the so-called Fourteenth Amendment requires that ONLY persons "born or naturalized in the United States"

*"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States…" Amendment XIV, Section 1*

*"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29*

*"The rights of (original judicial) Citizens of the States, as such, are not under consideration in the fourteenth amendment. They stand as they did before the fourteenth amendment, and are fully*

guaranteed under other provisions." United States v. Anthony, 24 Fed. Cas. 829, 930 (1873)

"Merely being native born within the territorial boundaries of the United States of America does not make such an inhabitant a Citizen of the United States subject to the jurisdiction of the Fourteenth Amendment." Elk v. Wilkins, Neb (1884), 5s.ct.41,112 U.S. 99, 28 L. Ed. 643.

"The persons declared to be citizens are, "All persons born or naturalized in the United States and subject to the jurisdiction of thereof." The evident meaning of these last words is not merely subject in some respect or degree to the jurisdiction of the United States, but completely subject…" Elk v Wilkins, 112 US 94, 101, 102, (1884)

all of which evidence Evan Schlom's intent to perjure his oath (that he failed to take) and all civil laws (Arizona, Texas and District of Columbia (United States) Statutes, codes rules and regulations) cannot be used to violate the Respondent in Error's rights
"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768

Evan Schlom has brought forth nothing but hearsay and lies against the Respondent in Error Through a vast scheme and conspiracy to coerce and intimidate others with slavery and jail, through lies and deception convinced others to speak ill of the Respondent in Error.  Through this scheme and conspiracy Evan Schlom is trying to force slavery on the Respondent in Error along with this fraud he looks to steel the minor estate of its fake money for his masters, and all involved in the scheme.
"He [the prisoner] has as a consequence of his crime, not only forfeited his liberty but all his personal rights except those which the law in its humanity affords him. He is for the time being a slave of the state." 62 Va. (21 Gratt.) 790, 796 (1871)

and their buddies the grand jury, Emily Gurskis, Gabrielle Raemy Charest-Turken Markenzy Lapointe, Glenn Leon, Kenneth A Marra, Orlando Buissereth, Andrea Savdie, FBI, OIG, and HHS and all other conspiring bodies involved in this scheme.
"…statutes have been passed extending the courts of admiralty and vice-admiralty far beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property…….to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial…….and for altering fundamentally the form of government established by charter. We saw the misery to which such despotism would reduce us." Causes and Necessity for Taking up Arms (1775)

because at common law they would all get their neck stretched
"If a man be found stealing any of his brethren of the children of Israel, and maketh merchandise of him, or selleth him ; then that thief shall die; and thou shalt put evil away from among you." Deuteronomy 24:7,

and then the DOJ thugs used that as justification to revoke the Respondent in Error's right to travel, right to bear arms, restricting the unalienable right to pursue happiness.

25.    Evan Schlom's Internal Revenue Service thieves assaulted the Respondent in Error with their Minor Estate to force the Respondent in Error a lis Pendens lien against property.

all of which is part of their agenda to engage in War Crimes against anyone who thinks they have any rights, because they intend to enslave anyone who thinks they have

rights, and their BAR member whores, "selling their justus", are accomplices by using their Color of law rules to make sure that justice is denied, as part of their slavery agenda because it makes such good business for their so-called Court, so they can sell their "Justus", with their extortion racket / filing fee, and get their Errors and Omissions paid for, thereby converting a court case into a commercial transaction and nullifying their Oath of Office at the same time, and thereby justify sitting there and playing "stupid"

and the (bought and paid for) Clerks masquerading as Judges, are converting the Respondent in Error's right to a remedy into a privilege by using their unconstitutional rules to sell their "Justus"

*"The claim and exercise of a Constitutional (guaranteed) right cannot be converted into a crime". Miller v US, 230 Fed 486,489*

*"No State shall convert a liberty into a privilege, license it, and charge a fee therefore." Murdock v. Pennsylvania, 319 US 105*

*"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." Sherer v. Cullen, 481 F 946*

*"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity." Shuttlesworth v. City of Birmingham Alabama, 373 US 262:*

and they intend to make sure the Respondent in Error has no access to his sons and daughters, all of which is in support of their reprisals agenda against anyone whose political beliefs fail to agree with theirs, and their reprisals against anyone who thinks they have any rights and their demonstrated intent to create fraudulent fictitious charges, so they can steal some of the fake money out of the cestui que trust account with the Treasury, and if the Respondent in Error turns up DEAD, they get all of the fake money, as part of their unjust enrichment (theft) scams, so either way, it is a win – win – win scenario for Evan Schlom and their hired thugs, and as part of their genocide program against State Nationals

