# NOTICE OF AND REPENTANCE OF SINS FOR CAUSE

Notice Date: Day: Twenty-seven     Month: Four     Year: 2024 CE

Case 9:23-cr-80211-KAM



Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

**PLEASE TAKE NOTICE** that I, Robert Leon Smith III, a sentient moral being, have examined the path my feet are on and have concluded that I have dishonored many including but not limited to the Honorable Ryon M. McCabe, The Honorable Kenneth A. Marra, Gabrielle Raemy Charest-Turken, Emily Gurskis, Andrea Savdie, Evan N. Schlom, Markenzy Lapointe, Glenn Leon, Orlando Buissereth, the United States Department of Justice, its Officers and Employees, the United States Attorney's Office, the United States District Court for the Southern District of Florida, its Officers and Employees, the Provost Marshal General, the Federal Bureau of Investigations South Florida Office, the State Bar of Florida, its Employees, the Washington D.C. Bar, its Employees, the Law, and others yet to be determined. I am sorry for my sins and THEREFORE I repent. As I become aware of other sins I may have committed, I will repent immediately.

I knowingly, willingly, voluntarily, intentionally and intelligently perform this act and deed.

"My son, if you: Have become guarantor for your friend, Have shaken hands in a pledge for a stranger, Have been snared by the words of your own mouth, Have been caught by the words of your own mouth- Do this at once, my son, and deliver yourself, For you have come into the hand of your friend: Go, humble yourself, and urge your friend. Give no sleep to your eyes, Nor slumber to your eyelids. Deliver yourself like a gazelle from the hunter's hand, And like a bird from the hand of the trapper."[1]

"He who is guarantor for a stranger suffers harm, But one who hates shaking hands in a pledge is safe."[2]

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

NOTICE OF AND REPENTANCE OF SINS FOR CAUSE

Notice Date:   Day: Twenty-seven     Month: Four     Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

Sincerely,

*Robert Leon Smith III* (signature)

Robert Leon Smith III
P.O. Box 853
Archer City, Texas

cc: The Honorable Cecilia M. Altonaga, Wilkie D. Ferguson, Junior United States Courthouse, 400 North Miami Avenue, Room 13-3, Miami, Florida 33128
cc: The Honorable Ryon M. McCabe, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, 4th Floor, West Palm Beach, Florida 33401
cc: The Honorable Kenneth A. Marra, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, Courtroom #4, Chambers 316, West Palm Beach, Florida 33401
cc: Gabrielle Raemy Charest-Turken, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
cc: Emily Gurskis, U.S. Department of Justice, Fraud Section, Criminal Division, 1400 New York Avenue, Northwest, Bond Building 8th Floor, Washington, DC 20005
cc: Andrea Savdie, U.S. Department of Justice, 12020 Miramar Parkway, Miramar, Florida 33025
cc: Evan N. Schlom, U.S. Department of Justice, 1400 New York Avenue Northwest, Washington, DC 20005
cc: Provost Marshal General, 2800 Army Pentagon, Washington, D.C. 20310-2800
cc: FBI South Florida, 505 South Flagler Drive, West Palm Beach, Florida 33401
cc: Orlando Buissereth, 200 Independence Avenue Southwest, Washington D.C. 20201
cc: Markenzy Lapointe, Southern District of Florida, 99 Northeast 4th Street, Miami, Florida 33132
cc: Glenn Leon, Chief, Fraud Section, United States Department of Justice, 950 Pennsylvania Avenue Northwest, Washington, DC 20530

---

[1] Proverbs 6 verses 1 through 5, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa

[2] Proverbs 11 verse 15, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa

Robert Leon Smith III
P.O. Box 853
Archer City, Texas

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

# PRIORITY® MAIL

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

*Retail*


UNITED STATES POSTAL SERVICE®


33128

RDC 03    0 Lb 0.90 Oz

U.S. POSTA
PM
WICHITA F
MAY 06, 20

**$9.85**

R2305E124

EXPECTED DELIVERY DAY: 05/08/24

USPS TRACKING® #



9505 5116 2963 4127 2884 28

EP14H February 2023