# NOTICE OF AND RESCISSION OF COMPLAINTS FOR CAUSE

Notice Date:  Day: Twenty-eight    Month: Four    Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

23 cR
802/1



In reply to: "**Violating Rights and Immunities under Color of Law** 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, <u>**War Crimes**</u> 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13,

NOTICE OF AND RESCISSION OF COMPLAINTS FOR CAUSE
Notice Date:  Day: Twenty-eight     Month: Four     Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

…Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, <u>**War Crimes**</u> 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, <u>**War Crimes**</u> 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13,

NOTICE OF AND RESCISSION OF COMPLAINTS FOR CAUSE

Notice Date:  Day: Twenty-eight   Month: Four   Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

…Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Obstructing by Force the Free exercise of Christian Religious Beliefs** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Obstructing by Force the Free exercise of Christian Religious Beliefs** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Obstructing by Force the Free exercise of Christian Religious Beliefs** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …

NOTICE OF AND RESCISSION OF COMPLAINTS FOR CAUSE

Notice Date:   Day: Twenty-eight      Month: Four      Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse ·
400 North Miami Avenue
Miami, Florida 33128

Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31 **Sale Into Involuntary Servitude** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31 **Violating Rights and Immunities under Color of Law** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Obstructing by Force the Free exercise of Christian Religious Beliefs** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31 **Sale Into Involuntary Servitude** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Obstructing by Force the Free exercise of Christian Religious Beliefs** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …

**NOTICE OF AND RESCISSION OF COMPLAINTS FOR CAUSE**

Notice Date:  Day: Twenty-eight      Month: Four      Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Attempted Murder** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31"

**PLEASE TAKE NOTICE** that I, Robert Leon Smith III, a sentient moral being, **Rescission** the original "**Violating Rights and Immunities under Color of Law** 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, <u>**War Crimes**</u> 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint

NOTICE OF AND RESCISSION OF COMPLAINTS FOR CAUSE

Notice Date:  Day: Twenty-eight    Month: Four    Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Obstructing by Force the Free exercise of Christian Religious Beliefs** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Obstructing by Force the Free exercise of Christian Religious Beliefs** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …

NOTICE OF AND RESCISSION OF COMPLAINTS FOR CAUSE

Notice Date:   Day: Twenty-eight     Month: Four     Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, <u>**War Crimes**</u> 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …

NOTICE OF AND RESCISSION OF COMPLAINTS FOR CAUSE

Notice Date:   Day: Twenty-eight      Month: Four      Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, <u>**War Crimes**</u> 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, <u>**War Crimes**</u> 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

Page 32, **Attempted Murder** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, <u>**War Crimes**</u> 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page

NOTICE OF AND RESCISSION OF COMPLAINTS FOR CAUSE

Notice Date:  Day: Twenty-eight      Month: Four      Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **<u>Obstructing by Force the Free exercise of Christian Religious Beliefs</u>** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **<u>War Crimes</u>** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Attempted Murder** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **<u>Obstructing by Force the Free exercise of Christian Religious Beliefs</u>** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **<u>War Crimes</u>** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page

NOTICE OF AND RESCISSION OF COMPLAINTS FOR CAUSE

Notice Date:   Day: Twenty-eight      Month: Four      Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31" including every copy, bearing my signature, wet ink or electronic, Robert Leon Smith III **for cause**.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.


I made a mistake Creating, Signing and Presenting the original "**Violating Rights and Immunities under Color of Law** 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, <u>**War Crimes**</u> 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Andrea Savdie…, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Andrea Savdie…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian**</u>

NOTICE OF AND RESCISSION OF COMPLAINTS FOR CAUSE

Notice Date:  Day: Twenty-eight      Month: Four      Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

**Religious Beliefs** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …

NOTICE OF AND RESCISSION OF COMPLAINTS FOR CAUSE

Notice Date:  Day: Twenty-eight     Month: Four     Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Obstructing by Force the Free exercise of Christian Religious Beliefs** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Obstructing by Force the Free exercise of Christian Religious Beliefs** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint

Notice Date:  Day: Twenty-eight    Month: Four     Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, Page 32, <u>**War Crimes**</u> 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, Page 32, **Attempted Murder** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, Page 32, <u>**War Crimes**</u> 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, Page 32, **Attempted Murder** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4,

**NOTICE OF AND RESCISSION OF COMPLAINTS FOR CAUSE**

Notice Date:   Day: Twenty-eight     Month: Four      Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

…Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Obstructing by Force the Free exercise of Christian Religious Beliefs** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31"

**Therefore**, I now repent of my sin.

"My son, if you: Have become guarantor for your friend, Have shaken hands in a pledge for a stranger, Have been snared by the words of your own mouth, Have been caught by the words of your own mouth-Do this at once, my son, and deliver yourself, For you have come into the hand of your friend: Go, humble yourself, and urge your friend. Give no sleep to your eyes, Nor slumber to your eyelids. Deliver yourself like a gazelle from the hunter's hand, And like a bird from the hand of the trapper."[1]

"He who is guarantor for a stranger suffers harm, But one who hates shaking hands in a pledge is safe."[2]

