creator: rob_____ith

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORI__

WEST PALM BEACH

| | | |
|---|---|---|
| UITED STATES OF AMERICA, INC. | ] | Case ____ ___211___IARRA/MCCABE |
| Plaintiff in Error | ] | |
| | ] | |
| | ] | |
| We the People | | |
| Respondent in Error | | |

**Obstructing by Force the Free exerc_____ Christ___ Religious Beliefs**
by Subjecting to Sa_anic Religio__ __remony
by denying Commo_ __ as foun_ __ __he Holy Bible,
with lies and fraud an_ __ foreig_ ___stitutional jurisdiction
under Private Internati__ __l La_ __ __ Roman Cult handlers

**IN THE NAME AND BY THE AUTHOR__Y OF T__STATE OF TEXAS**
As a direct descendant of the f____rs of the ___stitution for the United States of
America and as one of "the Posteri__ ___d in the preamble, by right of blood, I hereby
declare;

1.      Orlando Buissere___ _s an attorn__ __or the U__ited States Department of "Justus",
and deemed to know th__ __w, and is a __ leader in all of the felonies described herein
*"Ignorance of the law does n__ ___use miscon__ __ in anyone, least of all in a sworn officer of the law." In
re McCowan (1917), 177 C. 9___ __ 1100 ___ce__ of the court have no immunity, when violating a
constitutional right, for they are de__ __ __ __he law." Owens v Independence 100 S.C.T. 1398*

*"An officer who act__ __iolation __ __e Constitut__n ceases to represent the government". Brookfield
Const. Co. v. Ste___ __ 284 F.*

2.      Orlando ___th kno__ that properly applying the facts to the law is NOT
discretiona__ __Walker v Pac___ __827 S.W.sd 833, 840 (Tex. 1992)) and misapplying the
facts to t__ __w in a mat__ __an abuse of discretion and Official Oppression.

3.      ___ave r___on to __lieve and do believe that Orlando Buissereth is Obstructing by
Force ___ __xerci__ __f Christian Religious Beliefs by Subjecting the Respondent in
Error to a ___ __ Re___ous Ceremony, by denying Common Law as found in the Holy
Bib__ __ith lies ___ __ud and a foreign unconstitutional jurisdiction under Private
___ __nal Law a__ their Roman Cult handlers in violation of 18 USC § 247 Damage
___Relig___ __perty; Obstruction of persons in the free exercise of religious beliefs
__a)Who___ in __ of the circumstances referred to in subsection (b) of this section—

**(2)** intentionally obstructs, by force or threat of force, including by threat of for [obscured] property, any person in the enjoyment of that person's free exercise of religious [obscured] or attempts to do so;

shall be punished as provided in subsection (d).
**(b)** The circumstances referred to in subsection (a) are that the offense [obscured] interstate or foreign commerce.
**(d)**The punishment for a violation of subsection (a) or (c) of this section shall [obscured]
**(1)** if death results from acts committed in violation of this section or [obscured] such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit [obscured] aggravated sexual abuse, or an attempt to kill, a fine in accordance with this title and imprisonment for [obscured] erm of years or for life, or both, or may be sentenced to death;
**(5)** in any other case, a fine in accordance with this title and i [obscured] onment for no more than one year, or both. 18 USC § 247 Damage to Religious Property; Obstruction o [obscured] ns in the free exercise of religious beliefs

and they are busy bringing dead things to life [obscured] their [obscured] mancy
10 There shall not be found among you any one that [obscured] keth h [obscured] or [obscured] daughter to pass through the fire, or that useth divination, or an observer of times, [obscured] n e [obscured] ter, or [obscured] witch,
11 Or a charmer, or a consulter with familiar spirits, or [obscured] or a n [obscured] mancer.
12 For all that do these things are an abomination unto the LORD: a [obscured] cause of these abominations the LORD thy God doth drive them out from be [obscured] ee. Deuter [obscured] y 18: 10-12 King James Version

and the Greek derivative of the word [obscured] rcere [obscured] makeia, which  means it is sorcerers forcing their slavery into t [obscured] ail [obscured] m w [obscured] their satanic fear agenda, when the God of Abraham, Isaac, and Jac [obscured] us to "[obscured] not"
"...fear not..."Genesis 15:1, Genesis [obscured] 17, Genesis 2 [obscured] enesis 35:17, Genesis 43:23, Genesis 46:3, Deuteronomy 1:21, Deuteronomy 20: [obscured] ronomy [obscured] Deuteronomy 31:8, Joshua 8:1, Joshua 10:25, Judges 6:10, Judges 6:23, 1 Samue [obscured] 1 Chronicles 28:20 2 Chronicles 20:17, Isaiah 35:4, Isaiah 41:13, Isaiah 41:14, Isaiah 4 [obscured] [obscured] 44:2, Isaiah 54:4, Jeremiah 47:27, Lamentations 3:57, Daniel 10:1 [obscured] 10:19, Joe [obscured] 1, Zechariah 8:13, Matthew 1:20, Matthew 10:28, Matthew 28:5, Luke 1:13, Luk [obscured] 0, Luke 2:1 [obscured] Luke 5:10, Luke 8:50, Luke 12:7, Luke 12:32, John 12:15, Acts 27:24, Revelatio [obscured] 17,

and they will reap the rew [obscured] of all liars
"Ye are of your father the devil, [obscured] luft [obscured] your father ye will do. He....... abode not in the truth, because there is no trut [obscured] him. Wh [obscured] aketh [obscured] lie, he speaketh of his own: for he is a liar, and the father of it." John 8: [obscured]

But the fearful, an [obscured] unbelie [obscured] [obscured] abominable, and murderers, and whoremongers, and sorcerers, and idolaters, and [obscured] liar [obscured] il have [obscured] ir part in the lake which burneth with fire and brimstone: which is the second death. [obscured] ns 21:8 [obscured]

4.   Or [obscured] do Buissere [obscured] required to know that there is a minor estate Treasury Direct A [obscured] unt
Entity m [obscured] s any [obscured] her of a [obscured] easury Direct account that is not an individual. Entity is a sole propri [obscured] [obscured] nership [obscured] orporation, limited liability company or professional limited liability company, trust, the e [obscured] a dece [obscured] t, or the estate of a living person such as an incompetent or a minor. Minor means a [obscured] nder the age of 18 years. The term minor is also used to refer to an individual w [obscured] tained th [obscured] of 18 years but has not yet taken control of the securities contained in his or her [obscured] nt. 31 CFR [obscured] 363.6

[obscured] at w [obscured] rea [obscured] by fraud and deception, in violation of their Code of Law for the District [obscured] mbia Title 18 USC Section 1001

Criminal Complaint Page 2

*(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—*
*(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;*
*(2) makes any materially false, fictitious, or fraudulent statement or representation; or*
*(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;*
*shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.*
*(b) Subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations, writings or documents submitted by such party or counsel to a judge or magistrate in that proceeding.*
*(c) With respect to any matter within the jurisdiction of the legislative branch, subsection (a) shall apply only to—*
*(1) administrative matters, including a claim for payment, a matter related to the procurement of property or services, personnel or employment practices, or support services, or a document required by law, rule, or regulation to be submitted to the Congress or any office or officer within the legislative branch; or*
*(2) any investigation or review, conducted pursuant to the authority of any committee, subcommittee, commission or office of the Congress, consistent with applicable rules of the House or Senate.*

5.      Orlando Buissereth is required to know there was no disclosure that Securities were being created when the Respondent in Error was born, and, there was no disclosure that the Respondent in Error was being created into slavery for a debt as found in their Code of Law for the District of Columbia Title 15 USC Section 77b – Definitions; promotions of efficiency, competition, and capital formation.

*(1) The term "security" means any note, stock, treasury stock, security future, security-based swap, bond, debenture, evidence of indebtedness, certificate of interest or participation in any profit-sharing agreement, collateral-trust certificate, preorganization certificate or subscription, transferable share, investment contract, voting-trust certificate, certificate of deposit for a security, fractional undivided interest in oil, gas, or other mineral rights, any put, call, straddle, option, or privilege on any security, certificate of deposit, or group or index of securities (including any interest therein or based on the value thereof), or any put, call, straddle, option, or privilege entered into on a national securities exchange relating to foreign currency, or in general, any interest or instrument commonly known as a "security", or any certificate of interest or participation in, temporary or interim certificate for, receipt for, guarantee of, or warrant or right to subscribe to or purchase, any of the foregoing. 15 USC 77b Definitions; promotions of efficiency, competition, and capital*

6.   Orlando Buissereth is required to know all regulations are for "property of the United States"

*"The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States;...." Article IV, Section 3, Clause 2, Constitution for the United States of America*

and the Code of Federal Regulations Title 31, Section 363.6 is evidence that Securities were created by fraud and deception, when the Respondent in Error was born, which means the Respondent in Error was born into slavery, because a slave is property, and Orlando Buissereth is required to know the fraudulent Securities are deposited into a Treasury Direct Account and that account exists to this day, and they lie and cheat and steal, and engage in fraud and deception when they criminally convert your name into ROBERT JOHN SMITH III (in my case) which originated with the Roman Cult as a "use" which is for a usufruct

*"Yet still it was found difficult to set bounds to ecclesiastical ingenuity; for when they were d[e]____ of all their former holds, they devised a new method of conveyance, by which the[y]_____ to themselves directly, but to nominal feoffees to the use of the religious hous__ ___distinguishing between the possession and the use, and receiving the actual profits, while the __ __ __ the lands remained in the nominal feoffee, who was held by the courts of equity (then under th[e]_____ion of the clergy) to be bound in conscience to account [taxes] to his cestui que ___ __ ___ ents an[d] _oluments of the estate: and it is to these inventions that our practitioners are i_____ed fo__ __troduction of uses and trusts, the foundation of modern conveyancing." Tomlins Law ___ionary 183___tion, Volume 2 under the definition of Mortmain [emphasis added]*

and is also found under the Code of Law for the Distric[t] ___olumbia

*"Chap. 854. – An Act to establish a code of law for the Distri[ct] of Col_____ __ ___ As Approved on March 3, 1901, by the Fifty-Sixth Congress, Session II, at _____1189, an___where it says; "And be it further enacted, That in the interpretation and constr____ _f said code the following rules shall be observed namely:… "Third. The word "person" shall be held to apply to pa___ __ps and co__ __ ___ns, …", [emphasis added]*

*"The Legal Estate to be in Cestui Que Use" Chapt__ __fty-Si[x] _ __ ___7, at 31 Stat. 1432*

which is a nom de guerre fictitious War Na__ __ ___use th__ __ are making War on you

*"Under International Law of Warfare, all parties to a c____ must ap___ by nom de guerre, because an "alien enemy cannot maintain an action duri__ __ _war in his o__ __ __e". Merriam-Webster Dictionary, pg. 1534*

