UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80211-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEON SMITH, III,

    Defendant.
_____/

## ORDER ON DEFENDANT'S FILING OF MULTIPLE COPIES OF ITEMS SUBMITTED TO THE COURT

THIS CAUSE is before the Court on its own motion. Defendant in this matter is *pro se.* When Defendant files items with the Court, he invariable sends multiple copies of the same item to the undersigned, to the Clerk and to numerous other members of the Court. The receipt of these multiple copies of the same item places an undue burden on the Clerk's staff. The Clerk's staff has to open and review each item to determine whether it is identical to or different from other items submitted by Defendant. Each *unique* item will be docketed to assure there is an accurate and complete record in this case. Duplicate copies of the same item will not be docketed and are completely unnecessary, but the Clerk's staff has to expend time and effort reviewing each submitted duplicate item which results in a waste of Court resources (not to mention results in additional and unnecessary copying and mailing costs to Defendant). In order to relieve the Clerk's staff of expending unnecessary time and effort reviewing duplicate copies of the same items submitted by Defendant, it is hereby

1

ORDERED AND ADJUDGED that Defendant shall send *one copy and only one copy* to the Court of any item that he wishes to have made part of the record in this case. Of course, a copy of any item Defendant submits to the Court must also be provided to the United States.

DONE AND ORDERED in West Palm Beach, Florida this 15th day of October, 2024.

_____
KENNETH A. MARRA
United States District Judge

Copies provided to:

All counsel