UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80211-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEON SMITH, III,

    Defendant.
_____/

**ORDER ON DEFENDANT'S NON-NEGOTIABLE INQUIRY NOTICE**

THIS CAUSE is before the Court upon Defendant's Non-Negotiable Inquiry Notice [DE 167]. Defendant is requesting access to the sealed arrest warrant in this matter [DE 2]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Clerk of Court shall unseal Docket Entry #2 and place it on the public docket.

DONE AND ORDERED in West Palm Beach, Florida this 1st day of November, 2024.

KENNETH A. MARRA
United States District Judge

Copies provided to:

    All counsel