# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date:   Day: Twenty     Month: Eleven     Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela Emilia Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

FILED BY___cDs___ D.C.

DEC 02 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

In reply to: "Document 168 Entered on FLSD Docket 11/01/2024 Page 1 of 1 **ORDER ON DEFENDANT'S NON-NEGOTIABLE INQUIRY NOTICE** THIS CAUSE… ORDERED AND ADJUDGED that the Clerk of Court shall unseal… KENNETH A. MARRA"

**PLEASE TAKE NOTICE** that I, Robert Leon Smith III, a sentient moral being, accept your Presentment "Document 168 Entered on FLSD Docket 11/01/2024 Page 1 of 1 **ORDER ON DEFENDANT'S NON-NEGOTIABLE INQUIRY NOTICE** THIS CAUSE… ORDERED AND ADJUDGED that the Clerk of Court shall unseal… KENNETH A. MARRA" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law, or venue;
- I request Discharge.

Sincerely,

*Robert Leon Smith III*

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

Attachment: "Document 168 Entered on FLSD Docket 11/01/2024 Page 1 of 1 **ORDER ON DEFENDANT'S NON-NEGOTIABLE INQUIRY NOTICE** THIS CAUSE… ORDERED AND ADJUDGED that the Clerk of Court shall unseal… KENNETH A. MARRA"

**Also Noticed:**
Judge Kenneth Anthony Marra, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, Courtroom #4, Chambers 316, West Palm Beach, Florida 33401
Markenzy K. Lapointe, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Gabrielle Raemy Charest-Turken, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Glenn S. Leon, Chief, U.S. Department of Justice, Criminal Division, Fraud Section, 950 Pennsylvania Avenue, NW, Washington, DC 20530
Emily M. Gurskis, U.S. Department of Justice, Fraud Section, Criminal Division, 1400 New York Avenue, Northwest, Bond Building 8th Floor, Washington, DC 20005
Andrea Savdie, U.S. Department of Justice, Criminal Division, Fraud Section, 1400 New York Avenue, NW, Washington, DC 20005
Evan Noah Schlom, U.S. Department of Justice, 1400 New York Avenue Northwest, Washington, DC 20005

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

NORTH TEXAS TX P&DC
DALLAS TX 750
25 NOV 2024 PM 10 L

Judge Kenneth Anthony Marra
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street
Courtroom #4, Chambers 316
West Palm Beach, Florida 33401

33401-511191