UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80211-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEON SMITH, III,

    Defendant.
_____/



FILED BY _____ D.C.
DEC 23 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

ORDER SETTING A DEADLINE FOR PRODUCTION OF A PRIVILEGE LOG

This matter is before the Court on the submission filed by Defendant, Robert Leon Smith, III at DE 192. On December 10, 2024, the Court held a status conference with the parties. At that conference, a discussion was had relating to documents the Government presented to Defendant in discovery that may be privileged. The documents in question had been provided by the Government to Defendant's prior counsel. Defendant agreed during the hearing to advise the Court and the Government by December 20, 2024, whether he was in possession of these documents. *See* DE 190 at pp. 38 – 44.

On December 20, 2024, Defendant filed DE 192. Defendant did not state in the submission whether he had the documents in question. Rather, Defendant stated, in relevant part, "I recognize compelled performance; however, I am unaware of any international or admiralty/maritime contract or commercial agreement bearing my signature that would obligate me to perform under your customs, rules and procedures; particularly as they relate to a Privilege Log. . . . Does the court's record reflect that I do not accept the benefit of a Privilege Log?" In view of this response from Defendant, the Court hereby sets a deadline of January

1

20, 2025, for Defendant to produce a privilege log to the Government. Failure on the part of Defendant to produce a privilege log to the Government by that date will constitute a waiver of any attorney-client or other legal privilege that may have been asserted to the documents in question.

Done and Ordered in Chambers in Palm Beach County, Florida, this 23rd day of December, 2024.

KENNETH A. MARRA
United States District Judge