# NON-NEGOTIABLE NOTICE OF SPECIAL APPEARANCE
# AND OF EXPLICIT RESERVATION OF ALL RIGHTS WITHOUT PREJUDICE

Notice Date: Day: Thirteen    Month: Twelve    Year: 2024 CE

Case 9:23-cr-80211-KAM

FILED BY ___MC___ D.C.

DEC 27 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Angela Emilia Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

PLEASE TAKE NOTICE that I, Robert Leon Smith III, a sentient moral being, **APPEAR SPECIALLY AND RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION WITHOUT PREJUDICE.**

- I do not argue the facts, jurisdiction, law or venue;
- I request you issue me the Appearance Bond and waive all Public Costs;
- I request you close the Account 9:23-cr-80211-KAM and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
- I request Discharge.

**FURTHERMORE: I RESERVE THE RIGHT NOT TO BE COMPELLED TO PERFORM UNDER ANY INTERNATIONAL, ADMIRALTY/MARITIME CONTRACT OR COMMERCIAL AGREEMENT THAT I DID NOT ENTER INTO WILLINGLY, KNOWINGLY, VOLUNTARILY, INTENTIONALLY, AND INTELLIGENTLY.**

**ADDITIONALLY: I DO NOT ACCEPT THE COMPELLED BENEFIT OF ANY UNREVEALED CONTRACT OR COMMERCIAL AGREEMENT.**

Sincerely,

*Robert Leon Smith III*

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

Also Noticed:
Judge Kenneth Anthony Marra, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, Courtroom #4, Chambers 316, West Palm Beach, Florida 33401
Markenzy Lapointe, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Gabrielle Raemy Charest-Turken, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Glenn S. Leon, Chief, U.S. Department of Justice, Criminal Division, Fraud Section, 950 Pennsylvania Avenue, NW, Washington, DC 20530
Emily M. Gurskis, U.S. Department of Justice, Fraud Section, Criminal Division, 1400 New York Avenue NW, Bond Building 8th Floor, Washington, DC 20005
Andrea Savdie, U.S. Department of Justice, Criminal Division, Fraud Section, 1400 New York Avenue NW, Washington, DC 20005
Evan Noah Schlom, U.S. Department of Justice, 1400 New York Avenue NW, Washington, DC 20005
Ralf Owen Dunn, U.S. Department of Justice, Criminal Division, 1400 New York Avenue NW, Washington, DC 20005
Michael Paul McCarthy, U.S. Department of Justice, Bond Building, 8th Floor, 1400 New York Avenue NW, Washington, DC 20530

---

[1] Proverbs 6 verses 1 through 5, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa
[2] Proverbs 11 verse 15, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

NORTH TEXAS TX P&DC
DALLAS TX 750
16 DEC 2024  PM 2  L



USMS INSPECTED

Judge Ryon Michael McCabe
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, 4th Floor
West Palm Beach, Florida 33401

33407-411701