# NOTICE OF AND RESCISSION OF FORM 855S FOR CAUSE

Notice Date:   Day: Eleven    Month: Twelve    Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela Emilia Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128



FILED BY ___PCS___ D.C.

JAN 02 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

In reply to: "Tracking ID: T101920200000815 Date: 10/20/2020 **CMS** CENTERS FOR MEDICARE & MEDICAID SERVICES ...**ON THIS APPLICATION** Reference: CMS-855S (05/16) Authorized Official Certification Statement, 5. ...in any matter involving a health care benefit... 6. 7., **CERTIFICATION STATEMENT FOR DMEPOS SUPPLIER (855S)** 1. 2. 3., 4. 5. 6. 7. **Authorized Official Signature** Effective Date of Information 10/20/2020, Authorized Official Signature 10/20/2020 Legal Business Name/Individual Name: BC MEDICAL SUPPLY LLC NPI of Applicant/Provider/Supplier: 1801442645 State Where Business is Located: FL"

**PLEASE TAKE NOTICE** that I, Robert Leon Smith III, a sentient moral being, **Rescission** the original "Tracking ID: T101920200000815 Date: 10/20/2020 **CMS** CENTERS FOR MEDICARE & MEDICAID SERVICES ...**ON THIS APPLICATION** Reference: CMS-855S (05/16) Authorized Official Certification Statement, 5. ...in any matter involving a health care benefit... 6. 7., **CERTIFICATION STATEMENT FOR DMEPOS SUPPLIER (855S)** 1. 2. 3., 4. 5. 6. 7. **Authorized Official Signature** Effective Date of Information 10/20/2020, Authorized Official Signature 10/20/2020 Legal Business Name/Individual Name: BC MEDICAL SUPPLY LLC NPI of Applicant/Provider/Supplier: 1801442645 State Where Business is Located: FL" including every copy, bearing my signature and/or initials, wet ink or electronic, Robert Leon Smith III **for cause**.

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

I **made a Mistake Creating, Signing and Presenting the original** "Tracking ID: T101920200000815 Date: 10/20/2020 **CMS** CENTERS FOR MEDICARE & MEDICAID SERVICES ...**ON THIS APPLICATION** Reference: CMS-855S (05/16) Authorized Official Certification Statement, 5. ...in any matter involving a health care benefit... 6. 7., **CERTIFICATION STATEMENT FOR DMEPOS SUPPLIER (855S)** 1. 2. 3., 4. 5. 6. 7. **Authorized Official Signature** Effective Date of Information 10/20/2020, Authorized Official Signature 10/20/2020 Legal Business Name/Individual Name: BC MEDICAL SUPPLY LLC NPI of Applicant/Provider/Supplier: 1801442645 State Where Business is Located: FL"

**Therefore**, I now repent of my sin.

"My son, if you: Have become guarantor for your friend, Have shaken hands in a pledge for a stranger, Have been snared by the words of your own mouth, Have been caught by the words of your own mouth-Do this at once, my son, and deliver yourself, For you have come into the hand of your friend: Go, humble yourself, and urge your friend. Give no sleep to your eyes, Nor slumber to your eyelids. Deliver yourself like a gazelle from the hunter's hand, And like a bird from the hand of the trapper."[1]

"He who is guarantor for a stranger suffers harm, But one who hates shaking hands in a pledge is safe."[2]

NOTICE OF AND RESCISSION OF FORM 855S FOR CAUSE

Notice Date:   Day: Eleven   Month: Twelve   Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela Emilia Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

Sincerely,

*Robert Leon Smith III*

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

Attachment: "Tracking ID: T101920200000815 Date: 10/20/2020 **CMS** CENTERS FOR MEDICARE & MEDICAID SERVICES …**ON THIS APPLICATION** Reference: CMS-855S (05/16) Authorized Official Certification Statement, 5. …in any matter involving a health care benefit… 6. 7., **CERTIFICATION STATEMENT FOR DMEPOS SUPPLIER (855S)** 1. 2. 3., 4. 5. 6. 7. **Authorized Official Signature** Effective Date of Information 10/20/2020, Authorized Official Signature 10/20/2020 Legal Business Name/Individual Name: BC MEDICAL SUPPLY LLC NPI of Applicant/Provider/Supplier: 1801442645 State Where Business is Located: FL"

Also Noticed:
Judge Kenneth Anthony Marra, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, Courtroom #4, Chambers 316, West Palm Beach, Florida 33401
Orlando Moise Buissereth, U.S. Department of Health & Human Services, Office of the Inspector General, 330 Independence Avenue, SW, Washington, DC 20201
Markenzy Lapointe, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Gabrielle Raemy Charest-Turken, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Glenn S. Leon, Chief, U.S. Department of Justice, Criminal Division, Fraud Section, 950 Pennsylvania Avenue, NW, Washington, DC 20530
Emily M. Gurskis, U.S. Department of Justice, Fraud Section, Criminal Division, 1400 New York Avenue, Northwest, Bond Building 8th Floor, Washington, DC 20005
Andrea Savdie, U.S. Department of Justice, Criminal Division, Fraud Section, 1400 New York Avenue, NW, Washington, DC 20005
Evan Noah Schlom, U.S. Department of Justice, 1400 New York Avenue Northwest, Washington, DC 20005
Ralf Owen Dunn, U.S. Department of Justice, Criminal Division, 1400 New York Avenue NW, Washington, DC 20005
Michael Paul McCarthy, U.S. Department of Justice, Bond Building, 8th Floor, 1400 New York Avenue NW, Washington, DC 20530

---

Proverbs 6 verses 1 through 5, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa
Proverbs 11 verse 15, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

NORTH TEXAS TX P&DC
DALLAS TX 750
27 DEC 2024 PM 7 L

Judge Kenneth Anthony Marra
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Courtroom #4 Chambers 316
West Palm Beach, Florida 33401

USMS INSPECTED

33401-510199