# NOTICE OF DISHONOR

Notice Date:   Day: Twenty-one     Month: Twelve     Year: 2024 CE

Case 9:23-cr-80211-KAM



Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

**PLEASE TAKE NOTICE** that instrument dated Day: Three Month: Ten Year: 2024 CE, in reply to your Presentment "Document 142 Entered on FLSD Docket 10/01/2024 Page 1 of 2 **ORDER ON DEFENDANT'S FILING OF NON-NEGOTIABLE NOTICE OF ACCEPTANCES** ORDERED AND ADJUDGED... DONE AND ORDERED... KENNETH A. MARRA, Document 142 Page 2 of 2 Copies provided to: All counsel" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Robert Leon Smith III*

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

**Also Noticed:**
Judge Cecilia M. Altonaga, Wilkie D. Ferguson, Junior United States Courthouse, 400 North Miami Avenue, Room 13-3, Miami, Florida 33128
Judge Ryon M. McCabe, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, 4th Floor, West Palm Beach, Florida 33401
Judge Kenneth A. Marra, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, Courtroom #4, Chambers 316, West Palm Beach, Florida 33401
Gabrielle Raemy Charest-Turken, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Emily Gurskis, U.S. Department of Justice, Fraud Section, Criminal Division, 1400 New York Avenue, Northwest, Bond Building 8th Floor, Washington, DC 20005
Andrea Savdie, U.S. Department of Justice, Criminal Division, Fraud Section, 1400 New York Avenue, NW, Washington, DC 20005
Evan N. Schlom, U.S. Department of Justice, 1400 New York Avenue Northwest, Washington, DC 20005

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

NORTH TEXAS TX P&DC
DALLAS TX 750
3 JAN 2025  PM 3  L

Judge Kenneth Anthony Marra
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Courtroom #4 Chambers 316
West Palm Beach, Florida 33401

USMS INSPEC
BY

9940185101 0029