# NON-NEGOTIABLE INQUIRY NOTICE

Notice Date:   Day: Nine     Month: One     Year: 2025 CE

Case 9:23-cr-80211-KAM



Judge Kenneth Anthony Marra
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Courtroom #4, Chambers 316
West Palm Beach, Florida 33401

**PLEASE TAKE NOTICE** that I, Robert Leon Smith III, a sentient moral being, in light of the prolonged presence of numerous omissions and errors upon the Case Docket on PACER, serve this Non-Negotiable Inquiry Notice attached to you. **Please respond within three (3) days of receipt of this Notice. Dishonor may result if you fail to respond point-by-point.**

- Judge Marra, during our hearing of October 15th, 2024, did you not instruct me multiple times that if there was anything missing from the case docket on PACER, you wanted me to re-send those items so that they can be included on the record?
- Does the court's record reflect that I sent the court clerk, Angela Noble, a **"NON-NEGOTIABLE INQUIRY NOTICE"** dated Day: Fifteen Month: Ten Year: 2024 CE (DE 161) informing her that she was about to receive around 50+ documents which you, Judge Marra, had just asked me to re-send—documents which had been incorrectly uploaded and obfuscated?
- Does the court's record reflect that of those 50+ re-sent documents, the clerk, Angela Noble, only uploaded 11 of them (DE 163)?
- Why does the clerk routinely and consistently select parts of my mailings to upload to the docket, and parts of my mailings to leave off of the docket?
- Should the clerk not be uploading all mailings to the docket in their entirety?
- **Is it the custom of this court to run a secret hidden record that is only available to the court and the prosecution?**
- **Is it the custom of this court to deny me my due process rights of equal access to equal justice, by running a secret hidden record?**

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Robert Leon Smith III*

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

**Also Noticed:**
Angela Emilia Noble, Clerk of Court, United States District Court, Southern District of Florida, Wilkie D. Ferguson, Junior U.S. Courthouse, 400 North Miami Avenue, Miami, Florida 33128
Markenzy Lapointe, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Gabrielle Raemy Charest-Turken, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Glenn S. Leon, Chief, U.S. Department of Justice, Criminal Division, Fraud Section, 950 Pennsylvania Avenue, NW, Washington, DC 20530
Emily M. Gurskis, U.S. Department of Justice, Fraud Section, Criminal Division, 1400 New York Avenue NW, Bond Building 8th Floor, Washington, DC 20005
Andrea Savdie, U.S. Department of Justice, Criminal Division, Fraud Section, 1400 New York Avenue NW, Washington, DC 20005
Evan-Noah Schlom, U.S. Department of Justice, 1400 New York Avenue NW, Washington, DC 20005
Ralf Owen Dunn, U.S. Department of Justice, Criminal Division, 1400 New York Avenue NW, Washington, DC 20005
Michael Paul McCarthy, U.S. Department of Justice, Bond Building, 8th Floor, 1400 New York Avenue NW, Washington, DC 20530

POSTAL
RDC 07   S2324M505784-9

JAN 15 2025


UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®


ER 156 611 301 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE (    )

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 76308
Scheduled Delivery Date (MM/DD/YY): 1/16/25
Postage: $32

Date Accepted (MM/DD/YY): 1-15-25
Scheduled Delivery Time: ☐ 6:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 2:35 ☐ AM ☐ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees:

Weight: 1 lb. 6 ozs.  ☐ Flat Rate
Acceptance Employee Initials: $32

TO: (PLEASE PRINT)  PHONE (    )

Judge Kenneth Anthony Marra
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Courtroom #4 Chambers 316
West Palm Beach, Florida 33401

ZIP + 4®

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

☜ PEEL FROM THIS CORNER





UNITED STATES POSTAL SERVICE®

Back Blank