# NOTICE OF AND RESCISSION OF TESTIMONY, WAIVER OF READING OF INDICTMENT, and PLEA FOR CAUSE

Notice Date:  Day: Five    Month: One    Year: 2025 CE

Case 9:23-cr-80211-KAM



Angela Emilia Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

In reply to: "01/19/2024 18 PAPERLESS Minute Entry for proceedings held before Magistrate Judge Ryon M. McCabe:… 1/19/2024. ARRAIGNMENT… 04/08/2024 34 PAPERLESS Minute Entry for proceedings held before Judge Kenneth A. Marra:…4/8/2024… 05/15/2024 53 PAPERLESS Minute Entry for proceedings held before Magistrate Judge Ryon M. McCabe:…5/15/2024…"

**PLEASE TAKE NOTICE** that I, Robert Leon Smith III, a sentient moral being, **Rescission** the original "01/19/2024 18 PAPERLESS Minute Entry for proceedings held before Magistrate Judge Ryon M. McCabe: …1/19/2024. ARRAIGNMENT… 04/08/2024 34 PAPERLESS Minute Entry for proceedings held before Judge Kenneth A. Marra:…4/8/2024… 05/15/2024 53 PAPERLESS Minute Entry for proceedings held before Magistrate Judge Ryon M. McCabe:…5/15/2024…" including every copy, bearing my signature and/or initials, wet ink or electronic, Robert Leon Smith III **for cause.**

I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

**I made a Mistake Creating, Signing and Presenting the original** "01/19/2024 18 PAPERLESS Minute Entry for proceedings held before Magistrate Judge Ryon M. McCabe:…1/19/2024. ARRAIGNMENT… 04/08/2024 34 PAPERLESS Minute Entry for proceedings held before Judge Kenneth A. Marra:…4/8/2024… 05/15/2024 53 PAPERLESS Minute Entry for proceedings held before Magistrate Judge Ryon M. McCabe:…5/15/2024…"

**Therefore**, I now repent of my sin.

"My son, if you: Have become guarantor for your friend, Have shaken hands in a pledge for a stranger, Have been snared by the words of your own mouth, Have been caught by the words of your own mouth-Do this at once, my son, and deliver yourself, For you have come into the hand of your friend: Go, humble yourself, and urge your friend. Give no sleep to your eyes, Nor slumber to your eyelids. Deliver yourself like a gazelle from the hunter's hand, And like a bird from the hand of the trapper."[1]

"He who is guarantor for a stranger suffers harm, But one who hates shaking hands in a pledge is safe."[2]

NOTICE OF AND RESCISSION OF TESTIMONY, WAIVER OF READING
OF INDICTMENT, and PLEA FOR CAUSE

Notice Date:  Day: Five     Month: One     Year: 2025 CE

Case 9:23-cr-80211-KAM

Angela Emilia Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

## I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

Sincerely,

*Robert Leon Smith III* (signature)

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

Attachment: "01/19/2024 18 PAPERLESS Minute Entry for proceedings held before Magistrate Judge Ryon M. McCabe:… 1/19/2024. **ARRAIGNMENT**… 04/08/2024 34 PAPERLESS Minute Entry for proceedings held before Judge Kenneth A. Marra:…4/8/2024… 05/15/2024 53 PAPERLESS Minute Entry for proceedings held before Magistrate Judge Ryon M. McCabe:...5/15/2024…"

**Also Noticed:**
Judge Kenneth Anthony Marra, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, Courtroom #4, Chambers 316, West Palm Beach, Florida 33401
Markenzy Lapointe, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Gabrielle Raemy Charest-Turken, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Glenn S. Leon, Chief, U.S. Department of Justice, Criminal Division, Fraud Section, 950 Pennsylvania Avenue, NW, Washington, DC 20530
Emily M. Gurskis, U.S. Department of Justice, Fraud Section, Criminal Division, 1400 New York Avenue, Northwest, Bond Building 8th Floor, Washington, DC 20005
Andrea Savdie, U.S. Department of Justice, Criminal Division, Fraud Section, 1400 New York Avenue, NW, Washington, DC 20005
Evan Noah Schlom, U.S. Department of Justice, 1400 New York Avenue Northwest, Washington, DC 20005
Ralf Owen Dunn, U.S. Department of Justice, Criminal Division, 1400 New York Avenue NW, Washington, DC 20005
Michael Paul McCarthy, U.S. Department of Justice, Bond Building, 8th Floor, 1400 New York Avenue NW, Washington, DC 20530

---

[1] Proverbs 6 verses 1 through 5, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa
[2] Proverbs 11 verse 15, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa

| Date | # | Entry |
|---|---|---|
| 01/19/2024 | 18 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Ryon M. McCabe: **Report Re** ___ el Hearing ___ bert Leon ___ III held on 1/19/2024. **ARRAIGNMENT** as to Robert Leon Smith III (1) Count 1,2-6,7,8-9 held on 1/19/2024. Defendant not present, presence waived per DE 17 . D___ and confir___ fendant's knowledge and understanding of the charges and maximum penalties. Reading of the Indictment waived, defense counsel entered a plea of not guilty on be___, demanded ___ l and requested the standing discovery order be issued. Total time in court: 3 minutes. Attorney Appearance(s): Jonathan Bailyn (AUSA); Brian T. Rafferty (Retained). (Digita___ ___e) (Entered: 0___ ___24) |
| 04/08/2024 | 34 | PAPERLESS Minute Entry for proceedings held before Judge Kenneth A. Marra: Status ___ ___e as ___o Robert ___ ___mith III held on 4/8/2024. Court seals courtroom and questions defendant on retaining his counsel. Defendant at this time will remain with counsel Brian Rafferty and will not ser___ ___ corresponde___ ___ Ex parte portion of hearing is under seal. Total time in court: 20 minutes. Attorney Appearance(s): Brian T. Rafferty, Jacqueline DerOvanesian. Court Reporter: Jill Wells, ___ ___3-5158 / Ji___ ___s.gov. (in) (Entered: 04/08/2024) |
| 05/15/2024 | 53 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Ryon M. McCabe: ___ ___earing as to Ro___ ___n S___th III held on 5/15/2024 re 43 MOTION to Withdraw as Attorney by Brian Rafferty and David Haas for / filed by Robert Leon Smith III. Defendant prese___ ___ sworn. Court heard fro___ ___efens___ ___and counsel for the government. Court then inquired of Defendant and found him to have knowingly and voluntarily waived his right to counsel. Written orde___ ___ ___tal time in court: ___ ___orne___ Appearance(s): Andrea Savdie (AUSA); Brian T. Rafferty (Retained). (Digital 13:58:04) (spe) (Entered: 05/15/2024) |

*RESCISSION* (watermark across page)

Robert Leon Smith III (signature)

JAN 0 1 2025 (stamp)

# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date:  Day: Five    Month: One    Year: 2025 CE

Case 9:23-cr-80211-KAM

Angela Emilia Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

In reply to: "CM ECF **U.S. District Court Southern District of Florida (West Palm Beach) CRIMINAL DOCKET FOR CASE #: 9:23-cr-80211-KAM All Defendants** Date Filed: 12/13/2023, **Date Filed # Docket Text** 12/13/2023 1 INDICTMENT…, 03/27/2024 29 NOTICE of filing…, 07/22/2024 79 NOTICE that Robert…, 09/27/2024 137 Non-Negotiable NOTICE of Acceptance…, 12/17/2024 189 TRANSCRIPT of Status Hearing as… **PACER Service Center**"

**PLEASE TAKE NOTICE** that I, Robert Leon Smith III, a sentient moral being, accept your Presentment "CM ECF **U.S. District Court Southern District of Florida (West Palm Beach) CRIMINAL DOCKET FOR CASE #: 9:23-cr-80211-KAM All Defendants** Date Filed: 12/13/2023, **Date Filed # Docket Text** 12/13/2023 1 INDICTMENT…, 03/27/2024 29 NOTICE of filing…, 07/22/2024 79 NOTICE that Robert…, 09/27/2024 137 Non-Negotiable NOTICE of Acceptance…, 12/17/2024 189 TRANSCRIPT of Status Hearing as… **PACER Service Center**" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law, or venue;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account 9:23-cr-80211-KAM and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
- I request discharge.

**Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.**

Sincerely,

*Robert Leon Smith III*

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

Attachment: "CM ECF **U.S. District Court Southern District of Florida (West Palm Beach) CRIMINAL DOCKET FOR CASE #: 9:23-cr-80211-KAM All Defendants** Date Filed: 12/13/2023, **Date Filed # Docket Text** 12/13/2023 1 INDICTMENT…, 03/27/2024 29 NOTICE of filing…, 07/22/2024 79 NOTICE that Robert…, 09/27/2024 137 Non-Negotiable NOTICE of Acceptance…; 12/17/2024 189 TRANSCRIPT of Status Hearing as… **PACER Service Center**"

Also Noticed:
Judge Kenneth Anthony Marra, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, Courtroom #4, Chambers 316, West Palm Beach, Florida 33401
Markenzy Lapointe, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Gabrielle Raemy Charest-Turken, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Glenn S. Leon, Chief, U.S. Department of Justice, Criminal Division, Fraud Section, 950 Pennsylvania Avenue, NW, Washington, DC 20530
Emily M. Gurskis, U.S. Department of Justice, Fraud Section, Criminal Division, 1400 New York Avenue NW, Bond Building 8th Floor, Washington, DC 20005
Andrea Savdie, U.S. Department of Justice, Criminal Division, Fraud Section, 1400 New York Avenue NW, Washington, DC 20005
Evan Noah Schlom, U.S. Department of Justice, 1400 New York Avenue NW, Washington, DC 20005
Ralf Owen Dunn, U.S. Department of Justice, Criminal Division, 1400 New York Avenue NW, Washington, DC 20005
Michael Paul McCarthy, U.S. Department of Justice, Bond Building, 8th Floor, 1400 New York Avenue NW, Washington, DC 20530

**U.S. District Court**
**Southern District of Florida (West Palm Beach)**
**CRIMINAL DOCKET FOR CASE #: 9:23-cr-80211-KAM All Defendants**

"Accepted"

JAN 0 5 2025

Case title: USA v. Smith III                                 Date Filed: 12/13/2023

*Robert Leon Smith III*

Assigned to: Judge Kenneth A. Marra
Referred to: Magistrate Judge Ryon M. McCabe

**Defendant (1)**

Robert Leon Smith III       represented by   Robert Leon Smith III
YOB 1975; English                             91598-510
                                              P.O. Box 853
                                              Archer City, TX 76351
                                              940-378-5555
                                              Email: jobooks32@gmail.com
                                              PRO SE

                                              Brian T. Rafferty
                                              Rafferty Law, LLC
                                              1575 Johnson Road, N.E.
                                              Atlanta, GA 30306
                                              (912) 658-0912
                                              Email: brian@raffertylawfirm.com
                                              *TERMINATED: 08/13/2024*
                                              *PRO HAC VICE*
                                              *Designation: Retained*

                                              David L. Haas
                                              Haas Law, PLLC
                                              201 S Orange Ave
                                              Suite 1017
                                              Orlando, FL 32801
                                              407-755-7675
                                              Email: David@HaasLawPLLC.com
                                              *TERMINATED: 05/16/2024*
                                              *Designation: Retained*

**Pending Counts**                            **Disposition**

18:1349 - ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD
(1)
18:1347 - HEALTH CARE FRAUD
(2-6)
18:371 - CONSPIRACY TO DEFRAUD THE UNITED STATES
(7)
42:1320a-7b(b)(1)(A) - ACTS INVOLVING FEDERAL HEALTH CARE PROGRAMS - ILLEGAL RENUMERATIONS
(8-9)

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**                         **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                **Disposition**
None

**Plaintiff**
USA                         represented by   Andrea Savdie
                                              DOJ-Crm
                                              1400 New York Avenue NW
                                              Washington, DC 20005
                                              202-262-6453
                                              Email: andrea.savdie@usdoj.gov
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*
                                              *Designation: Retained*

                                              Emily Gurskis
                                              U.S. Department of Justice
                                              Fraud Section, Criminal Division
                                              1400 New York Avenue, N.W.
                                              Bond Building 8th Floor
                                              Washington, DC 20005
                                              (202) 203-9186
                                              Email: emily.gurskis@usdoj.gov
                                              *ATTORNEY TO BE NOTICED*

                                              Evan N. Schlom
                                              U.S. Department of Justice
                                              1400 New York Avenue NW
                                              Washington, DC 20005
                                              (202) 616-5720
                                              Email: evan.schlom@usdoj.gov
                                              *ATTORNEY TO BE NOTICED*

                                              Gabrielle Raemy Charest-Turken
                                              DOJ-USAO
                                              99 NE 4th Street
                                              Miami, FL 33132

305-961-9001
Email: Gabrielle.Charest-Turken@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michael McCarthy**
U. S. Department of Justice
Bond Building, 8th Floor
1400 New York Avenue, N.W.
Washington, DC 20005
202-616-4702
Email: michael.mccarthy2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Owen Dunn**
U.S. Department of Justice
Criminal Division
1400 New York Avenue NW
Washington, DC 20005
(202) 993-4824
Email: ralf.owen.dunn@usdoj.gov
*ATTORNEY TO BE NOTICED*

