UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80211-MARRA/MCCABE

UNITED STATES OF AMERICA

v.

**ROBERT LEON SMITH III,**

        **Defendant**.
_____/

**UNITED STATES' SECOND RESPONSE TO THE STANDING DISCOVERY ORDER**

      On December 13, 2023, a federal grand jury returned a nine-count Indictment against Defendant Robert Leon Smith, III ("Defendant") in connection with an alleged health care fraud and kickback scheme involving durable medical equipment ("DME"), genetic testing, and footbath medications that resulted in over $60 million of fraudulent billing to Medicare. Specifically, the Defendant was charged with Conspiracy to Commit Health Care Fraud and Wire Fraud in violation of 18 U.S.C. § 1349, Health Care Fraud in violation of 18 U.S.C. § 1347, Conspiracy to Defraud the United States and to Pay and Receive Health Care Kickbacks in violation of 18 U.S.C. § 371, and Solicitation and Receipt of Kickbacks in Violation of 42 U.S.C. § 1320a-7b(b)(1)(A). [D.E. 1.]

      On December 15, 2023 and January 19, 2024, respectively, Magistrate Judge Ryon M. McCabe conducted the Defendant's initial appearance and arraignment and entered the Standing Discovery Order. [D.E. 4 and 18.] On January 24, 2024, the United States filed an unopposed motion for a protective order, which notified the Court that the Government's discovery obligations would require the production and review of evidence containing personal identifying information and confidential medical information. [ECF No. 20.] The Court entered the protective

1

order on January 25, 2024. [D.E. 21.] On April 17, 2024, the Defendant's counsel, Brian Rafferty, who had represented the Defendant since the arraignment in this case, filed a motion to be relieved as counsel, informing the Court that the Defendant decided to proceed *pro se* going forward in this case. [D.E. 43.] Magistrate Judge Ryon M. McCabe conducted a *Faretta* hearing on May 15, 2024, and the following day, entered an order terminating Mr. Rafferty as counsel of record for the Defendant. [D.E. 54.] On July 9, 2024, the United States moved for an amended protective to account for the Defendant's new *pro se* status. The Court entered the amended protective order on August 2, 2024. [D.E. 92, the "Amended Protective Order."] All of the Government's discovery productions in this matter have been, and will continue to be, made pursuant to the Amended Protective Order.

On July 3, 2024, the Government filed its First Response to the Standing Discovery Order, which described for the Court and the Defendant the categories of documents that the Government anticipated producing and provided additional information required by the Government's applicable disclosure obligations. [D.E. 64.]

The Government hereby files its Second Response to the Standing Discovery Order to update the Court and the Defendant on the status of the Government's discovery productions.

I.   **THE GOVERNMENT'S DISCOVERY PRODUCTIONS TO DATE.**

Due to the complexity of discovery in this matter, the Government has been producing discovery on a rolling basis. The Government has produced over seven million pages of Bates-stamped documents in this case. The Government has also produced voluminous native records to the Defendant, including native spreadsheets with thousands of lines of insurance billing data, a copy of a purported telemedicine company server, access to web-based databases the

Government obtained through a search warrant, voluminous audio recordings, and other native records. The Prosecution Team has made the following discovery productions in this matter:

| PRODUCTION NO. | PRODUCTION DATE | BATES STAMP RANGE (IF ANY)[1] | DESCRIPTION OF PRODUCTION |
|---|---|---|---|
| 1 | January 29, 2024 (Reproduced on August 20, 2024) | TB-INTERESTS-DOJ-0000000001 through TB-INTERESTS-DOJ-0000265246 | <ul><li>Documents produced by billing company</li><li>Documents obtained through search warrants executed on Google, LLC for email accounts belonging to the Defendant and co-conspirators</li><li>Documents provided by cooperating witnesses</li></ul> |
| 2 | February 1, 2024 | VM_1_00001 through VM_1_003983 | <ul><li>Interview reports</li><li>Documents provided by cooperating witnesses</li><li>Documents provided by health insurance companies</li><li>Recordings obtained by FBI through search warrant executed on pharmacy</li><li>Billing data and enrollment records from Medicare</li><li>Wage and hour records</li></ul> |

---

[1] Some of the document productions that contain Bates-stamped documents also contain documents produced in native format without bates numbers.

