# CERTIFICATE OF NOTICE

FILED BY_____D.C.

JAN 2 8 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Notice Date:  Day: Sixteen   Month: One   Year: 2025 CE

23c12
80211

Case 9:23-cr-80211-KAM

**PLEASE TAKE NOTICE** that the following parties have been duly noticed with respect to the attached documents. This **"CERTIFICATE OF NOTICE"** serves as an official record confirming that the attached documents have been provided to the parties below.

**Parties Noticed:**

- Cecilia Maria Altonaga
  Wilkie D. Ferguson, Junior United States Courthouse, 400 North Miami Avenue, Room 13-3, Miami, Florida 33128
- Kenneth Anthony Marra
  Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, Courtroom #4, Chambers 316, West Palm Beach, Florida 33401
- Ryon Michael McCabe
  Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, 4th Floor, West Palm Beach, Florida 33401
- Angela Emilia Noble
  United States District Court, Southern District of Florida, Wilkie D. Ferguson, Junior U.S. Courthouse, 400 North Miami Avenue, Miami, Florida 33128
- Markenzy K. Lapointe
  DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
- Glenn S. Leon
  Chief, U.S. Department of Justice, Criminal Division, Fraud Section, 950 Pennsylvania Avenue, NW, Washington, DC 20530
- Gabrielle Raemy Charest-Turken
  DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
- Emily M. Gurskis
  U.S. Department of Justice, Fraud Section, Criminal Division, 1400 New York Avenue, Northwest, Bond Building 8th Floor, Washington, DC 20005
- Andrea Savdie
  U.S. Department of Justice, Criminal Division, Fraud Section, 1400 New York Avenue, NW, Washington, DC 20005
- Evan Noah Schlom
  U.S. Department of Justice, 1400 New York Avenue Northwest, Washington, DC 20005

Attachment: **"STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM FILED 202500083215 DEBTOR'S...** ALTONAGA CECILIA MARIA DISHONORED ACCEPTANCE OF INDICTMENT, Certificate #7732 **CERTIFICATE OF DISHONOR** Cecilia Maria Altonaga, **STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM FILED 202500083193 DEBTOR'S...** MARRA KENNETH ANTHONY DISHONORED ACCEPTANCE OF INDICTMENT, Certificate #7730 **CERTIFICATE OF DISHONOR** Kenneth Anthony Marra, **STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM FILED 202500083207 DEBTOR'S...** MCCABE RYON MICHAEL DISHONORED ACCEPTANCE OF INDICTMENT, Certificate #7731 **CERTIFICATE OF DISHONOR** Ryon Michael McCabe, **STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM FILED 202500061750 DEBTOR'S...** NOBLE ANGELA EMILIA DISHONORED ACCEPTANCE OF INDICTMENT, Certificate #7439 **CERTIFICATE OF DISHONOR** Angela Emilia Noble, **STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM FILED 202500061580 DEBTOR'S...** LAPOINTE MARKENZY K DISHONORED ACCEPTANCE OF INDICTMENT, Certificate #7438 **CERTIFICATE OF DISHONOR** Markenzy K. Lapointe, **STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM FILED 202500061629 DEBTOR'S...** LEON GLENN S DISHONORED ACCEPTANCE OF INDICTMENT, Certificate #7436 **CERTIFICATE OF DISHONOR** Glenn S. Leon, **STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM FILED 202500061610 DEBTOR'S...** CHAREST-TURKEN GABRIELLE RAEMY DISHONORED ACCEPTANCE OF INDICTMENT, Certificate #7437 **CERTIFICATE OF DISHONOR** Gabrielle Raemy Charest-Turken, **STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM FILED 202500061637 DEBTOR'S...** GURSKIS EMILY M DISHONORED ACCEPTANCE OF INDICTMENT, Certificate #7435 **CERTIFICATE OF DISHONOR** Emily M. Gurskis, **STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM FILED 202500061327 DEBTOR'S...** SAVDIE ANDREA DISHONORED ACCEPTANCE OF INDICTMENT, Certificate #7433 **CERTIFICATE OF DISHONOR** Andrea Savdie, **STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM FILED 202500061424 DEBTOR'S...** SCHLOM EVAN NOAH DISHONORED ACCEPTANCE OF INDICTMENT, Certificate #7434 **CERTIFICATE OF DISHONOR** Evan Noah Schlom"

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
ROBERT LEON SMITH III; 9403785555

**B. Email** SMITH32R@GMAIL.COM

**C. SEND ACKNOWLEDGEMENT TO:**
Name
Address
Address
City/State/Zip

Florida Secured Transaction Registry

# FILED

2025 Jan 10 10:53 PM

\*\*\*\*\*\*\*\* 202500083215 \*\*\*\*\*\*\*\*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S  EXACT FULL LEGAL NAME  - INSERT ONLY  ONE DEBTOR NAME  (1a OR 1b) - Do Not Abbreviate or Combine Names**

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1.b INDIVIDUAL'S SURNAME ALTONAGA | FIRST PERSONAL NAME CECILIA | ADDITIONAL NAME(S)/INITIAL(S) MARIA | SUFFIX |
| 1.c MAILING ADDRESS Line One 400 NORTH MIAMI AVENUE | This space not available. | | |
| MAILING ADDRESS Line Two ROOM 13-3 | CITY MIAMI | STATE FL | POSTAL CODE 33128 | COUNTRY USA |

**2. ADDITIONAL DEBTOR'S   EXACT FULL LEGAL NAME - INSERT ONLY  ONE DEBTOR NAME  (2a OR 2b) - Do Not Abbreviate or Combine Names**

