UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80211-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEON SMITH, III,

    Defendant.
_____/

## ORDER GRANTING MOTION TO APPOINT STANDBY COUNSEL

THIS CAUSE is before the Court upon the United States' Motion to Appoint Standby Counsel and for *Faretta* Hearing [DE 207]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED as follows:

1. The Court finds that in the interest of the fair, speedy and efficient disposition of this case, and over Defendant's objection, the Court shall appoint a member of the Criminal Justice Act panel to act as standby counsel for Defendant. *McKaskle v. Wiggins,* 465 U.S. 168, 183 (1984); *Betts v. Brady,* 316 U. S. 455, 471-72 (1942). Notwithstanding Defendant's objection, the Court concludes that leading up to the trial in this case, as well as during the trial, Defendant may determine that the assistance of standby counsel will prove useful to him. Therefore, in the event Defendant does change his mind about the benefits of having standby counsel, it is prudent to have an attorney ready and available to assist Defendant if and when the need may arise.

2. Standby counsel shall not interfere with Defendant's opportunity to present his own case or undermine the jury's perception that Defendant is representing himself.

3. The Court concludes that an additional *Faretta* hearing is not necessary in view of Defendant's repeated rejections of this Court's suggestions to him that he should retain counsel and his repeated statements to the Court that he wishes to represent himself without the assistance of standby counsel.  The court concludes that nothing will be gained by a second *Farreta* hearing.

4. The Court hereby appoints Ronald Chapman, Esq. to act as standby counsel for Defendant.  Ronald Chapman, Esq. shall act as an expert consultant to Defendant and shall be compensated pursuant to 5 U.S.C. § 3109.

DONE AND ORDERED in West Palm Beach, Florida this 10th day of February, 2025.

KENNETH A. MARRA
United States District Judge

Copies provided to:

All counsel