UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80211-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEON SMITH.

    Defendant.
_____/

### ORDER APPOINTING NEW CJA COUNSEL

THIS CAUSE is before the Court *sua sponte*. The Court previously granted the government's motion to appoint stand-by counsel and appointed CJA counsel Ronald Chapman. See DE 234. Mr. Chapman has a conflict with the trial date in this matter therefore, it is hereby

ORDERED AND ADJUDGED that CJA counsel, Edward Reagan, Esq., is appointed to represent the Defendant and Ronald Chapman, Esq. is terminated.

DONE AND ORDERED in West Palm Beach, Florida this 18th day of February, 2025.

                                    KENNETH A. MARRA
                                    United States District Judge

Copies provided to:

    All counsel