UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80211-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEON SMITH,

    Defendant.
_____/

ORDER

THIS CAUSE is before the Court on its own motion.  The Court has received a box of flash drives and hard drives which appears to be discovery produced by the United States to Defendant relating to this case.  The box included a cover letter from Defendant entitled "NON-NEGOTIABLE NOTICE OF ACCETPANCE."   The box also included cover letters from counsel for the United States to Defendant and to his prior counsel of record, Brian Rafferty, relating to the discovery produced by the United States. It is unclear to the Court why this material was sent by Defendant to the Court.  Unless an objection and an explanation for the objection is filed within 10 days from the entry of this order, the Court will return this discovery material and correspondence to the government.  There is no reason for the Court to have possession of this material.

The Court will docket the cover letter received from Defendant with this discovery material and correspondence.  The Court will not docket the cover letters from the government to

1

Defendant or his former counsel.

DONE AND ORDERED in West Palm Beach, Florida this 20th day of February, 2025.

_____
KENNETH A. MARRA
United States District Judge

Copies provided to:

All counsel