# NON-NEGOTIABLE NOTICE OF ACCEPTANCE
Notice Date:   Day: Ten      Month: Two     Year: 2025 CE

Case 9:23-cr-80211-KAM

Angela Emilia Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

In reply to: "The **p[V/OKW1[Tez/]**, The **}c]cM%"9UeW:|cF**, The **A1HJ*W*2-E=Q-ce=**, Discovery matter, Discovery matter, Filter attorney any questions, Enclosed copy this matter, As delineated Drive #1:, flash drive disposition of this, discovery **requests notice**, The password **\*c$tM)U1$(wr7FS\***, Discovery The Government, Re: Sincerely, Discovery matter, separate Sincerely, flash drive 2024, via FedEx materials, **discovery production** The Government, Enclosed **1,072**, separate cover Sincerely, Re: matter, **production** possible, the Government **requests notice**, filter attorney ENCLOSURES, Dear Counsel: Sincerely, Discovery material **request notice** Re: Sincerely, Discovery material preparations, The hard drive matter, Dear Counsel: **request notice** Sincerely, Discovery material Sincerely, The material The Government, Zip file ATTACHMENT, 15 documents ENCLOSURE, **Drive #1** ENCLOSURES, **Filter Team Production** Sincerely, **Please download** The Government Page 2 of 2, **JEFS** Sincerely, Page 2 of 2, **the discovery** Page 2 of 2, I am the filter attorney ENCLOSURES 2 Sincerely 2, **assert a privilege over any** ENCLOSURE, encrypted flash drive 2, containing 26 audio files ENCLOSURES, encrypted drive containing 129 documents ENCLOSURES 2, Re: ENCLOSURES, **Filter Team Production** ATTACHMENT 2, **USA v. Smith** Cc:, Re: Sincerely, **Filter Team Production** ATTACHMENT, The Government has identified Cc:, TB- INTERESTS-0000042474 Page 2 of 2, February 4, 2024 **requests notice**, flash drive sent via FedEx **requests notice** Page 2 of 2, **the flash drive for future use** the Government, SEAGATE **SPORN** 2400006136 Batch 1 of 16, SEAGATE Sporn 2400006144 Batch 9 of 16 **Priority**, Sporn 2400006140_240131 Batch 5 of 16, **Sporn 2400006352_240205_2024.02.05 Smith RTP PRIV Prod Due: 2/9/24, Sporn 2400006148 Batch 13 of 16 Due 2/9/2024,** Spron 24.02.05_Smith GT WWP Prod-Batch 5.3 Due: 2/9/24, Evan/Ski Smith ppm Reprod, SEAGATE 2TB, DHHS/Office of Inspector General Digital Investigations Unit m-19-0-0128-9, US v. Smith Prod 1 SanDisk, SanDisk USB 3.0, SanDisk USB 3.0, US v. Smith prod 9, SanDisk Ultra USB 64GB, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, Prod 8 SanDisk, SanDisk USB 3.0."

**PLEASE TAKE NOTICE** that I, Robert Leon Smith III, a sentient moral being, accept your Presentment "The **p[V/OKW1[Tez/]**, The **}c]cM%"9UeW:|cF**, The **A1HJ*W*2-E=Q-ce=**, Discovery matter, Discovery matter, Filter attorney any questions, Enclosed copy this matter, As delineated Drive #1:, flash drive disposition of this, discovery **requests notice**, The password **\*c$tM)U1$(wr7FS\***, Discovery The Government, Re: Sincerely, Discovery matter, separate Sincerely, flash drive 2024, via FedEx materials, **discovery production** The Government, Enclosed **1,072**, separate cover Sincerely, Re: matter, **production** possible, the Government **requests notice**, filter attorney ENCLOSURES, Dear Counsel: Sincerely, Discovery material **request notice** Re: Sincerely, Discovery material preparations, The hard drive matter, Dear Counsel: **request notice** Sincerely, Discovery material Sincerely, The material The Government, Zip file ATTACHMENT, 15 documents ENCLOSURE, **Drive #1** ENCLOSURES, **Filter Team Production** Sincerely, **Please download** The Government Page 2 of 2, **JEFS** Sincerely, Page 2 of 2, **the discovery** Page 2 of 2, I am the filter attorney ENCLOSURES 2 Sincerely 2, **assert a privilege over any** ENCLOSURE, encrypted flash drive 2, containing 26 audio files ENCLOSURES, encrypted drive containing 129 documents ENCLOSURES 2, Re: ENCLOSURES, **Filter Team Production** ATTACHMENT 2, **USA v. Smith** Cc:, Re: Sincerely, **Filter Team Production** ATTACHMENT, The Government has identified Cc:, TB-

**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**
Notice Date: Day: Ten    Month: Two   Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela Emilia Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

