# NOTICE OF DISHONOR

Notice Date:   Day: Four     Month: Nine     Year: 2024 CE

Case 9:23-cr-80211-KAM

Angela E. Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128



**PLEASE TAKE NOTICE** that instrument dated Day: Twenty Month: Eight Year: 2024 CE, in reply to your presentment "Document 11 Page 1 of 3 Document 8 Page 1 of 2 **NOTICE OF LIS PENDENS** NOTICE IS HEREBY GIVEN…, Page 2 of 3 Page 2 of 2 FURTHER NOTICE IS HEREBY GIVEN… By: Gabrielle Raemy Charest-Turken (Fla. Bar # 15939), Page 3 of 3 FILED FOR RECORD KARREN WINTER – COUNTY CLERK ARCHER COUNTY, TEXAS **INST NO:158198** FILED ON: DECEMBER 28, 2023 AT 11:12am" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Robert Leon Smith III*

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

**Also Noticed:**
The Honorable Cecilia M. Altonaga, Wilkie D. Ferguson, Junior United States Courthouse, 400 North Miami Avenue, Room 13-3, Miami, Florida 33128
The Honorable Ryon M. McCabe, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, 4th Floor, West Palm Beach, Florida 33401
The Honorable Kenneth A. Marra, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, Courtroom #4, Chambers 316, West Palm Beach, Florida 33401
Gabrielle Raemy Charest-Turken, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Emily Gurskis, U.S. Department of Justice, Fraud Section, Criminal Division, 1400 New York Avenue, Northwest, Bond Building 8th Floor, Washington, DC 20005
Andrea Savdie, U.S. Department of Justice, Criminal Division, Fraud Section, 1400 New York Avenue, NW, Washington, DC 20005
Evan N. Schlom, U.S. Department of Justice, 1400 New York Avenue Northwest, Washington, DC 20005
Karren Winter, Clerk, Archer County, P.O. Box 427, Archer City, Texas 76351

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

NORTH TEXAS TX P&DC
DALLAS TX 750
18 FEB 2025 PM 7 L

The Honorable Kenneth A. Marra
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Courtroom #4 Chambers 316
West Palm Beach, Florida 33401

33401-309523

INSPECTED

