# NOTICE OF DISHONOR

Notice Date:   Day: Twenty-one     Month: Two     Year: 2025 CE

Case 9:23-cr-80211-KAM

Angela Emilia Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

FILED BY _PCS_ D.C.

FEB 28 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**PLEASE TAKE NOTICE** that instrument dated Day: Sixteen Month: Three Year: 2025 CE, in rely to your Presentment "**VIA CERTIFIED MAIL** February 7, 2025 Re: *United States v. Smith, 9:23-cr-80211-KAM* TB-INTERESTS-DOJ-00018103387 Page **1** of **2**, **requests notice** Sincerely, */s/ Andrea Savdie* Page **2** of **2**, **VIA CERTIFIED MAIL** February 7, 2025 Re: *United States v. Smith, 9:23-cr-80211-KAM* The password Sincerely, */s/ Andrea Savdie* Page **1** of **1**." has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Robert Leon Smith III*

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

Also Noticed:
Judge Kenneth Anthony Marra, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, Courtroom #4, Chambers 316, West Palm Beach, Florida 33401
Markenzy Lapointe, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Gabrielle Raemy Charest-Turken, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Glenn S. Leon, Chief, U.S. Department of Justice, Criminal Division, Fraud Section, 950 Pennsylvania Avenue, NW, Washington, DC 20530
Emily M. Gurskis, U.S. Department of Justice, Fraud Section, Criminal Division, 1400 New York Avenue NW, Bond Building 8th Floor, Washington, DC 20005
Andrea L. Savdie, U.S. Department of Justice, Criminal Division, Fraud Section, 1400 New York Avenue NW, Washington, DC 20005
Evan Noah Schlom, U.S. Department of Justice, 1400 New York Avenue NW, Washington, DC 20005
Ralf Owen Dunn, U.S. Department of Justice, Criminal Division, 1400 New York Avenue NW, Washington, DC 20005
Michael Paul McCarthy, U.S. Department of Justice, Bond Building, 8th Floor, 1400 New York Avenue NW, Washington, DC 20530
Michael Scott Davis, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Hayden Patrick O'Byrne, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

NORTH TEXAS TX P&DC
DALLAS TX 750
24 FEB 2025 PM 9 L

INSPECTED

Judge Kenneth Anthony Marra
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Courtroom #4 Chambers 316
West Palm Beach, Florida 33401

33401-510155