UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80211-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEON SMITH, III,

    Defendant.
_____/

## ORDER DENYING MOTION TO DISMISS INDICTMENT

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss Indictment for Violation of Due Process, Failure to Maintain an Accurate Docket, Grand Jury Misconduct, Denial of the Right to Travel for Legal Assistance, Improper Ex-Parte Communications and Failure to Read Charges onto the Record [DE 310]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is DENIED for the reasons stated on the record at the status conference hearing held on March 12, 2025.

DONE AND ORDERED in West Palm Beach, Florida this 14th day of March, 2025.

KENNETH A. MARRA
United States District Judge

Copies provided to:

    All counsel