# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date:   Day: Four    Month: Three    Year: 2025 CE
Case 9:23-cr-80211-KAM

Angela Emilia Noble, Clerk of Court
United States District Court, Southern District of Florida
Wilkie D. Ferguson, Junior U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

```
FILED BY ___ull___ D.C.
    MAR 13 2025
  ANGELA E. NOBLE
 CLERK U.S. DIST. CT.
 S.D. OF FLA. - W.P.B.
```

In reply to: "Document 297 Entered on FLSD Docket 03/03/2025 Page 1 of 2 **ORDER ON RECEIPT OF DISCOVERY FROM DEFENDANT** The Court will not docket the cover letters form the government to Defendant. DONE AND ORDERED in West Palm Beach, Florida this 4th day of March, 2025. KENNETH A. MARRA 1 Page 2 of 2 Copies provided to: All counsel 2."

**PLEASE TAKE NOTICE** that I, Robert Leon Smith III, a sentient moral being, accept your Presentment "Document 297 Entered on FLSD Docket 03/03/2025 Page 1 of 2 **ORDER ON RECEIPT OF DISCOVERY FROM DEFENDANT** The Court will not docket the cover letters form the government to Defendant. DONE AND ORDERED in West Palm Beach, Florida this 4th day of March, 2025. KENNETH A. MARRA 1 Page 2 of 2 Copies provided to: All counsel 2." and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law, or venue;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account 9:23-cr-80211-KAM and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. **Dishonor may result if you fail to respond.**

                                                      Sincerely,

                                                      *Robert Leon Smith III*

                                                      Robert Leon Smith III
                                                      c/o P.O. Box 853
                                                      Archer City, Texas

Attachment: "Document 297 Entered on FLSD Docket 03/03/2025 Page 1 of 2 **ORDER ON RECEIPT OF DISCOVERY FROM DEFENDANT** The Court will not docket the cover letters form the government to Defendant. DONE AND ORDERED in West Palm Beach, Florida this 4th day of March, 2025. KENNETH A. MARRA 1 Page 2 of 2 Copies provided to: All counsel 2."

**Also Noticed:**
Judge Kenneth Anthony Marra, Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, Courtroom #4, Chambers 316, West Palm Beach, Florida 33401
Markenzy Lapointe, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Gabrielle Raemy Charest-Turken, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Glenn S. Leon, Chief, U.S. Department of Justice, Criminal Division, Fraud Section, 950 Pennsylvania Avenue, NW, Washington, DC 20530
Emily M. Gurskis, U.S. Department of Justice, Fraud Section, Criminal Division, 1400 New York Avenue NW, Bond Building 8th Floor, Washington, DC 20005
Andrea Savdie, U.S. Department of Justice, Criminal Division, Fraud Section, 1400 New York Avenue NW, Washington, DC 20005
Evan Noah Schlom, U.S. Department of Justice, 1400 New York Avenue NW, Washington, DC 20005
Ralf Owen Dunn, U.S. Department of Justice, Criminal Division, 1400 New York Avenue NW, Washington, DC 20005
Michael Paul McCarthy, U.S. Department of Justice, Bond Building, 8th Floor, 1400 New York Avenue NW, Washington, DC 20530
Michael Scott Davis, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132
Hayden Patrick O'Byrne, DOJ-USAO, 99 Northeast 4th Street, Miami, Florida 33132

