UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
701 Clematis Street, West Palm Beach, FL 33401

CASE NO.: 23-80211-CR-MARRA/MCCABE

UNITED STATES OF AMERICA,
    Plaintiff,
v.
ROBERT LEON SMITH III,
    Defendant.
_____/

**DEFENDANT'S MOTION FOR LEAVE
TO PERMIT THE DEFENDANT AND DEFENSE TEAM TO
USE ELECTRONICS DURING TRIAL TO ASSIST WITH HIS DEFENSE**

    The Defendant, ROBERT LEON SMITH III, respectfully move this Court for entry of an order permitting the Defendant and defense team to use electronics and technological equipment, including laptops and cellular phones, to best assist in his defense, and hereby file this Motion. In support, the Defendant state:

1. The Defendant and defense counsel intend to use computer technology and other technological equipment to best conduct their defense during the trial. To accomplish this objective, the Defendant and defense counsel need their laptop computers and cellular phones in court during the trial.

2. In order for the Defendant to best participate and engage in his defense, he needs access to the technological equipment throughout the duration of the trial. Moreover, in order for defense counsel to effectively represent the Defendant, he too needs access to the technological equipment throughout the duration of the trial.

3 Defense counsel and the Defendant seek the Court's permission to use these items inside the courtroom.

4. All parties understand that the aforementioned items will be subject to examination for security purposes as are all other materials brought into the courthouse.

**WHEREFORE,** Defendant respectfully requests that this Court enter an order granting this Motion for Leave to Permit the Defendant and Defense Team to Use Electronics During the Trial to Assist with His Defense.

Respectfully submitted,
Defendant reserves all rights without prejudice.
DATED: March 20, 2025.
/s/ *Robert Leon Smith III*
ROBERT LEON SMITH III, In Propria Persona
PO Box 853
Archer City, Texas
940-378-5555

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Leave to Permit the Defendant and Defense Team to Use Electronics During the Trial to Assist with His Defense was furnished via U.S. Mail and/or electronic filing to the United States Attorney's Office, Southern District of Florida, on this 20 day of March 2025.

/s/ *Robert Leon Smith III*
ROBERT LEON SMITH III, In Propria Persona