UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
701 Clematis Street, West Palm Beach, FL 33401

CASE NO.: 23-80211-CR-MARRA/MCCABE

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ROBERT LEON SMITH III,
    As one of the People.

_____/

## MOTION TO CHALLENGE JURISDICTION AND DEMAND PROOF OF AUTHORITY

**COMES NOW**, the Defendant, **ROBERT LEON SMITH III**, hereby invokes the common law jurisdiction of this Court. As one of the People, I respectfully and lawfully challenge the jurisdiction of the prosecution and demand that the government produce evidence and proof of the following:

## I. CHALLENGE TO JURISDICTION

1. The Defendant challenges the personal jurisdiction, subject jurisdiction, and subject matter jurisdiction claimed by the prosecution in this case.

2. The Defendant demands that the prosecution provide the following:
   - a) The trust in question under which jurisdiction is claimed,
   - b) Proof that the prosecution is an agency of the United States Government authorized by an Act of Congress pursuant to the Constitution,
   - c) The charter, statute, or delegation of authority that permits the prosecution to operate under color of law,
   - d) Any commercial contract, agreement, or legal obligation that binds the Defendant to the jurisdiction being asserted.

3. If such evidence cannot be provided, the Defendant respectfully demands the following:
   - a) An affidavit of truth signed under penalty of perjury from the prosecuting attorney attesting to the lawful basis of the indictment and arrest,

- b) A warrant signed by a neutral and detached judicial officer, who is disassociated from this court, in accordance with the Fourth Amendment and case law.

## II. LEGAL BASIS

4. Pursuant to the Fourth Amendment of the U.S. Constitution:
    - "The right of the people to be secure in their persons... shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

5. In Coolidge v. New Hampshire, 403 U.S. 443 (1971), the United States Supreme Court held that a warrant must be issued by a neutral and detached magistrate, and that law enforcement cannot be the issuing party. The Defendant invokes this ruling in support of the demand for a valid, constitutional warrant.

6. The Defendant has not been presented with evidence of any binding agreement, contract, or fiduciary obligation to the prosecution, nor evidence of lawful delegation of prosecutorial authority.

## III. PRAYER FOR RELIEF

WHEREFORE, the Defendant respectfully demands:

1. That the prosecution provide documentary proof of jurisdiction, delegation of authority, and any commercial or contractual obligation binding the Defendant to the laws being enforced;
2. That the prosecution submit an affidavit affirming the lawful basis of the indictment and arrest;
3. That a neutral and detached judge, not affiliated with this Court, review and provide any existing warrant;
4. That in the absence of such proof, this case be dismissed with prejudice for lack of jurisdiction and authority.

Respectfully submitted,

DATED: _____, 2025.

_____
ROBERT LEON SMITH III, As One of the People
PO Box 853
Archer City, Texas
940-378-5555

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Challenge Jurisdiction and Demand Proof of Authority was furnished via U.S. Mail and/or electronic filing to the United States Attorney's Office, Southern District of Florida, on this ___ day of _____, 2025.

_____
ROBERT LEON SMITH III, As One of the People