UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
701 Clematis Street, West Palm Beach, FL 33401

CASE NO.: 23-80211-CR-MARRA/MCCABE

UNITED STATES OF AMERICA,
    Plaintiff,
v.
ROBERT LEON SMITH III,
    As one of the People.
_____/

## ORDER ON DEFENDANT'S MOTION FOR LEAVE TO PERMIT THE DEFENDANT AND DEFENSE TO USE ELECTRONICS DURING TRIAL

**THIS CAUSE** came before the Court upon Defendant's Motion for Leave to Permit the Defendant and Defense Counsel to Use Electronics During Trial to Assist with his Defense. This Court has reviewed the Motion and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion is GRANTED.  The Defendant and defense counsel, Edward D. Reagan, Esq., may use electronic devices, including laptop computers, cellphones, and a device to play audio recordings in court during trial.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 21st day of March 2025.

_____
UNITED STATES DISTRICT COURT
JUDGE KENNTH MARRA
U.S. DISTRICT JUDGE

Copies furnished to:
Counsel of Record