UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LEON SMITH III,<br><br>Defendant in Error, | Case No.: 23-80211-CR-MARRA/MCCABE<br>Case No. 9:23-cr-80211-KAM<br><br>**DEFENDANT'S EMERGENCY MOTION TO DISMISS INDICTMENT FOR LACK OF JURISDICTION** |

COMES NOW the Inhabitant, Robert Leon Smith III, hereinafter "inhabitant", specially appearing sui juris and does respectfully moves this Court pursuant to Rule 12(b)(2) of the Federal Rules of Criminal Procedure to dismiss the indictment for lack of subject matter jurisdiction;

In support of this motion, Defendant states:

1. Rule 12(b)(2) permits a motion challenging jurisdiction to be raised prior to trial;

2. Defendant respectfully asserts that the government has not affirmatively demonstrated that this Court has jurisdiction over the alleged offense;

3. While the government may assert jurisdiction under 18 U.S.C. § 3231,

DEFENDANT'S EMERGENCY MOTION TO DISMISS INDICTMENT FOR LACK OF JURISDICTION - 1

Defendant raises this issue solely to preserve the matter for appellate review and does not intend to delay proceedings;

WHEREFORE, Defendant respectfully requests that the Court (1) rule on this jurisdictional objection prior to trial, and (2) allow the objection to be preserved in the record for appeal;

Respectfully presented and submitted this 27th day of March 2025

By: /s/Robert Leon Smith III

///
///
///

DEFENDANT'S EMERGENCY MOTION TO DISMISS INDICTMENT FOR LACK OF JURISDICTION - 2