UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80211-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEON SMITH, III,

    Defendant.

_____/

## ORDER DENYING MOTION TO DISMISS INDICTMENT AND PETITION TO COMPEL

THIS CAUSE is before the Court upon Defendant's Emergency Motion to Dismiss Indictment for Lack of Jurisdiction **[DE 340]** and Petition to Compel Plaintiff to Establish Territorial Jurisdiction on the Record and Estoppel in Pia with Supporting Memorandum **[DE 341]**. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is DENIED for the reasons stated on the record during the jury trial held on March 27, 2025.

DONE AND ORDERED in West Palm Beach, Florida this 28th day of March, 2025.

                                            KENNETH A. MARRA
                                            United States District Judge

Copies provided to:

    All counsel