UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80211-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEON SMITH, III,

    Defendant.
_____/

### ORDER DENYING MOTION TO DISMISS INDICTMENT FOR VAGUENESS

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss Indictment for Vagueness **[DE 366]**. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is baseless. The Court refers Defendant to its Order Denying Motions to Dismiss entered on this date. In particular, the Court refers Defendant to those portions of the Order demonstrating that this Court is an Article III court, and the fact that Defendant waived all non-jurisdictional defects in the indictment when he pled guilty to Courts 1 and 2 of the indictment. Thus, any claim of vagueness has been waived. *United States v. Brown,* 752 F.3d 1344, 1347 (11th Cir. 2014). As a result, Defendant's Motion to Dismiss Indictment for Vagueness is DENIED.

DONE AND ORDERED in West Palm Beach, Florida this 20th day of May, 2025.

                                                      KENNETH A. MARRA
                                                    United States District Judge

Copies provided to:

    All counsel