UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80211-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEON SMITH,

    Defendant.
_____/

## ORDER ON MOTION TO DISQUALIFY JUDGE AND TO DISMISS FOR LACK OF JURISDICTION

THIS CAUSE is before the Court upon Defendant's Motion to Disqualify Judge Kenneth A. Marra and Dismiss for Lack of Territorial Jurisdiction, Subject Matter Jurisdiction and Improper Venue **[DE 377]**. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that for the reasons stated in this Court's Order found at DE 369, which the Court adopts and incorporates by reference herein, and for the additional reason that the motion is wholly frivolous and has no basis in law or fact, the Motion is DENIED.

DONE AND ORDERED in West Palm Beach, Florida this 30th day of May, 2025.

                                              KENNETH A. MARRA
                                              United States District Judge

Copies provided to:

All counsel