UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80211-MARRA

UNITED STATES OF AMERICA,

v.

ROBERT LEON SMITH III,

      Defendant.
_____/

# ORDER

This cause is before the Court upon the United States' Motion to Dismiss Petition (DE 382). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the United States' Motion to Dismiss Petition (DE 382) is **GRANTED.** The claim asserted in the Petition filed at (DE 375) is **DENIED WITHOUT PREDUDICE**. The claim of Courtney Janoe has not be filed under penalty of perjury as required by 21 U.S.C. § 853(n)(3). Nor does Ms. Janoe sufficiently detail the nature of her alleged interest in the property, particularly when her interest in the property commenced. Furthermore, Ms. Janoe's claim is premature. She may raise her claim to the property in the ancillary proceeding that will follow the entry of the preliminary order of

forfeiture.

        **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of June, 2025.

 

KENNETH A. MARRA
United States District Judge