IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**,
  Plaintiff,

v.

**ROBERT LEON SMITH III**,
  Defendant.

Case No. 9:23-cr-80211-KAM

---

### OBJECTION AND NOTICE OF EXCEPTION TO DENIAL OF MOTION TO CONTINUE

Comes now the undersigned, sui juris, in propria persona, a living inhabitant of the Republic of Texas, and not a corporate fiction, who respectfully enters this **Objection and Exception** to the Court's denial of his timely and good-faith **Motion to Continue** the scheduled sentencing hearing.

1. On or about May 27, 2025, the Texas Comptroller's Office **seized the entirety of the undersigned's financial resources**, including accounts belonging to his minor children and former spouse. These actions have created a **total financial incapacity**, preventing any travel or appearance at the scheduled hearing in West Palm Beach, Florida.

2. The Motion to Continue was filed in good faith, not for delay, but due to **unforeseen and involuntary hardship** documented and beyond the undersigned's control. Such circumstances merit relief consistent with the principles of due process under the **Fifth Amendment** and access to the courts under **28 U.S.C. § 1654**.

3. The undersigned objects to the Court's denial as a violation of his **right to meaningful participation**, to **present himself by special appearance**, and to prepare and secure necessary accommodation to appear, especially while the **jurisdiction of this Court remains challenged** on appeal.

4. This Notice and Objection are made to **preserve all rights** for review and appeal and to formally **take exception** to the Court's denial, which the undersigned contends constitutes an abuse of discretion and denial of due process under color of law.

5. The undersigned respectfully requests the Court **reconsider its denial**, or alternatively, **stay the hearing** pending review by the Eleventh Circuit Court of Appeals.

Respectfully submitted,
Dated: June 24, 2025

**/s/ Robert Leon Smith III**
Sui Juris, In Propria Persona
PO Box 853
Archer City, Texas 76351
Phone: (940) 378-5555