# 1. Motion to Stay Hearing (Due to Financial Hardship and Pending Appeal)

— includes special appearance language and jurisdictional challenge.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**,
  Plaintiff,
v.
**ROBERT LEON SMITH III**,
  Defendant.
Case No. 9:23-cr-80211-KAM

---

**MOTION TO STAY SENTENCING HEARING PENDING APPEAL AND DUE TO DOCUMENTED IMPOSSIBILITY OF APPEARANCE**

**(BY SPECIAL APPEARANCE ONLY, WITHOUT CONSENT TO JURISDICTION)**

Comes now Robert Leon Smith III, a living man, **sui juris, in propria persona**, by **special appearance only**, not submitting to the jurisdiction of this or any fictional or de facto tribunal, and hereby moves this Court to issue an **immediate stay** of the sentencing hearing presently scheduled for **June 25, 2025**, and in support thereof states the following:

1. On **May 27, 2025**, the Texas Comptroller's Office executed a sweeping seizure of the undersigned's personal bank account, along with the accounts of his minor children and former spouse. These actions left the undersigned **without any financial means** for transportation, lodging, or legal support, rendering it **impossible to appear** in West Palm Beach, Florida.

2. The undersigned submitted a timely **Motion to Continue** based on this material hardship, which was **denied by the Court** despite clear and uncontested evidence of impossibility.

3. The undersigned currently has a **pending appeal before the Eleventh Circuit Court of Appeals** challenging the jurisdiction, legitimacy, and constitutional defects of this Court's proceedings, and was advised that the sentencing hearing should not proceed while the appeal remains unresolved.

4. Proceeding under such conditions constitutes a **denial of due process** and obstructs the right to meaningful participation, violating **constitutional protections under the Fifth Amendment** and the right to self-representation under **28 U.S.C. § 1654**.

5. The undersigned files this motion **without consenting to the authority of this tribunal**, and **reserves all rights** to challenge its jurisdiction, venue, and validity.

WHEREFORE, the undersigned respectfully moves this Court to:

   **Stay the scheduled sentencing hearing** until the Eleventh Circuit rules on the pending appeal;

> **Acknowledge the impossibility of physical appearance** under the current financial circumstances; and
>
> **Take judicial notice** of the Affidavit of Impossibility attached hereto.

Respectfully submitted,
**By Special Appearance Only**, with all rights reserved.

Dated: June 24, 2025
/s/ Robert Leon Smith III
Sui Juris, In Propria Persona
PO Box 853
Archer City, Texas 76351
Phone: (940) 378-5555