IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:23-cr-80211-KAM

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT LEON SMITH III,

Defendant. _____/

MOTION FOR PERMISSION TO APPEAR ELECTRONICALLY AT SENTENCING HEARING

COMES NOW, the undersigned Defendant, ROBERT LEON SMITH III, appearing sui juris, in propria persona, respectfully requests that this Honorable Court grant permission to appear electronically (via Zoom or another virtual platform) for his sentencing hearing scheduled for June 25, 2025, and states the following in support thereof:

1. On May 27, 2025, the Texas Comptroller of Public Accounts seized and froze all personal financial resources belonging to Defendant, including accounts necessary for Defendant's household and basic expenses, significantly impairing his ability to finance travel and lodging expenses to attend the hearing in West Palm Beach, Florida.

2. Defendant's lack of access to financial resources directly impacts his capacity to physically appear, as the seizure has left him without funds for transportation, accommodation, or even basic sustenance during travel.

3. Defendant previously submitted to this Court documented evidence demonstrating financial incapacitation, including an Affidavit of Impossibility (DE 390), providing clear and detailed proof of his hardship.

4. Defendant has diligently pursued resolution of this financial impasse through repeated communications with the Texas Comptroller's Office, including calls and written correspondence with counsel and staff. Despite these extensive efforts, no resolution has been provided in time to enable Defendant's travel arrangements for the scheduled sentencing hearing.

5. Allowing Defendant's electronic appearance will enable his meaningful participation, consistent with Federal Rule of Criminal Procedure and established legal precedents ensuring due process and fair representation under extraordinary circumstances.

6. This request is made in good faith, not for delay or obstruction, but to uphold Defendant's constitutional rights to due process, effective participation, and self-representation.

WHEREFORE, Defendant ROBERT LEON SMITH III respectfully requests this Court grant this Motion for Permission to Appear Electronically at the sentencing hearing scheduled for June 25, 2025, and provide any additional relief this Court deems just and proper.

Respectfully submitted this 24 day of June, 2025.

ROBERT LEON SMITH III Sui Juris, In Propria Persona P.O. Box 853 Archer City, Texas 76351 Telephone: (940) 378-5555

CERTIFICATE OF SERVICE

I hereby certify that on this 24 day of June, 2025, a true and correct copy of the foregoing was served upon counsel for the United States via electronic mail and the Court's electronic filing system.

ROBERT LEON SMITH III

/s/ Robert Leon Smith III