IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**UNITED STATES OF AMERICA** )
Plaintiff, )
v. ) Case No. 9:23-cr-80211-KAM
)
**ROBERT LEON SMITH III,** )
Defendant. )
_____)

## MOTION TO PRODUCE CERTIFIED PHYSICAL COPY OF ARREST WARRANT

**Comes now** Robert Leon Smith III, sui juris, in propria persona, by special appearance, and respectfully moves this Honorable Court to direct the appropriate agency or office to produce and provide the Defendant with a **certified physical copy** of any arrest warrant issued in this matter.

### GROUNDS FOR THE MOTION

1. Defendant has been informed that a warrant has been issued in this case but has not received a physical copy.
2. Defendant contacted the **United States Marshals Service** in an effort to obtain the warrant, and was provided only a **warrant number: 2504-0625-2005-B**, without access to the actual document.
3. Defendant has a right to inspect and receive a copy of any warrant that authorizes his arrest.

### RELIEF REQUESTED

Defendant respectfully requests this Court issue an order directing:

1. The Clerk of Court or the United States Marshals Service to provide Defendant with a **certified physical copy** of the arrest warrant issued in Case No. 9:23-cr-80211-KAM, including the date of issuance and docket entry number.

Respectfully submitted this 25th day of June, 2025.

**/s/ Robert Leon Smith III**
Robert Leon Smith III
Sui Juris, In Propria Persona
P.O. Box 853, Archer City, Texas 76351
Phone: 940-378-5555