Robert Leon Smith III
su juris, in proper persona
c/o P.O. Box 853
Archer City, Texas 76351
Phone: 940-378-5555
Date: July 7, 2025



FILED BY ⌒ᴊ ___ D.C.

JUL 08 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

NOTICE OF INSTRUCTIONS AND DEMAND FOR INVESTIGATION

RE: Case No. 9:23-80211-CR-KAM

# URGENT – CONCERNS INVOLVING LIFE, LIBERTY & PROPERTY

TO:

- FBI Headquarters
  935 Pennsylvania Avenue NW
  Washington, DC 20535-0001
  Phone: (202) 324-3000
- Office of White House Counsel
  The White House
  1600 Pennsylvania Avenue NW
  Washington, DC 20500
- Attorney General Pam Bondi
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington, DC 20530-0001
  Phone: (202) 514-2000
- Florida Attorney General Ashley Moody
  Office of the Attorney General
  The Capitol, PL-01
  Tallahassee, FL 32399-1050
  Email: citizenservices@myfloridalegal.com
- Securities and Exchange Commission (SEC)
  100 F Street NE
  Washington, DC 20549
  Email: help@sec.gov
- Internal Revenue Service – Securities & Financial Unit
  Email: phishing@irs.gov

- U.S. Department of Justice – Inspector General
  950 Pennsylvania Avenue NW
  Washington, DC 20530-0001
- FBI – Criminal Justice Information Services Division
  Attn: NCIC Records Review
  1000 Custer Hollow Road
  Clarksburg, WV 26306
- U.S. Department of Justice
  Director of weaponization of working group
  Att: Edward R Martin Jr.
  950 Pennsylvania Avenue NW
  Washington DC 20530
- United States District Court of the Southern District of Florida
  Paul G Rogers Federal Building
  701 Clematis St
  West Palm Beach FL 33401

ENCLOSURES (served under penalty of perjury):

1. DEFENDANT'S EMERGENCY MOTION TO COMPEL DISCLOSURE OF SEALED WARRANT AND TO VACATE UNLAWFUL WARRANT
2. MOTION FOR RECONSIDERATION OF COURT'S ORDER ON JURISDICTION AND EXTRAORDINARY WRIT
3. NOTICE TO JUDGE KENNETH A. MARRA OF ULTRA VIRES ACTIONS AND CONSTITUTIONAL VIOLATIONS
4. Affidavit of individual surety
5. Affidavit of life – **court clerk needs to put on the docket and into evidence**
6. NOTICE OF TERMINATION OF EDWARD REAGAN FOR INEFFECTIVE ASSISTANCE OF COUNSEL AND OBSTRUCTION OF DEFENDANT'S CONSTITUTIONAL RIGHTS
7. Affidavit of Statues
8. MOTION TO DEMAND VERIFIED COMPLAINT AND IDENTIFICATION OF INJURED PARTY
9. VERIFIED AFFIDAVIT AND NOTICE TO THE COURT REGARDING STANDBY COUNSEL OBSTRUCTION, JURISDICTIONAL DEFECTS, AND CONSTITUTIONAL AUTHORITY

10. Mandatory Judicial Notice of 12 Presumptions

SUMMARY OF ALLEGATIONS:

The undersigned hereby places the above-listed offices on notice of egregious and ongoing violations committed by actors within the U.S. District Court for the Southern District of Florida in the above-captioned case. These include:

- Failure by the Court and prosecution to demonstrate territorial, subject-matter, and personal jurisdiction.
- Failure of Judge Kenneth A. Marra and the prosecuting attorneys to produce lawful credentials (SF-61 and Form 56).
- Multiple due process violations, prejudicial actions, and denial of fair hearing.
- Fraud upon the court and collusion between the bench and prosecution.
- Reasonable belief that financial instruments including CRIS accounts, CUSIP numbers, securities, or bonds may have been created or monetized related to this case.

DEMAND FOR IMMEDIATE ACTION:

This matter involves the highest and most sacred rights protected under law: life, liberty, and property. Therefore, I demand:

1. A formal investigation into Judge Kenneth A. Marra and the prosecution team.
2. A forensic audit of CRIS accounts, CUSIP numbers, securities, bonds, or instruments tied to Case No. 9:23-cr-80211-KAM.
3. A response or referral by each notified office as appropriate.
4. Defendant has terminated, revoked, and rescinded alleged plea deal for just cause along with any consent to actors in this case (9:23-cr-80211-KAM) and all signatures in any wet ink, digital or any other style of signature.

Failure to investigate may render your office complicit in unlawful practices. This notice is submitted under penalty of perjury and for the administrative record.

Respectfully and without prejudice,


Robert Leon Smith III
su juris, in proper persona

Align top of FedEx

```
ORIGIN ID:SPSA  (940) 378-5555      SHIP DA
ROBERT LEON SMITH III               ACTWGT:
                                    CAD: 65
506 N SYCAMORE ST

ARCHER CITY, TX 76351
UNITED STATES US
```

TO **UNITED STATES DISTRICT COUR**
**SOUTHERN DISTRICT OF FLORID**
**701 CLEMATIS ST**

**WEST PALM BEACH FL 33401**

(000) 000-0000        REF:
PO:                   DEPT:



TRK# 8825 7877 0443     TUE
0201                    STANDA

**XX PBIA**