THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, Plaintiff,

v. ROBERT LEON SMITH III, Defendant.

Case No. 9:23-cr-80211-KAM

FILED BY ___cas___ D.C.
JUL 08 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

DEFENDANT'S EMERGENCY MOTION TO COMPEL DISCLOSURE OF SEALED WARRANT AND TO VACATE UNLAWFUL WARRANT

COMES NOW, Robert Leon Smith III ("Defendant"), sui juris, in propria persona, appearing specially and not generally, respectfully moves this Honorable Court to immediately disclose the previously sealed warrant or, alternatively, vacate the unlawful warrant in this matter, and states as follows:

1. Defendant previously filed a timely Motion to Unseal the Warrant, clearly establishing Defendant's constitutional right to review and challenge any warrant underlying arrest, search, seizure, or detention executed by the Court.
2. Defendant was informed by the court-appointed standby counsel, who is compensated by the court and thus has inherent conflicts of interest, was told at the illegal sentencing hearing that Judge Kenneth A. Marra specifically ordered the warrant's issuance.
3. There is no ongoing investigation or legitimate governmental interest justifying continued sealing of the warrant. Instead, the warrant arose improperly from an unlawful and illegitimate sentencing hearing conducted by Judge Kenneth A. Marra. The sentencing hearing was unlawfully held despite Defendant's lawful termination of any alleged plea deal, which termination remains unrebutted and unchallenged.
4. The absence of any verdict against the Defendant, along with active jurisdictional and constitutional challenges currently pending before the U.S. Court of Appeals for the Eleventh Circuit (Appeal No. 25-11806). The improper issuance of the warrant through an unauthorized sentencing proceeding constitutes a direct violation of due process and procedural rules, rendering the warrant unlawful and void ab initio.
5. Continued sealing prevents Defendant from effectively inspecting the legality and propriety of the warrant, severely prejudicing Defendant's rights to due process, confrontation, and fundamental fairness guaranteed under the Fourth, Fifth, and Sixth Amendments.

WHEREFORE, Defendant respectfully demands this Honorable Court:

A. Immediately disclose the sealed warrant to Defendant for lawful inspection and constitutional challenge.

B. Alternatively, immediately vacate and lift the unlawful warrant due to its illegal issuance.

C. Provide explicit findings of fact and conclusions of law if the warrant remains sealed or in effect, enabling prompt appellate review.

D. Grant any additional relief deemed just and equitable by this Court under the circumstances.

Respectfully submitted this 7th day of July 2025.

/s/ Robert Leon Smith III
Robert Leon Smith III
Sui Juris, In Propria Persona
Appearing Specially, Not Generally