**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 9:23-cr-80211-KAM

FILED BY ___ᴄᴏs___ D.C.

JUL 0 8 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES OF AMERICA,
Plaintiff,

v.

ROBERT LEON SMITH III, su juris, in proper persona,
Living man on the land,
Defendant.
_____/

## NOTICE TO JUDGE KENNETH A. MARRA OF ULTRA VIRES ACTIONS AND CONSTITUTIONAL VIOLATIONS

COMES NOW, Robert Leon Smith III, su juris, in proper persona, a living man, giving formal NOTICE to this Court and to Judge Kenneth A. Marra, in both his private and official capacities, of acts and conduct that appear to be without lawful authority, thereby acting *ultra vires*—beyond the scope of any delegated judicial power lawfully granted under the Constitution for the United States of America and the Organic Laws of the Union.

The record remains absent of any conclusive and verified evidence establishing lawful authority and jurisdiction over the living man, Robert Leon Smith III. It further appears that Judge Marra and the prosecution are operating in tandem under a presumption of authority rather than proven jurisdiction, in violation of due process rights protected by the Fifth and Sixth Amendments and the foundational principles of the Organic Laws, including the Declaration of Independence, the Northwest Ordinance of 1787, and the Constitution.

Despite timely and definitive notice to the Court of the **termination for just cause** of the so-called plea agreement, Judge Marra continues to conduct illegitimate proceedings, including scheduling and conducting a sentencing hearing **without a valid plea or verdict**. This act alone is void of lawful basis and is a clear abuse of discretion.

Further, an unlawful warrant was issued after this termination notice, even though the prosecution and Court had ample opportunity to rebut said notice or hold a hearing to resolve the matter. The continued silence and refusal to address the issue render any supposed agreement **void ab initio**, and all proceedings based on such agreement are **nullities**.

Such actions serve only to erode the confidence of the People in the impartiality and integrity of the judiciary. When a judge issues unlawful orders and presides over unauthorized proceedings, he is no longer functioning as a neutral arbiter but rather as a party to a vendetta, retaliating against the exercise of constitutionally secured rights.

**Marbury v. Madison**, 5 U.S. 137 (1803), confirms that **"an act of the legislature repugnant to the Constitution is void,"** and no public servant is above the law. All statutes, codes, and administrative policy apply to government personnel—not to the free and independent People whom the Constitution was ordained to protect.

This notice is submitted as a matter of public record, to preserve the rights of the living man, and to provide the Court an opportunity to correct its course and cease all further proceedings that are without lawful authority.

**Respectfully submitted,**

/s/ Robert Leon Smith III, su juris, in proper persona
A living man, beneficiary of the public trust
Dated: July 7, 2025

---

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE was sent to the Clerk of the United States District Court, Southern District of Florida, and served upon the United States Attorney's Office on this 7th day of July 2025.

/s/ Robert Leon Smith III
Robert Leon Smith III
su juris, in proper persona

| **Affidavit Of Individual Surety** (See instructions on page 4) | **OMB Control Number: 9000-0001** **Expiration Date: 1/31/2027** |
|---|---|

| State Of TEXAS | County Of ARCHER | ss. |
|---|---|---|

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. Name (First, Middle, Last) (Type or Print) ROBERT LEON SMITH III | 2A. Home Address (Number, Street, City, State, ZIP Code) PO BOX 853 ARCHER CITY TEXAS 76351 | |
|---|---|---|
| 3. Type And Duration Of Occupation SURETY/LIFETIME | | |
| | 2B. Telephone Number 940-378-5555 | 2C. Email Address smith32r@gmail.com |
| 4A. Name And Address Of Employer (Number, Street, City, State, ZIP Code) (If self-employed, so state) UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF FLORIDA 99 N.E. 4TH STREET MIAMI FLORIDA 33132 | 5A. Name And Address Of Individual Surety Broker Used (Number, Street, City, State, ZIP Code) Depoistority Trust Company 55 Water Street, New York NY 10041 | |
| | 5B. Surety Broker Email Address TIWSupport@dtcc.com | |
| 4B. Employer Email Address n/a | 5C. Home Telephone Number (619) 730-5394 | 5D. Business Telephone Number 866-855-4511 |
| 6A. Name And Address Of Financial Institution Submitting The Pledge Of Securities On Behalf Of Individual Surety (Number, Street, City, State, ZIP Code) State Of Michigan 430 West Allegan Street Richard H Huston Building 4th Floor | 6B. Financial Institution Email Address n/a | 6C. Routing Transit Number (RTN) n/a |
| | 6D. Contact Person Name n/a | 6E. Contact Person Telephone Number 888-767-6424 |
| | 6F. Contact Person Email Address n/a | |

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 28 (REV. 10/2023)**
Prescribed by GSA-FAR (48 CFR) 53.228(e)

7. The Following Is A True Representation Of The Assets I Have Pledged To The United States In Support Of The Attached Bond.  (List The Committee On Uniform Securities Identification Procedures (CUSIP) Number And Par (Face) Amount Of Each Security).

