UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:23-cr-80211-KAM

UNITED STATES OF AMERICA,
　Plaintiff,

v.

ROBERT LEON SMITH III,
　Defendant.
_____/

FILED BY___cos___ D.C.

JUL 08 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## NOTICE OF TERMINATION OF EDWARD REAGAN FOR INEFFECTIVE ASSISTANCE OF COUNSEL
## AND OBSTRUCTION OF DEFENDANT'S CONSTITUTIONAL RIGHTS

COMES NOW, the living man, Robert Leon Smith III, su juris, in proper persona, and hereby gives formal notice to this Court that Edward Reagan is hereby terminated and discharged from any further participation as "standby counsel" or otherwise, for ineffective assistance of counsel, complicity with the Court's misconduct, and participation in an unlawful concealment of jurisdictional and financial records.

1. Ineffective Assistance & Failure to Act in Good Faith
Mr. Reagan has repeatedly failed and/or refused to upload motions and filings as directed by the Defendant, thereby obstructing the Defendant's right to develop and preserve the record. His failure to file jurisdictional and constitutional challenges is a direct violation of the Sixth Amendment.

2. Use as a Court Buffer to Avoid Proof of Authority
Mr. Reagan is being used as a buffer by this Court and Judge Kenneth A. Marra to block challenges to the Court's lawful authority, including multiple demands for proof of authority such as: SF-61 Appointment Affidavits, IRS Form 56, and the Article VI Oath of Office required of all judicial officers.

3. Failure to Demand Proof of Jurisdiction and Protect Defendant's Rights
Mr. Reagan has allowed the Court and prosecution to avoid proving subject matter, personal, and territorial jurisdiction, as well as the bonding and fiduciary disclosures of the prosecution, including their own SF-61s and Form 56s.

4. Possible Conspiracy with the Court and Prosecution
The Court is compensating Reagan, and his conduct strongly suggests a conspiracy between Reagan, Judge Marra, and the U.S. Attorney to deprive the Defendant of his protected rights to life, liberty, and property.

5. Obstruction of Financial Transparency and Evidence of Fraud
It is further believed that Mr. Reagan is being used to conceal the financial mechanisms behind this proceeding — including whether this case has been monetized, securitized, or otherwise financially leveraged using the Defendant's name and estate without consent or knowledge, which constitutes fraud.

6. Failure to Disclose Bonds, CUSIP Numbers, and Securities
The Court has refused to disclose whether bonds, CUSIP identifiers, or other financial instruments have been created from this case. The use of Reagan to sidestep these disclosures may implicate this Court in a broader financial crime.

7. Pattern of Concealment, Obstruction, and Denial of Due Process
The Court, Judge Marra, and the prosecution have failed to respond to repeated, lawful demands for proof of jurisdiction, bonding, and lawful authority, and Mr. Reagan has acted to obstruct those efforts.

8. Unlawful Sentencing Hearing and Warrant
Judge Kenneth A. Marra, according to Mr. Reagan, has issued both a sentencing hearing and an arrest warrant unlawfully, without proving lawful jurisdiction or responding to pending jurisdictional objections.

9. Ongoing Jurisdictional Challenge Before the 11th Circuit
This Court, and Judge Marra specifically, has been formally challenged to the U.S. Court of Appeals for the Eleventh Circuit. Despite this, Judge Marra refuses to stay proceedings pending that appeal, and is now attempting to exercise unlawful and disputed authority.

10. Irreparable Harm and Color of Law Violations
Any further actions taken by Judge Marra or this Court, without first proving lawful jurisdiction and resolving the appellate challenges, shall be deemed as acts committed in his private capacity. Such actions may subject Judge Marra and others to civil and criminal liability under 18 U.S.C. §§ 241 and 242.


DEMAND FOR IMMEDIATE ACTION:
- Defendant demands that the arrest warrant be TERMINATED IMMEDIATELY.
- Defendant demands that all proceedings be stayed until jurisdictional and constitutional challenges are resolved.
- Defendant reserves the right to initiate civil actions and criminal complaints against any officer or agent acting without lawful, verifiable authority.
- Let the record reflect that any further act without such authority shall be deemed willful trespass and coercion, under color of law and without legal immunity.


