IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-80211-cr-KAM

FILED BY  **COS**  D.C.

JUL 08 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## MOTION TO DEMAND VERIFIED COMPLAINT AND IDENTIFICATION OF INJURED PARTY

*(Challenge to Jurisdiction and Standing)*

**Comes now** the living man, **Robert Leon Smith III**, su juris, in proper persona, a private American national and beneficiary of the Organic Laws of the United States of America, not a corporate fiction or artificial entity, and hereby demands the Plaintiff, namely the "United States," to produce the following:

### 1. VERIFIED COMPLAINT FROM A COMPETENT FACTUAL WITNESS

This Court is hereby noticed that no verified complaint signed under penalty of perjury by an injured party or competent fact witness has been presented into the record. Under **Federal Rules of Criminal Procedure, Rule 3**, a criminal proceeding must be based upon a valid complaint sworn to by a factual witness with personal knowledge.

**FRCP Rule 3**: *"The complaint is a written statement of the essential facts constituting the offense charged. It must be made under oath before a magistrate judge or, if none is reasonably available, before a state or local judicial officer."*

The prosecution has failed to present any **first-hand factual affidavit** from a natural, living injured party who claims harm, loss, or injury as a result of the alleged actions of the Defendant.

### 2. IDENTIFICATION OF INJURED PARTY WITH LEGAL STANDING

The United States government, as a fiction of law, cannot claim to be an injured party unless acting as a proxy for a living man or woman who has suffered actual injury. **Crimes require corpus delicti — a body of the crime — meaning actual harm must be alleged and evidenced.**

Without a flesh-and-blood injured party with a valid claim for injury to person or property, this prosecution is without standing, authority, or subject-matter jurisdiction.

**Supreme Court precedent (Hale v. Henkel, 201 U.S. 43 (1906))** confirms that:
*"The individual may stand upon his constitutional rights as a citizen... He owes nothing to the public so long as he does not trespass upon their rights."*

### 3. CHALLENGE TO SUBJECT-MATTER JURISDICTION

Absent a verified complaint and identified injured party, the Plaintiff lacks standing and the Court lacks subject-matter jurisdiction. **Any further proceeding without jurisdiction is void ab initio and constitutes fraud.**

### 4. DEMAND FOR IMMEDIATE DISMISSAL IF NO VERIFIED COMPLAINT IS PRODUCED

Accordingly, the Defendant demands this Honorable Court order the prosecution to produce the following within 7 days:

- A verified complaint made under oath by an injured party;
- The name, address, and sworn affidavit of the injured party;
- Evidence of actual harm, loss, or injury to person or property;
- Proof of standing and lawful initiation of proceedings.

Failure to comply shall be construed as admission that no injured party exists and that this action is being prosecuted in violation of due process, under simulated legal process, and must be immediately dismissed with prejudice.

### PRAYER FOR RELIEF

The Defendant respectfully prays that this Court:

1. Compel the Plaintiff to produce a verified complaint and proof of an injured party;
2. Suspend all proceedings until jurisdiction is lawfully established;
3. Dismiss this case with prejudice if no injured party or lawful complaint exists;
4. Grant any such other relief as equity and good conscience may require.

Respectfully submitted,

*/s/ Robert Leon Smith III*
**Robert Leon Smith III**
su juris, in proper persona

PO Box 853
Archer City, Texas
(940) 378-5555

Dated: July 7, 2025

**Certificate of Service:**

I hereby certify that a true and correct copy of the foregoing has been mailed to all appropriate parties on this 7th day of July, 2025.