UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

West Palm Beach Division

Case No. 9:23-cr-80211-KAM

Judge Kenneth A. Marra



FILED BY _ces_ D.C.

JUL 08 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

# VERIFIED AFFIDAVIT AND NOTICE TO THE COURT
## REGARDING STANDBY COUNSEL OBSTRUCTION, JURISDICTIONAL DEFECTS, AND CONSTITUTIONAL AUTHORITY

COMES NOW the living man, Robert Leon Smith III, appearing specially, sui juris, in propria persona, and not as a corporate entity or fiction, and hereby gives this Verified Affidavit and Notice under penalty of perjury:

1. I appear by special appearance only, expressly reserving all rights, without granting jurisdiction by general appearance, and with full reservation of rights under UCC 1-308 and the Constitution for the United States of America.

2. The court-appointed standby counsel has willfully refused to file motions, notices, and legal challenges that I, the living man, have directed. These include but are not limited to:
   - Objections to the territorial, subject matter, and personal jurisdiction of this court;
   - Demands for the Article VI oath of office by all actors;
   - Requests for disclosure of financial instruments involving the NAME "ROBERT LEON SMITH III."

3. This pattern of obstruction raises the serious question:
   > Is the court utilizing standby counsel to protect itself from answering direct challenges to its jurisdiction, its commercial nature, and its failure to follow constitutional procedure?

4. I affirm that no delegation of authority has been granted to standby counsel to override my lawful instructions. Any such unauthorized actions violate my Fifth and Sixth Amendment rights and constitute obstruction and misrepresentation before the court.

5. The prosecution has failed to prove the following essential elements:
   - Subject Matter Jurisdiction: No Article III judicial authority has been demonstrated;
   - Personal Jurisdiction: No lawful nexus has been shown between the living man and

any alleged contract or crime;
  - Territorial Jurisdiction: No lawful cession of land has been provided to prove the
United States owns or governs the land where this court operates or alleged crimes
accrued.

6. The prosecution has also failed to produce required documents establishing lawful
authority to act, including:
  - SF-61 (Appointment Affidavit) signed and filed as required by federal law;
  - IRS Form 56 (Notice of Fiduciary Relationship), proving fiduciary obligation and
lawful capacity to represent the United States.

7. Likewise, Judge Kenneth A. Marra has refused and/or failed to produce:
  - A signed SF-61 Appointment Affidavit as required to lawfully hold public office;
  - A valid Form 56 establishing fiduciary capacity and accountability to the public trust.

8. Additionally, I affirm that no evidence has been produced that the land on which the
United States District Court for the Southern District of Florida sits has been lawfully
ceded by the "State of Florida" in accordance with Article I, Section 8, Clause 17 of the
Constitution.
  > Said clause states: "To exercise exclusive Legislation...over all Places purchased by
the Consent of the Legislature of the State in which the Same shall be, for the Erection of
Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings."
  Without such lawful cession, the court lacks territorial jurisdiction, and any proceedings
are occurring under color of law only.

9. I have lawfully requested all evidence regarding:
  - Trusts or commercial paper tied to the NAME "ROBERT LEON SMITH III";
  - CUSIP numbers, bonds, or securities created by this case;
  - Proof of lawful contract or consent;
  None of the required documentation has been produced. This suggests constructive
fraud and forced suretyship in violation of due process.

10. I do not consent to this commercial process or administrative tribunal masquerading
as a constitutional court. I am the living man, not the artificial person, and demand all
rights, protections, and due process under natural law and the Organic Laws of the United
States of America.

ACCORDINGLY, I DEMAND ON THE RECORD:
- Judge Kenneth A. Marra produce a signed and filed lawful Article VI oath of office and
SF-61 as required.  Along with George W Bush Article VI oath to appoint "judges"
-The prosecution file a valid Form 56 or SF-61, establishing lawful fiduciary authority to
act.
- Under what authority is standby counsel permitted to block filings from the living man?

- Produce the documentation where the "State of Florida" lawfully ceded the land where this court sits under Article I, Section 8, Clause 17 and provide the evidence.
- Provide all financial exploitation of the NAME "ROBERT LEON SMITH III" through bonds, securities, or instruments created via this case (9:23-cr-80211-KAM)
- Prove this court is an Article III court or is it operating under Article I legislative/administrative power?

Failure to answer shall constitute tacit admission that this court and prosecution are operating outside constitutional bounds, without proper jurisdiction, and potentially in violation of fiduciary law and due process.

I, Robert Leon Smith III, the undersigned living man, affirm under penalty of perjury under the laws of the united States of America that the foregoing is true, correct, and complete to the best of my knowledge, belief, and firsthand experience.

Executed this 7th day of July 2025.

By: _[signature]_
Robert Leon Smith III
Sui Juris, In Propria Persona
Attorney-in-Fact
By Special Appearance Only
PO Box 853
Archer City, Texas 76351
Phone: (940) 378-5555
State of Texas
County of _Wichita_

On this _7th_ day of July, 2025, before me, the undersigned Notary Public, personally appeared Robert Leon Smith III, known to me or satisfactorily proven to be the living man who executed the foregoing Verified Affidavit and Notice, and acknowledged that he executed the same as his free act and deed for the purposes stated therein.

Notary Public Signature: _[signature]_
Printed Name: _Angela Elaine Miller Smith_
My Commission Expires: _3-31-2028_
[Seal]

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2025, I served a true and correct copy of the foregoing Verified Affidavit and Notice via U.S. Mail, postage prepaid, and/or hand delivery to:

Office of the United States Attorney
Southern District of Florida
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401

Executed in good faith,

Robert Leon Smith III
Sui Juris, In Propria Persona
Attorney-in-Fact
By Special Appearance Only

Submitted by robert leon; house of smith without UNITED STATES/STATE OF
TEXAS
With a Postal Address of;
General Post office, ZIP CODE EXEMPT
C/O PO Box 853
Archer City, Texas
Non-Domestic Mail, Without the Pope's United States, Inc.

