| Affidavit Of Individual Surety (See instructions on page 4) | | OMB Control Number: 9000-0001 Expiration Date: 1/31/2027 |
|---|---|---|
| State Of TEXAS | County Of ARCHER | FILED BY _CA_ JUL 15 2025 ANGELA E. NOBLE CLERK U.S. DIST. CT. S.D. OF FLA. ss. |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. Name (First, Middle, Last) (Type or Print) ROBERT LEON SMITH III | 2A. Home Address (Number, Street, City, State, ZIP Code) PO BOX 853 ARCHER CITY TEXAS 76351 | |
|---|---|---|
| 3. Type And Duration Of Occupation SURETY/LIFETIME | | |
| | 2B. Telephone Number 940-378-5555 | 2C. Email Address smith32r@gmail.com |
| 4A. Name And Address Of Employer (Number, Street, City, State, ZIP Code) (If self-employed, so state) UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF FLORIDA 99 N.E. 4TH STREET MIAMI FLORIDA 33132 | 5A. Name And Address Of Individual Surety Broker Used (Number, Street, City, State, ZIP Code) Depoistority Trust Company 55 Water Street, New York NY 10041 | |
| | 5B. Surety Broker Email Address TIWSupport@dtcc.com | |
| 4B. Employer Email Address n/a | 5C. Home Telephone Number (619) 730-5394 | 5D. Business Telephone Number 866-855-4511 |
| 6A. Name And Address Of Financial Institution Submitting The Pledge Of Securities On Behalf Of Individual Surety (Number, Street, City, State, ZIP Code) State Of Michigan 430 West Allegan Street Richard H Huston Building 4th Floor | 6B. Financial Institution Email Address n/a | 6C. Routing Transit Number (RTN) n/a |
| | 6D. Contact Person Name n/a | 6E. Contact Person Telephone Number 888-767-6424 |
| | 6F. Contact Person Email Address n/a | |

Authorized For Local Reproduction
Previous Edition Is Not Usable

STANDARD FORM 28 (REV. 10/2023)
Prescribed by GSA-FAR (48 CFR) 53.228(e)

7. The Following Is A True Representation Of The Assets I Have Pledged To The United States In Support Of The Attached Bond. (List The Committee On Uniform Securities Identification Procedures (CUSIP) Number And Par (Face) Amount Of Each Security).

MICHIGAN BC # 75 046474/SP04912601
MICHIGAN BC AUTHENTICATION # 20007009627607
UNITED STATES OF AMERICA AUTHENTICATION # 24008861-1
CASE # 9:23-cr-80211-KAM  amount $60,000,000.00
CASE # 23-80211-CR
CUSIP # 34115PCA1 N/A
CUSIP # 91282CHQ7 N/A.
USM# is 91598-510.  amount $700,000.00
#2504-0625-2005-B
KENNETH A MARRA BAR # 244139
OWEN DUNN BAR # A5503172
ANDREA SAVDIE BAR # A5502799
EVEN N SCHLOM BAR # A5503172
MICHEAL P MCCARTHY BAR # A5503274
EMILY M GURSKIS BAR # A5502499
GABRIELLE RAEMY CHAREST-TURKEN BAR # 15939
HAYDEN P O'BYRNE BAR # 60024
LORINDA LARYEA BAR # PHV04243

8. Identify All Liens, Judgements, Or Any Other Encumbrances Involving Subject Assets.

9:23-cr-80211-KAM
CUSIP # 34115PCA1
CUSIP # 91282CHQ7
USM# 91598-510
#2504-0625-2005-B

9. Identify All Bonds, Including Bid Guarantees, For Which The Subject Assets Have Been Pledged Within Three Years Prior To The Date Of Execution Of This Affidavit.

case number 9:23-cr-80211-KAM

**Documentation Of The Pledged Asset Must Be Attached.**

| 10. Signature | 11. Bond And Contract To Which This Affidavit Relates (where appropriate) |
|---|---|
| [signature] Donald Leon Smith III By Attorney In Fact Courtney Wright | 9:23-cr-80211-KAM & # 75 046474/SP04912601 |

12. Subscribed And Sworn To Before Me As Follows:

| a. Date Oath Administered | b. City And State (or other jurisdiction) | e. My Commission Expires |
|---|---|---|
| Month 07  Day 09  Year 2025 | Wichita Falls, Texas | 3-31-2028 |

| c. Name And Title Of Official Administering Oath (type or print) | d. Signature |
|---|---|
| Angela Elaine Miller Smith, Notary Public | [signature] |

Instructions

1. Individual sureties on bonds executed in connection with Government contracts must complete and submit this form with the bond. (See Federal Acquisition Regulation (FAR) 28.203, 53.228(e).) The surety must have the completed form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as an individual surety (i.e. must be a natural person). Likewise, members of a partnership are not acceptable as sureties on bonds that a partnership or an association, or any co-partner or member thereof, is the principal obligor. An individual surety will not include any financial interest in assets connected with the principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when the contract is awarded in the United States. However, when the Contracting Officer is located in an outlying area or a foreign country, the individual surety is only required to be a permanent resident of the area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals. Affidavits bearing reproduced signatures are not acceptable. An authorized person must sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

Robert Leon Smith III
c/o P.O. Box 853
Archer City, Texas

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

9589 0710 5270 2444 9949 42

United States District Court
Southern District of Florida
701 Clematis Street
West Palm Beach, Florida 33401

NORTH TEXAS
DALLAS
12 JUL 2025

RDC 99

Retail

INSPECTED

33401

U.S. POSTAGE PAID
FCM LETTER
WICHITA FALLS, TX 76308
JUL 11, 2025
$8.22
S2324Y502391-9

JUL 11 2025
USPS STATION 76308

33401-510199