## EXHIBIT LIST

1. Page One of the Indictment against Robert Leon Smith, III……………...one page

2. 18 U.S.C. 2……………………………………………...………………one page

3. 18 U.S.C. 371…………………………………………………….…...one page

4. 18 U.S.C. 982…………………………………………………….……one page

5. 18 U.S.C. 1347…………………………………………………….…one page

6. 18 U.S.C. 1349…………………………………………………….…one page

7. 42 U.S.C. 1320a-7b……………………………………………….…one page

8. Code of Federal Regulations, Parallel Table Index……………...……..six pages

9. 44 U.S.C. 1507……………………………………………………...one page

10. 42 Part 1001, Subchapter B – OIG Authorities……..…………….sixty-five pages

## TABLE OF AUTHORITIES
## BIBLE

Leviticus 18:3, 4………………………………………………….………page 1

Matthew 5:33-37…………………………………………...…………page 1

James 5:12………………………………………………………....page 1

## UNITED STATES CONSTITUTION

6th Amendment…………………………………………………………page 3

Article IV Section 1…………………………………..…………………..…page 35

Fifth Amendment……………………………………….……..……page 18, 37

Fourteenth Amendment…………………………………..…………………,…..,,,,,,page 37

## PUBLIC LAW
Public Law 97-280, 96 Stat. 1211…………………………………………….page 1

## FEDERAL RULES OF CIVIL PROCEDURE
Federal Rules of Civil Procedure, Rule of Evidence 902……………………page 6

## UNITED STATES CODE
18 U.S.C. 2……………………………………………...……...page 7, 11, 36, 37

18 U.S.C. 371……………………………………………page 4, 7, 8, 11, 13, 21, 36, 37

18 U.S.C. 1001………………………………………page 11, 12, 17, 18, 19, 21, 23

44 U.S.C. 1507……………………………………………..…….…page 10

18 U.S.C. 13 ……………………………………..…………………………...page 7

31 U.S.C. 5313………………………………...page 11, 12, 15, 16, 17, 18, 20, 21, 22

[31 U.S.C.] 5322……………………………………………...…..page 15, 17, 21

5 USC 553………………………………………………....page 12, 13, 26, 27, 36

18 U.S.C. 1343…………………………………………….…...…page 18, 19

5 U.S.C. 551……………………………………………………….page 25

19 U.S.C. 1304……………………………………………page 29, 30, 31, 32, 33

18 U.S.C. 3731………………………………………………...…….page 30

5 U.S.C. 556……………………………………………………….page 40

[5 U.S.C.] 557................................................................................................page 40

[5 U.S.C.] 706................................................................................................page 40

28 U.S.C. 1746................................................................................................page 43

## CODE OF FEDERAL REGULATIONS

42 Part 1001................................................................................page 9, 10, 38

## CASE LAW AUTHORITIES

Briscoe v. LaHue, 460 U.S. 325................................................................page 2

Ferguson v. Comm'r of Internal Revenue, 921 F. 2d 588................................page 2

United States v. George, 363 F3d 666................................................page 3

United States v. Reinis, 794 Fed.Rep.2d 506......page 11-14, 19, 20, 23, 25, 28, 33

United States v. Varbel, 780 F.2d. 758................page 12, 14-19, 21, 28, 33, 37

United States v. Espriella, 781 Fed.Rep. 1432................page 13, 20-23, 28, 33

United States v. Richter, 610 Fed.Supp. 480................page 13, 23, 24, 25, 28

United States v. $200,000, 590 F.Supp. 866................page 13, 24-28, 36

Calif. Bankers Ass'n v. Shultz, 416 U.S. 21................page 13, 18, 22, 26, 28

Kolender v. Lawson, 461 U.S. 352, 357................................................page 15

United States v. Missouri Pac. R.R. 278 U.S. 269................................page 16

United States v. Anzalone, 766 F.2d. 676................page 17-19, 21, 33

United States v. Goldberg, 756 F.2d 949................................................page 22

United States v. Mersky, 361 U.S. 431.....................page 29, 30, 33, 34, 38, 39

Group v. Finletter, 108 F. Supp. 327.......................................page 40

Coyne v. Krempels, 36 Cal.2d 257..................................page 40

Hardware Mut. Ins. Co. v. Valentine, 119 Cal.App.2d 125.....................page 40

Morris v. National Cash Register, 44 S.W. 2d 433...........................page 40

Trinsey v. Pagliaro, D.C.Pa. 1964, 229 F.Supp. 647...........................page 40