UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80211-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEON SMITH, III,

    Defendant.
_____/

## ORDER STRIKING UNAUTHORIZED FILING

The Court, on its own motion, hereby strikes the filing found at [DE 410] entitled: "AMICUS CURIAE Entry of Newly Discovered Exculpatory Evidence by Sworn Affidavit" submitted by Glenn Winningham. First, Glenn Winningham is not a party to this proceeding, and he has not sought leave of Court to file any documents as an amicus curiae. Thus, his filing is unauthorized. Second, even if Mr. Winningham did seek leave of Court to file his amicus curiae submission, the Court would not allow it. By his own admission, Mr. Winningham is not an attorney. Because he is not an attorney, he cannot appear in court to argue on behalf of the interests of another person. As a result, it is HEREBY ORDERED AND ADJUDGED that:

    Docket Entry 410 is STRICKEN from the record.

DONE AND ORDERED in West Palm Beach, Florida this 24th day of July, 2025.

KENNETH A. MARRA
United States District Judge