AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas at Fort Worth__

| UNITED STATES OF AMERICA | | COMMITMENT TO ANOTHER DISTRICT |
|---|---|---|
| V. | FILED BY __BM__ D.C. Aug 5, 2025 ANGELA E. NOBLE CLERK U.S. DIST. CT. S. D. OF FLA. - MIAMI | |
| ROBERT LEON. SMITH III | | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 9:23-CR-80211-KAM | 4:25-MJ-541 | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment    ☐ Information    ☐ Complaint    ☒ Other (specify)    ☐ Petition

charging a                     U.S.C.

**DISTRICT OF OFFENSE**
Southern District of Florida/West Palm Beach

**DESCRIPTION OF CHARGES:**

Bench Warrant for Failure to Appear for Sentencing

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel    ☐ Federal Defender Organization    ☐ CJA    ☐ None |
|---|---|
| Interpreter Required? | ☐ No    ☐ Yes    Language: |

DISTRICT OF

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____August 4, 2025_____          _____[signature]_____
             Date                                   Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:25-MJ-541 |
| | § | |
| ROBERT LEON. SMITH III | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: August 4, 2025

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## Northern District of Texas, FORT WORTH Division

United States of America

V.

Robert Leon Smith, III

*Defendant*

Case No. 4:25-MJ-541

Charging District's Case No.

9:23-CR-80211-KAM

## WAIVER OF RULE 5(c) HEARING
### (Violation of Pretrial Release)

    I understand that I have been charged with violating the conditions of pretrial release in a case pending in another district, the *Southern District of Florida/West Palm Beach*.

    I have been informed of the charges and of my rights to:

    a.    retain counsel or request the assignment of counsel if I am unable to retain counsel;

    b.    an identity hearing to determine whether I am the person named in the warrant;

    c.    production of certified copies of the warrant, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

I agree to waive my right(s) to:

    ✗    an identity hearing and production of the warrant.

    I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: August 4, 2025

_____
Defendant's Signature

_____
Defense Counsel Signature

CLOSED

# U.S. District Court
## Northern District of Texas (Fort Worth)
## CRIMINAL DOCKET FOR CASE #: 4:25−mj−00541−BJ−1

| | |
|---|---|
| Case title: USA v. Smith | Date Filed: 08/04/2025 |
| Other court case number: 9:23−cr−80211−KAM Southern District of Florida/West Palm Beach | Date Terminated: 08/04/2025 |

Assigned to: Magistrate Judge Jeffrey L. Cureton

**Defendant (1)**

| | | |
|---|---|---|
| **Robert Leon Smith , III**<br>*TERMINATED: 08/04/2025* | represented by | **John M Nicholson−FPD**<br>Federal Public Defender − Dallas<br>525 Griffin St<br>Suite 629<br>Dallas, TX 75202<br>214−767−2746<br>Email: john_nicholson@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender Appointment*<br>*Bar Status: Admitted/In Good Standing* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Failure to Appear at Sentencing | |

1

**Plaintiff**

**USA**     represented by    **Shawn Smith–DOJ**
US Attorney's Office
801 Cherry St
Burnett Plaza Suite 1700 Unit #4
Fort Worth, TX 76102–6882
817–252–5200
Fax: 817–252–5455
Email: shawn.smith2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2025 | | Arrest (Rule 5c) of Robert Leon Smith, III. Case number 9:23–cr–80211–KAM Southern District of Florida/West Palm Beach (sre) (Entered: 08/04/2025) |
| 08/04/2025 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Robert Leon Smith, III. (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/4/2025) (sre) (Entered: 08/04/2025) |
| 08/04/2025 | 2 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Rule 5(c) Initial Appearance as to Robert Leon Smith, III held on 8/4/2025. Date of Arrest: 8/1/2025. Deft. executed financial affidavit; o/ appointing FPD entered for the appearance in the NDTX only; deft waives Rule 32.1 hearing as to identity; o/commitment to charging district entered. Deft remanded to custody and ordered removed to originating district. Attorney Appearances: AUSA – Shawn Smith; Defense – John Nicholson. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (Interpreter N/A.) (USPO Lee.) (sre) (Entered: 08/04/2025) |
| 08/04/2025 | 3 | WAIVER of Rule 5(c) Hearings by Robert Leon Smith, III. (sre) (Entered: 08/04/2025) |
| 08/04/2025 | 4 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Robert Leon Smith, III. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Southern District of Florida/West Palm Beach. (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/4/2025) (sre) (Entered: 08/04/2025) |

2