THE UNITED STATES OF AMERICA

V.

ROBERT LEON SMITH III   Sui Juris In proper personam

Case Number 9:23-cr-80211-KAM

I Bobby Smith the Beneficiary of the All Caps Name "ROBERT LEON SMITH III" was visited by Edward Reagan on 10-2-25 at West Palm Beach county Jail. During that meeting Edward Reagan informed me that he would not upload my motions to Pacer. Prior to this he refused to write any motions at which Time i wrote them for him to upload for Ruling by Judge Marra. Judge Marra during a hearing said to write the Motion to vacate the plea and told me he had not ruled on the Void for Vageness. Mr. Reagon has now put my Life, Liberty, and Property IN Danger by refusing to do the Job to represent the Defendent, he is actively working against the Defendent causing me hardship and scared for my life. Rule 11 states one can vacate a plea for just cause, and that will be a motion for this but It will be mailed IN because Mr. Reagon has told me he is withdrawing from this case. this will be the 2nd time the court has placed him and he has been ineffective assistance of counsel.

his actions are a direct effect of this

situation with the case. During trial always in my ear about the federal corperation known as the "UNITED STATES" will get a conviction and that the system is designed for defendents NOT to win weather innocent or guilty, with him also trying to get me to take the plea then after, now, trying to make me keep the plea.

I am asking the court to hold Mr. Reagan responsible for his actions.

I am asking the court to vacate the plea.

I am asking the court to dismiss for void for vagueness and let the Amicus Curiea onto the record

There will be motions filed by the defendent and sent through the mail. Defendent is worried that they will not be docketed because there are a few that were sent and never docketed. Please find and docket those motions and notices.

Please issue any other relief the court may find fair and just.

Respectfully submitted
Bobby Smith
Beneficiary of the all cap's name
"ROBERT LEON SMITH III

~~Bobby Smith~~
~~to PO Box 953~~
~~Eden City Texas~~

Robert Smith
Docket # 0560905
PO Box 24716
WPB FL 24716

Clerk of court / Angila noble
United States District court Southern District of Florida
400 N Miami Ave
Miami FL 33128

REC'D BY_____ D.C.

OCT 15 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

3312831801 C071