IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 23-CR-80211-MARRA |
| | ) | |
| ROBERT LEON SMITH III | ) | |

### ANCILLARY PETITION AND CLAIM FOR PROPERTY
### SUBJECT TO PRELIMINARY ORDER OF FORFEITURE

COMES NOW, Crystal Smith, Petitioner, pursuant to 21 USC Section 853(n) and Federal Rule of Criminal Procedure 32.2(c), files this Ancillary Petition asserting an exclusive, legitimate, and uninterrupted interest in the Subject Property, a 506 North Sycamore Street, Archer City, Texas 76351.

Petitioner "has a legal right, title, or interest in the property" that "renders the order of forfeiture invalid in whole or in part" because the right, title, or interest "was vested in the petitioner rather than the defendant or was superior to any right, title, or interest of the defendant at the time of the commission of the acts which gave rise to the forfeiture of the property[.]" 21 U.S.C.§ 853(n)(6)(A).  Specifically, the Petitioner would show the Court the following:

1)    <u>Nature and Extent of Petitioner's Interest</u>:  Crystal Smith is a legal co-owner of the real property located at 509 North Sycamore Street, Archer City, Texas 76351 (the "Property"). Crystal Smith and Robert Leon Smith, III jointly purchased the Property for $170,000, financing the purchase through a mortgage that has since been fully paid in full. Title to the Property is held in both of their names as reflected in the warranty deed filed with the State of Texas, Archer County. Since 2022, following the parties' estrangement, Robert Smith vacated the residence, and Crystal Smith has remained in exclusive possession of the Property, residing

there continuously with their children. She has solely maintained the home, paid all taxes, insurance, and upkeep, and has had no involvement in or knowledge of Robert Smith's alleged criminal activities. Crystal Smith asserts her lawful ownership interest, independent of Robert Smith's conduct, and seeks to protect her home from forfeiture.

2)  <u>Nature and Extent of Defendant's Interest</u>: Crystal Smith has a superior interest in the asset to any and all other persons. The Property was acquired entirely through legitimate funds and has served as Crystal Smith's residence and that of their children for the past three years. Although Robert Leon Smith, III is listed as a co-owner on the deed, he has had no possessory or financial interest in the Property. He has not contributed to the down payment, mortgage payments, taxes, insurance, or maintenance since that time. His alleged criminal conduct, which gave rise to this forfeiture action, occurred after the parties' separation and without Crystal Smith's knowledge or participation. Accordingly, Crystal Smith's lawful, vested, and innocent ownership interest should not be forfeited from her.

WHEREFORE, Petitioner respectfully requests that this Court conduct an ancillary proceeding pursuant to Rule 32.2(c), Fed. R. Crim. P., and after conclusion of the proceeding, order that 506 North Sycamore Street, Archer City, Texas 76351 be released and returned to the Petitioner.

Respectfully submitted,

/s/ Paul Thanasides
Paul B. Thanasides
Florida Bar No.103039
paul@mcintyrefirm.com
clservice@mcintyrefirm.com
complexlit@mcintyrefirm.com
McIntyre Thanasides Bringgold
Elliott Grimaldi & Guito, P.A.
1228 E. 7th Avenue, Suite 100
Tampa, FL 33605

Telephone: 813.223.0000
Facsimile: 813.225.1221
Counsel for Petitioner Crystal Smith

/s/ Arnold A. Spencer
Arnold A. Spencer
Texas State Bar #00791709
Spencer & Associates
5956 Sherry Lane, Suite 2000
Dallas, Texas 77225
214-385-8500
arnold@spencerlaw.com
Counsel for Petitioner Crystal Smith
**Pro Hac Vice Pending**

## Certificate of Service

I, Paul Thanasides, counsel of record for Petitioner Crystal Smith, do hereby certify that I

filed the foregoing document with the Clerk of Court, which I understand will send notice to all

counsel of record, in accordance with the Federal Rules of Criminal Procedure.

Dated: October 20, 2025                  /s/ Paul Thanasides
                                         Paul B. Thanasides
                                         Counsel for Petitioner Crystal Smith

## VERIFICATION

I attest and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the
information provided in support of my claim is true and correct to the best of my knowledge and
belief.

Crystal Smith