UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-cr-80211-KAM

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ROBERT LEON SMITH III,
    Defendant.
_____/

FILED BY ___ D.C.
OCT 20 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## DEFENDANT'S MOTION TO VACATE GUILTY PLEA AND PLEA AGREEMENT
**(Formerly DE 350-1) PURSUANT TO FED. R. CRIM. P. 11(d)(2)(B)**

COMES NOW, the Defendant, ROBERT LEON SMITH III, respectfully moves this Honorable Court under Rule 11(d)(2)(B) of the Federal Rules of Criminal Procedure to vacate his guilty plea and the plea agreement reflected at DE 350-1. In support, Defendant states as follows:

### I. INTRODUCTION
Rule 11(d)(2)(B) authorizes withdrawal of a plea after acceptance but before sentencing if the defendant shows a "fair and just reason" for withdrawal. A plea that is not knowing, voluntary, and intelligent violates due process and must be vacated. Boykin v. Alabama, 395 U.S. 238 (1969); Brady v. United States, 397 U.S. 742 (1970).

### II. STATEMENT OF FACTS
1. Repeated Rejection of Plea Offer: On the day in question, the government twice offered a plea deal—once in the morning and again at lunch—which Defendant declined.

2. Coercive Deadline and Threats: After court recessed and while jury instructions were being discussed, government attorneys entered a conference room and stated that the jury would convict, and Defendant would be taken immediately to jail unless the plea was signed "now." Defendant was handed a complex 17-page agreement with virtually no time to review or consult meaningful counsel.

3. Lack of Adequate Counsel: At that time Defendant was representing himself and had only court-appointed standby counsel, Edward Reagan. Mr. Reagan refused to negotiate or advise.

4. Suppressed Exculpatory Evidence: Material evidence favorable to the defense was withheld in violation of Brady v. Maryland, 373 U.S. 83 (1963). Only after the plea did this evidence come to light, prejudicing Defendant's ability to assert a complete defense.

### III. LEGAL ARGUMENT

- Plea Was Not Knowing or Voluntary. Due process requires that a guilty plea be entered knowingly, voluntarily, and intelligently. Boykin, 395 U.S. at 242–43. Threats of immediate incarceration and presentation of a lengthy agreement without time for review or independent advice are classic indicators of coercion warranting vacatur. See United States v. Carr, 740 F.2d 339 (5th Cir. 1984).
- Suppression of Exculpatory Evidence Requires Relief. The government's failure to disclose material exculpatory evidence before the plea violated Brady. A plea induced by nondisclosure of Brady material cannot stand. See Ferrara v. United States, 456 F.3d 278 (1st Cir. 2006).

### IV. PRAYER FOR RELIEF

- Vacate the guilty plea and plea agreement.
- Set an evidentiary hearing on the voluntariness of the plea and the impact of suppressed evidence.

Respectfully submitted,

P.O. Box 853
Archer City, TX 76351
Phone: 940-378-5555
Email: smith32r@gmail.com
Dated: October 16, 2025

CERTIFICATE OF SERVICE
I hereby certify that a true and correct copy of the foregoing Motion has been served by U.S. Mail or electronic means on this 16 day of October, 2025.

Robert Leon Smith III






**PRIORITY MAIL EXPRESS®**

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE®**

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )

Robert Leon Smith III
P.O. Box 853
Anchor City, TX 09716351

OCT 20 2025

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT) PHONE ( )

Angela E. Noble Clerk of Court
United States District Court
400 North Miami Ave.
Miami, Florida 33128

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⇦ PEEL FROM THIS CORNER

RDC 07
33128
$33.40
S2324M502948-9

PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 76308
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO
Date Accepted (MM/DD/YY): 10/20/25
Scheduled Delivery Date: 10/20/25
☐ 6:00 PM Scheduled Delivery Time
Postage: $33.40

Time Accepted: 5:14 ☐ AM ☐ PM
Weight: lbs. oz. ☐ Flat Rate
Special Handling/Fragile
Sunday/Holiday Premium Fee
Total Postage & Fees: $33.40
Insurance Fee
Return Receipt Fee
Live Animal Transportation Fee
COD Fee

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM Employee Signature
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM Employee Signature

LABEL 11-B, NOVEMBER 2023 PSN 7690-02-000-9996




