UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80211-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEON SMITH III,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF STRIKING [D.E. 436]**

Defendant, Robert Smith, by and through undersigned counsel, hereby strikes docket entry number 436 which was mistakenly filed.

Respectfully submitted,

HECTOR DOPICO
FEDERAL PUBLIC DEFENDER

By: *s/M.Caroline McCrae*
M. Caroline McCrae
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 72164
250 S Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
caroline_mccrae@fd.org – Email

**CERTIFICATE OF SERVICE**

I HEREBY certify that on October 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/M. Caroline McCrae*
M. Caroline McCrae