United states of America
Plaintiff
vs.

Robert Leon Smith III
Respondent in error

United states District Court of the Southern District of Florida

FILED BY COS D.C.
NOV 04 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## MOTION TO REINSTATE Bond

I am respectfully asking this Honorable court to reinstate or modify the appearence Bond.

Leading up to missing the sentencing hearing, I had Followed all rules set Forth with zero problems, making this a isolated inccodent. The mistake I made was thinking the case was now with the appeals court and them having Jurisdiction. I would like to note that I made a good Faith attempt the day Before and the day of to make something work for the Senticing hearing. I Take Full responsibility For missing the sentencing hearing and now asking the honorable Judge Marra to please reinstate or Modify the Appearence Bond.

I in no means meant to Disrespect or Dishonor the court. I have lived 50 years with no leagle Issues and I intend to keep it that way. My Family is in need of me being there to provide as my absence has created a void and they need me. I also have some health issues that I would like to get looked at A.S.A.P.

I Feel I deserve a second chance as this was a Isolated inncedent, also I am not a Flight risk or a danger to Society. My pre trial probation officer can tell you that I was always in complience with him and the rules set by the Court. I Know if this court and the honorable Judge Marra gives me another chance I WILL Follow all rules set forth by the Court and I will NEVER miss anything again.

By allowing me to go home I will be able to attend to my family and get things in order along with getting my health issues taken care of. This will also allow me to continue to work on my case as it is Impossible to do From Jail and the Impossible law library they offer.

I am respectfully asking the court and the Honorable Judge Marra For a Second chance. I will accept all options including but not limited to House arrest, ankle monitor, checking in as much as required or all of them. I apologize For any and all Incovinience I may have caused but I give my word I will Follow all Rules and will Not miss anything ever again.

Respectfully Submitted
Robert Leon Smith II
under penalty of perjury (28 USC 1746(1))
under Full Responsability under Gods law
In the Holy Bible

ain Detention Center
obert smith
ID # 0560905-E4C
PO BOX 24716
West Palm Beach, FL 33416

INSPECTED


FOREVER / USA

"Legal" Mail

Clerk of Court
paul G Rogers Building
701 clematis st.
west palm Beach, FL 33401

Attention:
This Letter Originates From The Palm Beach County Facility Inmate Mail Is Uncensored The Sheriff Cannot Assume Responsibility For Its Contents

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT


FSC MIX
Envelope
FSC® C137131