UNITED STATES of AMERICA
  plaintiff
Vs.
ROBERT LEON SMITH III
  respondent in Erros

District court of the Southern District of Florida

FILED BY Cos D.C.
NOV 04 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## Motion to Dismiss For Void For Vagueness

The Supreme Court has ruled and is concerned about people refraining from Engaging in Constitutionally protected activity for Fear of being charged with a crime, therefore they have decided that all Federal Criminal Statutes passed by Congress, are required to either say that "no regulations are required" or have regulations define the Criminal behavior. As you can see by the Amicus Curiae (Exhibit 1)(DE410) that all statutes in the Indictment Are Void For Vagueness and this case must be Dismissed.

If there fails to be a statement saying no Regulations are required, and there are no regulations that define the Criminal behavior, then the statute is void for Vagueness, Because there are no regulations and there is no statement in the statute that says no regulations are required As the Amicus Curiae (Exhibit 1)(DE410) shows then the case MUST be DISMISSED.

Case law proving the case for Dismissal for Void for Vagueness is shown in (Exhibit I) on page 11-40 cases as Followed

- United States v. Reinis, 794 Fed. Rep. 2d 506
- United States v. Varbel, 780 F. 2d 758
- United States v. Espriella, 781 Fed. Rep. 1432
- United States v. Richter, 610 Fed. Supp. 480
- United States v. $200,000, 590 F. Supp. 866
- Calif. Bankers Ass'n v. Shultz, 416 U.S. 21
- Kolender v. Lawson, 461 U.S. 352, 357
- United States v. Missouri Pac. R.R. 278 U.S. 269
- United States v. Anzalone, 766 F. 2d 676
- United States v. Goldberg, 756 F. 2d 949
- United States v. Mersky, 361 U.S. 431
- Group v. Finletter, 108 F. Supp. 327
- Coyne v. Krempels, 36 Cal. 2d 257
- Hardware Mut. Ins. Co. v. Valentine, 119 Cal. App. 2d 125
- Morris v. National Cash Register, 44 S.W. 2d 433
- Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647

All these cases were overturned do to what the Supreme court was worried about. The Broad scope District Attorney's try to use to make Everything a crime. These case all have to do with the same statutes used in this indictment and all prove the same as the Amicus Corean (Exhibit I) shows that all charges are void for Vagueness or in 1 case nothing to do with the Respondent in Error

Forgive me for not doing a proper motion as you know im not a Attorney and I dont have to tools while in Jail.

Asking the court to read the Full Exhibit is not Ideal but its what i am asking. Once this is read I Feel the court will have to Dismiss all charges

IF the court wishes to have a hearing I would ask the creater of the Amicus Cureau to be available via zoom For he would be the best to Explain it.

IF this goes ignored it will be another Innocent person going to Jail and the Justis System can not look the other way For Real Justice

The exculpatory evidence found in the Amicus Curiae (Exhibit 1)(DE410) that was previously filed into the case (DE410) was stricken, shows that all charges are void for vagueness and the case must be dismissed because there are no regulations and there is no statement in the statute that says no regulations are required.

This Exculpatory Evidence was withheld by the prosecution in violation of the Brady rule. This case is a Malishious prosecution and should have never been brought forward. This would have also effected the coersed plea deal that the respondent in Error only had 15 min to read as he was being threatened to go to jail. These are the tactics the Supreme Court is trying to prevent and the respondent in Error's case should be dismissed emedietly and released from jail being incarserated against his will.

The respondent in Error is asking the Court to add this Motion and Exhibit 1 to the Evidence File and send a certified copy to

Robert Smith
Non-Domestic Mail, Zip code Exempt
c/o po box 853
Archer City Texas [RR 76351]
Non-Domestic Mail, without the Popes UNITED STATES Inc.

Respectfully Submitted (28 USC 1746(1))

Robert Leon Smith III
with full responsibility for my actions
under Gods law, as in the Bible.

Main Detention Center
Robert Smith
ID# 0560905 · E4C
PO Box 24716
West Palm Beach, FL 33416

INSPECTED

"Legal"
Mail

Clerk of Court
Paul G Rogers Bu
701 Clematis St.
West Palm Beach,

Attention:
This Letter Originates From The Palm Beach County Facility Inmate Mail Is Uncensored The Sheriff Cannot Assume Responsibility For Its Contents

"Legal Mail"