Case No. 9:23-cr-80211-KAM
page 1 of 6

UNITED STATES of AMERICA
    Plaintiff

vs.

ROBERT LEON SMITH III
    Respondent in Error

District court of Southern district of Florida

FILED BY PCS D.C.
NOV 05 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## Motion to certify Exculpatory Evidence, transcript of Hearing on 9-22-25, Affidavit of Life, and Mandatory Judicial Notice of 12 presumptions.

The identity hearing was required because under 31 CFR 363.6 there is a Minor Estate. A "Minor" paraphrased is anyone under the age of 18 years and can be anyone over the age of 18 years who has failed to take control of the securities in their Treasury Direct Account.

An "Entity" paraphrased is a trust corporation limited liability company and a Minor Estate. An Entity is a thing and a thing has no rights and it is using the Commerce clause to bring the District of Columbia outside "a maximum of ten miles square" in violation of Article 1, Section 8 clause 17, which is trust law under the Pope's Roman law as found in National Mutual Insurance Company vs Tide Water transfer Company.

    "... and through their plenary power nationally covers those citizens even when in one of the several States as through the district expands for the purpose of regulating

its citizens wherever they go throughout the states in union" National Mutual Insurance company of the District of Columbia v. Tidewater transfer company 337 U.S. 582, 93 L. Ed 1556 (1949)

During October 22, 2025 hearing the Respondent in Error ask the Honorable Judge McCabe if I was a Living, Breathing, Flesh and Blood Man on the land and Judge McCabe said in the Affermitive. I then asked if I was dead or lost at sea and ~~again~~ Judge McCabe said NO to me being Dead or lost at Sea. this is Important For the Following reasons

1) The respondent in Error has established that he Fails to be a Minor Estate (31 CFR 363.6) and Fails to be lost at Sea, but is a Living Man, who Walks among us on the land

2) The Pope's Minor Estate (31 CFR 363.6) Falls under the Pope's Roman cannon law of trusts and is property and a thing, and has no rights paraphrasing parts of 31 CFR 363.6 :
    Minor - A Minor is anyone under the age of 18 years and can be anyone over the age of 18 years who has not taken control of the Securities in their Treasury Direct account.

Page 3 of 6

Entity - An Entity is a trust, corporation, limited Liability company or a Minor Estate

3) the Minor Estate (31 CFR 363.6) Falls under the Commerce clause (article 1, Section 8 clause 3) paraphrasing From the U.S. Supreme Court National Mutual Insurance Company vs. Tidewater transfer Company (1948)

- the boundaries of the District of Columbia expand as necessary throughout the states of the Union with a plenary Jurisdiction For U.S. citizens which is a Violation of Article 1, Section 8, clause 17 "a Maximum of ten Miles square" for a man

4) All of the evidence the plaintiffs have introduced against the Respondent in error is evidence of the Minor Estate (31 CFR 363.6) Name - Date of Birth - Social Security Number and are hearsay evidence From a hearsay database that the respondent in error has filed to introduce, therefore it is inadmissible. The respondent in error did reserve all his rights to bring the common law to this case. To this day there is no contract for Maritime, admiralty or International bearing my signature and at this time I am NOT the Surity, Minor Estate, or the trustee in any of this matter.

5) The plaintiffs have failed to produce a bonefide

Contract that the Respondent in Error agreed to be the Minor Estate (31 CFR 363.6) or subject to the Pope's Roman cannon law, therefore this Court is required to presume no such contract exists.

6) William Smith (ratified the U.S. Constitution for New Jersey, 1787) is the Respondent in Error's fifth great uncle, which means the Respondent in Error has "Right of blood" and the Maxim of law says "No civil law can violate right of blood" and all the laws of Congress after the 1871 Municipal Corporation for the District of Columbia was created by Congress, are all civil laws, which includes the Minor Estate (31 CFR 363.6) which was introduced in the year 1901 with the Code of law for the District of Columbia 31 Stat. "the legal estate to be the Cestui que Use" and "Use" is short for Usufruct under Roman canon law and the dissenting opinion in the U.S. Supreme Court case Downes v. Bidwell said two national governments exist, one operates under the Constitution with all its restrictions, and the other is operated by Congress outside and independently of that instrument.

7) The Respondent in Error respectfully requires this court, as Judge McCabe already affirmed, to declare the Respondent in Error a living man, that fails to be a Minor Estate (31 CFR 363.6) and fails to be lost

at sea, but is alive and walking among us on the land.

I am respectfully requesting to enter into the Evidence File Exhibit A, Mandatory Judicial Notice of 12 Presumptions, and Exhibit B Affidavit of Life.

- File in the Evidence File and Return a certified copy to
  Robert Smith
  Non-Domestic Mail, Zip code Exempt
  c/o po Box 853
  Archer City Texas [RR 76351]
  Non-Domestic Mail without the pope's united states Inc.

- Notice the Respondent in Error is NOT the Minor Estate, Surity in this Matter, trustee, public servant or government employee, U.S. Citizen (14th Amendment)

I am entitled to Common law (Not Roman law) as described in Article VI, clause 2 of this Constitution For the United States of America

Your Minor Estate (31 CFR 363.6) was created by fraud and deception, by the pope's owned and operated Crown of England created the cestui Vie

Act of 1666, and I require that the Minor Estate (31 CFR 363.6) be dissolved and liquidated immediatly

May the Judge attempt to assume the role of Executor and before any personal attendance before a court is undertaken to discuss matters at hand, Judge will need to put in writing that this is clearly understood, fully disclosed and acknowledged. This is a false presumption. There is no surety in this matter, because it is a Fraud and a nullity. I am NOT and DO NOT want anything to do with the Minor Estate (31 CFR 363.6)

Respectfully submitted
Robert Leon Smith III
Robert Leon Smith III
with Full Responsability for my actions under Gods law as in the Holy Bible

Miami Detention Center
Robert Smith
ID # 0560905 · E4C
P.O Box 24716
West Palm Beach, FL 33416

INSPECTED

Clerk of court
Paul G Rogers Building
701 clematis st.
west palm beach FL 33401

"LEGAL MAIL"

LEGAL MAIL

Attention:
This Letter Originates From The Palm Beach County Facility Inmate Mail Is Uncensored The Sheriff Cannot Assume Responsibility For Its Contents