*(a)BASIC OFFENSE.—Whoever, whether in time of peace or in time of war and with the specific intent to destroy, in whole or in substantial part, a national, ethnic, racial, or religious group as such—*
*(4) subjects the group to conditions of life that are intended to cause the physical destruction of the group in whole or in part;*
*(6) transfers by force children of the group to another group;*
*shall be punished as provided in subsection (b).*
*(b)PUNISHMENT FOR BASIC OFFENSE.—The punishment for an offense under subsection (a) is.....*
*(c)INCITEMENT OFFENSE.— Whoever directly and publicly incites another to violate subsection (a) shall be fined not more than $500,000 or imprisoned not more than five years, or both.*
*(d)ATTEMPT AND CONSPIRACY.—*
*Any person who attempts or conspires to commit an offense under this section shall be punished in the same manner as a person who completes the offense......18 USC § 1091 Genocide*

by prohibiting the Respondent in Error from educating his sons and daughters about who they really are – State Nationals – NOT US citizens, all of which is evidenced in; and the Respondent in Error has NEVER IN HIS LIFE Breached the Peace.  Evan Schlom PIGs (**P**ersons **I**n **G**overnment who intend to perjure their Oaths) Breach the Peace on a routine basis!

and they all know it is impossible for the Respondent in Error to delegate an authority over the Respondent in Error

*[67] All subjects over which the sovereign power of a state extends, are objects of taxation, but those over which it does not extend, are, upon the soundest principles, exempt from taxation. This proposition may be almost be pronounced self-evident. The sovereignty of a State extends to everything which exists by its own authority or is introduced by its permission, but does it extend to those means which are employed by Congress to carry into execution powers conferred on that body by the people of the United States? We think it demonstrable that it does not. Those powers are not given by the people of a single State. They are given by the people of the United States, to a Government whose laws, made in pursuance of the Constitution, are declared to be supreme. Consequently, the people of a single State cannot confer a sovereignty which will extend over them. McCulloch v. Maryland 17 U.S. 316*

because the Respondent in Error is "We the People" which means the Respondent in Error **is** the government, which means they are engaged in a Seditious Conspiracy in violation of their Code of Law for the District of Columbia Title 18 USC Section 2384 Seditious Conspiracy

*If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof,* or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both. 18 USC 2384*

and is giving aid and comfort to the enemy in a time of War which is Treason in violation of their Code of Law for the District of Columbia Title 18 USC Section 2381 Treason

<u>Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason</u> and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States. 18 USC 2381 Treason

and is in open rebellion and insurrection against "We the People" in violation of the Code of Law for the District of Columbia Title 18 USC Section 2383 Rebellion or Insurrection

*Whoever incites, sets on foot, <u>assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto,</u> shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States. 18 USC 2383 Rebellion or Insurrection*

which is why they have to use their Minor Estate and Commerce Clause, all of which is in support of George Soros and his Open World foundation and the Communist Party of China and their communist agenda to overthrow "we the people", as part of their seditious conspiracy, and kill off 90% of "we the people" and pillage the fake money from millions of Roman Cult Minor Estate Treasury Direct accounts

*Entity means any owner of a Treasury Direct account that is not an individual. Entity is a sole proprietorship, partnership, corporation, limited liability company or professional limited liability company, trust, the estate of a decedent, <u>or the estate of a living person such as an incompetent or a minor.</u> Minor means an individual under the age of 18 years. <u>The term minor is also used to refer to an individual who has attained the age of 18 years but has not yet taken control of the securities contained in his or her minor account.</u> 31 CFR 363.6*

true copies of each of which, are attached hereto, and/or filed into this case as part of the War Crimes Complaint, all of each of which are incorporated herein by reference in their entirety, all of which is evidence that;

a) they intend to engage in their forced Federal Reserve Note bribery extortion racket, to facilitate their agenda to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury, under 31 CFR 363.6, and,

b) they intend to bring District of Columbia statutes, codes, rules onto the land of Texas, in violation of Article 1, Section 8, Clause 17 of the Constitution for the United States of America, to facilitate their agenda to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

c) they intend to suborn perjury by their screening their military police hired thugs for low intelligence and a propensity for aggressive behavior and giving them a gun and telling them to do things they fail to be authorized to do, to facilitate their agenda to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

d) they intend to force the Respondent in Error to give evidence against himself in violation of Article Five in Amendment, and as a War Crime in violation of Article 31 of the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949, to facilitate their agenda to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury, under 31 CFR 363.6, and,

e) they intend to engage in illegal and unlawful searches and seizures, in violation of Article Four in Amendment, and as a War Crime in violation of Article 31 of the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949, to facilitate the pillage of fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6 , and,

f) they intend to deny due process of law in support of their military dictatorship, and as a War Crime in violation of Article 71 of the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949, to facilitate their agenda to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

g) they intend to assault, kidnap, and imprison the Respondent in Error, a Protected Person under International Law, to facilitate the pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

h) they intend to send threats through the mail, to facilitate the pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

i) they all intend to unlawfully arrest the Respondent in Error, and violate rights under color of law, to facilitate their agenda to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