NOTICE OF AND RESCISSION OF COMPLAINTS FOR CAUSE

Notice Date:   Day: Twenty-eight     Month: Four      Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Robert Leon Smith III*

Robert Leon Smith III
P.O. Box 853
Archer City, Texas

Attachment: "**Violating Rights and Immunities under Color of Law** 1. Andrea Savdie..., Criminal Complaint Page 2, Criminal Complaint Page 3, ...Page 4, ...Page 5, ...Page 6, ...Page 7, ...Page 8, ...Page 9, ...Page 10, ...Page 11, ...Page 12, ...Page 13, ...Page 14, ...Page 15, ...Page 16, ...Page 17, ...Page 18, ...Page 19, ...Page 20, ...Page 21, ...Page 22, ...Page 23, ...Page 24, ...Page 25, ...Page 26, ...Page 27, ...Page 28, ...Page 29, ...Page 30, ...Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Andrea Savdie..., Criminal Complaint Page 2, Criminal Complaint Page 3, ...Page 4, ...Page 5, ...Page 6, ...Page 7, ...Page 8, ...Page 9, ...Page 10, ...Page 11, ...Page 12, ...Page 13, ...Page 14, ...Page 15, ...Page 16, ...Page 17, ...Page 18, ...Page 19, ...Page 20, ...Page 21, ...Page 22, ...Page 23, ...Page 24, ...Page 25, ...Page 26, ...Page 27, ...Page 28, ...Page 29, ...Page 30, ...Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Andrea Savdie..., Criminal Complaint Page 2, Criminal Complaint Page 3, ...Page 4, ...Page 5, ...Page 6, ...Page 7, ...Page 8, ...Page 9, ...Page 10, ...Page 11, ...Page 12, ...Page 13, ...Page 14, ...Page 15, ...Page 16, ...Page 17, ...Page 18, ...Page 19, ...Page 20, ...Page 21, ...Page 22, ...Page 23, ...Page 24, ...Page 25, ...Page 26, ...Page 27, ...Page 28, ...Page 29, ...Page 30, ...Page 31, ...Page 32, **War Crimes** 1. Andrea Savdie..., Criminal Complaint Page 2, Criminal Complaint Page 3, ...Page 4, ...Page 5, ...Page 6, ...Page 7, ...Page 8, ...Page 9, ...Page 10, ...Page 11, ...Page 12, ...Page 13, ...Page 14, ...Page 15, ...Page 16, ...Page 17, ...Page 18, ...Page 19, ...Page 20, ...Page 21, ...Page 22, ...Page 23, ...Page 24, ...Page 25, ...Page 26, ...Page 27, ...Page 28, ...Page 29, ...Page 30, ...Page 31, ...Page 32, **Attempted Murder** 1. Andrea Savdie..., Criminal Complaint Page 2, Criminal Complaint Page 3, ...Page 4, ...Page 5, ...Page 6, ...Page 7, ...Page 8, ...Page 9, ...Page 10, ...Page 11, ...Page 12, ...Page 13, ...Page 14, ...Page 15, ...Page 16, ...Page 17, ...Page 18, ...Page 19, ...Page 20, ...Page 21, ...Page 22, ...Page 23, ...Page 24, ...Page 25, ...Page 26, ...Page 27, ...Page 28, ...Page 29, ...Page 30, ...Page 31, **Sale Into Involuntary Servitude** 1. Andrea Savdie..., Criminal Complaint Page 2, Criminal Complaint Page 3, ...Page 4, ...Page 5, ...Page 6, ...Page 7, ...Page 8, ...Page 9, ...Page 10, ...Page 11, ...Page 12, ...Page 13, ...Page 14, ...Page 15, ...Page 16, ...Page 17, ...Page 18, ...Page 19, ...Page 20, ...Page 21, ...Page 22, ...Page 23, ...Page 24, ...Page 25, ...Page 26, ...Page 27, ...Page 28, ...Page 29, ...Page 30, ...Page 31, **False and Fictitious Records** 1. Andrea Savdie..., Criminal Complaint Page 2, Criminal Complaint Page 3, ...Page 4, ...Page 5, ...Page 6, ...Page 7, ...Page 8, ...Page 9, ...Page 10, ...Page 11, ...Page 12, ...Page 13, ...Page 14, ...Page 15, ...Page 16, ...Page 17, ...Page 18, ...Page 19, ...Page 20, ...Page 21, ...Page 22, ...Page 23, ...Page 24, ...Page 25, ...Page 26, ...Page 27, ...Page 28, ...Page 29, ...Page 30, ...Page 31, **Violating Rights and Immunities under Color of Law** 1. Emily Gurskis..., Criminal Complaint Page 2, Criminal Complaint Page 3, ...Page 4, ...Page 5, ...Page 6, ...Page 7, ...Page 8, ...Page 9, ...Page 10, ...Page 11, ...Page 12, ...Page 13, ...Page 14, ...Page 15, ...Page 16, ...Page 17, ...Page 18, ...Page 19, ...Page 20, ...Page 21, ...Page 22, ...Page 23, ...Page 24, ...Page 25, ...Page 26, ...Page 27, ...Page 28, ...Page 29, ...Page 30, ...Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Emily Gurskis..., Criminal Complaint Page 2, Criminal Complaint Page 3, ...Page 4, ...Page 5, ...Page 6, ...Page 7, ...Page 8, ...Page 9, ...Page 10, ...Page 11, ...Page 12, ...Page 13, ...Page 14, ...Page 15, ...Page 16, ...Page 17, ...Page 18, ...Page 19, ...Page 20, ...Page 21, ...Page 22, ...Page 23, ...Page 24, ...Page 25, ...Page 26, ...Page 27, ...Page 28, ...Page 29, ...Page 30, ...Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Emily Gurskis..., Criminal Complaint Page 2, Criminal Complaint Page 3, ...Page 4, ...Page 5, ...Page 6, ...Page 7, ...Page 8, ...Page 9, ...Page 10, ...Page 11, ...Page 12, ...Page 13, ...Page 14, ...Page 15, ...Page 16, ...Page 17, ...Page 18, ...Page 19, ...Page 20, ...Page 21, ...Page 22, ...Page 23, ...Page 24, ...Page 25, ...Page 26, ...Page 27, ...Page 28, ...Page 29, ...Page 30, ...Page 31, ...Page 32, **War Crimes** 1. Emily Gurskis..., Criminal Complaint Page 2, Criminal Complaint Page 3, ...Page 4, ...Page 5, ...Page 6, ...Page 7, ...Page 8, ...Page 9, ...Page 10, ...Page 11, ...