*"A mixed war is one which is made on o_ ___side by ___ic a__ ___rity, and the other by mere private persons." Black's Law Dictionary 5th Ed__ __ge ___*

and they presume you are de__

*Chapter three – Absence for Seven ___ __ Sec. 2__ __ 31 Stat. 1230, where it says; "SEC. 252. PRESUMPTION OF DEATH__ __person shall leave his domicile without any known intention of changing the same __ __hall not__ __ be heard from for seven years from the time of his so leaving, he shall be presu__ __ be dead, in an__ __ase wherein his death shall come in question, unless proof be made that h[e] __as alive with__ __ that time.,*

which means they wa__ __ Respond__ in Error dead so Orlando Buissereth and his thieving bankster budd__ __d their __man Cult handlers can pillage all of the fake money from the Treasury __ __ __ount under the Hague Convention Concerning the International Ad___ __ration of the Estates of Deceased Persons, concluded 2 October 1973,

which means ___ __ Buisse__ __th and his Roman Cult BAR member scum intend to facilitate __e Res___ __ndent in __or's murder in violation of their Code of Law for the District ___olumbia Tit__ __Section 1113 Attempt to Commit Murder or Manslaughter

*Except __ __rovide__ __ section 113 of this title, whoever, within the special maritime and territorial jurisdic__ __ of th__ __ited States, attempts to commit murder or manslaughter, shall, for an attempt to comm__ __urder __ impriso__ __ not more than twenty years or fined under this title, or both, and for an atte__ __ __ __ mans__ __ghter be imprisoned not more than seven years or fined under this title, or both. 18 __ __ ___113 Att__ __ted Murder*

*__ __ __slaughter __ __ unlawful killing of a human being without malice. It is of two kinds: ___olun__ __ —Upon a sudden quarrel or heat of passion. ___involun__ __ __e commission of an unlawful act not amounting to a felony, or in the commission in an unlaw__ __man__ __ __ without due caution and circumspection, of a lawful act which might produce death.*

*(b) Within the special maritime and territorial jurisdiction of the United States,*
*Whoever is guilty of voluntary manslaughter, shall be fined under this title or imprisoned not [more than] 15 years, or both;*
*Whoever is guilty of involuntary manslaughter, shall be fined under this title [or impri]soned not more than 8 years, or both. 18 USC 1112 Manslaughter*

7.      In the event the Respondent in Error turns up dead [then Orl]ando Bu[i]ssereth is guilty of murder in violation of their Code of Law for the [Dist]rict of [Colum]bia Title 18 Section 1111 Murder
*(a) Murder is the unlawful killing of a human being with malice afo[re]thought. Every m[u]rder perpetrated by poison, lying in wait, or any other kind of willful, deliberate, malicious, and premeditated killing; or committed in the perpetration of, or attempt to perpetrate, any arson[, esc]ape, murder, kidnapping, treason, espionage, sabotage, aggravated sexual abuse or [sex]ual abuse[, child] abuse, burglary, or robbery; or perpetrated as part of a pattern or practice of as[sault or] torture against a child or children; or perpetrated from a premeditated design unlawfully and maliciously [to e]ffect the death of any human being other than him who is killed, is murder in the first degree.*
*Any other murder is murder in the second degree.*
*(b) Within the special maritime and territorial jurisdic[tion] of the [United] States,*
*Whoever is guilty of murder in the first degree sha[ll be] punish[ed by deat]h or by imprisonment for life;*
*Whoever is guilty of murder in the second degree, [sha]ll be [impr]isoned [fo]r any term of years or for life.*
*(c) For purposes of this section—*
*(1) the term "assault" has the same meaning as given [to] that term in [secti]on 113;*
*(2) the term "child" means a person who has [not att]ained the [age of 1]8 years and is—*
*(A) under the perpetrator's care or control[;]*
*(B) at least six years younger than the pe[rp]etrator;*
*(3) the term "child abuse" means intentio[nal]ly or k[now]ingly [cau]sing death or serious bodily injury to a child;*
*(4) the term "pattern or practice of assault [or tortur]e" mean[s a]ssault or torture engaged in on at least two occasions;*
*(5) the term "serious bodily injury" h[as the] meaning [given th]at in section 1365; and*
*(6) the term "torture" means conduct, wh[ich is] not committed under the color of law, that otherwise satisfies the definition set forth in [s]ection 234[0. 18] USC 1111 Murder*

and Orlando Buissereth['s] deliberate [and c]alculated actions in this matter show he intends to facilitate the Respo[nd]ent in Error['s m]urder in a conspiracy to commit murder in violation of his Code o[f L]aw for the D[is]trict of Columbia Title 18 Section 1117
*If two or more persons cons[pire to] violate se[ctio]n 1111, 1114, 1116, or 1119 of this title, and one or more of such persons do any overt [act to] [effect the] object of the conspiracy, each shall be punished by imprisonment for an[y term] of years [or for li]fe. 18 USC 1117 Conspiracy to Commit Murder*

and Orlando [Bu]isseret[h wants] to bring the District of Columbia outside "(not exceeding ten Miles squ[are])" o[f it's siz]e in v[iolat]ion of Article 1, Section 8, Clause 17
*"To exercise excl[usive L]egislation [in] all Cases whatsoever, over such District (not exceeding ten Miles square) as [m]ay, by [Cess]ion of [parti]cular States, and the Acceptance of Congress, become the Seat of the Gove[rn]ment of the Uni[ted Sta]tes, and to exercise like Authority over all Places purchased by the Consen[t of] the Le[gi]slature o[r the] State in which the Same shall be, for the Erection of Forts, Magazines, Arsena[ls, doc]k-Y[ard]s, and other needful Buildings;—And" Article 1, Section 8, Clause 17, Constitution for The [Unit]ed Sta[tes] of Ame[rica]*

with his [fictitious e]state scam
*E[ntity means an]y holder of a Treasury Direct account that is not an individual. Entity is a sole [pa]rtnership, partnership, corporation, limited liability company or professional limited liability company, [t]rust, t[he esta]te of a decedent, or the estate of a living person such as an incompetent or a minor.*
*Minor [means an ind]ividual under the age of 18 years. The term minor is also used to refer to an individual*

who has attained the age of 18 years but has not yet taken control of the securities contain_____ is or her minor account. 31 CFR 363.6

under the Commerce Clause (Article 1, Section 8, Clause 3), with _____ess' plenary dictatorship jurisdiction

"In other words *Congress has exclusive legislative jurisdiction over* _____ Washington District of Columbia and through their plenary power nationally covers those citizens eve_____ in one of the several states as though the district expands for the purpose of _____ulating its citi_____ wherever they go throughout the states in union" *National Mutual Insurance Com_____y of the Distric_____ Columbia v. Tidewater Transfer Company*, 337 U.S. 582, 93 L.Ed. 1556 (194___

"plenary jurisdiction. A court's full and absolute power *ov_____ subject_____* the parties in a case." Black's Law Dictionary 8th Edition, page 2495 [emphasis a___

"plenary 1. Full; complete; entire." Black's Law Dictio_____ 9th Edition _____ 1273

"PLENARY. Full; complete. *In the courts of adm_____, and i_____ ish ecclesiastical courts*, causes or suits in respect of the different course of proce_____ns in g_____ are te_____d plenary or summary. Plenary, or full and formal, suits are those in which the proc_____ st be fu_____d formal; the term summary is applied to those causes where the proceedings ar_____ succinc_____d less formal. 2 Chitty, Pr. 481." Bouvier's Law Dictionary, Third Revision, 8th Edition, Volum_____ ge 2612

"Plenary - A plenary power or plenary a_____rity is a_____te and absolute power to take action on a particular issue, *with no limitations*. It _____rived f_____ _____n term plenus," Wikipedia

"Plenary Power - *Complete power over _____ar area_____ no limitations*. This term is often used to describe the Commerce Power of_____gress. Under th_____mmerce Clause (Article I, Section 8, Clause 3) Congress is granted full power e_____rstate co_____e. The Court has found that states are not able to pass laws affecting interstate comm_____out the permission of Congress." Legal Information Institute

in violation of Orlando _____reth's Co_____ Law for the District of Columbia Title 18 USC Section 1584 S_____into Involu_____ry Servitude

(a) *Whoever knowingly _____ willfully holds _____involuntary servitude* or sells into any condition of involuntary servitude, any other per_____ for any term, c_____ings within the United States any person so held, shall be fined under this title or i_____ned not mo_____an 20 years, or both. If death results from the violation of this section, or if the violat_____des k_____pping or an attempt to kidnap, aggravated sexual abuse or the attempt to comm_____aggrava_____abuse, or an attempt to kill, the defendant shall be fined under this title or impr_____ for any term of years or life, or both.

(b) Whoever o_____ucts, att_____to obstru_____ or in any way interferes with or prevents the enforcement of this section, _____ll be su_____o _____penalties described in subsection (a). 18 USC 1584 Sale Into Involuntary S_____tud___

and in _____ation of Orlan_____uissereth's Code of Law for the District of Columbia Title 18 US_____ction 1583 E_____ement into Slavery

(a) W_____ver—

(1) _____aps o_____ries a_____any other person, with the intent that such other person be sold into in_____tory _____itude, _____eld as a slave;

(2) e_____ _____rsuade_____r induces any other person to go on board any vessel *or to any other place with the inten_____ _____ _____e may be made or held as a slave*, or sent out of the country to be so made or _____ _____; or

(3) _____ structs, or a_____mpts to obstruct, or in any way interferes with or prevents the enforcement of this sec_____

shal_____ _____der this title, imprisoned not more than 30 years, or both.

*(b) Whoever violates this section shall be fined under this title, imprisoned for any term of years* ___ *life, or both if—*
*(1) the violation results in the death of the victim; or*
*(2) the violation includes kidnaping, an attempt to kidnap, aggravated sexual abuse* ___ *attempt to commit aggravated sexual abuse, or an attempt to kill.*

because everybody held in a prison is a slave of the state
*"He [the prisoner] has as a consequence of his crime, not only forfei* ___ *his liberty bu* ___ *is personal rights except those which the law in its humanity affords him. He is* ___ *he time being a* ___ *ve of the state." 62 Va. (21 Gratt.) 790, 796 (1871)*

and Orlando Buissereth is using capitus diminutio m ___ ma u ___ Law
*"Capitis Diminutio (meaning the diminishing of status through* ___ *of capitalization) In Roman law. A diminishing or abridgment of personality; a loss or curtailment of a* ___ *tatus or aggregate of legal attributes and qualifications."*

*"Capitis Diminutio Maxima (meaning a maximum loss* ___ *tatus th* ___ *e use of capitalization, e.g. HANNAH, WITH THE UNKNOWN LAST NAME or D* ___ *JOHN* ___ *est or most comprehensive loss of status. This occurred when a man's condition* ___ *s ch* ___ *d from* ___ *e of freedom to one of bondage, when he became a slave. It swept away with* ___ *its of cit* ___ *nship and all family rights." Black's Law Dictionary 4th Edition [emphasis added]*

which is proof of Orlando Buissereth' ___ ent to ___ slave the Respondent in Error, and Orlando Buissereth's (bought and p ___ for) cl ___ ng their "justus" in the inferior Courts of limited Jurisdiction / Exec ___ e A ___ cles a ___ using your Roman Cult cestui que usufruct / minor estate to sell the ___ ondent ___ rror into involuntary servitude.