"Accepted"
JAN 0 5 2025
Robert Leon Smith III

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2023 | 1 | INDICTMENT as to Robert Leon Smith III (1) count(s) 1, 2-6, 7, 8-9 w/forfeiture. (spe) (Additional attachment(s) added on 12/15/2023: # 1 Restricted Unredacted Indictment) (spe). (Entered: 12/14/2023) |
| 12/13/2023 | 2 | *** Arrest Warrant Issued by DEPUTY CLERK as to Robert Leon Smith III. (spe) Text Modified on 11/4/2024 (amb). (Entered: 12/14/2023) |
| 12/14/2023 | 3 | NOTICE OF HEARING as to Robert Leon Smith III - Initial Appearance set for 12/15/2023 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate Judge. (spe) (Entered: 12/14/2023) |
| 12/15/2023 | 4 | PAPERLESS Minute Order for proceedings held before Magistrate Judge Ryon M. McCabe: Initial Appearance as to Robert Leon Smith III held on 12/15/2023. Bond Hearing as to Robert Leon Smith III held on 12/15/2023. For the reasons stated on the record, the time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Time excluded from 12/15/2023 until 1/4/2024. Date of Location Custody (Arrest or Surrender): 12/15/2023. Defendant present and sworn. Court advised defendant of the charges, maximum penalties and his rights. Attorney Brian Rafferty attended the hearing per the document attached, but will need to obtain pro hac vice counsel before the defendant can be arraigned. Bond set as to Robert Leon Smith III (1) $700,000 PSB w/cosigners (Crystal Smith and another responsible adult approved by the government). After court, the cosigners were given until 12/20/2023 at 5:00 P.M. to sign the bond paperwork in the Fort Worth, Texas Federal Clerk's Office. Defendant advised of Brady rights under the Due Process Protection Act. ( Arraignment set for 1/4/2024 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate Judge. Report Re: Counsel Hearing set for 1/4/2024 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate Judge.) Total time in court: 22 minutes. Attorney Appearance(s): John McMillan (AUSA). Also present: Brian Rafferty. (Digital 10:26:47)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Ryon M. McCabe on 12/15/2023. (spe) (Entered: 12/15/2023) |
| 12/20/2023 | 5 | $700,000 w/cosigners PSB Bond Entered as to Robert Leon Smith III - Approved by Magistrate Judge Ryon M. McCabe. *Please see bond image for conditions of release.* (spe) (Additional attachment(s) added on 12/20/2023: # 1 Restricted Bond with 7th Page) (spe). (Entered: 12/20/2023) |
| 12/21/2023 | 6 | NOTICE OF ATTORNEY APPEARANCE Gabrielle Raemy Charest-Turken appearing for USA. *as to forfeiture related matters.* Attorney Gabrielle Raemy Charest-Turken added to party USA(pty:pla). (Charest-Turken, Gabrielle) (Entered: 12/21/2023) |
| 12/21/2023 | 7 | BILL OF PARTICULARS by USA as to Robert Leon Smith III *FOR FORFEITURE OF PROPERTY* (Charest-Turken, Gabrielle) (Entered: 12/21/2023) |
| 12/21/2023 | 8 | NOTICE OF LIS PENDENS as to Robert Leon Smith III for property located at 506 North Sycamore Street, Archer City, Texas 76351. Grantees: Robert L. Smith and Crystal M. Jacoba. (Charest-Turken, Gabrielle) (Entered: 12/21/2023) |
| 01/03/2024 | 9 | Joint MOTION to Continue *Arraignment and for Tolling of Speedy Trial Clock* by USA as to Robert Leon Smith III. Responses due by 1/17/2024 (Attachments: # 1 Exhibit Speedy Trial Waiver, # 2 Text of Proposed Order)(Savdie, Andrea) (Entered: 01/03/2024) |
| 01/03/2024 | 10 | PAPERLESS ORDER granting 9 Motion to Continue as to Robert Leon Smith III (1). Arraignment and Report re: Counsel reset for 1/19/2024 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate Judge. The Court finds that the time between 1/4/2024 and 1/19/2024 is speedy trial excludable in that the ends of justice are served by continuing the arraignment and outweigh the best interest of the public and the defendant in a speedy trial. Signed by Magistrate Judge Ryon M. McCabe on 1/3/2024. (spe) (Entered: 01/03/2024) |
| 01/08/2024 | 11 | NOTICE OF LIS PENDENS *(RECORDED)* as to Robert Leon Smith III for property located at 506 North Sycamore Street, Archer City, Texas 76351. Grantees: Robert L. Smith and Crystal M. Jacoba. (Charest-Turken, Gabrielle) (Entered: 01/08/2024) |
| 01/10/2024 | 12 | NOTICE OF ATTORNEY APPEARANCE: David L. Haas appearing for Robert Leon Smith III *as Local Counsel*. Attorney David L. Haas added to party Robert Leon Smith III(pty:dft). (Haas, David) (Entered: 01/10/2024) |
| 01/10/2024 | 13 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Brian T. Rafferty. Filing Fee $ 200.00. Receipt # AFLSDC-17203346 by Robert Leon Smith III. Responses due by 1/24/2024 (Attachments: # 1 Affidavit Certification, # 2 Text of Proposed Order)(Haas, David) (Entered: 01/10/2024) |
| 01/10/2024 | | Attorney update in case as to Robert Leon Smith III. Attorney Brian T. Rafferty for Robert Leon Smith III added (pt) (Entered: 01/10/2024) |
| 01/12/2024 | 14 | ORDER granting 13 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Brian T. Rafferty as to Robert Leon Smith III (1). Signed by Judge Kenneth A. Marra on 1/12/2024. *See attached document for full details.* (ir) (Entered: 01/12/2024) |
| 01/15/2024 | 15 | Motion for WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Robert Leon Smith III (Attachments: # 1 Exhibit Waiver of Appearance, # 2 Text of Proposed Order Proposed Order)(Haas, David) Modified on 1/17/2024 (spe). (Entered: 01/15/2024) |
| 01/17/2024 | 16 | Clerk's Notice to Filer re 15 Waiver of Personal Appearance at Arraignment. **Wrong Event Selected - Document is a Motion;** ERROR - The Filer selected the wrong event. A motion event must always be selected when filing a motion. The correction was made by the Clerk. It is not necessary to refile this document. (spe) (Entered: 01/17/2024) |
| 01/17/2024 | 17 | PAPERLESS ORDER granting 15 Motion as to Robert Leon Smith III (1). The Motion is granted insofar as defendant's appearance is waived, but counsel must still appear pursuant to Rule 10 of the Federal Rules of Criminal Procedure and Local Rule 88.7. Signed by Magistrate Judge Ryon M. McCabe on 1/17/2024. (spe) (Entered: 01/17/2024) |
| 01/19/2024 | 19 | SCHEDULING ORDER as to Robert Leon Smith III: Calendar Call set for 3/8/2024 09:00 AM in West Palm Beach Division before Judge Kenneth A. Marra. Jury Trial set for 3/11/2024 09:00 AM in West Palm Beach Division before Judge Kenneth A. Marra. ORDER REFERRING CASE to Magistrate Judge Ryon M. McCabe for Pretrial Dispositive Matters as to Robert Leon Smith III. Signed by Judge Kenneth A. Marra on 1/19/2024. *See attached document for full details.* (ir)<br><br>**Pattern Jury Instruction Builder** - To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 01/19/2024) |
| 01/24/2024 | 20 | Unopposed MOTION for Protective Order by USA as to Robert Leon Smith III. Responses due by 2/7/2024. (Attachments: # 1 Text of Proposed Order)(Savdie, Andrea) (Entered: 01/24/2024) |
| 01/25/2024 | 21 | PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY AND SENSITIVE INFORMATION CONTAINED THEREIN granting 20 Motion for Protective Order as to Robert Leon Smith III (1). Signed by Judge Kenneth A. Marra on 1/25/2024. *See attached document for full details.* (ir) (Entered: 01/25/2024) |
| 02/13/2024 | 22 | NOTICE OF ATTORNEY APPEARANCE Emily Gurskis appearing for USA. . Attorney Emily Gurskis added to party USA(pty:pla). (Gurskis, Emily) (Entered: 02/13/2024) |
| 02/13/2024 | 23 | Joint MOTION to Continue Trial *and Set Date for Scheduling Conference* by USA as to Robert Leon Smith III. Responses due by 2/27/2024. (Attachments: # 1 Text of Proposed Order)(Gurskis, Emily) (Entered: 02/13/2024) |
| 02/14/2024 | 24 | ORDER TO CONTINUE - Ends of Justice as to Robert Leon Smith III: Time excluded from 2/14/24 until 3/24/25. Re: 23 Joint MOTION to Continue Trial *and Set Date for Scheduling Conference*. Calendar Call set for 3/21/2025 10:00 AM in West Palm Beach Division before Judge Kenneth A. Marra., Jury Trial set for 3/24/2025 09:00 AM in West Palm Beach Division before Judge Kenneth A. Marra. Signed by Judge Kenneth A. Marra on 2/14/2024. *See attached document for full details.* (ir) (Entered: 02/14/2024) |
| 03/08/2024 | 25 | Challenge to Standing by Robert Leon Smith III. (drz) (Entered: 03/08/2024) |
| 03/11/2024 | 26 | Demand for Trial by Jury by Robert Leon Smith III. Responses due by 3/25/2024. (drz) (Entered: 03/11/2024) |
| 03/11/2024 | 27 | Challenge to Standing by Robert Leon Smith III. (drz) (Entered: 03/11/2024) |
| 03/11/2024 | 28 | ORDER ON 26 Motion/Demand for Jury Trial as to Robert Leon Smith III (1). Signed by Judge Kenneth A. Marra on 3/11/2024. *See attached document for full details.* (ir) (Entered: 03/11/2024) |