| | | | |
|---|---|---|---|
| | | | • Records provided by Google, LLC pursuant to 2703(d) Order<br>• Publicly available corporate records |
| 3 | February 2, 2024 | TB-INTERESTS-0000000001 through TB-INTERESTS-0000036249 | • Financial records<br>• Phone records |
| 4 | February 3, 2024 | TB-INTERESTS-0000036250 through TB-INTERESTS-0000039773 | • Financial records |
| 5 | February 4, 2024 | N/A (Produced in the form of access to web-based databases) | • Documents and records that were obtained through a search warrant executed on Formagrid, Inc., d/b/a Airtable |
| 6 | February 7, 2024 | TB-INTERESTS-DOJ1-0000000001 through TB-INTERESTS-DOJ1-0000459633; TB-INTERESTS-DOJ2-0000000001 through TB-INTERESTS-DOJ2-0000306856; TB-INTERESTS-DOJ3-0000000001 through TB-INTERESTS-DOJ3-0000188187; TB-INTERESTS-DOJ4-0000000001 through TB-INTERESTS-DOJ4-0000190742; TB-INTERESTS-DOJ5-0000000001 through TB-INTERESTS-DOJ5- | • Documents relating to a cooperating witness and his companies, including email search warrant returns, imaged devices and physical documents seized in a premises search, and documents the cooperating witness provided pursuant to his cooperation |

| | | | |
|---|---|---|---|
| | | 0000300483; TB-INTERESTS-DOJ6-0000000001 through TB-INTERESTS-DOJ6-0000190096; TB-INTERESTS-DOJ7-0000000001 through TB-INTERESTS-DOJ7-0000456345; TB-INTERESTS-DOJ8-0000000001 through TB-INTERESTS-DOJ8-000029049 | |
| 7 | February 9, 2024 | TB-INTERESTS-DOJ9-0000000001 through TB-INTERESTS-DOJ9-0000331654; TB-INTERESTS-DOJ10-0000000001 through TB-INTERESTS-DOJ10-0000628040; TB-INTERESTS-DOJ11-0000000001 through TB-INTERESTS-DOJ11-0000172880; TB-INTERESTS-DOJ12-0000000001 through TB-INTERESTS-DOJ12-0000172880; TB-INTERESTS-DOJ13-0000000001 through TB-INTERESTS-DOJ13-0000209453; TB-INTERESTS-DOJ14-0000000001 through TB-INTERESTS-DOJ14-0000359063; TB-INTERESTS-DOJ15-0000000001 | • Documents relating to a cooperating witness and his companies, including email search warrant returns, imaged devices and physical documents seized in a premises search, and documents the cooperating witness provided pursuant to his cooperation |

| | | | |
|---|---|---|---|
| | | through TB-INTERESTS-DOJ15-0000494889; TB-INTERESTS-DOJ16-0000000001 through TB-INTERESTS-DOJ16-0000458424 | |
| 8 | June 28, 2024 | TB-INTERESTS-0000039774 through TB-INTERESTS-0000042473 | • Recorded calls from pharmacy's system<br>• Emails from doctors whose signatures appeared on doctors' orders in this case<br>• Complaints submitted by beneficiaries to CMS<br>• Interview and investigative activity reports<br>• Emails provided by a cooperating witness<br>• Recorded call provided by cooperating witness |
| 9 | July 2, 2024 | TB-INTERESTS-0000042474 through TB-INTERESTS-0000059290 | • Financial records<br>• Spreadsheets provided by AirTable pursuant to a search warrant;<br>• Documents provided by CMS and its contractors<br>• Interview and investigative activity reports<br>• Phone records |

| | | | |
|---|---|---|---|
| | | | <ul><li>Documents provided by Trusted Medical Supply to HHS-OIG</li><li>TRICARE data</li><li>Doctors' orders</li><li>Court filings and transcripts from a cooperating witness's case</li><li>Documents provided by a witness</li></ul> |
| 10 | October 23, 2024 | N/A (Produced in the form of access to web-based databases) | <ul><li>Documents and records that were obtained through a search warrant executed on Formagrid, Inc., d/b/a Airtable</li></ul> |
| 11 | November 6, 2024 | TB-INTERESTS-DOJ1-0000459634 through TB-INTERESTS-DOJ1-0000496584 | <ul><li>Documents relating to other telemedicine-related matters to which this prosecution team has access and that hit on search terms designed to identify documents potentially relevant to this case.</li></ul> |
| 12 | November 7, 2024 | N/A (Produced in native form) | <ul><li>Documents and records from servers belonging to cooperating witness's telemedicine company</li></ul> |
| 13 | December 2, 2024 | TB-INTERESTS-DOJ1-0000496585 through TB- | <ul><li>Documents relating to other telemedicine-</li></ul> |