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY  (3a OR 3b)**

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3.b INDIVIDUAL'S SURNAME SMITH | FIRST PERSONAL NAME ROBERT | ADDITIONAL NAME(S)/INITIAL(S) LEON | SUFFIX III |
| 3.c MAILING ADDRESS Line One P.O. BOX 853 | This space not available. | | |
| MAILING ADDRESS Line Two | CITY ARCHER CITY | STATE TX | POSTAL CODE 76351 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**
CERTIFICATE OF DISHONOR OF INSTRUMENT- ACCEPTED INSTRUMENT DATED: DAY: TWENTY-TWO MONTH: TEN YEAR: 2024 CE DATE OF CERTIFICATE OF DISHONOR- DAY: SIX MONTH: ONE YEAR: 2025 CE NOTARY: ANGELA ELAINE MILLER SMITH SECURITY INTEREST IN ALL SECURITY INSTRUMENTS CONTROLLED BY DEBTOR, INCLUDING BUT NOT LIMITED TO ANY BID, PERFORMANCE, AND SETTLEMENT BONDS RELATED TO THE HEREIN REFERENCED INDICTMENT OR THE CASE FOR WHICH IT WAS GENERATED: CASE #23-80211-CR-MARRA/MCCABE; AND ANY SUCH BONDS PACKAGED WITHIN INVESTMENT VEHICLES CONTROLLED BY THIRD PARTIES. THIS SECURITY INTEREST EXTENDS TO REMAINDERS RECEIVED BY DEBTOR FROM THE PACKAGING OF THESE BONDS INSIDE SAID INVESTMENT VEHICLES INCLUDING ALL PROCEEDS, PROFITS, DIVIDENDS, DISTRIBUTIONS, AND OTHER BENEFITS GENERATED THEREFROM AFTER DAY: TWENTY-TWO MONTH: TEN YEAR: 2024 CE AS A RESULT OF DEBTOR'S NONPERFORMANCE ON SECURED PARTY'S ACCEPTANCE OF SAID INDICTMENT AND DEBTOR'S FAILURE TO COGNIZE THE DISCHARGE OF SAID BONDS RESULTING THEREFROM.

**5. ALTERNATE DESIGNATION (if applicable)**
☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
☐ AG LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**
DISHONORED ACCEPTANCE OF INDICTMENT

STANDARD FORM - FORM UCC-1 (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida

State of Texas )
                     ) SS.                         Certificate #7732
County of Wichita )              **C O P Y**

# CERTIFICATE OF DISHONOR

Identity of instrument-          ACCEPTANCE OF INSTRUMENT DATED:

Date of instrument-              Day: Twenty-two   Month: Ten   Year: 2024 CE

Date of mailing-                 October 28, 2024 CE

Place of mailing-                USPS Bridge Creek Station, Texas 76308

Person(s) obligated or
to become obligated-             Cecilia Maria Altonaga

Place of presentment-            400 North Miami Avenue, Room 13-3,
                                 Miami, Florida 33128

## FORMAL STATEMENT

I, Angela Elaine Miller-Smith, Notary Public in and for the STATE OF
TEXAS upon information satisfactory to me, certify that presentment of the NON-
NEGOTIABLE NOTICE OF ACCEPTANCE and ACCEPTED INSTRUMENT dated
Day: Twenty-two Month: Ten Year: 2024 CE signed by Robert Leon Smith III, was duly
made on October 28, 2024 to Cecilia Maria Altonaga at 400 North Miami Avenue, Room
13-3, Miami, Florida 33128. The Presentment was sealed in an envelope and deposited
in the mail with the postage thereon, fully prepaid, in Bridge Creek Station, Texas 76308
and the instrument has been dishonored by nonacceptance or nonpayment. I also certify
that NOTICE OF DISHONOR has been given to some or all parties.

WITNESS my hand and official seal, this 10th Day of January, 2025.

## STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
ROBERT LEON SMITH III: 9403785555

**B. Email** SMITH32R@GMAIL.COM

**C. SEND ACKNOWLEDGEMENT TO:**
Name
Address
Address
City/State/Zip

Florida Secured Transaction Registry

# FILED

2025 Jan 10 10:53 PM

********* 202500083193 *********

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **1.b INDIVIDUAL'S SURNAME** MARRA | **FIRST PERSONAL NAME** KENNETH | **ADDITIONAL NAME(S)/INITIAL(S)** ANTHONY | **SUFFIX** |
| **1.c MAILING ADDRESS Line One** 701 CLEMATIS STREET | This space not available. | | |
| **MAILING ADDRESS Line Two** COURTROOM #4, CHAMBERS 316 | **CITY** WEST PALM BEACH | **STATE** FL | **POSTAL CODE** 33401 | **COUNTRY** USA |

**2. ADDITIONAL DEBTOR'S** EXACT FULL LEGAL NAME - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **2.b INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
| **2.c MAILING ADDRESS Line One** | This space not available. | | |
| **MAILING ADDRESS Line Two** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **3.b INDIVIDUAL'S SURNAME** SMITH | **FIRST PERSONAL NAME** ROBERT | **ADDITIONAL NAME(S)/INITIAL(S)** LEON | **SUFFIX** III |
| **3.c MAILING ADDRESS Line One** P.O. BOX 853 | This space not available. | | |
| **MAILING ADDRESS Line Two** | **CITY** ARCHER CITY | **STATE** TX | **POSTAL CODE** 76351 | **COUNTRY** USA |