INTERESTS-0000042474 Page 2 of 2, February 4, 2024 **requests notice,** flash drive sent via FedEx **requests notice** Page 2 of 2, **the flash drive for future use** the Government, SEAGATE **SPORN** 2400006136 Batch 1 of 16, SEAGATE Sporn 2400006144 Batch 9 of 16 **Priority**, Sporn 2400006140_240131 Batch 5 of 16, **Sporn** 2400006352_240205_2024.02.05 Smith RTP PRIV Prod Due: 2/9/24, Sporn 2400006148 Batch 13 of 16 Due 2/9/2024, Spron 24.02.05_Smith GT WWP Prod-Batch 5.3 Due: 2/9/24, Evan/Ski Smith ppm Reprod, SEAGATE 2TB, DHHS/Office of Inspector General Digital Investigations Unit m-19-0-0128-9, US v. Smith Prod 1 SanDisk, SanDisk USB 3.0, SanDisk USB 3.0, US v. Smith prod 9, SanDisk Ultra USB 64GB, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, Prod 8 SanDisk, SanDisk USB 3.0." and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law, or venue;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account 9:23-cr-80211-KAM and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
- I request discharge.

**Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.**

Sincerely,

*Robert Leon Smith III*

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**
Notice Date:  Day: Ten     Month: Two   Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela Emilia Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

Attachment: "The **p[V/OKW1[Tez/]**, The **}c]cM%"9UeW:|cF**, The **A1HJ*W*2-E=Q-ce=**, Discovery matter, Discovery matter, Filter attorney any questions, Enclosed copy this matter, As delineated Drive #1:, flash drive disposition of this, discovery **requests notice**, The password *****c$tM)U1$(wr7FS*****, Discovery The Government, Re: Sincerely, Discovery matter, separate Sincerely, flash drive 2024, via FedEx materials, **discovery production** The Government, Enclosed **1,072**, separate cover Sincerely, Re: matter, **production** possible, the Government **requests notice**, filter attorney ENCLOSURES, Dear Counsel: Sincerely, Discovery material **request notice** Re: Sincerely, Discovery material preparations, The hard drive matter, Dear Counsel: **request notice** Sincerely, Discovery material Sincerely, The material The Government, Zip file ATTACHMENT, 15 documents ENCLOSURE, <u>Drive #1</u> ENCLOSURES, **Filter Team Production** Sincerely, **Please download** The Government Page 2 of 2, **JEFS** Sincerely, Page 2 of 2, **the discovery** Page 2 of 2, I am the filter attorney ENCLOSURES 2 Sincerely 2, <u>assert a privilege over any</u> ENCLOSURE, encrypted flash drive 2, containing 26 audio files ENCLOSURES, encrypted drive containing 129 documents ENCLOSURES 2, Re: ENCLOSURES, **Filter Team Production** ATTACHMENT 2, <u>USA v. Smith</u> Cc:, Re: Sincerely, **Filter Team Production** ATTACHMENT, The Government has identified Cc:, TB- INTERESTS-0000042474 Page 2 of 2, February 4, 2024 **requests notice,** flash drive sent via FedEx **requests notice** Page 2 of 2, **the flash drive for future use** the Government, SEAGATE **SPORN** 2400006136 Batch 1 of 16, SEAGATE Sporn 2400006144 Batch 9 of 16 **Priority**, Sporn 2400006140_240131 Batch 5 of 16, **Sporn** 2400006352_240205_2024.02.05 Smith RTP PRIV Prod Due: 2/9/24, Sporn 2400006148 Batch 13 of 16 Due 2/9/2024, Spron 24.02.05_Smith GT WWP Prod-Batch 5.3 Due: 2/9/24, Evan/Ski Smith ppm Reprod, SEAGATE 2TB, DHHS/Office of Inspector General Digital Investigations Unit m-19-0-0128-9, US v. Smith Prod 1 SanDisk, SanDisk USB 3.0, SanDisk USB 3.0, US v. Smith prod 9, SanDisk Ultra USB 64GB, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, SanDisk USB 3.0, Prod 8 SanDisk, SanDisk USB 3.0."

Also Noticed:
Judge Kenneth Anthony Marra, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, Courtroom #4, Chambers 316, West Palm Beach, Florida 33401
Markenzy Lapointe, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Gabrielle Raemy Charest-Turken, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Glenn S. Leon, Chief, U.S. Department of Justice, Criminal Division, Fraud Section, 950 Pennsylvania Avenue, NW, Washington, DC 20530
Emily M. Gurskis, U.S. Department of Justice, Fraud Section, Criminal Division, 1400 New York Avenue, Northwest, Bond Building 8th Floor, Washington, DC 20005
Andrea Savdie, U.S. Department of Justice, Criminal Division, Fraud Section, 1400 New York Avenue, NW, Washington, DC 20005
Evan Noah Schlom, U.S. Department of Justice, 1400 New York Avenue Northwest, Washington, DC 20005
Ralf Owen Dunn, U.S. Department of Justice, Criminal Division, 1400 New York Avenue NW, Washington, DC 20005
Michael Paul McCarthy, U.S. Department of Justice, Bond Building, 8th Floor, 1400 New York Avenue NW, Washington, DC 20530
Michael Scott Davis, Acting United States Attorney, United States Attorney's Office, Southern District Of Florida, 99 NE 4th Street, Miami, Florida 33132
Hayden Patrick O'Byrne, United States Attorney, United States Attorney's Office, Southern District Of Florida, 99 NE 4th Street, Miami, Florida 33132