MICHIGAN BC # 75 046474/SP04912601
MICHIGAN BC AUTHENTICATION  # 20007009627607
UNITED STATES OF AMERICA AUTHENTICATION # 24008861-1
CASE # 9:23-cr-80211-KAM  amount $60,000,000.00
CASE # 23-80211-CR
CUSIP # 34115PCA1 N/A
CUSIP # 91282CHQ7 N/A.
USM# is 91598-510.  amount $700,000.00
#2504-0625-2005-B
KENNETH A MARRA BAR # 244139
OWEN DUNN BAR # A5503172
ANDREA SAVDIE BAR # A5502799
EVEN N SCHLOM BAR # A5503172
MICHEAL P MCCARTHY BAR # A5503274
EMILY M GURSKIS BAR # A5502499
GABRIELLE RAEMY CHAREST-TURKEN BAR # 15939
HAYDEN P O'BYRNE BAR # 60024
LORINDA LARYEA BAR # PHV04243

8. Identify All Liens, Judgements, Or Any Other Encumbrances Involving Subject Assets.

9:23-cr-80211-KAM
CUSIP # 34115PCA1
CUSIP # 91282CHQ7
USM# 91598-510
#2504-0625-2005-B

9. Identify All Bonds, Including Bid Guarantees, For Which The Subject Assets Have Been Pledged Within Three Years Prior To The Date Of Execution Of This Affidavit.

case number 9:23-cr-80211-KAM

**Documentation Of The Pledged Asset Must Be Attached.**

| 10.  Signature | 11.  Bond And Contract To Which This Affidavit Relates (where appropriate) |
|---|---|
|  | 9:23-cr-80211-KAM & # 75 046474/SP04912601 |

**12.  Subscribed And Sworn To Before Me As Follows:**

| a.  Date Oath Administered | | | b.  City And State (or other jurisdiction) | | Official Seal |
|---|---|---|---|---|---|
| Month | Day | Year | | | |
| c.  Name And Title Of Official Administering Oath (type or print) | | | d.  Signature | e.  My Commission Expires | |

Instructions

1. Individual sureties on bonds executed in connection with Government contracts must complete and submit this form with the bond.  (See Federal Acquisition Regulation (FAR) 28.203, 53.228(e).) The surety must have the completed form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as an individual surety (i.e. must be a natural person).  Likewise, members of a partnership are not acceptable as sureties on bonds that a partnership or an association, or any co-partner or member thereof, is the principal obligor.  An individual surety will not include any financial interest in assets connected with the principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when the contract is awarded in the United States.  However, when the Contracting Officer is located in an outlying area or a foreign country, the individual surety is only required to be a permanent resident of the area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals.  Affidavits bearing reproduced signatures are not acceptable.  An authorized person must sign the bond.  Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995.  You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number.  The OMB control number for this collection is 9000-0001.  We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions.  Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to:  U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC  20405.

COPY

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| United State of America | | ] Case |
| | Plantiff | ] |
| VS | | ] 9:23-cr-80211-KAM |
| | | ] |
| We the People | | ] |
| Robert Leon; Smith | | ] |
| | Respondent in error | ] |

Submitted by robert leon; house of smith without UNITED STATES/STATE OF TEXAS
C/O PO Box 853
Archer City, Texas

Comes now robert leon; house of smith, a lawful man, a Real Party in Interest in this matter, appearing specially under "restricted appearance" (Rule E. 8 of the Supplemental Rules for Certain Admiralty and Maritime Claims) exercising his right to Petition the general government for relief of claims made against my estate under presumption of my death.

## Affidavit of Life

i, robert leon; house of smith, a man, Affiant, being over the age of eighteen years, competent to witness do state for the public record the following;

1. That the public record on file with the MichiganVital Statistics, 333 S Grand Ave Landing Michigan, shows that the entity kown as Robert Leon Smith III took the first breath of life on theTwenty-First day of the month of April in the year one thousand nine hundred and seventy-five (April 21, 1975), and ;

2. That as of the date of this Affidavit of Life the entity known as Robert Leon Smith III is still alive and breathing, and;

3. Since the twenty-first day of the month of April in the year one thousand nine hundred and seventy-five (April 21, 1975) the Affiant has not surrencered nor abandoned any claims of life nor any and all claims of estate to include but not limited to ROBERT LEON SMITH III also known as ROBERT SMITH, ROBERT LEON SMITH and any derivative thereof;

**Exhibit A**

COPY

Corpus Juris Secundum
Section 16, Page 711
Jurisdictional Requisites – Fact of Death

The death of the person on whose estate administration is sought is a jurisdictional requisite. While the presumption of death arising from absence may present a prima facia case sufficient to warrant a grant an administration, if it subsequently developes that such person is in fact alive, the administration is void.