Respectfully submitted,

/s/ Robert Leon Smith III
su juris, in proper persona
PO Box 853
Archer City, Texas 76351
(940) 378-5555
Date: July 7, 2025

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via U.S. Mail and/or ECF filing to the Clerk of Court and all interested parties on this 7th day of July, 2025.

AFFIDAVIT OF STATUS
OF ROBERT LEON SMITH III
su juris, in proper persona

State of Texas
County of Archer

I, Robert Leon Smith III, being of sound mind and over the age of 21, do solemnly affirm and declare the following is true, correct, and complete to the best of my knowledge, understanding, and belief:

## 1. STATUS OF THE AFFIANT
- I am a living, breathing man, created by the Creator, and not a corporate fiction, ens legis, or artificial entity.
- I am not a U.S. citizen, federal subject, resident alien, decedent, trust, estate, or corporate franchise.
- I am su juris, acting in proper persona, and not a "pro se" litigant or ward of the court.
- My lawful Christian name is Robert Leon Smith III; any resemblance to ROBERT LEON SMITH III, the all-caps artificial entity, is coincidental and not consented to unless proven by verified contract.
- I am domiciled within the geographic landmass known as Texas, a member State of the Union, and not within the territorial jurisdiction of Washington, D.C., its territories, or any federal enclave.

## 2. JURISDICTIONAL POSITION
- I do not consent to nor accept any adhesion contracts, presumptions of agency, or compelled benefits from any foreign or corporate body politic including but not limited to:
- - The "United States" as defined in 28 U.S.C. § 3002(15),
- - The "United States District Court" as an Article I tribunal,
- - The Internal Revenue Service (IRS) or any corporate enforcement body.
- I am a private American national, one of the People as referenced in the Preamble to the Constitution for the United States of America (1787), endowed with all unalienable rights secured by the Organic Laws, including but not limited to:
- - The Declaration of Independence (1776),
- - The Articles of Confederation (1781),
- - The Northwest Ordinance (1787),
- - The Constitution for the United States of America (1787),
- - The Bill of Rights (1791).



### 3. AFFIRMATION OF RIGHTS AND NOTICE OF STANDING

- I retain full title and dominion over my body, labor, property, and name.
- I do not knowingly or voluntarily enter into any contract, adhesion agreement, surety bond, or financial obligation with the UNITED STATES or its franchises.
- Any such presumption of consent, participation, or submission to administrative or admiralty jurisdiction is expressly rebutted.
- I do not waive any rights at any time and do not submit to any foreign or commercial jurisdiction unless proven by valid, bilateral, and verified contract, signed with full disclosure and lawful consideration.
- My participation in any court, administrative, or legal proceeding is under protest, and for the record only, without granting jurisdiction.

### 4. NOTICE TO AGENTS IS NOTICE TO PRINCIPALS

- Let this Affidavit serve as public notice to all persons, agencies, courts, corporations, and entities that:
- - I am not lost at sea, not a minor, and not a fiction.
- - I stand as a man on the land, not in commerce, and require proof of any lawful claim against me.
- Failure to rebut this Affidavit with point-by-point evidence, under oath, within 10 days shall constitute tacit agreement and admission that:
- - The Affiant is a private man,
- - There exists no lawful claim or jurisdiction over the Affiant absent consent,
- - All proceedings taken under false presumption of jurisdiction are fraudulent and void ab initio.

Further Affiant sayeth naught.

_Robert Leon Smith III_ BY Attorney In Fact _[signature]_
BY Attorney In Fact Courtney Michelle Janor

Robert Leon Smith III
su juris, in proper persona
Date: ___ July 2025

ACKNOWLEDGMENT

State of Texas
County of Wichita

COPY

Subscribed and sworn to before me this 7th day of July 2025, by Robert Leon Smith III, who personally appeared before me, known to me to be the living man described herein, and affirmed that the foregoing is true and correct.

_____
Notary Public

My Commission Expires: 3-31-2028