---

## Mandatory Judicial Notice of 12 Presumptions

all the facts stated herein are true, correct, complete, are not hearsay, are not
misleading, but are admissible as evidence, if not rebutted and proven inaccurate,
and if testifying, i shall so state;

i am a flesh and blood man, and a sovereign individual and in a collective capacity
with others sovereigns;

i have standing capacity to act as to the lawful matters herein;

i have personal, executive and documented knowledge of the facts stated herein;

i have no firsthand knowledge of my date of birth except to say that i was told that
i was born, on or about the year one thousand nine hundred and fifty-seven. any
evidence anywhere about my birth is hearsay evidence and inadmissible evidence
in any court because both of my parents, and the attending physician at the time,
are now dead and i have not had an opportunity to cross examine them in court to
determine the veracity of their evidence. having said that, i do remember finishing
high school in the year one thousand nine hundred and seventy five therefore i am
well past the age of majority;

in absence of contrary evidence i am a free man on the soil of Texas and other American states from time to time, and

a     devoid of any knowledge of surrendering or volunteering myself as a government employee, or

b     to the armed forces of any country, and

c     devoid of any knowledge of surrendering myself to the District of Columbia and their US citizen scam, or their cestui que trust scam, or their Vatican corporation or fictitious entity scam, as found in the <u>Affidavit of Corporate Denial 062013</u> which is recorded with the Pinal County Recorder at <u>Fee Number 2013-032373</u>,

and hold any respondents to the strictest proof to the contrary;

i have many good and honorable servants that work for governments on turtle island, at various levels, and i have no idea what they get paid, but in my opinion, it is not enough, because we need people to hunt down thieves and murderers, and keep the peace, and i am cognizant of my duty to come to their aid when needed, but when they perjure their oaths and engage in unlawful activity, it is my <u>duty</u> to bring their crimes to light, and to do everything i can to make sure they are brought to justice;

the use of any statutes, codes, rules, regulations, or court citations, within any document created by me, at any time, is only to notice that which is applicable to government officials, and is not intended, nor shall it be construed, to mean that i have conferred, submitted to, or entered into any jurisdiction alluded to thereby;

Wil Livingston (ratified *This Constitution for the United States of America* on behalf of New Jersey (1787)) is my fourth great uncle, which means I am posterity as found in the Preamble

> *WE THE PEOPLE of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and <u>secure the Blessings of Liberty to ourselves and our Posterity</u>, do ordain and establish this Constitution for the United States of America. [emphasis added]*

and I am entitled to right of blood, and no civil law can destroy right of blood, because all of the laws of Congress and all the laws of Texas are civil laws

> *"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768,*

and this Court is operating under power which is derived from me, as *posterity*, and the maxim says: *"the power which is derived cannot be greater than that from which it is derived,"*

> *"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition,*

therefore, it is impossible for me to give any of these Wrongdoers, or their BAR member handlers, or this Court, any authority over me, and John Marshall, the Chief Judge of the legislative inferior Supreme Court of the United States agreed, and said it is impossible for me to *<u>confer a sovereignty which will extend over</u>* me

> *The sovereignty of a State extends to everything which exists by its own authority or is introduced by its permission, <u>but does it extend to those means which are employed by Congress to carry into execution powers conferred on that body by the people of the United States? We think it demonstrable that it does not.</u> Those powers are not given by the people of a single State. They are given by the people of the United States, to a Government whose laws, made in pursuance of the Constitution, are declared to be supreme. <u>Consequently, the people of a single State cannot confer a sovereignty which will extend over them.</u> McCulloch v. Maryland 17 U.S. 316 [emphasis added]*

and I am exempt from these Wrongdoers and their Vatican corporation and their BAR member handlers *"....not because of any formal conception or obsolete*

*theory, but on the logical and practical ground that there can be no legal Right as against the authority that makes the law on which the Right depends."* Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907), and I require this Court to regulate their property under Article IV, Section 3, Clause 2, *"The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States;...."*, which is the supreme law of the land, *"anything in the Constitution or laws of any State to the contrary notwithstanding"*. Article VI, Clause 2, Constitution for the United States of America, and "We the People" fail to be US citizens because a Fourteenth Amendment US citizen failed to exist when the Constitution was written.

> *"The term, citizens of the United States, must be understood to intend those who were citizens of a State, as such, after the Union had commenced, and the several States had assumed their sovereignties. Before this period there was no citizens of the United States." Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819)*

and a US citizen is a fiction of law

> *"...it might be correctly said that there is no such thing as a citizen of the United States. ..... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing." Ex Parte Frank Knowles, 5 Cal. Rep. 300;*

> *(e) DEFINITIONS.-As used in this section-*
> *(1) the term "United States business" means-*
> *(A) a United States citizen;*
> *(B) a corporation, partnership, or other association created under the laws of the United States or of any State (including the District of Columbia or any commonwealth, territory, or possession of the United States); or*
> *(C) a foreign corporation, partnership, or other association, more than 95 percent of which is owned by persons described in subparagraphs (A) and (B);*
> *102 Stat. 1344 Public Law 100-418 Aug 23, 1988*

and a US citizen under the so-called Fourteenth Amendment was created by what is now the Pope's owned and operated Congress under the Pope's Canon Law

> *"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29*

*"The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress." U.S. v. Anthony 24 Fed. 829 (1873)*

and BAR is an acronym and stands for British Accredited Regency

*regency. 1. The office or jurisdiction of a regent or body of regents. 2. A government or authority by regents. 3. The period during which a regent or body of regents governs.*