j) they intend to conspire together to threaten, coerce, injure and intimidate the Respondent in Error, under their fraudulent fictitious color of law District of Columbia codes rules and regulations, to facilitate their agenda to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

k) they intend to engage in numerous War Crimes, to facilitate the pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

l) they intend to assault the Respondent in Error with their Satanism, to facilitate their agenda to create terrorists, and murder the Respondent in Error, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

m) they intend to engage in their seditious conspiracy to use their military force to overthrow "we the people" of The United States of America, to facilitate the pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

n) they intend to murder the Respondent in Error when he exercises his right to resist their unlawful arrests with lethal force if necessary, as a Satanic blood sacrifice to their Roman Cult god BAAL, and to facilitate their pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

o) they intend to sell the Respondent in Error into slavery to facilitate their agenda to create terrorists, and  murder the Respondent in Error, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

p) they intend to subject the Respondent in Error into peonage, to facilitate their agenda to create terrorists, and murder the Respondent in Error, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

q) they intend to impersonate public servants, to facilitate the pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

r) they intend that their screened for low intelligence hired thugs impersonate traffic safety officers, to facilitate the pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

s) they intend their screened for low intelligence hired thugs engage in aggravated assault, to facilitate the pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

t) they intend to take reprisals against the Respondent in Error for his political beliefs by denying his access to his own family, as part of their agenda to create terrorists, to facilitate the Respondent in Errors murder, and the pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

u) they intend to take reprisals against the Respondent in Error for his political beliefs by denying his right to pursue happiness, as part of their agenda to create terrorists, to facilitate the Respondent in Error's murder, and the pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

v) they intend to participate with the US Department of Homeland Security military police, and the Federal Bureau of Investigation military police, HHS/OIG military police and US Marshals with their extortion racket to engage in assault, kidnapping, theft, peonage, slavery, and murder to facilitate their agenda to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

w) they intend to take reprisals against the Respondent in Error for his political beliefs, by pillaging his arms and denying his right to keep and bear arms, to make sure he fails to have the ability to defend himself against their tyranny, to mitigate their risk to facilitate his murder, because they are cowards and will NEVER face a man without first making sure he is unarmed, to facilitate their agenda to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

x) they intend to take reprisals against the Respondent in Error for his political beliefs, by denying his right to free speech, and by denying his right to travel with his private property on the public highway, and his right to own consumer goods under their own codes instead of business equipment, and denying his right to petition the government for a redress of grievances, as part of their agenda to create terrorists,

to facilitate the Respondent in Error's murder, and to facilitate the pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

y)  they intend to forge the Respondent in Error's signature onto one of their so-called contracts to facilitate pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

z)  they intend to create terrorists to justify the murder of the Respondent in Error, and anyone else that thinks they have any rights, and to make business for their Department of Homeland Security military police, and their Department of Public Safety military police, and to make business for their legislative so-called Courts that make advisory decisions ONLY, that fail to have the force of law, and to facilitate pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

aa) they intend to shed innocent blood with their murders of innocent people like the Respondent in Error as part of their Satanic blood sacrifice to their Roman Cult god BAAL, and to facilitate to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and then use the fake money to pay down the fraudulent fictitious federal debt created by banksters, with their fraudulent fictitious financial crises' and their fraudulent fictitious perpetual wars, and,

bb) they intend to shed innocent blood with their forced medical experiments with their fake pandemic and their forced experimental vaccinations for their Communist Chinese buddies to kill off as many people as possible, as part of their Satanic blood sacrifice to their Roman Cult god BAAL, in support of their seditious conspiracy and their treasonous agenda, and to facilitate pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and then use the fake money to pay down the fraudulent fictitious federal debt created by banksters, with their fraudulent fictitious financial crises' and their fraudulent fictitious perpetual wars, and,

cc) they intend to perjure their oath to "support and defend the Constitution of the United States" to facilitate the pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

all of which is with the objective of facilitating the Respondent in Error's murder so they can shed some innocent blood for their Roman Cult god BAAL, and Evan Schlom and their so-called Court, and their thieving bankster buddies can pillage all of the fake money from the Roman Cult Minor Estate Treasury Direct account, under their Roman Cult corporate minor estate slave ROBERT LEON SMITH III under the Hague Convention Concerning the International Administration of the Estates of Deceased Persons, concluded 2 October 1973
**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

## VERIFICATION

I, robert leon; house of smith, do affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

5 April 2024
Date

_____ L.S.
robert leon; house of smith
with a Proper Mailing address (18 USC § 1342) of;
General Post Office, ZIP CODE EXEMPT
C/O 506 n Sycamore st
Archer City, Texas [RR 76351]
Non-Domestic Mail, Without the United States, Inc.

As a Notary Public, I hereby certify that robert leon; house of smith, who is known to me, appeared before me and after affirming, he executed the foregoing document on this the  5th  day of April, in the year two thousand and twenty-four.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

AMANDA LYNN CROW
My Notary ID # 128271387
Expires May 14, 2026

Notary Seal