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Emily Gurskis…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, <u>**War Crimes**</u> 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Evan Schlom…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, <u>**War Crimes**</u> 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23,

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

…Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Glenn Leon…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Obstructing by Force the Free exercise of Christian Religious Beliefs** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Gabrielle Raemy Charest-Turken…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, in the Free Exercise of Rights under Color of Law** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Obstructing by Force the Free exercise of Christian Religious Beliefs** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page

Case 9:23-cr-80211-KAM   Document 55   Entered on FLSD Docket 05/16/2024   Page 19 of 21

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Kenneth A Marra…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, <u>**War Crimes**</u> 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Markenzy Lapointe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, <u>**Obstructing by Force the Free exercise of Christian Religious Beliefs**</u> 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, <u>**War Crimes**</u> 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Orlando Buissereth…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21,

**NOTICE OF AND RESCISSION OF COMPLAINTS FOR CAUSE**

Notice Date:   Day: Twenty-eight    Month: Four    Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

…Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Violating Rights and Immunities under Color of Law** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights under Color of Law** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Obstructing by Force the Free exercise of Christian Religious Beliefs** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **War Crimes** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, …Page 32, **Attempted Murder** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **Sale Into Involuntary Servitude** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31, **False and Fictitious Records** 1. Ryon M McCabe…, Criminal Complaint Page 2, Criminal Complaint Page 3, …Page 4, …Page 5, …Page 6, …Page 7, …Page 8, …Page 9, …Page 10, …Page 11, …Page 12, …Page 13, …Page 14, …Page 15, …Page 16, …Page 17, …Page 18, …Page 19, …Page 20, …Page 21, …Page 22, …Page 23, …Page 24, …Page 25, …Page 26, …Page 27, …Page 28, …Page 29, …Page 30, …Page 31"

cc: The Honorable Cecilia M. Altonaga, Wilkie D. Ferguson, Junior United States Courthouse, 400 North Miami Avenue, Room 13-3, Miami, Florida 33128
cc: The Honorable Ryon M. McCabe, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, 4th Floor, West Palm Beach, Florida 33401
cc: The Honorable Kenneth A. Marra, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, Courtroom #4, Chambers 316, West Palm Beach, Florida 33401
cc: Gabrielle Raemy Charest-Turken, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
cc: Emily Gurskis, U.S. Department of Justice, Fraud Section, Criminal Division, 1400 New York Avenue, Northwest, Bond Building 8th Floor, Washington, DC 20005
cc: Andrea Savdie, U.S. Department of Justice, 12020 Miramar Parkway, Miramar, Florida 33025
cc: Evan N. Schlom, U.S. Department of Justice, 1400 New York Avenue Northwest, Washington, DC 20005
cc: Provost Marshal General, 2800 Army Pentagon, Washington, D.C. 20310-2800
cc: FBI South Florida, 505 South Flagler Drive, West Palm Beach, Florida 33401
cc: Orlando Buissereth, 200 Independence Avenue Southwest, Washington D.C. 20201
cc: Markenzy Lapointe, Southern District of Florida, 99 Northeast 4th Street, Miami, Florida 33132
cc: Glenn Leon, Chief, Fraud Section, United States Department of Justice, 950 Pennsylvania Avenue Northwest, Washington, DC 20530

---

[1] Proverbs 6 verses 1 through 5, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa
[2] Proverbs 11 verse 15, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa

Robert Leon Smith III
P.O. Box 653

The Honorable Cecilia M. Altonaga,
Wilkie D. Ferguson, Junior United States
Courthouse
400 North Miami Avenue
Room 13-3 Miami, Florida 33128

REC'D BY _____ D.C.

MAY 13 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.