8.     Orlando Buissereth requi ___ know ___ e ge ___ paid in fake money / Federal Reserve Notes which are forced loan ___ military scrip
*"The forced loans of 1862 and 18* ___ *the form* ___ *tender notes, were vital forces in the struggle for national supremacy. They form* ___ *part of the public* ___ *bt of the United States, ..." Julliard v. Greenman, 110 US 432*

*This rule does not interfere w* ___ *e right of the* ___ *orious invader to tax the people or their property, to levy forced loans, to billet sold* ___ *r to appro* ___ *e property, especially houses, lands, boats or ships, and churches, for temporary and* ___ *rticle 37, Clause 2, General Orders 100 (Lieber Code)*

and they are re ___ ed to kn ___ that the ___ cupying power are US citizens (foreign) to Texas and Flo ___ with t ___ itizen military troops to enforce the martial law
*U.S. citizenship is* ___ *requi* ___ *nt to* ___ *icensed as a peace officer in Texas. Texas Commission on Law Enforcement  (Co* ___ *Rule (§2* ___ *1(a)(18))*

and they ___ required to ___ that Texas, Florida, and United States statutes, are edicts under M ___ al La ___
*"NOTE:* ___ *der the* ___ *w-Marti* ___ *only the criminal jurisdiction of a Military Court is the recognized law. But as Arti* ___ *ree* ___ *s, "the* ___ *courts can continue wholly or in part as long as the civil jurisdiction does not viola* ___ *ary ord* ___ *aid down by the Commander in Chief or one of his Commanders." By this means; a mi* ___ *ue* ___ *isdiction, and authority are imposed upon the occupied populace under di* ___ *of the or* ___ *l courts and officers of the occupied district or region, because the so-called* ___ *ties in an oc* ___ *pied district, or region, only act at the pleasure of a military authority.* ___ *hould* ___ *pted here that the several State Legislatures, County Boards of Commissioners, and* ___ *ity Cou* ___ *stantly legislating to please the edicts of the federal government (the occupying*

*force) and that their legislation, in this sense, is not an exercise of State sovereign_____ instead, a compliance with edicts of the military force which occupies the several States and con_____ly are edicts of Martial Law Rule." Dyett v Turner 439 P2d 266 @ 269, 20 _____ Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme _____ mphasis added*

*Military jurisdiction is of two kinds: First, that which is conferred and defined b_____ ___ second, that which is derived from the common law of war. Military offenses unde_____ law m____ tried in the manner therein directed; but military offenses which do not ____ with____ _tatute must be tried and punished under the common law of war. The character of t__ ourts which ___cise these jurisdictions depends upon the local laws of each particular country.*
*In the armies of the United States the first is exercised by ___ts-martial, whil___ ses which do not come within the "Rules and Articles of War," or the jurisdiction co____d by statut___ courts-martial, are tried by military commissions. Article 13 General Orders 1__ (Lieb_____*

9.      Orlando Buissereth intends that his scr____ __or low intelligence, and a propensity for aggressive behavior his Dist___ of C____ corporate UNITED STATES OF AMERICA to unlawfully arrest the ___ __ndent in Er__ under color of the Minor Estate to facilitate the Respondent i___ror's p__ because the Respondent in Error DOES have a right to resist any unl___ul ar__ with____hal force if necessary, as evidenced by The Amistadt where th____ killed __of their captors except for one because they did NOT know how to sai____ they ___anded that the one survivor take them back to Africa and where t__ upreme ____ of the United States dismissed the murder charges and ordered____m to b____rned to A__ica, **United States v. Schooner Amistad, 40 U.S. (15 Pet.) __ 8 (184__**

*"Story affirmed the right of self-de___se b__ __sons ___ illegally. In his own writings, he had admitted that "a situation could arise in which the ___nd-bala___s principle ceased to work and the various branches of government concurred in a gross usurpation." ____e would be no usual remedy by changing the law or passing an amendment to t__ ___stitution, s____ __ ne oppressed party be a minority. Story concluded, "If there be any remedy at all ... it____dy never provid__ for by human institutions." That was the "ultimate right of all human beings in extreme ____ ___ resist oppression, and to apply force against ruinous injustice." (From Mutiny on the A_____ y Howard ___ , Oxford University Press, 1987, an account of the reading of the decision in the ___ by Justice Joseph Story of the Supreme Court.)*

because when t__ Respondent __ Error exercises his right to resist their unlawful arrest, with lethal force __cessary, th__ will_then have an excuse to murder the Respondent in Error, as eviden___ th__ __tube video of Farmington, Utah military police murdering ___e Allen___ __ing a home made plate on an automobile, which is a win-win-win ___ario for Orlando Buissereth and his Bankster buddies and their Roman Cult handler_ ___cause __e Respondent in Error turns up dead, they get to pillage all of the fake ___on__ ___e ___asury Direct Account for the Minor Estate under the <u>Hague Convent__ __ncerni__ __e International Administration of the Estates of Deceased Per__ns</u>, conclud__ __ctober 1973

___do Buissereth is wringing his hands thinking about the fake money he and __ ba__ter bu___es and his Roman Cult handlers will get to pillage from Smith's Minor __ ___easu_ __irect Account, after almost 5 years Orlando Buissereth is taking re___ __for __tical beliefs which is a war crime with the scheme and conspiracy of his and his ___s buddies he fabricated, threatened and intimidated anyone he could. __rlando Buissereth knows there was no lawful reason to bring a case to their so-called ____ Orlando Buissereth and his (bought and paid for) Clerks masquerading as

RESCISSION

Judges / military commissioners love to shed innocent blood for their Roman Cult God BAAL.

11.     Orlando Buissereth is engaged in War Crimes by coercing information from the Respondent in Error and from third parties with their forced impecunious interrogatory, and their forced fingerprinting, and their forced identification

*"No physical or moral coercion shall be exercised against protected persons, in particular to obtain information from them or from third parties." Article 31, Geneva Convention Relative to the Treatment of Civilians in a Time of War of 1949*

are taking the Respondent in Error hostage for their Roman cult minor estate in violation of Article 34, of the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949

*The taking of hostages is prohibited. Article 34, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

pillaged the Respondent in Error's right to bear arms, and right to travel, and are assaulting the Respondent in Error for their crime of their Roman Cult minor estate in violation of Article 33

*No protected person may be punished for an offence he or she has not personally committed. Collective penalties and likewise all measures of intimidation or of terrorism are prohibited.*
*Pillage is prohibited.*
*Reprisals against protected persons and their property are prohibited. Article 33, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

are using his "local rules" as a mechanism to deny the Respondent in Error a remedy (another War Crime)

*No contract, agreement or regulation shall impair the right of any worker, whether voluntary or not and wherever he may be, to apply to the representatives of the Protecting Power in order to request the said Power's intervention. Article 52, Clause 1, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

are coercing the Respondent in Error to work for the occupying power, (another War Crime), by compelling the disclosure of a Social Security Number

*All measures aiming at creating unemployment or at restricting the opportunities offered to workers in an occupied territory, in order to induce them to work for the Occupying Power, are prohibited. Article 52, Clause 2, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

because a Social Security number is for "Federal Personnel"

*(a)DEFINITIONS.—For purposes of this section—*
*(13) the term "Federal personnel" means officers and employees of the Government of the United States, members of the uniformed services (including members of the Reserve Components), individuals entitled to receive immediate or deferred retirement benefits under any retirement program of the Government of the United States (including survivor benefits). 5 USC 552a Records Maintained on Individuals*

te[...] the Respondent in Error and engaged in forced medical experiments with their forced vaccination and forced mask wearing and forced tuberculosis shots, and their force feeding persons in their jails with dead pig, fluoridated water, and countless chemicals (more War Crimes), in violation of Article 32

*The High Contracting Parties specifically agree that each of them is prohibited from taking any measure of such a character as to cause the physical suffering or extermination of protected persons in their*

hands. This prohibition applies not only to murder, torture, corporal punishment, mutilation... medical or scientific experiments not necessitated by the medical treatment of
a protected person, but also to any other measures of brutality whether app... ...me of War of 1949
agents. Article 32, Geneva Convention Relative to the Protection of Civilian...

12.     Orlando Buissereth is using force to subject the Resp...nt in E... their satanic religious ceremony by denying God's common la... ...the H...y Bible because Civil Law, Roman Law Municipal Law, and Ro...n Civil La... ...e convertible phrases

""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning... ...e same system of jurisprudence. That rule of action which every particular nation, co...nwealth, or ...has established peculiarly for itself; more properly called "municipal" law, to distinguish... ...of nature," and from international law.  See Bowyer, Mod.  Civil Law, 19; S... ...v.  Riley, ... ...170, 244 P. 323, 325"
Black's Law Dictionary, Revised 4th Edition, page 312 [emphe... ...ed]

and there is a maxim of Roman Law
Let him who is willing to be deceived be deceived

and Orlando Buissereth's (bought and pai... ...r) C...ts ma...uerading as Judges use the minor estate as justification to forge the Re...nt in E...s signature onto their quasi contracts

"Assumpsit - ....In its origin an action of tort... ...psit] was... ...ransformed into an action of contract, becoming afterwards a remedy where the... ...as neith... ...nor contract. Based at first only upon an express promise, it was afterwards supp... ...d upon... ...promise, and even upon a fictitious promise. Introduced as a special manife... ...on o... ...ction... ...the case, it soon acquired the dignity of a distinct form of action, which supersede... ...ame co...rently with Account, with Case upon a bailment, a warranty, and bills of exchange... ...compete... ...th Equity in the case of the essentially equitable quasi-contracts growing... ...the principl... ...ust enrichment. Surely, it would be hard to find a better illustration of the flexibility an... ...r of self-development of the Common Law." James Barr Ames, "The History of Assumpsit," in 3 Se... ...ays in Anglo-American Legal History 298 (1909)."
Black's Law Dictionary, 8th Edit... ...age 379

"Both in Roman and Englis... ...w there are c...ain obligations which were not in truth contractual, but which the law treats as IF...y were.  They...contractual in law, but not in fact, being the subject-matter of a fictitious extension of t...phere of cont... ...to cover obligations which do not in reality fall within it." Salmond, Salmond on Juris...nce, p. 64... ...h Edition, 1937, Sweet & Maxwell, Ltd. England)

which is based s... ...on the... ...Cu... minor estate
"Constructive/qua...contracts a...based solely upon a legal fiction or fiction of law."  Hill v. Waxberg, 237 F.2d 936

where they a... ...d with... ...ne of their so-called "benefits"
"It is a well settled... ...f law the... who seeks benefits of contract must also assume burdens."  Higgins v. Monckt... ...1938), 28 C.A... ..., 83 P.2d 516

"Volunt... ...accep...e of benefit of transaction is equivalent to consent to all obligations arising from it, so far as...s are...wn, or...ght to be known, to person accepting."  Northern Assurance Co. v. Stout (191... ...C.... ...48, 11... ...517

"A quasi co... ...n presupposes acceptance and retention of a benefit by one party with full ...iation of ... ...under circumstances making it inequitable for him to retain the benefit without ...of its reaso...ble value."  Major-Blakeney Co. v. Jenkins (1953), 121 C.A.2d 325, 263 P.2d 655,

Criminal Complaint Page 10

*hear den.; Townsend Pierson, Inc. v. Holly-Coleman Co. (1960), 178 C.A.2d 373, 2 Cal. ___ ___ 12.*
*[emphasis added]*

under their "equity",
*"In doing this, I shall have occasion incidentally to evince, how true it is that State___ ___ Governments were made for man, and, at the same time, how true it is that his creatures and serva___ ___ first deceived, next vilified, and, at last oppressed their master and maker___ ___ ___ Georg___ ___ Dal. 419 at p 455*