| Date | # | Docket Text |
|---|---|---|
| 03/27/2024 | 29 | NOTICE of Filing receipt of correspondence by Robert Leon Smith III. (ir) (Entered: 03/27/2024) |
| 03/29/2024 | 30 | NOTICE of Default and Opportunity to Cure by Robert Leon Smith III. (drz) (Entered: 03/29/2024) |
| 03/29/2024 | 31 | Unopposed MOTION for Status Conference and Extension of Time by Robert Leon Smith III. Responses due by 4/12/2024. (Attachments: # 1 Text of Proposed Order)(Haas, David) (Entered: 03/29/2024) |
| 04/01/2024 | 32 | NOTICE of Default and Opportunity to Cure by Robert Leon Smith III. (drz) (Entered: 04/01/2024) |
| 04/02/2024 | 33 | ORDER granting 31 Motion for a status conference as to Robert Leon Smith III (1). Status Conference set for 4/8/2024 01:30 PM in West Palm Beach Division before Judge Kenneth A. Marra. Signed by Judge Kenneth A. Marra on 4/2/2024. See attached document for full details. (ir) (Entered: 04/02/2024) |
| 04/08/2024 | 35 | NOTICE OF ATTORNEY APPEARANCE Evan N. Schlom appearing for USA. . Attorney Evan N. Schlom added to party USA(pty:pla). (Schlom, Evan) (Entered: 04/08/2024) |
| 04/12/2024 | 36 | NOTICE of Filing by Robert Leon Smith III: Conspiracy to Threaten, Coerce, Injure, and Intimidate in the Free Exercise of Rights Under Color of Law. (jc) (Additional attachment(s) added on 4/12/2024: # 1 Contact Information) (jc). (Entered: 04/12/2024) |
| 04/12/2024 | 37 | NOTICE of Filing by Robert Leon Smith III: Sale Into Involuntary Servitude. (jc) (Additional attachment(s) added on 4/12/2024: # 1 Contact Information) (jc). (Entered: 04/12/2024) |
| 04/12/2024 | 38 | NOTICE of Filing by Robert Leon Smith III : False and Fictitious Records. (jc) (Additional attachment(s) added on 4/12/2024: # 1 Contact Information) (jc). (Entered: 04/12/2024) |
| 04/12/2024 | 39 | NOTICE of Filing by Robert Leon Smith III : War Crimes. (jc) (Additional attachment(s) added on 4/12/2024: # 1 Contact Information) (jc). (Entered: 04/12/2024) |
| 04/12/2024 | 40 | NOTICE of Filing by Robert Leon Smith III: Violating Rights and Immunities Under Color of Law. (jc) (Additional attachment(s) added on 4/12/2024: # 1 Contact Information) (jc). (Entered: 04/12/2024) |
| 04/12/2024 | 41 | NOTICE of Filing by Robert Leon Smith III: Attempted Murder. (jc) (Additional attachment(s) added on 4/12/2024: # 1 Contact Information) (jc). (Entered: 04/12/2024) |
| 04/16/2024 | 42 | Challenge to Standing Final Notice of Default by Robert Leon Smith III. (drz) (Entered: 04/16/2024) |
| 04/17/2024 | 43 | MOTION to Withdraw as Attorney by Brian Rafferty and David Haas for / by Robert Leon Smith III. (Haas, David) (Entered: 04/17/2024) |
| 04/17/2024 | 44 | ORDER REFERRING 43 MOTION to Withdraw as Attorney by Brian Rafferty and David Haas for / filed by Robert Leon Smith III. Motions referred to Judge Ryon M. McCabe. Signed by Judge Kenneth A. Marra on 4/17/2024. See attached document for full details. (ir) (Entered: 04/17/2024) |
| 04/18/2024 | 45 | NOTICE OF HEARING ON MOTION in case as to Robert Leon Smith III 43 MOTION to Withdraw as Attorney by Brian Rafferty and David Haas for / : Motion Hearing set for 5/15/2024 at 02:00 PM in Courtroom 3, 4th Floor, West Palm Beach Division before Magistrate Judge Ryon M. McCabe. (spe) (Entered: 04/18/2024) |
| 04/22/2024 | 46 | MOTION to Strike Docket Entries 25, 26, 27, 29, 30, 32, and 36-42 by USA as to Robert Leon Smith III. Responses due by 5/6/2024. (Attachments: # 1 Text of Proposed Order)(Savdie, Andrea) (Entered: 04/22/2024) |
| 04/23/2024 | 47 | Challenge to Standing Final Notice of Default by Robert Leon Smith III re 25 Challenge to Standing. (drz) (Entered: 04/24/2024) |
| 04/29/2024 | 48 | Jurisdictional Challenge to the Prosecution/Plaintiff and to the Court by Special Appearance by Robert Leon Smith III. (drz) (Additional attachment(s) added on 4/29/2024: # 1 Exhibit) (drz). (Entered: 04/29/2024) |
| 04/29/2024 | 49 | Jurisdictional Challenge to the Prosecution/Plaintiff and to the Court by Special Appearance by Robert Leon Smith III. (drz) (Entered: 04/29/2024) |
| 05/01/2024 | 50 | ORDER as to Robert Leon Smith III re 49 Jurisdictional Challenge to the Prosecution/Plaintiff and to the Court by Special Appearance filed by Robert Leon Smith III. Signed by Judge Kenneth A. Marra on 4/30/2024. See attached document for full details. (ir) (Entered: 05/01/2024) |
| 05/13/2024 | 51 | Letter from Robert Leon Smith III re Notice of and Repentance of Sins for Cause. (nan) (Entered: 05/14/2024) |
| 05/14/2024 | 52 | Letter from Robert Leon Smith III re Notice of and Repentance of Sins for Cause (nan) (Address Updated). (Entered: 05/15/2024) |
| 05/15/2024 | 55 | NOTICE of and Rescission of Complaints for Cause by Robert Leon Smith III (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL, # 39 Exhibit MM, # 40 Exhibit NN, # 41 Exhibit OO, # 42 Exhibit PP, # 43 Exhibit QQ, # 44 Exhibit RR, # 45 Exhibit SS, # 46 Exhibit TT, # 47 Exhibit UU, # 48 Exhibit VV, # 49 Exhibit WW, # 50 Exhibit XX, # 51 Exhibit YY, # 52 Exhibit ZZ, # 53 Exhibit AAA, # 54 Exhibit BBB) (nan) (Entered: 05/16/2024) |
| 05/15/2024 | 56 | Consent by Pro Se Litigant (Non-Prisoner) Robert Leon Smith III to receive Notices of Electronic Filing at email address: jobooks32@gmail.com (nan) (Entered: 05/16/2024) |
| 05/16/2024 | 54 | ORDER ON DEFENDANT'S MOTION TO BE RELIEVED AS COUNSEL AND ORDER FOLLOWING FARETTA HEARING: ORDER granting 43 Motion to Withdraw as Attorney. David L. Haas and Brian T. Rafferty withdrawn from case. Notice of Termination delivered by US Mail to Brian Rafferty as to Robert Leon Smith III (1). Signed by Magistrate Judge Ryon M. McCabe on 5/16/2024. See attached document for full details. (nan) (Entered: 05/16/2024) |
| 06/18/2024 | 57 | NOTICE of Default and Opportunity to Cure by Robert Leon Smith III. (ebz) (Entered: 06/20/2024) |
| 06/24/2024 | 58 | The Court's Rejection Of Defendant's Challenge To The Standing Of The United States by Robert Leon Smith III re DE 57 . Signed by Judge Kenneth A. Marra on 6/24/2024. See attached document for full details. (kpe) (Entered: 06/24/2024) |
| 06/24/2024 | 59 | NOTICE of and Repentance of Sins for Cause by Robert Leon Smith III. (kpe) (Entered: 06/25/2024) |
| 06/24/2024 | 60 | NOTICE of Filing Non-Negotiable Notice of Acceptance by Robert Leon Smith III. (kpe) (Entered: 06/25/2024) |
| 06/28/2024 | 61 | NOTICE of Filing Non-Negotiable Notice of Acceptance by Robert Leon Smith III. (amb) (Entered: 06/28/2024) |
| 06/28/2024 | 62 | NOTICE of and Request for Production of Documents by Robert Leon Smith III. Responses due by 7/12/2024. (amb) (Entered: 06/28/2024) |
| 07/02/2024 | 63 | NOTICE of Filing receipt of correspondence by Robert Leon Smith III. (ir) (Entered: 07/02/2024) |
| 07/03/2024 | 64 | First RESPONSE to Standing Discovery Order by USA as to Robert Leon Smith III (Savdie, Andrea) (Entered: 07/03/2024) |
| 07/08/2024 | 65 | NOTICE of and Rescission of Declaration and Attachments for Cause by Robert Leon Smith III (Attachments: # 1 Attachment for Cause, # 2 Attachment for Cause, # 3 Attachment for Cause) (nan) (Entered: 07/08/2024) |
| 07/08/2024 | 68 | TRANSCRIPT of Faretta Hearing as to Robert Leon Smith III held on 5/15/2024 before Magistrate Judge Ryon M. McCabe, 1-36 pages, Court Reporter: Bonnie Joy Lewis, 954-985-8875. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/29/2024. Redacted Transcript Deadline set for 8/8/2024. Release of Transcript Restriction set for 10/7/2024. (apz) (Entered: 07/10/2024) |
| 07/09/2024 | 66 | MOTION for Protective Order by USA as to Robert Leon Smith III. Responses due by 7/23/2024. (Attachments: # 1 Text of Proposed Order)(Savdie, Andrea) (Entered: 07/09/2024) |
| 07/09/2024 | 67 | MOTION Adopt Pre-Trial Scheduling Order by USA as to Robert Leon Smith III. Responses due by 7/23/2024. (Attachments: # 1 Text of Proposed Order)(Savdie, Andrea) (Entered: 07/09/2024) |
| 07/11/2024 | 69 | NOTICE of Change of Address/Contact Information; by Andrea Savdie as to Robert Leon Smith III (Savdie, Andrea) (Entered: 07/11/2024) |
| 07/12/2024 | 70 | CLERK'S NOTICE - Attorney Admissions has updated the address information as submitted through attorneys PACER account for attorney Andrea Savdie as to Robert Leon Smith III re 69 Notice of Change of Address, Email or Law Firm Name (pt) (Entered: 07/12/2024) |
| 07/12/2024 | 71 | NOTICE of and Rescission of Consent Form for Cause by Robert Leon Smith III (nan) (Entered: 07/12/2024) |
| 07/12/2024 | 72 | NOTICE of and Rescission of Notice for Cause by Robert Leon Smith III (nan) (Entered: 07/12/2024) |
| 07/12/2024 | 73 | NOTICE OF HEARING ON MOTION in case as to Robert Leon Smith III 67 MOTION Adopt Pre-Trial Scheduling Order , 66 MOTION for Protective Order : Motion Hearing by Zoom video conference set for 8/2/2024 10:30 AM in West Palm Beach Division before Judge Kenneth A. Marra. Zoomgov.com Meeting ID: 161 334 5363; Passcode: 871873. Audio or video recording of hearing is strictly prohibited. (ir) (Entered: 07/12/2024) |
| 07/15/2024 | 74 | NOTICE of and rescission of motion for cause by Robert Leon Smith III (Attachments: # 1 Supplement, # 2 Supplement) (mee) (Entered: 07/15/2024) |
| 07/16/2024 | 75 | NOTICE of Proposed Order Re Motion to Waive Defendant's Appearance at Arraignment by Robert Leon Smith III (nan) (Entered: 07/16/2024) |
| 07/16/2024 | 76 | Non- Negotiable NOTICE of Acceptance by Robert Leon Smith III (nan) (Entered: 07/16/2024) |
| 07/19/2024 | 77 | MOTION for Clarification 54 Order on Motion to Withdraw as Attorney, by USA as to Robert Leon Smith III. Responses due by 8/2/2024. (Attachments: # 1 Text of Proposed Order)(Savdie, Andrea) (Entered: 07/19/2024) |
| 07/22/2024 | 78 | PAPERLESS ORDER: The Court has reviewed United States' Motion for Clarification of Order on Defendant's Motion to be Relieved as Counsel and Order Following Faretta Hearing 77 . Although the Motion indicates that Mr. Rafferty does not oppose the Motion, it is unclear whether he opposes the proposed order [77-1] attached to the Motion. If Mr. Rafferty agrees to the entry of the proposed order, he shall file a notice to that effect. Otherwise, the Court will conduct a hearing on the Motion via Zoom video teleconference on July 29, 2024 at 2:30 PM in the West Palm Beach Division before Magistrate Judge Ryon McCabe. To log in through ZoomGov Meeting, use Meeting ID: 160 263 9132 and Passcode: 929086. All participants at the hearing are expected to appear by both audio and video. Signed by Magistrate Judge Ryon M. McCabe on 7/22/2024. (jb02) (Entered: 07/22/2024) |