| | | | |
|---|---|---|---|
| | | INTERESTS-DOJ1-0000504545; TB-INTERESTS-DOJ2-0000306857 through TB-INTERESTS-DOJ2-0000339771; TB-INTERESTS-DOJ3-0000188188 through TB-INTERESTS-DOJ3-0000191242; TB-INTERESTS-DOJ4-0000190743 through TB-INTERESTS-DOJ4-0000190934; and TB-INTERESTS-DOJ5-0000300484 through TB-INTERESTS-DOJ5-0000555543 | related matters to which this prosecution team has access and that hit on search terms designed to identify documents potentially relevant to this case |
| 14 | December 5, 2024 | TB-INTERESTS-0000059291 through TB-INTERESTS-0000064916 | <ul><li>Interview reports and investigative activity reports</li><li>Documents provided by cooperating witnesses</li><li>Financial records</li><li>Updated claims data</li><li>Records relating to orthotic braces provided by beneficiaries</li></ul> |
| 15 | December 5, 2024 | TB-INTERESTS-DOJ6-0000190097 through TB-INTERESTS-DOJ6-0000238528 | <ul><li>Documents relating to the Government's investigation of two cooperating witnesses</li></ul> |
| 16 | December 13, 2024 | N/A (Letter disclosure) | <ul><li>Expert witness disclosures pursuant to Federal Rule of Criminal</li></ul> |

|    |                    |                                                                              | |
|----|--------------------|------------------------------------------------------------------------------|---|
|    |                    |                                                                              | Procedure 16(a)(1)(G) |
| 17 | December 18, 2024  | TB-INTERESTS-DOJ-0000265247 through TB-INTERESTS-DOJ-0000852547              | • Documents relating to the Government's investigation of two cooperating witnesses |
| 18 | January 8, 2025    | N/A (Letter disclosure)                                                      | • Disclosure regarding certain non-expert witnesses the United States intends to call at trial to provide lay witness testimony |
| 19 | January 8, 2025    | TB-INTERESTS-DOJ-0852548 through TB-INTERESTS-DOJ-0866897                    | • Documents provided by cooperating witness<br>• Documents obtained by the FBI in Missouri through a search warrant executed at pharmacy (produced in native with a log listing file names) |
| 20 | January 13, 2025   | TB-INTERESTS-DOJ-0000866898 through TB-INTERESTS-DOJ-0001359713              | • Documents from the Government's investigation of two cooperating witnesses |
| 21 | January 23, 2025   | N/A (Letter disclosure)                                                      | • Letter making hard copy documents relating to cooperating witness's telemedicine company |

| | | | |
|---|---|---|---|
| | | | available for inspection |
| 22 | January 28, 2025 | TB-INTERESTS-0000064917 through TB-INTERESTS-0000107016 | • Documents from the Government's investigations of five cooperating witnesses<br>• Part C data for the DME companies referenced in the Indictment<br>• Part D data for pharmacy referenced in the Indictment<br>• Additional Medicare documents relating to Trusted Medical Supply<br>• Plea documents relating to cooperating witnesses<br>• Agent notes<br>• Documents relating to a civil lawsuit concerning Trusted Medical Supply<br>• Documents produced by co-conspirator's company |

The Government Filter Team has made the following discovery productions in this case:

| PRODUCTION NO. | PRODUCTION DATE | BATES STAMP RANGE (IF ANY) | DESCRIPTION OF PRODUCTION |
|---|---|---|---|
| 1 | February 1, 2024 (re-produced to Defendant on August 19, 2024) | N/A | • Privilege log from third party asserting privileges or protections over potentially discoverable material in the Government's possession |
| 2 | February 9, 2024 | PRTWPP-8080SG-0000000001 through PRTWPP-8080SG-0000002540<br><br>PRTWPP-8081SG-0000000001 through PRTWPP-8081SG-0000075910<br><br>PRTWPP-8076MS-0000000001 through PRTWPP-3648G-0000002441<br><br>PRTWPP-3651-0000069670 through PRTWPP-3646-0000206206<br><br>PRTWPP-3649-0000276909 through PRTWPP-3646-0000278549; PRTWPP-3646-0000278550 through PRTWPP-3646-0000354757; PRTWPP-3646-0000354758 through PRTWPP-3646- | • Documents obtained through search warrants executed on Microsoft for email accounts belonging co-conspirators<br>• Materials seized pursuant to search warrant executed on premises |