**4. This FINANCING STATEMENT** covers the following collateral:
CERTIFICATE OF DISHONOR OF INSTRUMENT- ACCEPTED INSTRUMENT DATED: DAY: TWENTY-TWO MONTH: TEN YEAR: 2024 CE DATE OF CERTIFICATE OF DISHONOR- DAY: SIX MONTH: ONE YEAR: 2025 CE NOTARY: ANGELA ELAINE MILLER SMITH SECURITY INTEREST IN ALL SECURITY INSTRUMENTS CONTROLLED BY DEBTOR, INCLUDING BUT NOT LIMITED TO ANY BID, PERFORMANCE, AND SETTLEMENT BONDS RELATED TO THE HEREIN REFERENCED INDICTMENT OR THE CASE FOR WHICH IT WAS GENERATED: CASE #23-80211-CR-MARRA/MCCABE; AND ANY SUCH BONDS PACKAGED WITHIN INVESTMENT VEHICLES CONTROLLED BY THIRD PARTIES. THIS SECURITY INTEREST EXTENDS TO REMAINDERS RECEIVED BY DEBTOR FROM THE PACKAGING OF THESE BONDS INSIDE SAID INVESTMENT VEHICLES INCLUDING ALL PROCEEDS, PROFITS, DIVIDENDS, DISTRIBUTIONS, AND OTHER BENEFITS GENERATED THEREFROM AFTER DAY: TWENTY-TWO MONTH: TEN YEAR: 2024 CE AS A RESULT OF DEBTOR'S NONPERFORMANCE ON SECURED PARTY'S ACCEPTANCE OF SAID INDICTMENT AND DEBTOR'S FAILURE TO COGNIZE THE DISCHARGE OF SAID BONDS RESULTING THEREFROM.

| **5. ALTERNATE DESIGNATION** (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**
DISHONORED ACCEPTANCE OF INDICTMENT

STANDARD FORM - FORM UCC-1 (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida

State of Texas )
          ) SS.
County of Wichita )

**C O P Y**

Certificate #7730

# CERTIFICATE OF DISHONOR

Identity of instrument-
Date of instrument-
Date of mailing-
Place of mailing-
Person(s) obligated or
to become obligated-
Place of presentment-

ACCEPTANCE OF INSTRUMENT DATED:

Day: Twenty-two  Month: Ten  Year: 2024 CE

October 28, 2024 CE

USPS Bridge Creek Station, Texas 76308

Kenneth Anthony Marra

701 Clematis Street, Courtroom #4, Chambers 316,
West Palm Beach, Florida 33401

## FORMAL STATEMENT

I, Angela Elaine Miller Smith, Notary Public in and for the STATE OF
TEXAS, upon information satisfactory to me, certify that presentment of the NON-
NEGOTIABLE NOTICE OF ACCEPTANCE and ACCEPTED INSTRUMENT dated
Day: Twenty-two Month: Ten Year: 2024 CE signed by Robert Leon Smith III, was duly
made on October 28, 2024 to Kenneth Anthony Marra at 701 Clematis Street, Courtroom
#4, Chambers 316, West Palm Beach, Florida 33401. The Presentment was sealed in an
envelope and deposited in the mail with the postage thereon, fully prepaid, in Bridge
Creek Station, Texas 76308 and the instrument has been dishonored by nonacceptance or
nonpayment. I also certify that NOTICE OF DISHONOR has been given to some or all
parties.

WITNESS my hand and official seal, this 6th Day of January, 2025.



**COPY**

## STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
ROBERT LEON SMITH III; 9403785555

**B. Email** SMITH32R@GMAIL.COM

**C. SEND ACKNOWLEDGEMENT TO:**
Name
Address
Address
City/State/Zip

Florida Secured Transaction Registry

# FILED

2025 Jan 10 10:53 PM

********* 202500083207 *********

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **1.b INDIVIDUAL'S SURNAME**<br>MCCABE | **FIRST PERSONAL NAME**<br>RYON | **ADDITIONAL NAME(S)/INITIAL(S)**<br>MICHAEL | **SUFFIX** |
| **1.c MAILING ADDRESS Line One**<br>701 CLEMATIS STREET | This space not available. | | |
| **MAILING ADDRESS Line Two**<br>4TH FLOOR | **CITY**<br>WEST PALM BEACH | **STATE**<br>FL | **POSTAL CODE**<br>33401 | **COUNTRY**<br>USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **2.b INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
| **2.c MAILING ADDRESS Line One** | This space not available. | | |
| **MAILING ADDRESS Line Two** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **3.b INDIVIDUAL'S SURNAME**<br>SMITH | **FIRST PERSONAL NAME**<br>ROBERT | **ADDITIONAL NAME(S)/INITIAL(S)**<br>LEON | **SUFFIX**<br>III |
| **3.c MAILING ADDRESS Line One**<br>P.O. BOX 853 | This space not available. | | |
| **MAILING ADDRESS Line Two** | **CITY**<br>ARCHER CITY | **STATE**<br>TX | **POSTAL CODE**<br>76351 | **COUNTRY**<br>USA |

**4. This FINANCING STATEMENT** covers the following collateral:

CERTIFICATE OF DISHONOR OF INSTRUMENT- ACCEPTED INSTRUMENT DATED: DAY: TWENTY-TWO MONTH: TEN YEAR: 2024 CE DATE OF CERTIFICATE OF DISHONOR- DAY: ONE YEAR: 2025 CE NOTARY: ANGELA ELAINE MILLER SMITH SECURITY INTEREST IN ALL SECURITY INSTRUMENTS CONTROLLED BY DEBTOR, INCLUDING BUT NOT LIMITED TO ANY BID, PERFORMANCE, AND SETTLEMENT BONDS RELATED TO THE HEREIN REFERENCED INDICTMENT OR THE CASE FOR WHICH IT WAS GENERATED: CASE #23-80211-CR-MARRA/MCCABE; AND ANY SUCH BONDS PACKAGED WITHIN INVESTMENT VEHICLES CONTROLLED BY THIRD PARTIES. THIS SECURITY INTEREST EXTENDS TO REMAINDERS RECEIVED BY DEBTOR FROM THE PACKAGING OF THESE BONDS INSIDE SAID INVESTMENT VEHICLES INCLUDING ALL PROCEEDS, PROFITS, DIVIDENDS, DISTRIBUTIONS, AND OTHER BENEFITS GENERATED THEREFROM AFTER DAY: TWENTY-TWO MONTH: TEN YEAR: 2024 CE AS A RESULT OF DEBTOR'S NONPERFORMANCE ON SECURED PARTY'S ACCEPTANCE OF SAID INDICTMENT AND DEBTOR'S FAILURE TO COGNIZE THE DISCHARGE OF SAID BONDS RESULTING THEREFROM.