It is absolutely essential to the jurisdiction of the administration of an estate, that the person on whose estate such administration is granted, is dead. *Withers v Root, 146 Kan.822, 73 P2d 1113 (1937) Pollock v Wuntch, 116 S. W. 2d 796, Tex. Civ. App. Texarkana 1938) State ex rel. Brisbin v Frater, 1 Wash. 2d 13, 95 P.2d 27 (1939).* A living person has no estate subject to probate, and there is no vested right of inheritance in the estate of a living person. *Randall v Travelers Cas. & Sur. Co., 2006 OK 65, 145 P3d 1048 (Okla. 2006).* Any administration on the estate of a living person is void. *Bank of Jonesboro v Wilson, 43 Ga. App. 839, 160 S.E. 653 (1931), Withers v Root, 146 Kan.822, 73 P2d 1113 (1937), In Re Clemens' Estate, 174 Misc. 1052, 22 N.Y.S. 2d 168, (Sur. Ct. 1940), Winter v Klein-Schultz, 1938 OK 47, 182 Okla. 231, 76 P2d 1051 (1938)* Production of body not required *Philpott v. Vesta Coal Co., 21 F. Supp. 37 (W.D. Pa. 1937).*

**Exhibit B**

 

Cestui Que Vie Act 1666
1666 CHAPTER 11 18 and 19 Cha 2

An Act for Redresse of Inconveniencies by want of Proofe of the Deceases of Persons beyond the Seas or absenting themselves, upon whose Lives Estates doe depend.

X1Recital that Cestui que vies have gone beyond Sea, and that Reversioners cannot find out whether they are alive or dead.

Whereas diverse Lords of Mannours and others have granted Estates by Lease for one or more life or lives, or else for yeares determinable upon one or more life or lives And it hath often happened that such person or persons for whose life or lives such Estates have beene granted have gone beyond the Seas or soe absented themselves for many yeares that the Lessors and Reversioners cannot finde out whether such person or persons be alive or dead by reason whereof such Lessors and Reversioners have beene held out of possession of their Tenements for many yeares after all the lives upon which such Estates depend are dead in regard that the Lessors and Reversioners when they have brought Actions for the recovery of their Tenements have beene putt upon it to prove the death of their Tennants when it is almost impossible for them to discover the same, For remedy of which mischeife soe frequently happening to such Lessors or Reversioners.

"Chap. 854. – An Act to establish a code of law for the District of Columbia."
"The Legal Estate to be in Cestui Que Use" Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432 (1901)

31 CFR 363.6
"Individual means a natural person.

Minor means an individual under the age of 18 years. The term minor is also used to refer to an individual who has attained the age of 18 years but has not yet taken control of the securities contained in his or her minor account.

Court means a court of law with jurisdiction over the parties and the subject matter.

Entity means any owner of a Treasury Direct account that is not an individual. Entity is a sole proprietorship, partnership, corporation, limited liability company or professional limited liability company, trust, the estate of a decedent, or the estate of a living person such as an incompetent or a minor."

4.  The attachments (Exhibit A and Exhibit B) to this affidavit are considered as Points and Authorities of Law, and;

5.  Further Affiant sayeth naught;

I, Robert Leon; house of Smith III do affirm that I have read the above affidavit and do know the contents to be true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

_7-7-25_                        _Robert Leon Smith III_____L.S.
Date                                     Robert Leon Smith III

Right thumb print

## Witesses

We, the undersigned witnesses, attest that we individually and collectively know the entity known as Robert Leon; house of Smith to be alive and breathing and that he is not lost beyond the sea, but walks among us upon the land, and that we did witness him affix his signature to the above AFFIDAVIT OF LIFE and also to place his right thumb print in his own blood upon this document.

_____
Courtney Tunoe
General Post Office
Wichita Falls, Texas

_____
Landon Smith
General Post Office
Archer City, Texas

_____
Chance Warren
General Post Office
Archer City, Texas

_____
Jaedin Kim
General Post Office
Lakeside City, Texas

_____
Adelyn Harvey
General Post Office
Archer City, Texas

_____
Noah Cornell
General Post Office
Archer City, Texas