*regent. 1. A person who exercises the ruling power in a kingdom during the minority, absence, or other disability of the sovereign. 2. A governor or ruler. Black's Law Dictionary 8th Edition, page 4010*

because all BAR members are appointed by Inns of Court

*INNS OF COURT - "These are certain private unincorporated associations, in the nature of collegiate houses, <u>located in London</u>, and invested with the <u>exclusive privilege of calling men to the bar</u>;..." Black's Law Dictionary, 5th Edition page 709.*

which is located in the Pope's owned and operated dependent City State located in the City of London, called the Kingdoms of England and Ireland, now known as United Kingdom, and, *The Crown*, since the *Concessions of England to the Pope, (1213)*

*"... we will and establish perpetual obligation and concession we will establish that from the proper and especial revenues of our aforesaid kingdoms, for all the service and customs which we ought to render for them, saving in all things the penny of St. Peter, <u>the Roman church shall receive yearly a thousand marks sterling</u>, namely at the feast of St. Michael five hundred marks, and at Easter five hundred marks-seven hundred, namely, for the kingdom of England, and three hundred for the kingdom of Ireland..."* Concessions of England to the Pope (1213)

because King John gave them to the Pope and agreed to rent them back for a thousand Marks sterling per year

*"And, not long after this, by a general excommunication of the king and people for several years, because they would not suffer an archbishop to be imposed on them, [King] John was reduced to such straits, that he surrendered his kingdoms to Pope Innocent III, to receive them again, and hold them of him under the rent of a thousand marks." Tomlins Law Dictionary 1835 Edition, Volume 2, under the definition of POPE*

which means all BAR members are foreign agents of the Vatican, which is why they are here under the *Foundation of the Federal BAR Association 35 USC 70501*

*through 70512,* claiming immunity under the *International Organization Immunity Act of 1945, (59 Stat. 669)* and the Pope's owned and operated dependent City State in the City of London called *United Kingdom* and *The Crown* created the *Cestui que Vie Act of 1666*

> "*Yet still it was found difficult to set bounds to ecclesiastical ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the use of the religious houses; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, who was held by the courts of equity (then under the direction of the clergy)* to be bound in conscience to account [tax] to his *cestui que use* for the rents and emoluments of the estate: *and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing.*" Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain [emphasis added]

which was brought into America, first, with the Pope's 1871 Municipal Corporation *16 Stat. 419*

> ""*Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called "municipal" law,* to distinguish it from the "law of nature," and from international law. See Bowyer, Mod. Civil Law, 19; Sevier v. Riley, 189 Cal. 170, 244 P. 323, 325" Black's Law Dictionary, Revised 4th Edition, page 312, [emphasis added]

and then with the Code of Law for the District of Columbia in 1901

> "Chap. 854. – An Act to establish a code of law for the District of Columbia."
> "*The Legal Estate to be in Cestui Que Use*" Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432

which is now codified at *31 CFR 363.6*, and are unconstitutional because municipal law is the law of the dependent Papal ecclesiastical city states

> "3. Civil or municipal law, is that which every sovereign kingdom or state has appropriated to itself. *The appellation of municipal was originally confined to the laws of municipia or dependent states:* but it came by degrees to signify all civil laws without distinction. No sovereign state can subsist without a supreme power, or a right of commanding in the last resort; the supreme power of one age cannot therefore be fettered by any enactment of a former age, otherwise it would· cease to be supreme. Hence the law last in date derogates from prior laws." Encyclopedia Britannica, or a New Dictionary of Arts and Sciences, 1771, Volume 2, Page 883

> *"ROMAN OR PAPAL STATES; stretch across the central part of the Italian peninsula, in an oblique direction, from the Adriatic to the Mediterranean, and between Tuscany, Modena, and Lombardy, on the N. W., and Naples on the S. E., Area, 17,822 sq. miles. Population in 1833, 2,742,000. Capitol, Rome, pop. 153,000. Government, an elective monarchy, the pope for the time being the absolute sovereign, with a consulting assembly of cardinals."* Waterston Encyclopedia of Commerce and Mercantile Law, 1863 page 582

> *"ROME, the capital of the pope's territories and of Italy, and anciently the millress of the Roman Empire. E. Lon. 13⁰ N. Lat. 41⁰ 45'. Rome is still a large and fine city, though not to be compared to ancient Rome; the streets are spacious, and magnificently built; it has five bridges over the Tiber, twenty gates, three hundred churches, and a vast number of palaces, convents, triumphal arches, pillars, obelisks, statues, theatres, etc."* 1773 Encyclopedia Britanica, Volume 3, page 632

and was also called Canon Law

> *"5. The <u>civil or Roman and canon law</u>, though they are not perhaps to be deemed proper parts of our written law, have undoubtedly had the greatest influence in Scotland. The power exercised by our sovereigns and judges, have been justified upon no other ground, than that they were conformable to the <u>civil or canon laws</u>; and a special statute was judged necessary, upon the reformation, to rescind such of their constitutions as were repugnant to the Protestant doctrine. From that period, the canon law has been little respected, except in questions of tithes, patronages, and some few more articles of ecclesiastical right: But the Roman continues to have, great authority in all cases where it is not derogated from by statute or custom and where the genius of our law suffers us to apply it."* Encyclopedia Britannica, or a New Dictionary of Arts and Sciences, 1771, Volume 2, Page 883

which is now the Vatican and it continues to this day

> *"The sovereignty and exclusive jurisdiction over the Vatican City, which Italy recognizes as appertaining to the Holy See, forbid any intervention therein on the part of the Italian Government, or that any authority other than that of the Holy See shall be there acknowledged."* The Lateran Pact, Article 4, 1929

unconstitutional because of Article I in Amendment *"Congress shall make no law respecting an establishment of religion…"* and is unconstitutional because this is what precipitated the War of Independence