*"A state like a merchant makes a contract. A dishonest state, like___ dishonest merch___ willfully refuses to discharge it." Chisholm v Georgia, 2 Dal. 419 at p 456*

and they lie and cheat and steal and engage in fra___ and e___ ___ ___ere the so-called Judge is actually a (bought and paid for) Clerk ma___ ___ding as a Judge
*""When acting to enforce a statute and its subsequent amendme___ ___ present date, the judge of the municipal court is acting as an administrative officer and ___t in a judi___ ___acity; courts administrating or enforcing statutes do not act judicially, but merely mi___ ___y....but mere___ ___t as an extension as an agent for the involved agency -- but only in a "minis___ ___" and ___ ___cretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US___ ___; F.R. ___ ___81, U.S. 464 [emphasis added]*

*"...judges who become involved in enforcement of ___ ___tes (civ___ ___ criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Da___ ___DMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)*

*"It is the accepted rule, not only in state c___ ts, but,___ ___eral courts as well, that when a judge is enforcing administrative law they are de___ ed a___ ___ e e___ sions of the administrative agency for superior reviewing purposes' as a minist___ ___ ___ an ag___ y..." 30 ___al 596; 167 Cal 762*

and (bought and paid for Cler___ masquerad___ ___ Judges are not competent to do anything judicial, like issue Wa___ ___ or Ord___
*"Ministerial officers are incompetent to re___ ___ts of judicial power from the legislature, their acts in attempting to exercise such po___ ___e neces___ ___ ___lities" Burns v. Sup., Ct., SF, 140 Cal. 1*

13. Orlando Buisseret___ ___ so-called c___ ___t becomes an inferior court of limited jurisdiction
*When, therefore a court o___ ___eral jurisdict___ ___ceeds under a special statute it becomes a court of limited jurisdiction for the p___ ___se of such pr___ ___eding. See 21 C.J.S. Courts § 2. Accordingly, where a court of general jurisdiction ___ ___kes to c___ ___out ___special power, a decision made in the exercise of such power is treated as a rulin___ ___ limited jurisdiction and the presumption, applicable to a court of general juri___ ___n, that it ac___ ___within the scope of its jurisdiction does not apply. See 20 Am. Jur 2d. Courts § 103___*
*."...it is familiar ___ that wh___ ___ statutory <u>authority in derogation of common law is</u> conferred on courts of gener___ ___risdicti___ ___such ___ ourt of general jurisdiction becomes quod hoc a court of inferior or limited jurisdicti___ ___Mobile ___ R. Co. 108 Ala 29, 18 So. 801; Goodwater Warehouse Co. v Street, 137 Ala. 621, 34 S___ ___; Gunn ___ ___well, 27 Ala 663 62 Am Dec. 785; Martin v Martin, 173 Ala 106, 55 So. 632; E___ ___rte Pearson, ___a. 467, 3 So. 2d 5; Truett v Woodham, 98 Ala. 604, 13 So. 519*

and th___ ___irst t___ ___mendments are for common law rights
*"Hist___ ___s clea___ ___t the fir___ ___en amendments to the <u>Constitution</u> were adopted to secure certain <u>common law___</u> ___f t___ ___people, ___inst invasion by the Federal Government." Bell v. Hood, 71 F.Supp., 813, 816 (19___ ___ ___C. ___ ___ Dist. CA.*

___ticle IX i___ ___endment brings in my unlimited Common Law rights
*___ne en___ ___eration in the Constitution, of certain rights, shall not be construed to deny or disparage others retaine___ ___ ___ople. Article IX in Amendment, Constitution for The United States of America*

and the source of common law is God Himself as found in the Holy Bible.
*"This law of nature, being coeval with mankind and dictated by God himself, is of course superior in obligation to any other. It is binding over all the globe in all countries, and at all times; no human laws are of any validity, if contrary to this; and such of them as are valid derive all their force, and all their authority, mediately or immediately, from this original." Commentaries on the Laws of England (1765-1769) at number 41 , Sir William Blackstone*

*"The American colonies brought with them the common, and not the civil law; and each state, at the revolution, adopted either more or less of it, and not one of them discarded the principle that the place of birth conferred citizenship." Amy v. Smith, 1 Litt. Ky. R,pp. 337, 33*

*"...rights of national citizenship as distinct from the fundamental or natural rights inherent in state citizenship". Madden v. Kentucky, 309 U.S. 83: 84 L.Ed. 59*

all codes, rules, and regulations are for government authorities only, not human/Creators in accordance with God's law.
*...all codes, rules, and regulations are unconstitutional and lacking due process. Rodrigues v. Ray Donavan (U.S. Department of Labor) 769 F. 2d 1344, 1348 (1985).*

the common law is the real law, the Supreme Law of the land, the codes, rules, regulations, policy, and statutes are "not the law", Self v. Rhay, 61 Wn (2d) 261,

*"A 'Statute' is not a Law," (Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 Sold 244, 248), A "Code" is not a Law," (In Re Self v Rhay 61 2d 261)*

*"It follows, that as it is only the citizens of X who are entitled to all privileges and immunities of citizens of the several States, is left alone to the action of Congress through her federal tribunals; and in the form which they have adopted the distinction of our rights and privileges is made to exist between citizens of the United States in gemini, and citizens of the respective States. To the former no privileges or immunities are granted; and it will hardly be contended that political status can be derived by implication and by express constitutional enactments." Ex Parte Frank Knowles (1855), 5 Cal. 300 [emphasis added]*

and "due process of law" is mentioned in Article V in Amendment and "law of the land" is mentioned in Article I, Clause 2 of the Constitution, are both talking about common law or natural law
*"Law of the land" means "The Common Law" ---Justice O'Neal in State v. Simmon, 2 Spears 761, 767 (1884);  also Justice Johnson in Taylor v. Porter, 4 Hill 140, 146 (1843)*

*What is due process of law is ascertained by an examination of those settled usages and modes of proceedings existing in the common and statute law of England before the emigration of our ancestors. Twining v. New Jersey, 211 U.S. 78, 100 (1908).*

*The expressions 'due process of law' and 'law of the land' have the same meaning **** The 'law' intended by the constitution is the common law that had come down to us from our forefathers, as it existed and was understood and administered when that instrument was framed and adopted. State v. Doheny, 60 Maine 504, 509 (1872).*

*If persons are arrested of their liberty. and assaulted and imprisoned, under such circumstances. without complaint or warrant, then there is no limit to the power of a police officer. ••• Any law which would place the keeping and safe conduct of another in the hands of even a conservator of the peace, unless for some breach of the peace committed in his presence, or upon suspicion of felony, would be most oppressive and unjust, and destroy all the rights which our constitution guaranties. These are rights which*

*existed long before our constitution, and we have taken just pride in their maintenance, making them a part of the fundamental law of the land. Pinkerton v. Verberg, 78 Mich. 573, 44 N.W. 579, 583 (1889); Larson v. Feenry. 196 Mich. I, 162 N.W. 275. 276-77 (1917).*

"The principle that no person should be deprived of life, liberty, or property except by due process of law did not originate in the American system of constitutional law, but was contained in the Magna Charta (sometimes referred to as Chapter 29), confirmed on the 19th day of June 1215, declared:
"No freeman shall be taken, or imprisoned, or disseised, or outlawed, or exiled, or anywise destroyed; nor shall we go upon him, nor send upon him, but by lawful judgment of his peers, or by the law of the land."
It has even been said that the principle was known before Magna Charta and that it was originally designed to secure the subject against arbitrary action of the crown, and to place him under the protection of the law. *It is settled beyond question that this principle came to England and America as part of the common law and has been a fundamental rule in common law. Whether declared in Magna Charta, the phrase, "law of the land," had reference to the common law and has been a fundamental rule in common law.*" 16 Am. Jur. 2d, Constitutional Law Section 543 [emphasis added]

"The words "by the law of the land" as here used do not mean a statute passed for the purpose of working the wrong…..This Section was taken with some modifications from a part of the 29th Chapter of the Magna Carta, which provided that no freeman should be taken or imprisoned or be disseized of his freehold etc., but by the lawful judgment of his peers or by the law of the land. Ld. Coke in his commentary upon this statute says that these words "by the law of the land" mean "by the due course and process of law"; which he afterwards explains to be by indictment and presentment of good and lawful men where such deeds are done in due manner or by writ original of the common law" 2 Inst. 45,50" Tayler v Porter, 4 Hill 773 (1843) New York Supreme Court.

"To be that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land." *(Jury)* Hoke vs Henderson, 15, N.C. 15, 25 AN Dec.

"…the individual may stand upon his constitutional rights as a Citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no such duty to the state, since he receives nothing therefrom, beyond the protection of his life, liberty, and property. *His rights are such as existed by the law of the land long antecedent to the organization of the state, and can only be taken from him by due process of law,* and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under (a judicial power warrant) a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights." Hale v. Henkel, 201 U.S. 43

## and common law is the unwritten law

"Every citizen & freeman is endowed with certain rights & privileges to enjoy which no written law or statute is required. These are fundamental or natural rights, recognized among all free people." U.S. v. Morris, 1 Curc 825.

"As a general rule men have a natural right to do anything which their inclinations may suggest, if it be not evil in itself, and in no way impairs the rights of others." In Re Newman (1858), 9 C. 502.

## which is talked about in the Declaration of Independence

"When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the *Laws of Nature and of Nature's God* entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation." US Declaration of Independence (1776)

and Orlando Buissereth intends to assault the Respondent in Error with his minor Estate to use the Commerce Clause to justify his denials of due process just like the tyrant King George did using the Cestui que vie Act of 1666 on the Respondent in Error's ancestors when they ratified the Constitution for the United States of America (1787) after Declaring Independence (1776) and fighting the War of Independence.

*"Tyranny is the exercise of Power beyond Right, which no Body can have a right to. And this is making use of the Power anyone has in his hands, not for the good of those who are under it, but for his own Private separate Advantage. When the Governor, however entitled, makes not the Law, but his Will, the Rule, and his Commands and Actions are not directed to the preservation of the Properties of his People, but the satisfaction of his own Ambition, Revenge, Covetousness, or any other irregular Passion.*

*"Tis a mistake to think this fault only in Monarchies, other forms of Government are liable to it, as well as that. For where-ever the Power that is put in any hands for the Government of the People, and the Preservation of their Properties, is applied to other ends, and made use of to impoverish, harass, or subdue them to the Arbitrary and Irregular Commands of those that have it: There it presently becomes Tyranny whether those that use it are one or many."* John Locke, Two Treatises of Government, Book II, Chapter XVIII, § 199, & § 201

and <u>Orlando Buissereth is a tyrant</u>.