"Accepted" JAN 05 2025 Robert Leon Smith III

| Date | # | Description |
|---|---|---|
| 07/22/2024 | 79 | NOTICE that Robert Leon Smith, III accepts presentment of the United States's Motion to Adopt Pre-trial Scheduling Order by Robert Leon Smith III (nan) (Entered: 07/22/2024) |
| 07/25/2024 | 80 | NON- Negotiable NOTICE of Acceptance by Robert Leon Smith III re 54 Order on Motion to Withdraw as Attorney, (nan) (Entered: 07/25/2024) |
| 07/25/2024 | 81 | NON- Negotiable NOTICE of Acceptance by Robert Leon Smith III re 66 MOTION for Protective Order (nan) (Entered: 07/25/2024) |
| 07/25/2024 | 82 | NON- Negotiable NOTICE of Acceptance by Robert Leon Smith III re 54 Order on Motion to Withdraw as Attorney, (nan) (Entered: 07/25/2024) |
| 07/25/2024 | 83 | NON- Negotiable NOTICE of Acceptance by Robert Leon Smith III re 67 MOTION Adopt Pre-Trial Scheduling Order (nan) (Entered: 07/25/2024) |
| 07/25/2024 | 84 | NON- Negotiable NOTICE of Acceptance by Robert Leon Smith III re 67 MOTION Adopt Pre-Trial Scheduling Order (nan) (Entered: 07/25/2024) |
| 07/25/2024 | 85 | NON- Negotiable NOTICE of Acceptance by Robert Leon Smith III re 21 Order on Motion for Protective/Confidentiality Order, (nan) (Entered: 07/25/2024) |
| 07/25/2024 | 86 | Non-Negotiable NOTICE of Inquiry by Robert Leon Smith III (nan) (Entered: 07/25/2024) |
| 07/29/2024 | 87 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Ryon M. McCabe: Motion Hearing as to Robert Leon Smith III held on 7/29/2024 re 77 MOTION for Clarification 54 Order on Motion to Withdraw as Attorney filed by USA. Parties appeared by zoom; Robert Leon Smith III has 48 hours to file any additional information for the Court to consider. Order to follow. Total time in court: 37 minutes. Attorney Appearance(s): Evan N. Schlom, Andrea Savdie, Brian T. Rafferty. Also present: Robert Leon Smith, III. (Digital Zoom 14:00) (spe) (Entered: 07/29/2024) |
| 08/01/2024 | 88 | ORDER CLARIFYING ORDER ON DEFENDANT'S MOTION TO BE RELIEVED AS COUNSEL AND ORDER FOLLOWING FARETTA HEARING 77 as to Robert Leon Smith III (1). Signed by Magistrate Judge Ryon M. McCabe on 8/1/2024. See attached document for full details. (spe) (Entered: 08/01/2024) |
| 08/02/2024 | 89 | Non-Negotiable NOTICE of Compelled Performance by Robert Leon Smith III (nan) (Entered: 08/02/2024) |
| 08/02/2024 | 90 | Non-Negotiable NOTICE of Inquiry by Robert Leon Smith III (nan) (Entered: 08/02/2024) |
| 08/02/2024 | 91 | PAPERLESS Minute Entry for proceedings held before Judge Kenneth A. Marra: Motion Hearing as to Robert Leon Smith III held by Zoom video conference on 8/2/2024 re 67 MOTION Adopt Pre-Trial Scheduling Order filed by USA, 66 MOTION for Protective Order filed by USA. Court grants both motions. Total time in court: 1 hour(s) : 30 minutes. Defendant present with stand by counsel. Attorney Appearance(s): Evan N. Schlom, Andrea Savdie, Brian T. Rafferty. Court Reporter: Jill Wells, 305-523-5158 / Jill_Wells@flsd.uscourts.gov. (ir) (Entered: 08/02/2024) |
| 08/02/2024 | 92 | ORDER granting 66 Motion for Amended Protective Order as to Robert Leon Smith III (1). Signed by Judge Kenneth A. Marra on 8/2/2024. See attached document for full details. (ir) (Entered: 08/02/2024) |
| 08/02/2024 | 93 | ORDER granting 67 Motion to Adopt Pre-Trial Scheduling Order by USA as to Robert Leon Smith III (1). Signed by Judge Kenneth A. Marra on 8/2/2024. See attached document for full details. (ir) (Entered: 08/02/2024) |
| 08/05/2024 | 95 | Non-Negotiable NOTICE of Compelled Performance by Robert Leon Smith III (nan) (Entered: 08/06/2024) |
| 08/05/2024 | 96 | Non-Negotiable NOTICE of Inquiry by Robert Leon Smith III (nan) (Entered: 08/06/2024) |
| 08/05/2024 | 97 | Non-Negotiable NOTICE of Inquiry by Robert Leon Smith III (nan) (Entered: 08/07/2024) |
| 08/06/2024 | 94 | PAPERLESS ORDER: In light of the conflict issues raised in docket entry 90, a hearing is set via Zoom video teleconference on August 13, 2024 at 3:00 PM in the West Palm Beach Division before Magistrate Judge Ryon McCabe. To log in through ZoomGov Meeting, use Meeting ID: 160 263 9132 and Passcode: 929006. All participants at the hearing are expected to appear by both audio and video. Attorney Rafferty and Defendant Smith must both attend the hearing. Signed by Magistrate Judge Ryon M. McCabe on 8/6/2024. (jb02) (Entered: 08/06/2024) |
| 08/13/2024 | 98 | PAPERLESS Minute Entry for proceedings held via Zoom before Magistrate Judge Ryon M. McCabe: Status Conference as to Robert Leon Smith III held on 8/13/2024. Total time in court: 47 minutes. Attorney Appearance(s): Andrea Savdie, Brian T. Rafferty. Also present: Robert Leon Smith, III. (Zoom at 15:00) (spe) (Entered: 08/13/2024) |
| 08/13/2024 | 100 | ORDER FOLLOWING STATUS CONFERENCE as to Robert Leon Smith III, Attorney Brian T. Rafferty terminated in case as to Robert Leon Smith III. The Clerk SHALL TERMINATE attorney Brian Rafferty as standby counsel. Notice of Termination delivered by US Mail to Brian Rafferty. Signed by Magistrate Judge Ryon M. McCabe on 8/13/2024. See attached document for full details. (nan) (Entered: 08/14/2024) |
| 08/14/2024 | 99 | Non-Negotiable NOTICE of Inquiry by Robert Leon Smith III (nan) (Entered: 08/14/2024) |
| 08/15/2024 | 101 | ORDER on 99 Non-Negotiable Notice of Inquiry filed by Robert Leon Smith III. Signed by Judge Kenneth A. Marra on 8/15/2024. See attached document for full details. (Attachments: # 1 Exhibit A) (ir) (Entered: 08/15/2024) |
| 08/21/2024 | 102 | NON-NEGOTIABLE NOTICE OF INQUIRY by Robert Leon Smith III (nan) (Entered: 08/21/2024) |
| 08/23/2024 | 103 | Non-Negotiable NOTICE of Inquiry by Robert Leon Smith III (nan) (Entered: 08/23/2024) |
| 08/27/2024 | 104 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III (nan) (Entered: 08/28/2024) |
| 09/12/2024 | 105 | NOTICE of and Rescission of Waiver for Cause by Robert Leon Smith III (nan) (Entered: 09/12/2024) |
| 09/12/2024 | 106 | NOTICE of and Rescission of Motion and Proposed Order for Cause by Robert Leon Smith III (nan) (Entered: 09/12/2024) |
| 09/12/2024 | 107 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III (nan) (Entered: 09/12/2024) |
| 09/12/2024 | 108 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III (nan) (Entered: 09/12/2024) |
| 09/12/2024 | 109 | NOTICE of and Rescission of Waiver for Cause by Robert Leon Smith III (nan) (Entered: 09/12/2024) |
| 09/12/2024 | 110 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III (nan) (Entered: 09/12/2024) |
| 09/13/2024 | 111 | NOTICE of and Rescission of Notice for Cause by Robert Leon Smith III (nan) (Entered: 09/16/2024) |
| 09/13/2024 | 112 | NOTICE of and Rescission of Motion, Consent, Request, Certificate, and Proposed Order for Cause by Robert Leon Smith III (nan) (Entered: 09/16/2024) |
| 09/13/2024 | 113 | NOTICE of and Rescission of Notice and Certificate for Cause by Robert Leon Smith III (nan) (Entered: 09/16/2024) |
| 09/13/2024 | 114 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III (nan) (Entered: 09/16/2024) |
| 09/16/2024 | 115 | ORDER denying 109 Notice of Rescission of Notice for Cause filed by Robert Leon Smith III, 105 Notice of and Rescission of Waiver for Cause filed by Robert Leon Smith III, 106 Notice of and Rescission of Motion and Proposed Order for Cause filed by Robert Leon Smith III. Signed by Judge Kenneth A. Marra on 9/16/2024. See attached document for full details. (ir) (Entered: 09/16/2024) |
| 09/16/2024 | 116 | ORDER denying relief re 108 Non-Negotiable Notices of Acceptance filed by Robert Leon Smith III, 110 Non-Negotiable Notices of Acceptance filed by Robert Leon Smith III, 107 Non-Negotiable Notices of Acceptance filed by Robert Leon Smith III. Signed by Judge Kenneth A. Marra on 9/16/2024. See attached document for full details. (ir) (Entered: 09/16/2024) |
| 09/16/2024 | 117 | ORDER denying relief re 112 Notice of and Rescission of Motion, Consent, Request, Certificate and Proposed Order for Cause filed by Robert Leon Smith III, 113 Notice of and Rescission of Notice and Certificate for Cause filed by Robert Leon Smith III. Signed by Judge Kenneth A. Marra on 9/16/2024. See attached document for full details. (ir) (Entered: 09/16/2024) |
| 09/16/2024 | 118 | PAPERLESS ORDER terminating 111 NOTICE of and Rescission of Notice for Cause by Robert Leon Smith III as duplicative of DE 109. See Order at DE 115. Signed by Judge Kenneth A. Marra on 9/16/2024. (ir) (Entered: 09/16/2024) |
| 09/16/2024 | 119 | PAPERLESS ORDER terminating 114 Non-Negotiable NOTICE of Acceptance filed by Robert Leon Smith III as duplicative of DE 107. See Order at DE 116. Signed by Judge Kenneth A. Marra on 9/16/2024. (ir) (Entered: 09/16/2024) |
| 09/16/2024 | 120 | NOTICE OF LIS PENDENS as to Robert Leon Smith III (nan) (Entered: 09/18/2024) |
| 09/23/2024 | 121 | NON-NOTICE of Acceptance by Robert Leon Smith III (nan) (Entered: 09/23/2024) |
| 09/23/2024 | 122 | NON-NOTICE of Acceptance by Robert Leon Smith III (nan) (Entered: 09/23/2024) |
| 09/23/2024 | 123 | NON-NOTICE of Acceptance by Robert Leon Smith III (nan) (Entered: 09/23/2024) |
| 09/27/2024 | 124 | NON-NEGOTIABLE NOTICE OF ACCEPTANCE re DE# 88 by Robert Leon Smith III (nan) (Entered: 09/27/2024) |
| 09/27/2024 | 125 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 58 Order (nan) (Entered: 09/27/2024) |
| 09/27/2024 | 126 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 23 Joint MOTION to Continue Trial and Set Date for Scheduling Conference (nan) (Entered: 09/27/2024) |
| 09/27/2024 | 127 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 23 Joint MOTION to Continue Trial and Set Date for Scheduling Conference (nan) (Entered: 09/27/2024) |
| 09/27/2024 | 128 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 46 MOTION to Strike Docket Entries 25, 26, 27, 29, 30, 32, and 36-42 (nan) (Entered: 09/27/2024) |
| 09/27/2024 | 129 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 33 Order on Motion for Miscellaneous Relief, (nan) (Entered: 09/27/2024) |
| 09/27/2024 | 130 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 54 Order on Motion to Withdraw as Attorney, (nan) (Entered: 09/27/2024) |
| 09/27/2024 | 131 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 100 Order,, Terminate Attorneys, (nan) (Entered: 09/27/2024) |
| 09/27/2024 | 132 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 44 Order Referring Motion, (nan) (Entered: 09/27/2024) |
| 09/27/2024 | 133 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 93 Order on Motion for Miscellaneous Relief (nan) (Entered: 09/27/2024) |
| 09/27/2024 | 134 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 92 Order on Motion for Protective/Confidentiality Order (nan) (Entered: 09/27/2024) |
| 09/27/2024 | 135 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 20 Unopposed MOTION for Protective Order (nan) (Entered: 09/27/2024) |
| 09/27/2024 | 136 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 21 Order on Motion for Protective/Confidentiality Order, (nan) (Entered: 09/27/2024) |