| | | 0000382630;<br>PRTWPP-3646-0000382631 through PRTWPP-3646-0000408295<br><br>PRTWPP-3650-0000000263 through PRTWPP-7684-0000000070 | |
|---|---|---|---|
| 3 | February 29, 2024 (re-produced to Defendant on August 19, 2024) | SMU-VICK-PPM-0000000001 through SMU-VICK-PPM-0000000015<br><br>SMU-JRDZ-PPM-0000000001 through SMU-JRDZ-PPM-0000000240 | • Documents obtained through search warrants executed on Google, LLC for email accounts belonging to co-conspirators |
| 4 | March 19, 2024 | SMU-SMITH-0000000001 through SMU-SMITH-0000000718; SMU-SMITH-0000000719 through SMU-SMITH-0000004206;<br><br>SMU-SMITH-0000004207 through SMU-SMITH-0000004290 | • Documents obtained through search warrants executed on Google, LLC for email accounts belonging to the Defendant and co-conspirators |
| 5 | March 27, 2024 (re-produced to Defendant on August 19, 2024) | N/A (produced in native) | • Recording of phone call between Defendant and co-conspirators, obtained from co-conspirator |
| 6 | April 10, 2024 | VICTORY-LOUIS-0000000005 through VICTORY-LOUIS-0000000047. | • 26 audio recordings of phone calls |

| | | | |
|---|---|---|---|
| | | | made by third party |
| 7 | May 29, 2024 | SMU-VICK-PPM-0000000016 through SMU-VICK-PPM-0000000367 | • Documents obtained through search warrant executed on Google, LLC for email account belonging to co-conspirator |

The Government anticipates making additional discovery productions to the Defendant on a rolling basis and subject to the Amended Protective Order, including but not limited to additional discovery relating to trial witnesses, additional interview reports, and new information the Government discovers through its ongoing investigation, which will continue through the trial. The Government is aware of its continuing duty to disclose newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, *Brady*, *Giglio*, *Napue*, and the obligation to ensure a fair trial.

The Government is mindful of the volume of discovery in this matter and the complexity of the allegations. The Government's discovery productions, while voluminous, have been organized, readily searchable, and useful to the Defendant. For example, where possible, the Government has organized the discovery into folders that describe the contents and has provided logs listing the file names contained in the productions. On January 27, 2025, the Government also disclosed a preliminary exhibit list and preliminary witness list to the Defendant, which will assist the Defendant with focusing his review of the discovery in this case.

II.     **STATUS OF RECIPROCAL DISCLOSURES**

To date, the Government has received no reciprocal disclosures from the Defendant. The

13

United States reiterates its request from its First Response to the Standing Discovery Order for the disclosure and production of materials set forth in section B of Local Rule 88.10.  This request is made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

In addition to the requests made above by the United States pursuant to Section B of Local Rule 88.10 and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the United States hereby demands Notice of Alibi defenses, if any exist; the approximate time, date, and place of the offenses are listed in the Indictment.

Dated: January 29, 2025                      Respectfully submitted,

                                              HAYDEN P. O'BYRNE
                                              UNITED STATES ATTORNEY

                                              GLENN S. LEON
                                              U.S. DEPARTMENT OF JUSTICE
                                              CRIMINAL DIVISION, FRAUD SECTION

By:    */s/ Andrea Savdie*
      ANDREA SAVDIE, Bar No. A5502799
      MICHAEL MCCARTHY, Bar No. A5503274
      OWEN DUNN, Bar No. A5503217
      EVAN SCHLOM (Filter Attorney), Bar No. A5503172
      Trial Attorneys
      U.S. Department of Justice
      Criminal Division, Fraud Section
      1400 New York Avenue, NW
      Washington, D.C. 20005
      Phone: (202) 262-6453
      Andrea.Savdie@usdoj.gov

## CERTIFICATE OF SERVICE

I, Andrea Savdie, hereby certify that on January 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        By:    /s/ *Andrea Savdie*
                  Andrea Savdie
                  TRIAL ATTORNEY
                  Florida Special Bar No. A5502799
                  United States Department of Justice
                  Criminal Division, Fraud Section
                  1400 New York Avenue, NW
                  Washington, D.C. 20005
                  Tel: (202) 262-6453
                  Andrea.Savdie@usdoj.gov