**5. ALTERNATE DESIGNATION** (if applicable)
☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
☐ AG LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**
DISHONORED ACCEPTANCE OF INDICTMENT

STANDARD FORM - FORM UCC-1 (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida

State of Texas )
             ) SS.
County of Wichita )

**C O P Y**

Certificate #7731

# CERTIFICATE OF DISHONOR

Identity of instrument-      ACCEPTANCE OF INSTRUMENT DATED:

Date of instrument-      Day: Twenty-two   Month: Ten   Year: 2024 CE

Date of mailing-      October 28, 2024 CE

Place of mailing-      USPS Bridge Creek Station, Texas 76308

Person(s) obligated or
to become obligated-      Ryon Michael McCabe

Place of presentment-      701 Clematis Street, 4th Floor,
                           West Palm Beach, Florida 33401

## FORMAL STATEMENT

I, Angela Elaine Miller Smith, Notary Public in and for the STATE OF
TEXAS, upon information satisfactory to me, certify that presentment of the NON-
NEGOTIABLE NOTICE OF ACCEPTANCE and ACCEPTED INSTRUMENT dated
Day: Twenty-two Month: Ten Year: 2024 CE signed by Robert Leon Smith III, was duly
made on October 28, 2024 to Ryon Michael McCabe at 701 Clematis Street, 4th Floor,
West Palm Beach, Florida 33401. The Presentment was sealed in an envelope and
deposited in the mail with the postage thereon, fully prepaid, in Bridge Creek Station,
Texas 76308 and the instrument has been dishonored by nonacceptance or nonpayment.
I also certify that NOTICE OF DISHONOR has been given to some or all parties.

WITNESS my hand and official seal, this 6th Day of January, 2025.



**COPY**

## STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
ROBERT LEON SMITH III; 9403785555

**B. Email** SMITH32R@GMAIL.COM

**C. SEND ACKNOWLEDGEMENT TO:**
Name
Address
Address
City/State/Zip

Florida Secured Transaction Registry

# FILED

2025 Jan 08 11:31 PM

\*\*\*\*\*\*\*\* 202500061750 \*\*\*\*\*\*\*\*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1.b INDIVIDUAL'S SURNAME<br>NOBLE | FIRST PERSONAL NAME<br>ANGELA | ADDITIONAL NAME(S)/INITIAL(S)<br>EMILIA | SUFFIX |
| 1.c MAILING ADDRESS Line One<br>400 NORTH MIAMI AVENUE | This space not available. | | |
| MAILING ADDRESS Line Two | CITY<br>MIAMI | STATE<br>FL | POSTAL CODE<br>33128 | COUNTRY<br>USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3.b INDIVIDUAL'S SURNAME<br>SMITH | FIRST PERSONAL NAME<br>ROBERT | ADDITIONAL NAME(S)/INITIAL(S)<br>LEON | SUFFIX<br>III |
| 3.c MAILING ADDRESS Line One<br>P.O. BOX 853 | This space not available. | | |
| MAILING ADDRESS Line Two | CITY<br>ARCHER CITY | STATE<br>TX | POSTAL CODE<br>76351 | COUNTRY<br>USA |

**4. This FINANCING STATEMENT** covers the following collateral:
CERTIFICATE OF DISHONOR OF INSTRUMENT- ACCEPTED INSTRUMENT DATED: DAY: TWENTY-TWO MONTH: TEN YEAR: 2024 CE DATE OF CERTIFICATE OF DISHONOR- DAY: TWENTY-FIVE MONTH: ELEVEN YEAR: 2024 CE NOTARY: ANGELA ELAINE MILLER SMITH SECURITY INTEREST IN ALL SECURITY INSTRUMENTS CONTROLLED BY DEBTOR, INCLUDING BUT NOT LIMITED TO ANY BID, PERFORMANCE, AND SETTLEMENT BONDS RELATED TO THE HEREIN REFERENCED INDICTMENT OR THE CASE FOR WHICH IT WAS GENERATED: CASE #23-80211-CR-MARRA/MCCABE; AND ANY SUCH BONDS PACKAGED WITHIN INVESTMENT VEHICLES CONTROLLED BY THIRD PARTIES. THIS SECURITY INTEREST EXTENDS TO REMAINDERS RECEIVED BY DEBTOR FROM THE PACKAGING OF THESE BONDS INSIDE SAID INVESTMENT VEHICLES INCLUDING ALL PROCEEDS, PROFITS, DIVIDENDS, DISTRIBUTIONS, AND OTHER BENEFITS GENERATED THEREFROM AFTER DAY: TWENTY-TWO MONTH: TEN YEAR: 2024 CE AS A RESULT OF DEBTOR'S NONPERFORMANCE ON SECURED PARTY'S ACCEPTANCE OF SAID INDICTMENT AND DEBTOR'S FAILURE TO COGNIZE THE DISCHARGE OF SAID BONDS RESULTING

**5. ALTERNATE DESIGNATION** (if applicable)
☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
☐ AG LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** -- YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**
DISHONORED ACCEPTANCE OF INDICTMENT

STANDARD FORM - FORM UCC-1 (REV.05/2013)        Filing Office Copy        Approved by the Secretary of State, State of Florida

State of Texas )
             ) SS.
County of Wichita )

Certificate #7439

*COPY*

# CERTIFICATE OF DISHONOR

Identity of instrument-     ACCEPTANCE OF INSTRUMENT DATED:

Date of instrument-     Day: Twenty-two   Month: Ten   Year: 2024 CE

Date of mailing-     October 28, 2024 CE

Place of mailing-     USPS Bridge Creek Station, Texas 76308

Person(s) obligated or
to become obligated-     Angela Emilia Noble

Place of presentment-     400 North Miami Avenue, Miami, Florida 33128

## FORMAL STATEMENT

I, Angela Elaine Miller Smith, Notary Public in and for the STATE OF TEXAS, upon information satisfactory to me, certify that presentment of the NON-NEGOTIABLE NOTICE OF ACCEPTANCE and ACCEPTED INSTRUMENT dated Day: Twenty-two Month: Ten Year: 2024 CE signed by Robert Leon Smith III, was duly made on October 28, 2024 to Angela Emilia Noble at 400 North Miami Avenue, Miami, Florida 33128. The Presentment was sealed in an envelope and deposited in the mail with the postage thereon, fully prepaid, in Bridge Creek Station, Texas 76308 and the instrument has been dishonored by nonacceptance or nonpayment. I also certify that NOTICE OF DISHONOR has been given to some or all parties.