> *"…statutes have been passed extending the courts of admiralty and vice-admiralty far beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property……..<u>to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial</u>……..and for altering fundamentally the form of government established by charter. We saw the misery to which such despotism would reduce us."* Causes and Necessity for Taking up Arms (1775)

and the Organic Law of the Declaration of Independence shows it was listed as

reasons for Declaration of Independence from the Pope's owned and operated

tyrant

> *"He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation:"*
> *"For transporting us beyond Seas to be tried for pretended offences"*
> *"For imposing Taxes on us without our Consent:"*
> *"For depriving us in many cases, of the benefits of Trial by Jury:"*
> *"For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments:"*
> *"He has abdicated Government here, by declaring us out of his Protection and waging War against us." Declaration of Independence (1776)*

and *"He has combined with others to subject us to a jurisdiction foreign to our*

*constitution and unacknowledged by our laws…."*, is talking about the Pope's

Roman Law, and the Minor Estate (31 CFR 363.6) / US citizen, which is an entity

because an entity includes *the estate of a living person such as an incompetent or a*

*minor.*

> *Entity means any owner of a Treasury Direct account that is not an individual. Entity is a sole proprietorship, partnership, corporation, limited liability company or professional limited liability company, trust, the estate of a decedent, or the estate of a living person such as an incompetent or a minor. 31 CFR 363.6*

and a Minor can be *anyone over the age of 18 years who has failed to take control*

*of the securities in the treasury Direct Account*

> *Minor means an individual under the age of 18 years. The term minor is also used to refer to an individual who has attained the age of 18 years but has not yet taken control of the securities contained in his or her minor account. 31 CFR 363.6*

and a Minor Estate (31 CFR 363.6) / US citizen is a fiction of law which was

*"invented by the Roman Praetors…under the pretence of doing equity…"*

> *" Fictions of Law - 3. Fictions were invented by the Roman praetors, who, not possessing the power to abrogate the law, were nevertheless willing to derogate from it, under the pretence of doing equity. Fiction is the resource of weakness, which, in order to obtain its object, assumes as a fact, what is known to be contrary to truth: when the legislator desires to accomplish his object, he need not feign, he commands. Fictions of law owe*

> *their origin to the legislative usurpations of the bench. 4 Benth. Ev. 300." Bouvier's Law Dictionary, 1856 Edition, page 520*

and *"Fictions of law owe their origin to the legislative usurpations of the bench."*

which is necromancy and Satanic

> *10 There shall not be found among you any one that maketh his son or his daughter to pass through the fire, or that useth divination, or an observer of times, or an enchanter, or a witch,*
> *11 Or a charmer, or a consulter with familiar spirits, or a wizard, or a necromancer.*
> *12 For all that do these things are an abomination unto the LORD: and because of these abominations the LORD thy God doth drive them out from before thee. Deuteronomy 18: 10-12 King James Version*

which puts you under the Commerce Clause (Article 1, Section 8, Clause 3) in

violation of Article 1, Section 8, Clause 17,

> *To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, .....Article 1, Section 8, Clause 17.*

to deceptively assault people with a quasi-contract

> *"Assumpsit - ....In its origin an action of tort, [assumpsit] was soon transformed into an action of contract, becoming afterwards a remedy where there was neither tort nor contract. Based at first only upon an express promise, it was afterwards supported upon an implied promise, and even upon a fictitious promise. Introduced as a special manifestation of the action on the case, it soon acquired the dignity of a distinct form of action, which superseded Debt, became concurrent with Account, with Case upon a bailment, a warranty, and bills of exchange, and competed with Equity in the case of the essentially equitable quasi-contracts growing out of the principle of unjust enrichment. Surely, it would be hard to find a better illustration of the flexibility and power of self-development of the Common Law." James Barr Ames, "The History of Assumpsit," in 3 Select Essays in Anglo-American Legal History 298 (1909)." Black's Law Dictionary, 8th Edition, page 379 [emphasis added]*

> *"Both in Roman and English law there are certain obligations which were not in truth contractual, but which the law treats as IF they were. They are contractual in law, but not in fact, being the subject-matter of a fictitious extension of the sphere of contract to cover obligations which do not in reality fall within it." Salmond, Salmond on Jurisprudence, p. 642 (9th Edition, 1937, Sweet & Maxwell, Ltd. England). [emphasis added]*

which requires the Pope's Minor Estate (31 CFR 363.6) / US citizen, or other

fiction

> *"Constructive/quasi contracts are based solely upon a legal fiction or fiction of law."*
> *Hill v. Waxberg, 237 F.2d 936.*

because under the Commerce Clause the boundaries of the District of Columbia

"*expand*" to anywhere on the planet

> *"In other words Congress has exclusive legislative jurisdiction over citizens of*
> *Washington District of Columbia and through their plenary power nationally covers*
> *those citizens even when in one of the several states as though the district expands for the*
> *purpose of regulating its citizens wherever they go throughout the states in union"*
> *National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer*
> *Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)*

which is why in the Kavanaugh hearings, when he was being interviewed for a

Supreme Court appointment, they asked him; *"Can we go after a US citizen in*

*Afghanistan"* and he said; *"Yes you can."* and because "*plenary power*" is a

dictatorship under the Pope's Roman Law

> *"plenary jurisdiction. A court's full and absolute power* <u>*over the subject matter* </u>*and the*
> *parties in a case." Black's Law Dictionary 8th Edition, page 2495 [emphasis added]*