14.     Orlando Buissereth intends to assault the Respondent in Error with his minor estate to be in derogation of common law (God's law as found in the Holy Bible) with your legislative so-called Court

*"<u>It is noted as significant that the act constituting the court dispenses with trial by jury, a provision which was distinctly upheld in spite of the Seventh Amendment in Elrath v. United States, 102 U. S. 426.</u> With respect to the status of the court, the opinion concludes (p. 279 U. S. 454-455):*

*"…. <u>A duty to give decisions which are advisory only, and so without force as judicial judgments, may be laid on a legislative court, but not on a constitutional court established under Art. III.</u>"" Williams v United States 289 U.S. 553 (1933)*

*"10. Where a controversy is of such a character as to require the exercise of the judicial power defined by Art. III, jurisdiction thereof can be conferred only on courts established in virtue of that Article, and <u>Congress is without power to vest that judicial power in any other judicial tribunal, or, of course, in an executive officer or administrative or executive board, since "they are incapable of receiving it."</u> American Ins. Co. v. Canter, 1 Pet. 511, P. 578." Williams v United States 289 U.S. 553 (1933)*

15.     Orlando Buissereth intends to assault the Respondent in Error with his minor estate so that these so-called Courts can be an inferior court of limited jurisdiction, with a military commission, with their black robe military uniform, and their denials of due process because your ministerial duty is one which is required by statute.

*"A ministerial act is an act a public officer is required to perform in a prescribed manner in obedience to the mandate of legal authority and without regard to his own judgment or opinion concerning such act's propriety or impropriety, when a given state of facts exists. Discretion on the other hand, is the power conferred on public functionaries to act officially according to the dictates of their own judgment" (Rodriguez v. Solis (1991) __ Cal. App.4th 495, 501-502, 2 Cal. Rptr. 2d 50: Transdyn Cresci JV v. City and County of San Francisco (1999) 72 Cal. App.4th 746, 752, 85 Cal. Rptr. 2d 512)*

and Orlando Buissereth and his (bought and paid for) whores selling their "Justus" are working the District of Columbia executive branch

*"The word administrative is synonymous with the word "executive". The word administrative [c]onnotes of pertains to administration, especially management as by managing or conducting, or superintending the execution, application or conduct of persons or things." Black's Law Dictionary45 (6th Edtion 1990) (emphasis added)*

*Thus, '[a]dministrative acts' are '[t]hose acts which are necessary to be done to carry out ... tive policies and purposes already declared by the legislative body' id. (emphasis added) In fact it is ...mon to use the two words in tandem. See e.g. Point Props, Inc.,v Andersob 584,...............1991)*

16.     Orlando Buissereth intends to assault the Respondent in Error ... his minor estate so Orlando Buissereth and his bankster buddies and ... Roman C... ndlers can demand their fraudulent fake money / military scrip / ... reserve Notes / Forced Loans that are Satan's money because the Go... Abraham, ...ac and Jacob claims all of the gold and silver which is lawful money

*The silver is mine, and the gold is mine, saith the LORD of hosts. ...ai 2:8*

which is the ONLY lawful money
*"At common law only gold and silver were a legal tender. (2 ...........7.)" McClarin v. Nesbit, 2 Nott & McC. (11 S.C.L.) 519 (1820),*

and they are required to follow Tax Code re...... "cash or its equivalent", which means Satan's fake money / Federal Reserve No... that a...... authorized

by forcing the Respondent in Error, to do e....... filing .....n Federal Reserve Notes / forced loans / military scrip / fake money requires all or ... t of a Social Security Number and Orlando Buissereth is required t... w they are ...mpelling the disclosure of a Social Security Number and there ... o law th... ws anyone is required to get a Social Security Number because a Socia... ecurit..... m...... is for federal personnel ONLY and they know it is a felony to compel ... di... sure of ... Social Security Number

*(a)IN GENERAL Whoever—*
*(8) discloses, uses, or compels the ...losure of the ... ecurity number of any person in violation of the laws of the United States; or ...*
*shall be guilty of a felony and upon convic... ereof shall be fined under title 18 or imprisoned for not more than five years, or both, ex... that in th... of a person who receives a fee or other income for services performed in conne... n any determi... on with respect to benefits under this subchapter (including a claimant repre... tive, transla... or current or former employee of the Social Security Administration), or who is ... ysician or oth... ealth care provider who submits, or causes the submission of, medical or ... r evidence in ... nection with any such determination, such person shall be guilty of a felony and upon ...ction there... all be fined under title 18, or imprisoned for not more than ten years, or both.42 USC § ... nalti...*

and the Consti... or the United States of America is the Supreme Law of the Land
*This Constitution, and the la... he United States which shall be made in pursuance thereof; and all treaties made, ... hich s... e m..., under the authority of the United States, shall be the supreme law of the land; and... ud... n ever... ate shall be bound thereby, anything in the Constitution or laws of any State to the ... notwiths... ding. Article VI, Clause 2, Constitution for the United States of America*

and O... do B... sereth is required to know that Article 1, Section 10, Clause 1 of the Con... ution ... the U... d States of America
*No ... ... er into ... Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin M... ... t Bills ... edit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bil... ... ex post facto Law, or Law impairing the Obligation of Contracts, or grant any ... Nobility.*

requires that ONLY gold or silver coin can be a tender in the payment of [obscured] and Orlando Buissereth is required to know that NO Court CAN ask for gold or silver coin because gold or silver coin NOT in general circulation and has [obscured] been since 1964, and his Court may ONLY ask for Federal Reserve Notes because [obscured] is all that is in general circulation

17.    Orlando Buissereth is required to know that he [obscured] to [obscured] the Respondent in Error to pay to bond this case under 17 Code of F[obscured]ral Regulati[obscured] § 240.15c2-12, for revenue and regulations are for Property of the U[obscured]d States und[obscured] the Supreme Law of the Land

*The Congress shall have Power to dispose of and make all needful [obscured] [obscured]lations respecting the Territory or other Property belonging to the United State[obscured] nothing [obscured] [obscured]stitution shall be so construed as to Prejudice any Claims of the United States, [obscured] [obscured] particular State. Article IV, Section 3, Clause 2, Constitution for the United States of America*

and forced loans / military scrip / fake mo[obscured] Feder[obscured] Reserve Notes are for use in the District of Columbia ONLY under the Go[obscured] Reser[obscured] [obscured]1934

*SEC. 15. As used in this Act the term <u>"United St[obscured]" me[obscured] the G[obscured]vernment of the United States</u>; the term "the continental United States" means the S[obscured] the Unite[obscured] [obscured]ates the District of Columbia, and the Territory of Alaska; <u>the term "currency of the United States " [obscured]ns currency which is legal tender in the United States, and includes United Stat[obscured] [obscured]tes, Treas[obscured] [obscured]s of 1890, gold certificates, silver certificates, Federal Reserve notes, and [obscured] [obscured]ing notes of Federal Reserve banks and national banking associations</u> ; and the term " person " [obscured]ns any [obscured] [obscured] partnership, association, or corporation, including the Federal Reserve Board, [obscured]eral R[obscured]ve b[obscured]s, and F[obscured]eral Reserve agents ..... Gold Reserve Act of 1934, 48 Stat. 344*

which is codified at 12 USC [obscured]11

*Federal reserve notes, to be issued [obscured] discretion of the Board of Governors of the Federal Reserve System for the purpose of making adva[obscured] Federal reserve banks through the Federal reserve agents as hereinafter set forth <u>and f[obscured] other purp[obscured] [obscured] authorized</u>. The said notes shall be obligations of the United States and sha[obscured] [obscured]ceivable by all national and member banks and Federal reserve banks and for all taxes, c[obscured]ms, and oth[obscured] public dues. They shall be redeemed in lawful money on demand at the Treasury [obscured]partment of th[obscured] United States, in the city of Washington, District of Columbia, or at any Federal Reser[obscured] Bank.12 USC §[obscured] Issuance to Reserve Banks; Nature of Obligation; Redemption*

and Federal R[obscured]ve Notes a[obscured] NOT authorized for this purpose, which means Orlando Buissereth i[obscured] [obscured]s to h[obscured] Revenue Officer under the Federal Tax Lien Act of 1966,

*"(h) DEFINIT[obscured]s. ..... [obscured] VEHICLE.-The term 'motor vehicle' means a self-propelled vehicle <u>which is regi[obscured]ed fo[obscured] [obscured]way [obscured] under the laws of any State or foreign country. "(4) SECURITY.-The term 'security[obscured] [obscured]y bond[obscured] [obscured]benture, note, or certificate or other evidence of indebtedness, issued by a corporation [obscured] governm[obscured] or political subdivision thereof</u>, with interest coupons or in registered form, sh[obscured] of stock, voti[obscured] [obscured]certificate, or any certificate of interest or participation in, certificate of depos[obscured] receipt for, temp[obscured]rary or interim certificate for, or warrant or right to subscribe to or purchase any [obscured] [obscured]e forego[obscured]g: <u>negotiable instrument: or money."</u> Federal Tax Lien Act of 1966 at Public Law 89-7[obscured] [obscured]80 St[obscured] 130-1[obscured]*

which [obscured] [obscured]ther [obscured]son Orlando Buissereth is bringing District of Columbia codes *(not [obscured]eeding [obscured] [obscured]s square)* on the land of Florida, and the land of Texas, in violation of [obscured] 1, Section 8, clause 17

Criminal Complaint Page 16

*To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings Article 1, Section 8, Clause 17, Constitution for the United States of America*

which is another reason Orlando Buissereth has waived any immunities he may have enjoyed

*"Governments [ any sovereign] descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen...where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . ...  For purposes of suit such corporations and individuals are regarded as entities entirely separate from government. Clearfield Trust v. United States 318 U.S. 363 (1943)*

*Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, fines, penalties, assessments, bails, taxes, the remedy lies in the hand of the state and its municipals seeking remedy. Rio Grande v. Darke, 167 P. 241,*

18. Orlando Buissereth is conspiring with his District of Columbia corporate UNITED STATES OF AMERICA buddies  to threaten, coerce, injure and intimidate the Respondent in Error in the free exercise of his rights and ignore their color of law in violation of their Code of Law for the District of Columbia Title 18 USC Section 241
*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or*
*If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—*
*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death. 18 USC 241 Conspiracy against Rights*

by taking reprisals against the Respondent in Error because of his political beliefs and (another War Crime) by calling him a sovereign citizen
*"....Without prejudice to the provisions relating to their state of health, age and sex, all protected persons shall be treated with the same consideration by the Party to the conflict in whose power they are, without any adverse distinction based, in particular, on race, religion or political opinion." Article 27, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

*No protected person may be punished for an offence he or she has not personally committed. Collective penalties and likewise all measures of intimidation or of terrorism are prohibited.*
*Pillage is prohibited.*
*Reprisals against protected persons and their property are prohibited. Article 33, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

because the Respondent in Error is one of "the posterity" found in the preamble of the Constitution for the United States of America
*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the*

_Blessings of Liberty to ourselves and our Posterity_, do ordain and establish [...] e United States of America. Preamble, Constitution for the United States of Ameri[...]

and it is impossible for the Respondent in Error to be a US citizen bec[...] the Respondent in Error is white

_"All citizens of the United States shall have the same right, in ev[...] tate and [...] ory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and [...] vey real and [...] onal property." 42 USC § 1982 [emphasis added]_

_"No white person born within the limits of the United States and s[...] to their ju[...]diction, or born without those limits and subsequently naturalized under th[...] laws, [...] of citizenship to the recent amendments to the Federal Constitution." Van Va[...] v. Brown, [...] Cal 43;_

and the so-called Fourteenth Amendment re[...]s that [...] ersons "born or naturalized in the United States"

_"All persons born or naturalized in the United St[...] and su[...] e jurisdiction thereof, are citizens of the United States…" Amendment XIV, Section [...]_