"Accepted" JAN 0 5 2025 Robert Leon Smith III

| Date | # | Docket Text |
|---|---|---|
| 09/27/2024 | 137 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 19 Scheduling Order,,, Order Referring Case to Magistrate Judge,, (nan) (Entered: 09/27/2024) |
| 09/27/2024 | 138 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 22 Notice of Attorney Appearance - USA (nan) (Entered: 09/27/2024) |
| 09/27/2024 | 139 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 43 MOTION to Withdraw as Attorney by Brian Rafferty and David Haas for / (nan) (Entered: 09/27/2024) |
| 09/27/2024 | 140 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 31 Unopposed MOTION for Status Conference and Extension of Time (nan) (Entered: 09/27/2024) |
| 09/27/2024 | 141 | Non-Negotiable NOTICE of Acceptance of Compliance by Robert Leon Smith III re 35 Notice of Attorney Appearance - USA filed by USA (nan) (Entered: 09/27/2024) |
| 09/30/2024 | 143 | Non-Negotiable Inquiry NOTICE by Robert Leon Smith III re 115 Order, (nan) (Entered: 10/01/2024) |
| 10/01/2024 | 142 | ORDER denying relief as to Robert Leon Smith III re 121 Notice of Acceptance filed by Robert Leon Smith III, 130 Notice of Acceptance filed by Robert Leon Smith III, 137 Notice of Acceptance filed by Robert Leon Smith III, 122 Notice of Acceptance filed by Robert Leon Smith III, 139 Notice of Acceptance filed by Robert Leon Smith III, 140 Notice of Acceptance filed by Robert Leon Smith III, 127 Notice of Acceptance filed by Robert Leon Smith III, 133 Notice of Acceptance filed by Robert Leon Smith III, 123 Notice of Acceptance filed by Robert Leon Smith III, 132 Notice of Acceptance filed by Robert Leon Smith III, 131 Notice of Acceptance filed by Robert Leon Smith III, 134 Notice of Acceptance filed by Robert Leon Smith III, 126 Notice of Acceptance filed by Robert Leon Smith III, 135 Notice of Acceptance filed by Robert Leon Smith III, 136 Notice of Acceptance filed by Robert Leon Smith III, 129 Notice of Acceptance filed by Robert Leon Smith III, 141 Notice of Compliance filed by Robert Leon Smith III, 124 Notice of Acceptance filed by Robert Leon Smith III, 138 Notice of Acceptance filed by Robert Leon Smith III, 125 Notice of Acceptance filed by Robert Leon Smith III. Signed by Judge Kenneth A. Marra on 9/30/2024. See attached document for full details. (ir) (Entered: 10/01/2024) |
| 10/01/2024 | 144 | ORDER denying relief re 143 Non-Negotiable Inquiry Notice filed by Robert Leon Smith III. Signed by Judge Kenneth A. Marra on 10/1/2024. See attached document for full details. (ir) (Entered: 10/01/2024) |
| 10/01/2024 | 145 | PAPERLESS Order as to Robert Leon Smith III Setting Status Conference by Zoom video conference on 10/15/2024 11:00 AM in West Palm Beach Division before Judge Kenneth A. Marra. Zoomgov.com Meeting ID: 160 811 3066 Passcode: 320310 or Dial by your location: * +1 669 254 5252 US (San Jose);* +1 646 828 7666 US (New York);* +1 646 964 1167 US (US Spanish Line);* +1 551 285 1373 US (New Jersey);* +1 669 216 1590 US (San Jose);* +1 415 449 4000 US (US Spanish Line). Audio or video recording of hearing is strictly prohibited. Signed by Judge Kenneth A. Marra on 10/1/2024. (ir) (Entered: 10/01/2024) |
| 10/04/2024 | 146 | Non-Negotiable Inquiry NOTICE by Robert Leon Smith III re 116 Order, (nan) (Entered: 10/04/2024) |
| 10/08/2024 | 147 | NON-NEGOTIABLE INQUIRY NOTICE by Robert Leon Smith III (nan) (Entered: 10/09/2024) |
| 10/15/2024 | 148 | PAPERLESS Minute Entry for proceedings held before Judge Kenneth A. Marra: Status Conference by Zoom video conference as to Robert Leon Smith III held on 10/15/2024. Court advises defendant of past and upcoming deadlines as noted in DE 93 and also recommends defendant retain counsel. Jury trial is scheduled to begin 3/24/25. Total time in court: 40 minutes. Attorney Appearance(s): Aisha Schafer-Hylton, Evan N. Schlom, Gabrielle Raemy Charest-Turken. Robert Smith, pro se. Court Reporter: Diane Miller, 772-467-2337 / Diane_Miller@flsd.uscourts.gov. (ir) (Entered: 10/15/2024) |
| 10/15/2024 | 149 | ORDER ON DEFENDANT'S FILING OF MULTIPLE COPIES OF ITEMS SUBMITTED TO THE COURT as to Robert Leon Smith III. Signed by Judge Kenneth A. Marra on 10/15/2024. See attached document for full details. (ir) (Entered: 10/15/2024) |
| 10/16/2024 | 150 | Certificate of Dishonor by Robert Leon Smith III. (scn) (Entered: 10/16/2024) |
| 10/16/2024 | 151 | NOTICE of and Rescission of Joint Motion and Proposed Order for Cause by Robert Leon Smith III. (scn) (Entered: 10/16/2024) |
| 10/16/2024 | 152 | NOTICE of and Rescission of Unopposed Motion and Proposed Order for Cause by Robert Leon Smith III. (scn) (Entered: 10/16/2024) |
| 10/16/2024 | 153 | NOTICE of Dishonor by Robert Leon Smith III. (scn) (Entered: 10/16/2024) |
| 10/16/2024 | 154 | Nonnegotiable Notice of Acceptance by Robert Leon Smith III. (scn) (Entered: 10/16/2024) |
| 10/16/2024 | 155 | Nonegotiable Notice of Acceptance by Robert Leon Smith III. (scn) (Entered: 10/16/2024) |
| 10/16/2024 | 156 | NOTICE of Dishonor by Robert Leon Smith III. (scn) (Entered: 10/16/2024) |
| 10/16/2024 | 157 | Nonnegotiable Notice of Acceptance by Robert Leon Smith III. (scn) (Entered: 10/16/2024) |
| 10/16/2024 | 158 | NOTICE of and Rescission of Motion for Cause by Robert Leon Smith III. (scn) (Entered: 10/16/2024) |
| 10/16/2024 | 159 | Nonnegotiable Notice of Acceptance by Robert Leon Smith III. (scn) (Entered: 10/16/2024) |
| 10/16/2024 | 160 | Nonnegotiable Notice of Acceptance by Robert Leon Smith III. (scn) (Entered: 10/16/2024) |
| 10/18/2024 | 161 | NON-NEGOTIABLE INQUIRY NOTICE by Robert Leon Smith III (nan) (Entered: 10/22/2024) |