WITNESS my hand and official seal, this 25th Day of November, 2024.

**C O P Y**

## STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
ROBERT LEON SMITH III; 9403785555

B. Email SMITH32R@GMAIL.COM

C. SEND ACKNOWLEDGEMENT TO:
Name
Address
Address
City/State/Zip

Florida Secured Transaction Registry

# FILED

2025 Jan 08 11:31 PM

********* 202500061580 *********

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1.b INDIVIDUAL'S SURNAME LAPOINTE | FIRST PERSONAL NAME MARKENZY | ADDITIONAL NAME(S)/INITIAL(S) K | SUFFIX |
| 1.c MAILING ADDRESS Line One 99 NORTHEAST 4TH STREET | This space not available. | | |
| MAILING ADDRESS Line Two | CITY MIAMI | STATE FL | POSTAL CODE 33132 | COUNTRY USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3.b INDIVIDUAL'S SURNAME SMITH | FIRST PERSONAL NAME ROBERT | ADDITIONAL NAME(S)/INITIAL(S) LEON | SUFFIX III |
| 3.c MAILING ADDRESS Line One P.O. BOX 853 | This space not available. | | |
| MAILING ADDRESS Line Two | CITY ARCHER CITY | STATE TX | POSTAL CODE 76351 | COUNTRY USA |

**4. This FINANCING STATEMENT** covers the following collateral:
CERTIFICATE OF DISHONOR OF INSTRUMENT- ACCEPTED INSTRUMENT DATED: DAY: TWENTY-TWO MONTH: TEN YEAR: 2024 CE DATE OF CERTIFICATE OF DISHONOR- DAY: TWENTY-FIVE MONTH: ELEVEN YEAR: 2024 CE NOTARY: ANGELA ELAINE MILLER SMITH

**5. ALTERNATE DESIGNATION** (if applicable)  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR
☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**
DISHONORED ACCEPTANCE OF INDICTMENT

STANDARD FORM - FORM UCC-1 (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida

State of Texas )
             ) SS.
County of Wichita )

Certificate #7438

# CERTIFICATE OF DISHONOR

Identity of instrument-      ACCEPTANCE OF INSTRUMENT DATED:

Date of instrument-        Day: Twenty-two  Month: Ten  Year: 2024 CE

Date of mailing-          October 28, 2024 CE

Place of mailing-         USPS Bridge Creek Station, Texas 76308

Person(s) obligated or
to become obligated-       Markenzy K. Lapointe

Place of presentment-     99 Northeast 4th Street, Miami, Florida 33132

## FORMAL STATEMENT

I, Angela Elaine Miller Smith Notary Public in and for the STATE OF TEXAS upon information satisfactory to me, certify that presentment of the NON-NEGOTIABLE NOTICE OF ACCEPTANCE and ACCEPTED INSTRUMENT dated Day: Twenty-two Month: Ten Year: 2024 CE signed by Robert Leon Smith III, was duly made on October 28, 2024 to Markenzy K. Lapointe at 99 Northeast 4th Street, Miami, Florida 33132. The Presentment was sealed in an envelope and deposited in the mail with the postage thereon, fully prepaid, in Bridge Creek Station, Texas 76308 and the instrument has been dishonored by nonacceptance or nonpayment. I also certify that NOTICE OF DISHONOR has been given to some or all parties.

WITNESS my hand and official seal, this 25th Day of November, 2024.



# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
ROBERT: 9403785555

**B. Email** SMITH32R@GMAIL.COM

**C. SEND ACKNOWLEDGEMENT TO:**
Name
Address
Address
City/State/Zip

Florida Secured Transaction Registry

# FILED

2025 Jan 08 11:31 PM

********* 202500061629 *********

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **1.b INDIVIDUAL'S SURNAME** LEON | **FIRST PERSONAL NAME** GLENN | **ADDITIONAL NAME(S)/INITIAL(S)** S | **SUFFIX** |
| **1.c MAILING ADDRESS Line One** 950 PENNSYLVANIA AVENUE, NW | This space not available. | | |
| MAILING ADDRESS Line Two | **CITY** WASHINGTON, DC | **STATE** DC | **POSTAL CODE** 20530 | **COUNTRY** USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **2.b INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
| **2.c MAILING ADDRESS Line One** | This space not available. | | |
| MAILING ADDRESS Line Two | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **3.b INDIVIDUAL'S SURNAME** SMITH | **FIRST PERSONAL NAME** ROBERT | **ADDITIONAL NAME(S)/INITIAL(S)** LEON | **SUFFIX** III |
| **3.c MAILING ADDRESS Line One** P.O. BOX 853 | This space not available. | | |
| MAILING ADDRESS Line Two | **CITY** ARCHER CITY | **STATE** TX | **POSTAL CODE** 76351 | **COUNTRY** USA |

**4. This FINANCING STATEMENT** covers the following collateral:

CERTIFICATE OF DISHONOR OF INSTRUMENT- ACCEPTED INSTRUMENT DATED: DAY: TWENTY-TWO MONTH: TEN YEAR: 2024 CE DATE OF CERTIFICATE OF DISHONOR- DAY: TWENTY-FIVE MONTH: ELEVEN YEAR: 2024 CE NOTARY: ANGELA ELAINE MILLER SMITH