> *"plenary 1. Full; complete; entire." Black's Law Dictionary, 9th Edition, page 1273*

> *"PLENARY. Full; complete.* <u>*In the courts of admiralty, and in the English ecclesiastical*</u>
> <u>*courts,*</u> *causes or suits in respect of the different course of proceedings in each are termed*
> *plenary or summary. Plenary, or full and formal, suits are those in which the proceedings*
> *must be full and formal; the term summary is applied to those causes where the*
> *proceedings are more succinct and less formal. 2 Chitty, Pr. 481." Bouvier's Law*
> *Dictionary, Third Revision, 8th Edition, Volume 2, Page 2612*

> *"Plenary - A plenary power or plenary authority is a complete and absolute power to*
> *take action on a particular issue,* <u>*with no limitations.*</u> *It is derived from the Latin term*
> *plenus," Wikipedia*

> *"Plenary Power -* <u>*Complete power over a particular area with no limitations.*</u> *This term*
> *is often used to describe the Commerce Power of Congress. Under the Commerce Clause*
> *(Article I, Section 8, Clause 3) Congress is granted full power over interstate commerce.*
> *The Court has found that states are not able to pass laws affecting interstate commerce*
> *without the permission of Congress." Legal Information Institute*

which is also a Bill of Attainder, because a Bill of Attainder is a "*..Legislative act*

*....that apply to ...named individuals...to inflict punishment without a judicial*

*trial."*

> *"Bill of Attainder" means* <u>*Legislative acts,*</u> <u>*no matter*</u> *what their form,* <u>*that apply either to*</u>
> <u>*named individuals*</u> *or to easily ascertainable members of a group in such a* <u>*way as to*</u>

> *inflict punishment on them without a judicial trial. United States v. Brown, 381 U.S. 437, 448-49, 85 S. Ct. 1707, 1715, 14 L.Ed. 484, 492; United States v Lovett, 328 U.S. 303, 315, 66 S.Ct. 1073, 1079, 90 L.Ed. 1252*

> *"bill of attainder. 2. A special legislative act prescribing punishment, without a trial, for a specific person or group. • Bills of attainder are prohibited by the U.S. Constitution (art. I, § 9, cl. 3; art. I, § 10, cl. 1). — Also termed act of attainder. See ATTAINDER; BILL OF PAINS AND PENALTIES . [Cases: Constitutional Law 82.5. C.J.S. Constitutional Law §§ 429–431.]" Black's Law Dictionary, 8th Edition, page 496*

> *"BILL OF PAINS AND PENALTIES bill of pains and penalties. A legislative act that, though similar to a bill of attainder, prescribes punishment less severe than capital punishment. • Bills of pains and penalties are included within the U.S. Constitution's ban on bills of attainder. U.S. Const. art I, § 9. [Cases: Constitutional Law 82.5. C.J.S. Constitutional Law §§ 429–431.]" Black's Law Dictionary, 8th Edition, page 499*

because Judges ONLY hold office during good behavior,

> *"The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, ..." Article III, Section 1, This Constitution for the United States of America*

and Judges in bad behavior are engaged in fraud upon the court

> *"Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted, or influenced, or influence is attempted, or where the judge has not performed his judicial function --- i.e., where the impartial functions of the court have been directly corrupted." Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985)*

and operating as an administrative clerk masquerading as a Judge under Roman Law is bad behavior, which are non-judicial proceedings, because whenever a statute is involved the Pope's fake Judge is actually a (bought and paid for) clerk masquerading as a Judge.

> *""When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts administrating or enforcing statutes do not act judicially, but merely ministerially....but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464 [emphasis added]*

> *"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of*

> *the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762*

> *"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)*

and Bills of Attainder are prohibited under Article 1, Section 9, Clause 3, and Article 1, Section 10, Clause 1 and also, Article 1 in Amendment which says;

*"Congress shall make no law respecting an establishment of religion..."* because it is from the Pope's Roman Law, also known as Canon Law, and because they have imposed Martial Law Rule

> *"...statutes have been passed extending the courts of admiralty and vice-admiralty far beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property........<u>to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial</u>......and for altering fundamentally the form of government established by charter. We saw the misery to which such despotism would reduce us." Causes and Necessity for Taking up Arms (1775)*

with the bankruptcy emergency

> *"It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, <u>March 9, 1933, 48 stat. 1,</u> Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent, H.J.R. 192, 73rd Congress in session June 5, 1933 - Joint Resolution To Suspend The Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that <u>the United States Federal Government exists today in name only.</u>" United States Congressional Record, March 17, 1993 Vol. 33,*

> *"Since <u>March 9, 1933;</u> the United States has been in a <u>state of declared National Emergency</u> . . . Under the powers delegated by these statutes, the President may: seize property; organize and control the means of production; seize commodities; assign military forces abroad; institute martial law; seize and control all transportation and communication; regulate the operation of private enterprise; restrict travel; and in a plethora of particular ways, control the lives of all American citizens. . . . A majority of the people of the United States have lived all of their lives under emergency rule. For 40 years, freedoms and governmental procedures guaranteed by the Constitution have in varying degrees been abridged by laws brought into force by <u>states of national emergency</u> . . ." In Reg: U.S. Senate Report No. 93-549 dated 11/19/73 (73 CIS Serial Set S963-2 - [607 Pages])*

because Martial Law Rule is the law of emergency and necessity

There are 3 kinds of martial law
1    Full Martial Law
     -when actually invaded by a foreign enemy or insurrection
     -troops put on the street
2    Martial Law Proper
     -law of the armed forces, when a sergeant tells a private what to do
     -enforced by courts martial
3    <u>Martial Law rule</u>
     <u>-law of emergency or necessity, used during peace times, can go on indefinitely</u>
Ex Parte Milligan 4 Wall (71 U.S.) 2, 18 L.Ed. 281, p 302 Dyett v Turner 439 P2d 266 @
269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge
A.H. Ellett, Utah Supreme Court,

the Pope's BAR members on the bench tell you; "I can do anything I want"