_"The (14th) amendment referred to slavery. Conse[...]y, the on[...] ersons embraced by its provisions, and for which Congress was authorized to legislate in the m[...] re those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5[...]_

_"The rights of (original judicial) Citizen[...] the St[...] h, are not under consideration in the fourteenth amendment. They stand as [...] y di[...] re th[...] urteenth amendment, and are fully guaranteed under other provisions." U[...] s v. Ant[...] y, 24 F[...]d. Cas. 829, 930 (1873)_

_"Merely being native born within [...] rritorial bou[...] of the United States of America does not make such an inhabitant a Citizen of the [...] States subject to the jurisdiction of the Fourteenth Amendment." Elk v. Wilkins, Neb (1884), 5s.ct.41,112 [...] 28 L. Ed. 643_

_"The persons declared to [...] ens are, "All per[...]ns born or naturalized in the United States and subject to the jurisdiction of ther[...] The evident [...] aning of these last words is not merely subject in some respect or degree to the [...]sdiction of the [...]ted States, but completely subject…" Elk v Wilkins, 112 US 94, 101, 102, (1884)_

and the Respondent in [...] o be born in "a maximum of ten miles square" District of Col[...] (United [...]es) and the hearsay evidence shows that the Respondent [...] Error [...] rn on the so[...] of Michigan, which the Respondent in Error has no first [...] nd kn[...] eo[...] f, but having said that, the Respondent in Error does remember [...] ki[...] scho[...] n Evar[...] and the Respondent in Error does remember finishing high [...] ool in 19[...] in Evar[...] but the Respondent in Error is an American natio[...] y right of bl[...] ecause the Respondent in Error has ancestors who were in the C[...] ny of South Carolina and the Colony of Virginia, and the Colony of Maryland, pri[...] the [...]r of In[...]pendence, which means that the Respondent in Error's a[...]ors [...]te th[...] ate and federal constitutions and all government authority comes fro[...] espon[...] t in Error, and people like the Respondent in Error, "We the People"

_"the powe[...] [...]ived cannot be greater than that from which it is derived" – Deritiva potestas non [...]st esse m[...] [...]nitiva. – Bouvier's Law Dictionary 1856 Edition_

all of which evidences Orlando Buissereth's intent to perjure his oath and the civil laws (Texas and United States Statutes, codes rules and regulations cannot be used to violate the Respondent in Error's rights

*"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768*

which means that the Respondent in Error is a free inhabitant as found in the Articles of Confederation

*"…..the free inhabitants of each of these States, paupers, vagabonds and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States …" Article IV, Articles of Confederation (1781)*

and they are required to know the protections provided under the Geneva Conventions may NOT be given up or waived

*Protected persons may in no circumstances renounce in part or in entirety the rights secured to them by the present Convention, and by the special agreements referred to in the foregoing Article, if such there be. Article 8, Geneva Convention Relative to the Protection of civilians in a Time of War of 1949*

and they are required to know that the protections are mandatory

*Protected persons who are in occupied territory shall not be deprived, in any case or in any manner whatsoever, of the benefits of the present Convention by any change introduced, as the result of the occupation of a territory, into the institutions or government of the said territory, nor by any agreement concluded between the authorities of the occupied territories and the Occupying Power, nor by any annexation by the latter of the whole or part of the occupied territory. Article 47, Geneva Convention Relative to the Protection of civilians in a Time of War of 1949*

19.     Orlando Buissereth is a coward and has failed to make an Oath of Office as required by Article VI, Clause 3

*The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States. Article VI, Clause 3, This Constitution for the United States of America*

because the Respondent in Error has called several times demanding the Oath of Office and the Respondent in Error has submitted a FOIA request and they have failed to answer it, and the Respondent in Error previously sent a FOIA request.

20.     Orlando Buissereth is required to know that the Four founding documents for The United States of America are The Declaration of Independence, the Articles of Confederation, the Northwest Ordinance, and the Constitution for the United States of America, and Article II of the Northwest Ordinance requires that the Respondent in Error be provided a common law proceeding with a "trial by jury", which means the jury controls the trial

*The inhabitants of the said territory shall always be entitled to the benefits of the writ of habeas corpus, and of the trial by jury; of a proportionate representation of the people in the legislature; and of judicial proceedings according to the course of the common law. All persons shall be bailable, unless for capital offenses, where the proof shall be evident or the presumption great. All fines shall be moderate; and no cruel or unusual punishments shall be inflicted. No man shall be deprived of his liberty or property, but by the judgment of his peers or the law of the land; and, should the public exigencies make it necessary, for the common preservation, to take any person's property, or to demand his particular services, full*

Criminal Complaint Page 19

RESCISSION

*compensation shall be made for the same. And, in the just preservation of rights _____ property, it is understood and declared, that no law ought ever to be made, or have force in the sa_____, that shall, in any manner whatever, interfere with or affect private contracts or engagements, bona _____ without fraud, previously formed. Article II Northwest Ordinance*

and the Northwest Ordinance applies to all federal territory and _____ territory under a military occupation, and the International Covenant o_____ and Poli_____ Rights was ratified by Congress as Treaty 95-20, which means i_____ ne Law of the land and Article 1 says the Respondent in Error has the _____ t to self d_____ mination

*All peoples have the right of self-determination. By virtue of _____ right they freel_____ ermine their political status and freely pursue their economic, social and cultural d_____ opment. Articl_____ Clause 1, International Covenant on Civil and Political Rights*

which means the Respondent in Error decide_____ the Respondent in Error is, NOT some screened for low intelligence military police_____ bug, and NOT some (bought and paid for) Clerk masquerading as a Judge_____ all of w_____ es to Orlando Buissereth's intent to perjure his oath to "support and _____ the Constit_____ ion of the United States" which is the Supreme Law of the Land_____ becaus_____ demonstrated that he intends to hold his simulated legal process in his _____ call_____ court_____ d he has demonstrated that he intends to obstruct the Respondent in E_____ ility t_____ t a remedy as evidenced herein, because the official oppression, and the _____ tion of perjuries, and the threats, and the fraud, and the d_____ on, and t_____ efts and War Crimes engaged in by his District of Columbia corpor_____ UNITE_____ ATES OF AMERICA

is all such good business for R_____ d cou_____ all of which is evidence that Orlando Buissereth has no intention of p_____ ng a tri_____ y jur_____ as required by the Constitution, Article III

*"The Trial of all Crimes,...... sha_____ ury;.... Article III, Section 2, Clause 3, Constitution for the United States of America*

and Article VI in Am_____ ment

*"In all criminal prosec_____ s, the accus_____ hall enjoy the right to a speedy and public trial, by an impartial jury of the s_____ and district....._____ ticle VI in Amendment, Constitution for the United States of America*

and Article VII in Ame_____

*"In Suits at co_____ y, where th_____ ue in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved_____ no fact _____ a jury, shall be otherwise re-examined in any Court of the United States, than according t_____ rules _____ n law." Article VII in Amendment, Constitution for the United States of America*

and the N_____ st Ordi_____ ce, and Orlando Buissereth is required to know that one of the f_____ founding d_____ ts, among other things the Declaration of Independence says *"We _____ d these truths _____ self-evident, that all men are created equal, that they are endowed by their Cr_____ r with_____ tain unalienable Rights, that among these are Life, Liberty and the Pursuit of Happiness. _____ t to se_____ these _____ hts Governments are instituted among men..."* Declaration of Independence,

and O_____ _____ ssereth is required to know that "the pursuit of Happiness" is defined as _____ right to g_____ compensation for labor

Criminal Complaint Page 20

*"The property which every man has in his own labor, as it is the original foundation of all other property, so it is the most sacred and inviolable.  The patrimony of the poor man lies in the strength and dexterity of his own hands, and to hinder his employing this strength and dexterity in what manner he thinks, without injury to his neighbor, is a plain violation of this most sacred property."  Crescent City Co. 111 U.S. 764.*

*"…every man has a natural right to the fruits of his own labor, as generally admitted; and that no other person can rightfully deprive him of those fruits, and appropriate them against his will… The Antelope, 23 U.S. 66, 120*

*"The right to follow any of the common occupations of life is an inalienable right.  It was formulated as such under the phrase 'pursuit of happiness' in the Declaration of Independence." Allgeyer vs. State of Louisiana, 165 U.S. 578, 17 S.Ct. 427, 4I L. Ed. 832 (1897) Hotel et al. Longley, et al 160 S.W. 2d. 124, 127 (1942)*

*"…The term [liberty]…denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life…The established doctrine is that this liberty may not be interfered with, under the guise of protecting public interest, legislative action…".  Meyer v. Nebraska, 262 U.S. 390, 399, 400*

*"The right to labor and to its protection from unlawful interference is a constitutional as well as common-law right. Every man has a natural right to the fruits of his own industry" 48 American Jurisprudence, pg. 80*

which is codified in the Code of Law for the District of Columbia, also known as United States Code
*"The labor of a human being is not a commodity or article of commerce…" 15 USC § 17*

21.     Orlando Buissereth has demonstrated that he intends to deny the Respondent in Error his right to pursue happiness and the Supreme Law of the land found in the International Covenant on Civil and Political Rights requires that the Respondent in Error be brought before a Judge promptly.
*1. Everyone has the right to liberty and security of person. No one shall be subjected to arbitrary arrest or detention. No one shall be deprived of his liberty except on such grounds and in accordance with such procedure as are established by law.*
*2. Anyone who is arrested shall be informed, at the time of arrest, of the reasons for his arrest and shall be promptly informed of any charges against him.*
*3. Anyone arrested or detained on a criminal charge shall be brought promptly before a judge or other officer authorized by law to exercise judicial power and shall be entitled to trial within a reasonable time or to release. It shall not be the general rule that persons awaiting trial shall be detained in custody, but release may be subject to guarantees to appear for trial, at any other stage of the judicial proceedings, and, should occasion arise, for execution of the judgement.*
*4. Anyone who is deprived of his liberty by arrest or detention shall be entitled to take proceedings before a court, in order that court may decide without delay on the lawfulness of his detention and order his release if the detention is not lawful.*
*5. Anyone who has been the victim of unlawful arrest or detention shall have an enforceable right to compensation. International Covenant on Civil and Political Rights, Article 9*

and the State fail to hold an examining Trial, and Orlando Buissereth has displayed he has no regard for justice, but only a gold star to move up the ladder.  He has no regard for life, liberty and the pursuit of happiness for anyone but himself.  On 3 occasions he refused the truth and threatened jail to the Respondent in Error, thereby coercing information from the Respondent in Error in violation of Article 31

*"No physical or moral coercion shall be exercised against protected persons, in particular* _____ *obtain information from them or from third parties." Article 31, Geneva Convention Relative to the* _____ *nt of Civilians in a Time of War of 1949*

and Orlando Buissereth has not displayed any honor and anytime _____ the chance to seek both sides he refused only to threaten with slavery _____ Respo_____ in Error. Orlando Buissereth is a tyrant looking to further his ow_____ _____s and accolades.