| 10/22/2024 | 165 | NOTICE of and Rescission of Notice for Cause by Robert Leon Smith III (nan) (Entered: 10/30/2024) |
| 10/23/2024 | 162 | NOTICE of Filing "Certificates of Dishonor" that Defendant sent to Clerk of Court and Prosecutors by USA as to Robert Leon Smith III (Attachments: # 1 Exhibit Certificates of Dishonor) (Charest-Turken, Gabrielle) (Entered: 10/23/2024) |
| 10/25/2024 | 163 | NOTICE of and RESCISSION of NOTICE for CAUSE by Robert Leon Smith III (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit) (nan) (Entered: 10/25/2024) |
| 10/28/2024 | 164 | NOTICE of Filing Non-Negotiable Inquiry Notice by Robert Leon Smith III. (ir) (Entered: 10/28/2024) |
| 10/30/2024 | 166 | NON-NEGOTIABLE NOTICE OF ACCEPTANCE by Robert Leon Smith III (amb) (Entered: 11/01/2024) |
| 10/31/2024 | 167 | NON-NEGOTIABLE INQUIRY NOTICE by Robert Leon Smith III (amb) (Entered: 11/01/2024) |
| 11/01/2024 | 168 | ORDER as to Robert Leon Smith III re 167 Non-Negotiable Inquiry Notice filed by Robert Leon Smith III. Signed by Judge Kenneth A. Marra on 11/1/2024. See attached document for full details. (ir) (Entered: 11/01/2024) |
| 11/01/2024 | 169 | NOTICE of Compliance by Robert Leon Smith III re 168 Order.(DE 2 Unsealed and placed on the public docket) (amb) (Entered: 11/01/2024) |
| 11/04/2024 | 170 | NON-NEGOTIABLE NOTICE OF ACCEPTANCE by Robert Leon Smith III re 64 Response to Standing Discovery Order (nan) (Entered: 11/05/2024) |
| 11/05/2024 | 171 | NON-NEGOTIABLE NOTICE OF ACCEPTANCE by Robert Leon Smith III re 149 Order. (drz) (Entered: 11/06/2024) |
| 11/05/2024 | 172 | NON-NEGOTIABLE NOTICE OF ACCEPTANCE by Robert Leon Smith III re 69 Notice of Change of Address. (drz) (Entered: 11/06/2024) |
| 11/05/2024 | 173 | NON-NEGOTIABLE NOTICE OF ACCEPTANCE by Robert Leon Smith III re 162 Notice (Other). (drz) (Entered: 11/06/2024) |
| 11/12/2024 | 174 | Non-Negotiable Notice of Acceptance by Robert Leon Smith III (Attachments: # 1 Non-Negotiable Notice of Acceptance, # 2 Non-Negotiable Notice of Acceptance, # 3 Non-Negotiable Notice of Acceptance, # 4 Non-Negotiable Notice of Acceptance, # 5 Non-Negotiable Notice of Acceptance, # 6 Non-Negotiable Notice of Acceptance, # 7 Non-Negotiable Notice of Acceptance) (nan) (Entered: 11/13/2024) |
| 11/18/2024 | 175 | NON-NEGOTIABLE NOTICE OF ACCEPTANCE by Robert Leon Smith III (nan) (Entered: 11/19/2024) |
| 11/25/2024 | 176 | NOTICE OF DISHONOR by Robert Leon Smith III. (ir) (Entered: 11/25/2024) |
| 11/27/2024 | 177 | NOTICE OF ATTORNEY APPEARANCE Owen Dunn appearing for USA. . Attorney Owen Dunn added to party USA(pty:pla). (Dunn, Owen) (Entered: 11/27/2024) |
| 12/02/2024 | 178 | NON-NEGOTIABLE NOTICE OF ACCEPTANCE by Robert Leon Smith III re 168 Order. (nan) (Entered: 12/03/2024) |
| 12/03/2024 | 179 | NOTICE OF ATTORNEY APPEARANCE Michael McCarthy appearing for USA. . Attorney Michael McCarthy added to party USA(pty:pla). (McCarthy, Michael) (Entered: 12/03/2024) |
| 12/04/2024 | 180 | NOTICE OF HEARING as to Robert Leon Smith III. Status Conference by Zoom video set for 12/10/2024 10:00 AM in West Palm Beach Division before Judge Kenneth A. Marra. Zoomgov.com Meeting ID: 160 042 5393; Passcode: 059798 or Dial by your location: 833 568 8864 US Toll-free; 833 435 1820 US Toll-free. Audio or video recording of hearing is strictly prohibited. (ir) (Entered: 12/04/2024) |
| 12/06/2024 | 181 | Non-Negotiable NOTICE of Acceptance by Robert Leon Smith III re 177 Notice of Attorney Appearance - USA (nan) (Entered: 12/06/2024) |
| 12/09/2024 | 183 | CERTIFICATE OF DISHONOR/ FORMAL STATEMENT filed by Robert Leon Smith III (amb) (Entered: 12/10/2024) |
| 12/09/2024 | 184 | CERTIFICATE OF DISHONOR/ FORMAL STATEMENT filed by Robert Leon Smith III (amb) (Entered: 12/10/2024) |
| 12/09/2024 | 185 | CERTIFICATE OF DISHONOR/ FORMAL STATEMENT filed by Robert Leon Smith III (amb) (Entered: 12/10/2024) |
| 12/10/2024 | 182 | PAPERLESS Minute Entry for proceedings held before Judge Kenneth A. Marra: Status Conference as to Robert Leon Smith III held on 12/10/2024. Court reminds defendant of upcoming trial deadlines and suggests he retain counsel. Defendant states he will remain pro se and refuses counsel. Government will file motion to appoint stand-by counsel. Court denies defendant's request to recuse from case. Court grants defendant's request for 12/20/24 deadline to file notice of receipt of potential privilege documents and how much time he will need to submit privilege log. Zoom Status Conference set for 1/17/2025 09:00 AM in West Palm Beach Division before Judge Kenneth A. Marra. Zoom instructions will be sent by separate notice. Total time in court: 1 hour(s). Attorney Appearance(s): Evan N. Schlom, Andrea Savdie, Gabrielle Raemy Charest-Turken, Owen Dunn, Michael McCarthy. Other appearances: Robert Smith, pro se. Court Reporter: Jill Wells, 305-523-5158 / Jill_Wells@flsd.uscourts.gov. (ir) (Entered: 12/10/2024) |
| 12/13/2024 | 186 | NOTICE of Filing Expert Disclosures by USA as to Robert Leon Smith III (Savdie, Andrea) (Entered: 12/13/2024) |
| 12/16/2024 | 187 | TRANSCRIPT of zoom videoconference hearing as to Robert Leon Smith III held on 8-13-2024 before Magistrate Judge Ryon M. McCabe, 1-34 pages, Court Reporter: Dawn Savino, 850-521-3674 / dawnsavino117@gmail.com. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/6/2025. Redacted Transcript Deadline set for 1/16/2025. Release of Transcript Restriction set for 3/17/2025. (Savino, Dawn) (Entered: 12/16/2024) |
| 12/16/2024 | 188 | NOTICING of Filing of Certificates of Dishonor by Robert Leon Smith III (Attachments: # 1 Certificate, # 2 Certificate, # 3 Certificate, # 4 Certificate, # 5 Certificate, # 6 Certificate, # 7 Certificate, # 8 Certificate, # 9 Certificate) (nan) (Entered: 12/16/2024) |