**5. ALTERNATE DESIGNATION** (if applicable)  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR
☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**
DISHONORED ACCEPTANCE OF INDICTMENT

STANDARD FORM - FORM UCC-1 (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida

State of Texas )
            ) SS.
County of Wichita )

Certificate #7436

# CERTIFICATE OF DISHONOR

| | |
|---|---|
| Identity of instrument- | ACCEPTANCE OF INSTRUMENT DATED: |
| Date of instrument- | Day: Twenty-two  Month: Ten  Year: 2024 CE |
| Date of mailing- | October 28, 2024 CE |
| Place of mailing- | USPS Bridge Creek Station, Texas 76308 |
| Person(s) obligated or to become obligated- | Glenn S. Leon |
| Place of presentment- | 950 Pennsylvania Avenue, NW, Washington, DC 20530 |

## FORMAL STATEMENT

I, Angela Elaine Miller Smith, Notary Public in and for the STATE OF TEXAS upon information satisfactory to me, certify that presentment of the NON-NEGOTIABLE NOTICE OF ACCEPTANCE and ACCEPTED INSTRUMENT dated Day: Twenty-two Month: Ten Year: 2024 CE signed by Robert Leon Smith III, was duly made on October 28, 2024 to Glenn S. Leon at 950 Pennsylvania Avenue, NW, Washington, DC 20530. The Presentment was sealed in an envelope and deposited in the mail with the postage thereon, fully prepaid, in Bridge Creek Station, Texas 76308 and the instrument has been dishonored by nonacceptance or nonpayment. I also certify that NOTICE OF DISHONOR has been given to some or all parties.

WITNESS my hand and official seal, this 25th Day of November, 2024.

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE**
**FINANCING STATEMENT FORM**

C O P Y

Florida Secured Transaction Registry

# FILED

2025 Jan 08 11:31 PM

********* 202500061610 *********

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| ROBERT LEON SMITH III; 9403785555 |
| B. Email SMITH32R@GMAIL.COM |
| C. SEND ACKNOWLEDGEMENT TO: |
| Name |
| Address |
| Address |
| City/State/Zip |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S  EXACT FULL LEGAL NAME  - INSERT ONLY  ONE DEBTOR NAME  (1a OR 1b) - Do Not Abbreviate or Combine Names**

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1.b INDIVIDUAL'S SURNAME CHAREST-TURKEN | FIRST PERSONAL NAME GABRIELLE | ADDITIONAL NAME(S)/INITIAL(S) RAEMY | SUFFIX |
| 1.c MAILING ADDRESS Line One 99 NORTHEAST 4TH STREET | This space not available. | | |
| MAILING ADDRESS Line Two | CITY MIAMI | STATE FL | POSTAL CODE 33132 | COUNTRY USA |

**2. ADDITIONAL DEBTOR'S    EXACT FULL LEGAL NAME  - INSERT ONLY  ONE DEBTOR NAME   (2a OR 2b) - Do Not Abbreviate or Combine Names**

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY  (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3.b INDIVIDUAL'S SURNAME SMITH | FIRST PERSONAL NAME ROBERT | ADDITIONAL NAME(S)/INITIAL(S) LEON | SUFFIX III |
| 3.c MAILING ADDRESS Line One P.O. BOX 853 | This space not available. | | |
| MAILING ADDRESS Line Two | CITY ARCHER CITY | STATE TX | POSTAL CODE 76351 | COUNTRY USA |

**4. This FINANCING STATEMENT** covers the following collateral:

CERTIFICATE OF DISHONOR OF INSTRUMENT- ACCEPTED INSTRUMENT DATED: DAY: TWENTY-TWO MONTH: TEN YEAR: 2024 CE DATE OF
CERTIFICATE OF DISHONOR- DAY: TWENTY-FIVE MONTH: ELEVEN YEAR: 2024 CE NOTARY: ANGELA ELAINE MILLER SMITH

**5. ALTERNATE DESIGNATION** (if applicable)

☐ LESSEE/LESSOR    ☐ CONSIGNEE/CONSIGNOR    ☐ BAILEE/BAILOR
☐ AG LIEN    ☐ NON-UCC FILING    ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

DISHONORED ACCEPTANCE OF INDICTMENT

STANDARD FORM - FORM UCC-1 (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida

State of Texas )
                ) SS.
County of Wichita )

COPY

Certificate #7437

# CERTIFICATE OF DISHONOR

Identity of instrument-    ACCEPTANCE OF INSTRUMENT DATED:

Date of instrument-    Day: Twenty-two   Month: Ten   Year: 2024 CE

Date of mailing-    October 28, 2024 CE

Place of mailing-    USPS Bridge Creek Station, Texas 76308

Person(s) obligated or
to become obligated-    Gabrielle Raemy Charest-Turken

Place of presentment-    99 Northeast 4th Street, Miami, Florida 33132

## FORMAL STATEMENT

I Angela Elaine Miller Smith, Notary Public in and for the STATE OF
TEXAS upon information satisfactory to me, certify that presentment of the NON-
NEGOTIABLE NOTICE OF ACCEPTANCE and ACCEPTED INSTRUMENT dated
Day: Twenty-two Month: Ten Year: 2024 CE signed by Robert Leon Smith III, was duly
made on October 28, 2024 to Gabrielle Raemy Charest-Turken at 99 Northeast 4th Street,
Miami, Florida 33132. The Presentment was sealed in an envelope and deposited in the
mail with the postage thereon, fully prepaid, in Bridge Creek Station, Texas 76308 and the
instrument has been dishonored by nonacceptance or nonpayment. I also certify that
NOTICE OF DISHONOR has been given to some or all parties.

WITNESS my hand and official seal, this 25th Day of November, 2024.



**STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM**

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| ROBERT LEON SMITH III; 9403785555 |

| B. Email SMITH32R@GMAIL.COM |

| C. SEND ACKNOWLEDGEMENT TO: |
|---|
| Name |
| Address |
| Address |
| City/State/Zip |

Florida Secured Transaction Registry

# FILED

2025 Jan 08 11:31 PM

********* 202500061637 *********

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| GURSKIS | EMILY | M | |
| 1.c MAILING ADDRESS Line One | | | |
| 1400 NEW YORK AVENUE, NORTHWEST | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| BOND BUILDING 8TH FLOOR | WASHINGTON, DC | DC | 20005 | USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2.c MAILING ADDRESS Line One | | | |
| | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| SMITH | ROBERT | LEON | III |
| 3.c MAILING ADDRESS Line One | | | |
| P.O. BOX 853 | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | ARCHER CITY | TX | 76351 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

CERTIFICATE OF DISHONOR OF INSTRUMENT- ACCEPTED INSTRUMENT DATED: DAY: TWENTY-TWO MONTH: TEN YEAR: 2024 CE DATE OF CERTIFICATE OF DISHONOR- DAY: TWENTY-FIVE MONTH: ELEVEN YEAR: 2024 CE NOTARY: ANGELA ELAINE MILLER SMITH

**5. ALTERNATE DESIGNATION** (if applicable)   ☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR   ☐ AG LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

DISHONORED ACCEPTANCE OF INDICTMENT

STANDARD FORM - FORM UCC-1 (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida

State of Texas )
) SS.
County of Wichita )

*COPY*

Certificate #7435

# CERTIFICATE OF DISHONOR

| | |
|---|---|
| Identity of instrument- | ACCEPTANCE OF INSTRUMENT DATED: |
| Date of instrument- | Day: Twenty-two   Month: Ten   Year: 2024 CE |
| Date of mailing- | October 28, 2024 CE |
| Place of mailing- | USPS Bridge Creek Station, Texas 76308 |
| Person(s) obligated or to become obligated- | Emily M. Gurskis |
| Place of presentment- | 1400 New York Avenue, Northwest, Bond Building 8th Floor, Washington, DC 20005 |

## FORMAL STATEMENT

I, Angela Elaine Miller Smith, Notary Public in and for the STATE OF TEXAS upon information satisfactory to me, certify that presentment of the NON-NEGOTIABLE NOTICE OF ACCEPTANCE and ACCEPTED INSTRUMENT dated Day: Twenty-two Month: Ten Year: 2024 CE signed by Robert Leon Smith III, was duly made on October 28, 2024 to Emily M. Gurskis at 1400 New York Avenue, Northwest, Bond Building 8th Floor, Washington, DC 20005. The Presentment was sealed in an envelope and deposited in the mail with the postage thereon, fully prepaid, in Bridge Creek Station, Texas 76308 and the instrument has been dishonored by nonacceptance or nonpayment. I also certify that NOTICE OF DISHONOR has been given to some or all parties.

WITNESS my hand and official seal, this 25th Day of November, 2024.

C O P Y

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
ROBERT LEON SMITH III; 9403785555

**B. Email** SMITH32R@GMAIL.COM

**C. SEND ACKNOWLEDGEMENT TO:**
Name
Address
Address
City/State/Zip

Florida Secured Transaction Registry

# FILED

2025 Jan 08 11:31 PM

********* 202500061327 *********

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **1.b INDIVIDUAL'S SURNAME** SAVDIE | **FIRST PERSONAL NAME** ANDREA | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
| **1.c MAILING ADDRESS Line One** 1400 NEW YORK AVENUE, NW | This space not available. | | |
| MAILING ADDRESS Line Two | **CITY** WASHINGTON, DC | **STATE** DC | **POSTAL CODE** 20005 | **COUNTRY** USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **2.b INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
| **2.c MAILING ADDRESS Line One** | This space not available. | | |
| MAILING ADDRESS Line Two | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **3.b INDIVIDUAL'S SURNAME** SMITH | **FIRST PERSONAL NAME** ROBERT | **ADDITIONAL NAME(S)/INITIAL(S)** LEON | **SUFFIX** III |
| **3.c MAILING ADDRESS Line One** P.O. BOX 853 | This space not available. | | |
| MAILING ADDRESS Line Two | **CITY** ARCHER CITY | **STATE** TX | **POSTAL CODE** 76351 | **COUNTRY** USA |

**4. This FINANCING STATEMENT covers the following collateral:**
CERTIFICATE OF DISHONOR OF INSTRUMENT- ACCEPTED INSTRUMENT DATED: DAY: TWENTY-TWO MONTH: TEN YEAR 2024 CE DATE OF CERTIFICATE OF DISHONOR- DAY: TWENTY-FIVE MONTH: ELEVEN YEAR: 2024 CE NOTARY: ANGELA ELAINE MILLER SMITH

**5. ALTERNATE DESIGNATION** (if applicable)  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR
☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**
DISHONORED ACCEPTANCE OF INDICTMENT

STANDARD FORM - FORM UCC-1 (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida

State of Texas )
)  SS.
County of Wichita )

Certificate #7433

*COPY*

# CERTIFICATE OF DISHONOR

Identity of instrument-

Date of instrument-

Date of mailing-

Place of mailing-

Person(s) obligated or
to become obligated-

Place of presentment-

ACCEPTANCE OF INSTRUMENT DATED:

Day: Twenty-two   Month: Ten   Year: 2024 CE

October 28, 2024 CE

USPS Bridge Creek Station, Texas 76308

Andrea Savdie

1400 New York Avenue, NW, Washington, DC 20005

## FORMAL STATEMENT

I, Angele Elaine Miller Smith, Notary Public in and for the STATE OF TEXAS upon information satisfactory to me, certify that presentment of the NON-NEGOTIABLE NOTICE OF ACCEPTANCE and ACCEPTED INSTRUMENT dated Day: Twenty-two Month: Ten Year: 2024 CE signed by Robert Leon Smith III, was duly made on October 28, 2024 to Andrea Savdie at 1400 New York Avenue, NW, Washington, DC 20005. The Presentment was sealed in an envelope and deposited in the mail with the postage thereon, fully prepaid, in Bridge Creek Station, Texas 76308 and the instrument has been dishonored by nonacceptance or nonpayment. I also certify that NOTICE OF DISHONOR has been given to some or all parties.