"This was a War over the intrusion of Civil Law upon the Common Law. The court of
Diamond v . Harris , calls the Civil Law (statutory law) "superior equity":
"It is difficult to see how the courts of this State are to ignore the common law as a rule of
decision, when it is made so by statute, and adopt the civil law, even though it have the
merit of superior equity." Diamond v. Harris, (1830) 33 Tex 634, 638.
In the meantime, "Civil Law" was the form of law imposed in the Roman Empire which
was largely (if not wholly) governed by martial law rule.
"Equity" has always been understood to follow the law; to have "superior equity," is to
turn things on their head. <u>This is exactly what happens when martial law is imposed. If
"equity" is the law, then it follows its own course rather than following the common law,
thereby destroying the common law and leaving what is called "equity" in its place."</u> The
Non-Ratification of the Fourteenth Amendment by Judge AH Ellett, Utah Supreme Court,
Dyett v Turner 439 P2d 266, page 63

because normally equity follows common law as found in the Holy Bible, under

Martial Law Rule, there is no common law,

"Every system of law known to civilized society generated from or had as its component,
one of three well known systems of ethics, pagan, stolic, or Christian. The Common Law
draws its subsistence from the latter, its roots go deep into that system, <u>the Christian
concept of Right and Wrong and Justice motivates every rule of equity</u>. It is the guide by
which we dissolve domestic frictions and the rule by which all legal controversies are
settled." Strauss v. Strauss, 3 So. 2nd 772 at 728 (1941) [emphasis added]

which makes it Satanic, and the Satanists are using the Pope's Roman Law of

*Capitis Diminutio*

"Capitis Diminutio Maxima (meaning a maximum loss of status through the use of
capitalization, e.g. JOHN DOE or DOE JOHN) - The highest or most comprehensive loss
of status. This occurred when a man's condition was changed from one of freedom to one
of bondage, <u>when he became a slave</u>. It swept away with it all rights of citizenship and all
family rights." Black's Law Dictionary 4th Edition, 1968

to populate the prisons by selling people into slavery

> *"He [the prisoner] has as a consequence of his crime, not only forfeited his liberty but all his personal rights except those which the law in its humanity affords him. He is for the time being a slave of the state." 62 Va. (21 Gratt.) 790, 796 (1871)*

and because of the administrative proceedings under the Pope's Roman Law, there are more people in prison in America as a percentage of the population, than there are in Communist China, or the Soviet Union, or the worst dictatorship in history, and if there were Christians here the BAR members doing it would get their neck stretched

> *"If a man be found stealing any of his brethren of the children of Israel, and maketh merchandise of him, or selleth him; then that thief shall die; and thou shalt put evil away from among you." Deuteronomy 24:7*

and the innocence project https://innocenceproject.org/ estimates that 60% of prisoners are innocent, but it is such good business for the Vatican and their Roman Law so-called Courts, which is one of the grievances in the Organic Law of the Declaration of Independence (1776)

> *He has plundered our seas, ravaged our Coasts, burnt our towns, and destroyed the lives of our people.*

all of which has been planned and orchestrated by the Vatican

> *"Within twenty years this country is going to rule the world. Kings and Emperors will soon pass away and the democracy of the United States will take their place....When the United States rules the world, the Catholic Church will rule the world...." Roman Catholic Archbishop James E. Quigley, Chicago Daily Tribune, May 5, 1903*

and the Pope (the Vatican) now owns and operates the bankrupt 1871 corporation *(16 Stat. 419)* as evidenced by the *Roman Aquila* military staff that is planted on all conquered nations, that is sitting on the right side of the Speaker's podium in the US House of Representatives, and the two Roman fascia (bundle of rods bound into a weapon symbolizing under the rule of a single man) that are on the wall on each side of the Speaker's podium in the US House of Representatives, which is also why Nancy Pelosi, when she was Speaker of the US House of

Representatives, told the members of Congress; *"We can't read this Bill until after we pass it."* because she was taking instructions from her Vatican handlers, all of which is evidencing the fact that the 1871 corporation *16 Stat. 419*, currently operating in the District of Columbia is a Vatican dependent City State,



and the Vatican's *Pope Francis* recently issued an *Apostolic Letter* about *Jurisdiction of Judicial Authorities of Vatican City State in Criminal Matters* that talks about concurrent jurisdiction in other States

> *"5. <u>When the same matters are prosecuted in other States</u>, the provisions in force in Vatican City State <u>on concurrent jurisdiction</u> shall apply." Apostolic Letter issued Motu Proprio...., entering into force on 1 September 2013.*

and the Vatican's Pope Francis came and addressed his owned and operated Congress on 24 September 2015, and the Pope's Satanic BAR members are assaulting people with their Roman *Fiction of Law* Minor Estate *(31 CFR 363.6)* / cestui que use / usufruct / trust (necromancy) with the following presumptions that are rebutted as follows;

1      The presumption of **Public Record** is that any matter brought before a court is a matter for the Public Record when in fact it is presumed by the members of the private BAR Guild is a private BAR Guild business matter.

**This presumption is rebuked and rejected and is hereby demanded the matter is to be on the Public Record.**

2    The presumption of **Public Service** and that all members of the private BAR Guild who have all sworn a solemn absolute oath to their Guild and then act as public agents of the Government or "public officials" by making additional oaths of public office that openly and deliberately contradict their private "superior" oaths to their own Guild.