*"These principles apply as well to an officer attempting to mak_____ n arrest, wh_____ ses his authority and transcends the bounds thereof by the use of unnecessary fo_____ and violence,_____ they do to a private individual who unlawfully uses such force and violence." Jones_____ State, 26 Tex. _____ l; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.*

*"An illegal arrest is an assault and battery. The person s_____ mpted t_____ _____ed of his liberty has the same right to use force in defending himself as he would i_____ g any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).*

*"Each person has the right to resist an unlawful a_____ n such a case_____ e person attempting the arrest stands in the position of a wrongdoer and may b_____ sisted b_____ of force, as in self-defense." State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.*

*"One may come to the aid of another being u_____ arreste_____ ust as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offe_____ liberate one from the unlawful custody of an officer, even though he may have s_____ _____ed to such_____ y, without resistance." (Adams v. State, 121 Ga. 16, 48 S.E. 910).*

22.    Orlando Buissereth, Su_____cting_____ the _____espondent in Error to their Satanic Religious Ceremony, by denying_____ n Law_____ s found in the Holy Bible, with lies and fraud and a foreign unconsti_____ional jurisdi_____ nder Private International Law and their Roman Cult handlers, with_____ Roman C_____ stui_____ que trust, and their fraudulent military so-called courts, with their Rom_____ in violation of their title 18 USC § 247 Damage to Religious Property; Obs_____ on of pe_____ in the free exercise of religious beliefs

**(a)** *Whoever, in any of t_____ _____umstances refe_____ ed to in subsection (b) of this section—*
**(2)** intentionally obstruct_____ force or thr_____ of force, including by threat of force against religious real property, *any person in_____ enjoyment of_____ person's free exercise of religious beliefs, or attempts to do so;*
*shall be punished as pro_____ in subsecti_____ d).*
**(b)** *The circumstances refe_____ _____ion (a) are that the offense is in or affects interstate or foreign commerce.*
**(d)** *The punish_____ r a violation of subsection (a) or (c) of this section shall be—*
**(1)** if death re_____ from a_____ itted in violation of this section *or if such acts include kidnapping or an attempt to kid_____ p, agg_____ ed s_____ al abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill_____ cordan_____ with this title and imprisonment for any term of years or for life, or both, or may be_____ nced to d_____ n;*
**(5)** in an_____ ther case, a fi_____ cordance with this title and imprisonment for not more than one year, or both. _____ USC § 247 Da_____ _____o Religious Property; Obstruction of persons in the free exercise of religi_____ belief_____

a_____ _____ busy_____ ing their vaccinations with their satanic fear agenda, when the God _____ _____ham_____ ac, and Jacob tells us to "fear not"

"_____ fear not_____ 15:1, Genesis 21:17, Genesis 26:24, Genesis 35:17, Genesis 43:23, Genesis 46:3, _____ronomy 1_____ euteronomy 20:3, Deuteronomy 31:6, Deuteronomy 31:8, Joshua 8:1, Joshua 10:_____ Judges 6:10, Judges 6:23, 1 Samuel 12:20, 1 Chronicles 28:20, 2 Chronicles 20:17, Isaiah 35:4, Isaia_____ _____saiah 41:14, Isaiah 43:1, Isaiah 43:5, Isaiah 44:2, Isaiah 54:4, Jeremiah 47:27,

RESCISSION

Lamentations 3:57, Daniel 10:12, Daniel 10:19, Joel 2:21, Zechariah 8:13, Matthew 1:20, Matthew 10:28, Matthew 28:5, Luke 1:13, Luke 1:30, Luke 2:10, Luke 5:10, Luke 8:50, Luke 12:7, Luke 12:32, John 12:15, Acts 27:24, Revelations 1:17,

**and they will reap the reward of all liars**
*"Ye are of your father the devil, and the lusts of your father ye will do. He was a murderer from the beginning, and abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it." John 8:44*

*But the fearful, and unbelieving, and the abominable, and murderers, and whoremongers, and sorcerers, and idolaters, <u>and all liars</u>, shall have their part in the lake which burneth with fire and brimstone: which is the second death. Revelations 21:8*

23.     Orlando Buissereth claims that the Respondent in Error is "14th amendment US citizen" as required by Orlando Buissereth and his school for low intelligence thugs but it is impossible for the Respondent in Error to be one of their US citizen corporate slaves because the Respondent in Error is one of "the Posterity" found in the preamble of the Constitution for the United States of America
<u>*We the People of the United States*</u>, *in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and <u>secure the Blessings of Liberty to ourselves and our Posterity</u>, do ordain and establish this Constitution for the United States of America. Preamble, Constitution for the United States of America*

and they are required to know that the Respondent in Error is a direct descendant of "We the People" and is entitled to the right of blood
*"Jura sanguinis nullo jure civili dirimi potest. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier Law Dictionary 1856 Edition, page 768*

and they are required to know that "We the People" failed to be US citizens, because US citizens failed to exist when the constitution was written
*"The term, citizens of the United States, must be understood to intend those who were citizens of a State, as such, after the Union had commenced, and the several States had assumed their sovereignties. Before this period there was no citizens of the United States." Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 230 (1819)*

and they are required to know it's impossible for their District of Columbia corporate UNITED STATES OF AMERICA to be superior to the Respondent in Error because they all exist under government authority, and are <u>"other property of the United States"</u> because they are subject to the Code of Federal Regulations
<u>*The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other property belonging to the United States*</u>; *and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State. Constitution for the United States of America, Article IV, Section 3, Clause 2*

24.     Orlando Buissereth is required to know that it is impossible for the Respondent in Error to delegate any authority over the Respondent in Error
*[67] The objects over which the sovereign power of a state extends, are objects of taxation, but those over which it does not extend, are, upon the soundest principles, exempt from taxation. This proposition may almost be pronounced self-evident. The sovereignty of a State extends to everything which exists by its own authority or is introduced by its permission, but does it extend to those means which are employed by Congress to carry into execution powers conferred on that body by the people of the United*

States? We think it demonstrable that it does not. Those powers are not given by the people of a single State. They are given by the people of the United States, to a Government whose laws, made in pursuance of the Constitution, are declared to be supreme. Consequently, the people of a single State cannot confer a sovereignty which will extend over them. McCulloch v. Maryland, 17 U.S. 316

and Orlando Buissereth is required to know that as a dignified Claimant one of "We the People", the Constitution for the United States of America was written under authority of the Respondent in Error

"the power which is derived cannot be greater than that from which it is derived" – primitiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition

as evidenced by the Statement of Original Status and associated pedigree charts that is contained in and attached to the Original Claim for relief, all of which is incorporated herein by reference in its entirety, and it is impossible for the Respondent in Error to be a citizen of the United States, because the Respondent in Error is white as evidenced in this case.

"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold and convey real and personal property." 42 USC § 1982 [emphasis added]

"No white person born within the limits of the United States, and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution." Van Valkenburg v. Brown, 43 Cal 43;

and the so-called Fourteenth Amendment requires that ONLY persons "born or naturalized in the United States"

"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States…" Amendment XIV, Section 1

"The (14th) amendment refers to slavery. Consequently the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5;

"The rights of (original juridical) Citizens of the States, as such, are not under consideration in the fourteenth amendment. They stand as they did before the fourteenth amendment, and are fully guaranteed under other provisions." U.S. v. Anthony, 24 Fed. Cas. 829, 930 (1873)

"Merely being merely born within the territorial boundaries of the United States of America does not make such an inhabitant a Citizen of the United States subject to the jurisdiction of the Fourteenth Amendment." Elk v. Wilkins, Neb (1884), 5s.ct. 112 U.S. 99, 28 L. Ed. 643.

"The persons declared to be citizens are, "All persons born or naturalized in the United States and subject to the jurisdiction of thereof." The evident meaning of these last words is not merely subject in some respect or degree to the jurisdiction of the United States, but completely subject…" Elk v Wilkins, 112 US 94, 101, 102, (1884)

and its evidence of Orlando Buissereth's intent to perjure his oath (that he failed to take) and all civil laws (Arizona, Texas and District of Columbia (United States) statutes, codes, rules and regulations) cannot be used to violate the Respondent in Error's rights

"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768

Orlando Buissereth has brought forth nothing but hearsay and lies against the Respondent in Error Through a vast scheme and conspiracy to force and intimidate others with slavery and jail, through lies and deception convince others to speak ill of the Respondent in Error.   Through this scheme and conspiracy Orlando Buissereth is trying to force slavery on the Respondent in Error along with fraud he looks to steal the minor estate of its fake money for his masters, and all involved in the scheme.

*"He [the prisoner] has as a consequence of his crime, not only forfeited his liberty, but all his personal rights except those which the law in its humanity affords him. He is for the time being a slave of the state."*
*62 Va. (21 Gratt.) 790, 796 (1871)*

and their buddies the grand jury, Emily Gurskis, Gabrielle, Charest-Turken Markenzy Lapointe, Glenn Leon, Ryon M, Kenneth A Marra, Andrea Savdie , FBI, OIG, and HHS

and all other conspiring bodies involved in this scheme

*"…statutes have been passed extending the cognizance of admiralty and vice-admiralty far beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property…….to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial …and for altering fundamentally the form of government established by charter. We saw the misery which such despotism would reduce us." Causes and Necessity for Taking up Arms (1775)*

because at common law they would all get their neck stretched
*"If a man be found stealing any of his brethren the children of Israel, and maketh merchandise of him, or selleth him ; then that thief shall die; and thou shalt put evil away from among you." Deuteronomy 24:7,*

and then the DOJ thugs used this justification to revoke the Respondent in Error's right to travel, right to bear arms, respect the unalienable right to pursue happiness.

25.    Orlando Buissereth's Internal Revenue Service thieves assaulted the Respondent in Error with their Mind state to force the Respondent in Error a lis Pendens lien against property.

all of which is part of their agenda to engage in War Crimes against anyone who thinks they have any rights, because they intend to enslave anyone who thinks they have rights, and their BAR for whores, "selling their justus", are accomplices by using their Color of law to make sure that justice is denied, as part of their slavery agenda because it makes such good business for their so-called Court, so they can sell their "Justus", with their extortion racket / filing fee, and get their Errors and Omissions paid for thereby converting a court case into a commercial transaction and nullifying their oath of office at the same time, and thereby justify sitting there and playing "stupid"

and the right (a paid for) Clerks masquerading as Judges, are converting the Respondent in Error's right to a remedy into a privilege by using their unconstitutional rats to sell their "Justus"

*"The claim and exercise of a Constitutional (guaranteed) right cannot be converted into a crime". Miller v US, 230 Fed 486,489*

*"No State shall convert a liberty into a privilege, license it, and charge a fee..... Pennsylvania, 319 US 105*

*"There can be no sanction or penalty imposed upon one because of this exercise of Constitutional rights." Sherer v. Cullen, 481 F 946*

*"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity." Shuttlesworth v. City of Birmingham Alabama, 373 US 262:*

and they intend to make sure the Respondent in Error has no access to his sons and daughters, all of which is in support of their reprisal agenda against anyone whose political beliefs fail to agree with theirs, and their reprisals against anyone who thinks they have any rights and their demonstrated intent to create fraudulent fictitious charges, so they can steal some of the fake money out of the cestui que trust account with the Treasury, and if the Respondent in Error turns up DEAD, they get all of the fake money, as part of their unjust enrichment (theft) scheme, either way, it is a win – win – win scenario for Orlando Buissereth and the third-world thugs, and as part of their genocide program against State Nationals