"Accepted" JAN 05 2025 Robert Leon Smith III

| | | |
|---|---|---|
| 12/17/2024 | | TRANSCRIPT of Status Hearing as to Robert Leon Smith III held on 10/23/2024 before Judge Kenneth A. Marra, 1-28 pages, Court Reporter: Diane Miller, 772-467-2337 / Diane_Miller@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/7/2025. Redacted Transcript Deadline set for 1/17/2025. Release of Transcript Restriction set for 3/17/2025. (dmr) (Entered: 12/17/2024) |
| 12/19/2024 | 190 | TRANSCRIPT of Status Conference via Zoom as to Robert Leon Smith III held on 12/10/2024 before Judge Kenneth A. Marra, 1-56 pages, Court Reporter: Jill Wells, 305-523-5158 / Jill_Wells@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/9/2025. Redacted Transcript Deadline set for 1/21/2025. Release of Transcript Restriction set for 3/19/2025. (Wells, Jill) (Entered: 12/19/2024) |
| 12/20/2024 | 191 | Non-Negotiable NOTICE of Special Appearance and of Explicit Reservation of all rights without Prejudice by Robert Leon Smith III. (ebz) (Entered: 12/23/2024) |
| 12/20/2024 | 192 | NOTICE of and Repentance of Sins for Cause by Robert Leon Smith III. (ebz) (Entered: 12/23/2024) |
| 12/20/2024 | 193 | Non-Negotiable Inquiry Notice by Robert Leon Smith III. (ebz) (Entered: 12/23/2024) |
| 12/23/2024 | 194 | NOTICE OF AND REPENTANCE OF SINS FOR CAUSE by Robert Leon Smith III. (ebz) (Entered: 12/23/2024) |
| 12/23/2024 | 195 | NON-NEGOTIABLE INQUIRY NOTICE by Robert Leon Smith III. (ebz) (Entered: 12/23/2024) |
| 12/23/2024 | 196 | NOTICE OF DISHONOR by Robert Leon Smith III. (ebz) (Entered: 12/23/2024) |
| 12/23/2024 | 197 | NOTICE OF DISHONOR by Robert Leon Smith III. (ebz) (Entered: 12/23/2024) |
| 12/23/2024 | 198 | NOTICE OF DISHONOR by Robert Leon Smith III. (ebz) (Entered: 12/23/2024) |
| 12/23/2024 | 199 | NOTICE OF DISHONOR by Robert Leon Smith III. (ebz) (Entered: 12/23/2024) |
| 12/23/2024 | 200 | NOTICE OF DISHONOR by Robert Leon Smith III. (ebz) (Entered: 12/23/2024) |
| 12/23/2024 | 201 | ORDER SETTING A DEADLINE FOR PRODUCTION OF A PRIVILEGE LOG as to Robert Leon Smith III. ( Miscellaneous Deadline 1/20/2025.) Signed by Judge Kenneth A. Marra on 12/23/2024. *See attached document for full details.* (ebz) (Entered: 12/23/2024) |
| 12/27/2024 | 202 | Non-Negotiable NOTICE of Special Appearance and of Explicit Reservation of all Rights without Prejudice by Robert Leon Smith III (nan) (Entered: 12/27/2024) |
| 01/02/2025 | 203 | NOTICE of and Rescission of Form 855S for Cause by Robert Leon Smith III (Attachments: # 1 Notice, # 2 Notice, # 3 Notice, # 4 Notice, # 5 Notice, # 6 Notice, # 7 Notice, # 8 Notice, # 9 Notice, # 10 Notice, # 11 Notice, # 12 Notice) (nan) (Entered: 01/03/2025) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 01/05/2025 10:47:13 | | |
| PACER Login: | Courtjanoecourt | Client Code: |
| Description: | Docket Report | Search Criteria: 9:23-cr-80211-KAM |
| Billable Pages: | 15 | Cost: 1.50 |

"Accepted"

JAN 05 2025

Robert Leon Smith III