WITNESS my hand and official seal, this 25th Day of November, 2024.

## STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
ROBERT LEON SMITH III; 9403785555

**B. Email** SMITH32R@GMAIL.COM

**C. SEND ACKNOWLEDGEMENT TO:**
Name
Address
Address
City/State/Zip

Florida Secured Transaction Registry

# FILED

2025 Jan 08 11:31 PM

\*\*\*\*\*\*\*\* 202500061424 \*\*\*\*\*\*\*\*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S  EXACT FULL LEGAL NAME  - INSERT ONLY  ONE DEBTOR NAME  (1a OR 1b) - Do Not Abbreviate or Combine Names**

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **1.b INDIVIDUAL'S SURNAME** SCHLOM | **FIRST PERSONAL NAME** EVAN | **ADDITIONAL NAME(S)/INITIAL(S)** NOAH | **SUFFIX** |
| **1.c MAILING ADDRESS Line One** 1400 NEW YORK AVENUE NORTHWEST | This space not available. | | |
| MAILING ADDRESS Line Two | **CITY** WASHINGTON, DC | **STATE** DC | **POSTAL CODE** 20005 / **COUNTRY** USA |

**2. ADDITIONAL DEBTOR'S   EXACT FULL LEGAL NAME - INSERT ONLY  ONE DEBTOR NAME  (2a OR 2b)  - Do Not Abbreviate or Combine Names**

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **2.b INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
| **2.c MAILING ADDRESS Line One** | This space not available. | | |
| MAILING ADDRESS Line Two | **CITY** | **STATE** | **POSTAL CODE** / **COUNTRY** |

**3. SECURED PARTY'S NAME**(or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY  (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **3.b INDIVIDUAL'S SURNAME** SMITH | **FIRST PERSONAL NAME** ROBERT | **ADDITIONAL NAME(S)/INITIAL(S)** LEON | **SUFFIX** III |
| **3.c MAILING ADDRESS Line One** P.O. BOX 853 | This space not available. | | |
| MAILING ADDRESS Line Two | **CITY** ARCHER CITY | **STATE** TX | **POSTAL CODE** 76351 / **COUNTRY** USA |

**4. This FINANCING STATEMENT covers the following collateral:**
CERTIFICATE OF DISHONOR OF INSTRUMENT- ACCEPTED INSTRUMENT DATED: DAY: TWENTY-TWO MONTH: TEN YEAR: 2024 CE DATE OF CERTIFICATE OF DISHONOR- DAY: TWENTY-FIVE MONTH: ELEVEN YEAR: 2024 NOTARY: ANGELA ELAINE MILLER SMITH

**5. ALTERNATE DESIGNATION** (if applicable)   ☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
☐ AG LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**
DISHONORED ACCEPTANCE OF INDICTMENT

STANDARD FORM - FORM UCC-1 (REV.05/2013)         Filing Office Copy         Approved by the Secretary of State, State of Florida

State of Texas )
            ) SS.
County of Wichita )

Certificate #7434

# CERTIFICATE OF DISHONOR

Identity of instrument-      ACCEPTANCE OF INSTRUMENT DATED:

Date of instrument-       Day: Twenty-two  Month: Ten  Year: 2024 CE

Date of mailing-          October 28, 2024 CE

Place of mailing-         USPS Bridge Creek Station, Texas 76308

Person(s) obligated or
to become obligated-       Evan Noah Schlom

Place of presentment-     1400 New York Avenue Northwest,
                        Washington, DC 20005

## FORMAL STATEMENT

I, Angela Elaine Miller Smith , Notary Public in and for the STATE OF
TEXAS upon information satisfactory to me, certify that presentment of the NON-
NEGOTIABLE NOTICE OF ACCEPTANCE and ACCEPTED INSTRUMENT dated
Day: Twenty-two Month: Ten Year: 2024 CE signed by Robert Leon Smith III, was duly
made on October 28, 2024 to Evan Noah Schlom at 1400 New York Avenue Northwest,
Washington, DC 20005. The Presentment was sealed in an envelope and deposited in the
mail with the postage thereon, fully prepaid, in Bridge Creek Station, Texas 76308 and the
instrument has been dishonored by nonacceptance or nonpayment. I also certify that
NOTICE OF DISHONOR has been given to some or all parties.

WITNESS my hand and official seal, this 15th Day of November , 2024.

PRESS FIRMLY TO SEAL

PAPER POUCH

PRESS FIRMLY TO SEAL

RDC 07

S2324M505215-32

# PRIORITY MAIL EXPRESS®

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

ER 157 425 549 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

PAYMENT BY ACCOUNT (if applicable)

ORIGIN (POSTAL SERVICE USE ONLY)

1-Day 2-Day Military DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 76308 | 01/25/25 | $ 31.40 |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee / COD Fee |
| 01/24/25 | 6:00 PM | $ |
| Time Accepted | | Return Receipt Fee / Live Animal Transportation Fee |
| 1543 PM | X | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
| $ X | $ X | |
| Weight: 0 lbs. 6 ozs. Flat Rate | Acceptance Employee Initials | $ 31.40 |

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED

☐ No Saturday Delivery (delivered next business day)

☐ Sunday/Holiday Delivery Required (additional fee, where available)

TO: (PLEASE PRINT) PHONE ( )

Angela Emilia Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue Miami, Florida 33128

DELIVERY (POSTAL SERVICE USE ONLY)

To schedule free Package Pickup, scan the QR code.

REC'D BY ______ D.C.

JAN 28 2025

CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

USPS.COM/PICKUP

PS10001000006

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

LABEL 11-B, NOVEMBER 2023

EP13F October 2023
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