**This presumption is rebuked and rejected, the claim stands that these private BAR Guild members are legitimate public servants and therefore trustees under public oath; the possibility of this matter being a private matter is rebutted. All persons engaged in the matter at hand are deemed to be in the public service as public servants.**

3    The presumption of **Public Oath** is that all members of the Private BAR Guild acting in the capacity as "public officials" who have sworn a solemn public oath remain bound by that oath, and therefore bound to serve honestly, impartially, and fairly, as dictated by their oath.  It is openly challenged and demanded, the presumption stands that the Private BAR Guild members have functioned under their public oath in contradiction to their Guild oath. It is openly challenged and such individuals must recuse themselves as having a conflict of interest and cannot stand under a public oath.

**The possibility of this is rebutted and all public servants acting on behalf of this matter are required to state all sworn oaths both public and private.**

4    The presumption of **immunity** is that key members of the Private BAR Guild in the capacity of "public officials" acting as judges, prosecutors and magistrates who have sworn the public oath in good faith are immune from

personal claims of injury and liability. It is openly challenged and their oath demanded, the presumption stands that the members of the Private BAR Guild as public trustees acting as judges, prosecutors and magistrates are immune from personal accountability for their actions.

**This is absolutely rebutted. Any person acting as an agent for a nameless, faceless corporation is wholly personally responsible for their actions on behalf of the Vatican's corporation. All actions incurring any degree of injury will incur Notice of Injury, including severe financial penalty.**

5    The presumption of **Summons**, is that by custom a summons un-rebutted stands and therefore one who attends Court is presumed to accept a position (defendant, juror, witness) and jurisdiction of the court. Attendance to court is usually invitation by summons. Unless the summons is rejected and returned with a copy of rejection filed prior to choosing to visit or attend, jurisdiction and position as the accused and the existence of "guilt" stands.

**This presumption is absolutely rebutted, on this occasion, on past occasions, and on all future occasions. However, at no time was I absent, nor silent with regard to the matters at hand.**

6    The presumption of **Custody** is that by Custom, if a Summons is not rebutted, it stands and therefore one who attends Court is presumed to be a thing and therefore liable to be detained in custody by "Custodians". Custodians may only lawfully hold custody of property and "things" not flesh and blood soul possessing beings. Unless this presumption is openly challenged by rejection of summons and/or at court, the presumption stands you are a thing and property and therefore lawfully able to be kept in custody by custodians.

**This presumption is absolutely rebutted. I am alive and well and a man. I am not in custody by Custodians or Guardians. I am not a "thing". I am not the property of the Court. Under no circumstances may I be detained in any way whatsoever, not at any time, past present or future. There is no surety in this matter.**

7    The presumption of the Court of **Guardians** is the presumption that you may be listed as a "resident" of a ward of the local government area, you are a pauper and therefore under the "Guardian" powers of the local government and its agents as a "Court of Guardians." Unless this presumption is openly challenged to demonstrate you are both a general guardian and general executor of the matter (trust) before the court, the presumption is rebutted that I am by default a pauper, a lunatic, and therefore must obey the rules of the clerk of guardians (clerk of the magistrate's court).

**This presumption is absolutely rebutted. I am at all times a man sui juris, and have possession of much more than twenty-one silver eagle coins with a face value of "ONE DOLLAR", and therefore fail to be a pauper. There is no surety in this matter.**

8    The presumption of the Court of **Trustees** is that the members of the Private BAR Guild presume you accept the office of Trustee as a "public servant" and "government employee" just by attending the Court, as such Courts are always for public trustees by the rules of the Guild and the Court. Unless this presumption is openly challenged to state you are merely visiting by "special attendance" to clear up the matter and you are not a government employee or public trustee in this instance, the presumption stands and is assumed as one of the most significant reasons to claim jurisdiction-simply because you "appeared".

**This presumption is absolutely rebutted. Absolutely no jurisdiction, at any time, may be claimed by the Private BAR Guild and the Court over me. The Office of Trustee is rejected. The role of public servant and government employee is rejected. There is no surety in this matter. I am entitled to common law (NOT Roman Law) as described in Article VI, Clause 2 of This Constitution for the United States of America**

> *[2.] This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, <u>under the Authority of the United States, shall be the supreme Law of the Land;</u> and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.*

**because the "Law of the Land" phrase is a convertible phrase with the phrase "common law"**

> *"The principle that no person should be deprived of life, liberty, or property except by <u>due process of law</u> did not originate in the American system of <u>constitutional</u> law, but was contained in the Magna Charta (sometimes referred to as Chapter 29), confirmed on the 19th day of June, 1215, declared:*
> *"No freeman shall be taken, or imprisoned, or disseised, or outlawed, or exiled, or anywise destroyed; nor shall we go upon him, nor send upon him, but by lawful judgment of his peers or by the law of the land."*
> *It has even been said that the principle was known before Magna Charta and that it was originally designed to secure the subject against arbitrary action of the crown, and to place him under the protection of the law.  It is settled beyond question that this principle came from England to America as part of the common law and has been a fundamental rule in common law.  When first adopted in Magna Charta, the phrase, "law of the land," had reference to the common law and has been a fundamental rule in common law." 16 Am. Jur. 2d, Constitutional Law, Section 543. [emphasis added]*

**and common law and the law of the land has always been here long before the government was here**

> *The individual may stand upon his constitutional rights as a citizen. .... <u>His rights are such as existed by the law of the land long antecedent to the organization of the State</u>, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself <u>and the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing to the public</u> so long as he does not trespass upon their rights. Hale v Henkel 201 U.S. 43 (1906) [emphasis added]*

9       The presumption of **government acting in two roles as Executor and Beneficiary** is that for the matter at hand, the Private BAR Guild appoint the judge/magistrate in the capacity of Executor while the Prosecutor acts in the capacity of Beneficiary of the trust for the current matter. Unless this presumption is openly challenged to demonstrate you are both a general guardian and general executor of the matter (trust) before the court, the presumption stands and you are by default the trustee, therefore must obey the rules of the Executor (Judge/Magistrate).