(a)BASIC OFFENSE.—Whoever, whether in time of peace or in time of war and with the specific intent to destroy, in whole or in substantial part, a national, ethnic, racial or religious group as such—
(4) subjects the group to conditions of life that are intended to cause the physical destruction of the group in whole or in part;
(6) transfers by force children of the group to another group,
shall be punished as provided in subsection (b).
(b)PUNISHMENT FOR BASIC OFFENSE.—The punishment for an offense under subsection (a) is…..
(c)INCITEMENT OFFENSE.— Whoever directly and publicly incites another to violate subsection (a) shall be fined not more than $500,000 or imprisoned not more than five years, or both.
(d)ATTEMPT AND CONSPIRACY.—
Any person who attempts or conspires to commit an offense under this section shall be punished in the same manner as a person who completes the offense…..18 USC § 1091 Genocide

by prohibiting the Respondent in Error from educating his sons and daughters about who they really are – State Nationals – NOT US citizens, all of which is evidenced in; and the Respondent in Error has NEVER IN HIS LIFE Breached the Peace.  Orlando Buissereth PIGs (Persons in Government who intend to perjure their Oaths) Breach the Peace on a routine basis!

and they all know it is impossible for the Respondent in Error to delegate an authority over the Respondent in Error

[67] All subjects over which the sovereign power of a state extends, are objects of taxation, but those over which it does not extend, are upon the soundest principles, exempt from taxation. This proposition may be almost pronounced self-evident. The sovereignty of a State extends to everything which exists by its own authority, or is introduced by its permission, but does it extend to those means which are employed by Congress to carry into execution powers conferred on that body by the people of the United States? We think it demonstrable that it does not. Those powers are not given by the people of a single State. They are given by the people of the United States, to a Government whose laws, made in pursuance of the Constitution, are declared to be supreme. Consequently, the people of a single State cannot confer a sovereignty which will extend over them. McCulloch v. Maryland 17 U.S. 316

because the Respondent in Error is "We the People" which means the Respondent in Error **is** the government, which means they are engaged in a Seditious Conspiracy in violation of their Code of Law for the District of Columbia Title 18 USC Section 2384 Seditious Conspiracy

*If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both. 18 USC 2384*

and is giving aid and comfort to the enemy in a time of War which is Treason in violation of their Code of Law for the District of Columbia Title 18 USC Section 2381 Treason

*Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States. 18 USC 2381 Treason*

and is in open rebellion and insurrection against "We the People" in violation of the Code of Law for the District of Columbia Title 18 USC Section 2383 Rebellion or Insurrection

*Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States. 18 USC 2383 Rebellion or Insurrection*

which is why they have to use a fictitious Minor Estate and Commerce Clause, all of which is in support of George Soros and his Open World foundation and the Communist Party of China and their communist agenda to overthrow "we the people", as part of their seditious conspiracy, and kill off 90% of "we the people" and pillage the fake money from millions of Roman Cult Minor Estate Treasury Direct accounts

*Entity means any owner of a Treasury Direct account that is not an individual. Entity is a sole proprietorship, partnership, corporation, limited liability company or professional limited liability company, trust, the estate of a decedent or the estate of a living person such as an incompetent or a minor. Minor means an individual under the age of 18 years. the term minor is also used to refer to an individual who has attained the age of 18 years but has not yet taken control of the securities contained in his or her minor account. 31 CFR 363*

true copies of which which are attached hereto, and/or filed into this case as part of the War Crimes Complaint all of each of which are incorporated herein by reference in their entirety, all of which is evidence that;

a)  they intend to engage in their forced Federal Reserve Note bribery extortion racket, facilitate their agenda to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury, under 31 CFR 363.6, and,

b)  they intend to bring District of Columbia statutes, codes, rules onto the land of Texas in violation of Article 1, Section 8, Clause 17 of the Constitution for the United

States of America, to facilitate their agenda to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

c) they intend to suborn perjury by their screening their military police and thugs for low intelligence and a propensity for aggressive behavior, giving them a gun and telling them to do things they fail to be authorized to do, to facilitate their agenda to create terrorists, and pillage the fake money from the Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

d) they intend to force the Respondent in Error to give evidence against himself in violation of Article Five in Amendment, and as a War Crime in violation of Article 31 of the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949, to facilitate their agenda to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury, under 31 CFR 363.6, and,

e) they intend to engage in illegal and unlawful searches and seizures, in violation of Article Four in Amendment, and as a War Crime in violation of Article 31 of the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949, to facilitate the pillage of fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6 , and,

f) they intend to deny due process of law in support of their military dictatorship, and as a War Crime in violation of Article 71 of the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949, to facilitate their agenda to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

g) they intend to assault, kidnap, and imprison the Respondent in Error, a Protected Person under International Law, to facilitate the pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

h) they intend to send fraud through the mail, to facilitate the pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

i) they intend to unlawfully arrest the Respondent in Error, and violate rights under color of law to facilitate their agenda to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

j) they intend to conspire together to threaten, coerce, injure and intimidate the Respondent in Error, under their fraudulent fictitious color of law District of Columbia corporate rules and regulations, to facilitate their agenda to create terrorists, and pillage

the fake money from their Roman Cult cestui que trust Minor Estate _____ Direct account with the Treasury under 31 CFR 363.6, and,

k) they intend to engage in numerous War Crimes, to facilitate th_____ge the fake money from their Roman Cult cestui que trust Min_____ Treas_____rect account with the Treasury under 31 CFR 363.6, and,

l) they intend to assault the Respondent in Error _____ their Satan___, to facilitate their agenda to create terrorists, and murder the Res_____dent in Err___ and pillage the fake money from their Roman Cult cestui que trust Mi_____ate T_____sury Direct account with the Treasury under 31 CFR 363.6, a_____

m) they intend to engage in their seditious conspiracy_____e their military force to overthrow "we the people" of The Un_____ates of Am_____a, to facilitate the pillage the fake money from their Roman C_____ cestui_____st Minor Estate Treasury Direct account with the Treasury under 3_____FR 3_____, a_____

n) they intend to murder the Respondent in Error w_____he exercises his right to resist their unlawful arrests with leth_____e if nec_____, as a Satanic blood sacrifice to their Roman Cult god BAAL_____to fac_____te their pillage the fake money from their Roman Cult cestui que tru_____inor_____asury Direct account with the Treasury under 31 CFR 363.6, and,

o) they intend to sell the_____spondent in_____nto slavery to facilitate their agenda to create terrorists, and_____the Respondent in Error, and pillage the fake money from their Roman Cult ces_____rust Minor Estate Treasury Direct account with the Treasury under 31_____363.6, a_____

p) they intend to s_____ject the Res_____ndent in Error into peonage, to facilitate their agenda to crea_____errorists, an_____urder the Respondent in Error, and pillage the fake money from the_____man Cul_____stui_____e trust Minor Estate Treasury Direct account with the Treasury_____R 363.6, and,

q) they in_____d to im_____nate public servants, to facilitate the pillage the fake money from_____r Rom_____stui que trust Minor Estate Treasury Direct account with the Treas_____31 C_____363.6, and,

r) th_____intend that_____creened for low intelligence hired thugs impersonate traffic _____ety officers,_____facilitate the pillage the fake money from their Roman Cult cestui_____e tr_____inor Estate Treasury Direct account with the Treasury under 31 CFR 363_____nd,

s) th_____ir screened for low intelligence hired thugs engage in aggravated assault_____cilitate the pillage the fake money from their Roman Cult cestui que _____rust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6,

t) they intend to take reprisals against the Respondent in Error for his political beliefs by denying his access to his own family, as part of their agenda to create terrorists, to facilitate the Respondent in Errors murder, and the pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

u) they intend to take reprisals against the Respondent in Error for his political beliefs by denying his right to pursue happiness, as part of their agenda to create terrorists, to facilitate the Respondent in Error's murder, and the pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

v) they intend to participate with the US Department of Homeland Security military police, and the Federal Bureau of Investigation military police, HHS/OIG military police and US Marshals with their extortion rackets to engage in assault, kidnapping, theft, peonage, slavery, and murder to facilitate their agenda to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

w) they intend to take reprisals against the Respondent in Error for his political beliefs, by pillaging his arms and denying his right to keep and bear arms, to make sure he fails to have the ability to defend himself against their tyranny, to mitigate their risk to facilitate his murder, because they are cowards, and will NEVER face a man without first making sure he is unarmed, to facilitate their agenda to create terrorists, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

x) they intend to take reprisals against the Respondent in Error for his political beliefs, by denying his right to free speech, and by denying his right to travel with his private property on the public highways, and his right to own consumer goods under their own codes instead of business equipment, and denying his right to petition the government for a redress of grievances, as part of their agenda to create terrorists, to facilitate the Respondent in Errors murder, and to facilitate the pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

y) they intend to forge the Respondent in Error's signature onto one of their so-called contracts to facilitate pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

z) they intend to create terrorists to justify the murder of the Respondent in Error, and to penalise him if he thinks they have any rights, and to make business for their Department of Homeland Security military police, and their Department of Public Safety police, and to make business for their legislative so-called Courts that make advisory decisions ONLY, that fail to have the force of law, and to facilitate

pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and

aa) they intend to shed innocent blood with their murders of innocent people like the Respondent in Error as part of their Satanic blood sacrifice to their Roman Cult god BAAL, and to facilitate their agenda to create terror, and pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and then use the fake money to pay down the fraudulent fictitious federal debt created by banksters with their fraudulent fictitious financial crises' and their fraudulent fictitious perpetual wars, and

bb) they intend to shed innocent blood with their forced medical experiments with their fake pandemic and their forced experimental vaccines for their Communist Chinese buddies to kill off as many people as possible, as part of their Satanic blood sacrifice to their Roman Cult god BAAL in support of their seditious conspiracy and their treasonous agenda, and to facilitate pillage the fake money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and then use the fake money to pay down the fraudulent fictitious federal debt created by banksters with their fraudulent fictitious financial crises' and their fraudulent fictitious perpetual wars, and

cc) they intend to perjure their oath to "support and defend the Constitution of the United States" to facilitate the pillage of the money from their Roman Cult cestui que trust Minor Estate Treasury Direct account with the Treasury under 31 CFR 363.6, and,

all of which is with the objective of facilitating the Respondent in Error's murder so they can shed some innocent blood for their Roman Cult god BAAL, and Orlando Buissereth and their so-called Court and their thieving bankster buddies can pillage all of the fake money from the Roman Cult Minor Estate Treasury Direct account, under their Roman Cult corporate minor estate slave ROBERT LEON SMITH III under the <u>Hague Convention Concerning the International Administration of the Estates of Deceased Persons</u>, concluded 2 October 1973,

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**



## VERIFICATION

I, robert leon; house of smith, do affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

_____                    _____ L.S.
                  Date                                                    robert leon, house of smith
                                           with a Proper Mailing address (18 USC § 1342) of;
                                           General Post Office, ZIP CODE EXEMPT
                                           C/O 206 n Sycamore st
                                           Archer City, Texas [RR 76351]
                                           Non-Domestic Mail in the United States, Inc.


As a Notary Public, I hereby certify that robert leon; house of smith, who is known to me, appeared before me and after affirming that he executed the foregoing document on this the _____ day of April, in the year two thousand and twenty-four.


_____                    _____
NOTARY PUBLIC IN AND FOR                    Notary Seal
THE STATE OF TEXAS

MAY - 4 2024

Criminal Complaint Page 32