**This presumption is rebutted. I am a man and your Minor Estate (31 CFR 363.6) was created by fraud and deception, by the Pope and the Pope's owned and operated Crown of England created the Cestui Vie Act of 1666, and I require that the Minor Estate (31 CFR 363.6) be dissolved and liquidated immediately, and I do NOT care what you do with the fake money in the Treasury Direct Account, because you can put it your rectal orifice, for all I care! There is no surety in this matter. But I DEMAND that it be dissolved and liquidated immediately!**

10      The Presumption of **Executor De Son Tort**, is the presumption that the accused does seek to assert their right as Executor and Beneficiary over their body, mind, soul living man they are acting as an Executor De Son Tort or a "false executor" challenging the "rightful" judge as Executor. Therefore, the judge/magistrate assumes the role of "true" executor and has the right to have you arrested, detained, fined or forced into a psychiatric evaluation. Unless this presumption is openly challenged by not only asserting one's position as Executor as well as questioning if the judge or magistrate is seeking to act as Executor De Son Tort, the presumption stands, and a judge or magistrate of the Private BAR Guild may seek the assistance of bailiffs or sheriffs to assert their false claim.

**This is rebutted. Under no circumstances may the Judge attempt to assume the role of Executor and before any personal attendance before a court is undertaken to discuss matters at hand, the Judge will need to put in writing that this is clearly understood, fully disclosed and acknowledged. This is a false presumption. There is no surety in this matter, because it is a fraud and a nullity. I want nothing to do with your Minor Estate or your Roman Law / Canon Law and consider it satanic and an offense before God. You can put it up your rectal orifice.**

11    The presumption of **Incompetence** is the presumption that you are at least ignorant of the law, therefore incompetent to present yourself and argue property. Therefore the judge/magistrate as executor has the right to have you arrested, detained, fined or forced into psychiatric evaluation. Unless this presumption is openly challenged to the fact that you know your position as executor and beneficiary and actively rebuke and object to any contrary presumptions, then it stands by the time of pleading that you are incompetent, then the judge or magistrate can do whatever they need to keep you obedient.

**This is rebutted. The Law is under scrutiny for it's contribution to the current state of the planet, the distribution of rights and resources and the obstruction of Divine Law. In discussion regarding such matters, no privilege or deeming us incompetent is permitted. This is all the Pope's Roman Law / Canon Law and unconstitutional as described herein.**

12    The Presumption of **Guilt** is the presumption that as it is assumed to be a private business meeting of the BAR Guild, you are guilty whether you plead "guilty", do not plead or plead "not guilty". Therefore, unless you either have previously prepared an affidavit of trust and motion to dismiss with extreme prejudice onto the public record or call demurer, then the

presumption is you are guilty and the private BAR Guild can hold you until a bond is prepared to guarantee the amount the guild wants to profit from you.

**This is rebutted. Under no circumstances is a presumption of Guilt allowed, as I am the redeemed property of my Creator, forgiven of all sin. I am a living man as evidenced by the <u>Affidavit of Life</u> that is filed into this case and elsewhere. Before God, Angels and anyone who reads this as a witness, I shake the dust of the earth from off my feet against all of the Vatican BAR members involved in this matter (Matt 10:14, Mark 6:11, Luke 9:5) and your screened for low intelligence jar head thugs, and we will be talking about this on judgment day, before the one true God.**

Signed and sealed in red ink on the land, under penalties with perjury without your Vatican corporation (28 USC 1746(1)).

I, robert leon; house of smith, Demandant, Sui Juris, a natural man living in the republic, do declare that I have scribed and read the foregoing facts, and in accordance with my best firsthand knowledge, such are true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth, before God, Angels, and everybody who reads this document as witnesses, and pursuant to your rules of evidence.

Dated this _____ day of July in the year, two thousand and twenty-five.

_____ L. S.

Robert leon; house of smith, sui juris, a man
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
General Post Office, ZIP CODE EXEMPT
C/O : PO Box 853
near Archer City, Texas [RR 76351]
Non-Domestic Mail, Without the Pope's United States, Inc.

Mandatory Judicial Notice of 12 Presumptions Page 22

### **Witnesses**

We, the undersigned witnesses, attest that we individually and collectively know the man known as robert leon; house of smith to be alive and breathing and that he is not lost beyond the sea, but walks among us upon the land, and that we did witness him affix his signature to the above MANDATORY JUDICIAL NOTICE OF 12 PRESUMPTIONS, and also to place his right thumb print upon this document.

Courtney Taylor
General Post Office
Wichita Falls, Texas

Landon Smith
General Post Office
Archer City, Texas

Chance Warren
General Post Office
Archer City, Texas

Jaedin Kim
General Post Office
Lakeside City, Texas

Adelyn Harvey
General Post Office
Archer City, Texas

Noah Cornell
General Post Office
Archer City, Texas

Amanda Crow
General Post Office
Archer City, Texas

Wayne Crow
General Post Office
Archer City, Texas

Kellar Crow
General Post Office
Archer City, Texas

Albert Johnson
General Post Office
Archer City, Texas

Delanie Franklin
General Post Office
Archer City, Texas

Robert Smith
General Post Office
Archer City, Texas

Mandatory Judicial Notice of 12 Presumptions Page 23