UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80211-CR-MARRA

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

ROBERT LEON SMITH, III,

                    Defendant.

_____/

## **OMNIBUS ORDER**

    Various motions have come before the Court.  Upon a review of the record and other wise being duly advised of the premises, it is HEREBY ORDERED AND ADJUDGED as follows:

    The Government's Motion to Revoke Bond [DE 352] is DENIED AS MOOT, since Defendant is now in custody by virtue of a warrant issued by the Court based on Defendant's failure to appear for sentencing.  *See* DEs 395, 396, 397.

    Defendant's Motion to Quash With a Rebuttal and Counter-Affidavit to the Government's Motion for Revocation of Bond [DE 367] is DENIED AS MOOT since Defendant is in custody by virtue of his failure to appear for sentencing.  To the extent Defendant's Rebuttal and Counter-Affidavit assert bases to dismiss the charges against him, those claims are rejected as set forth in the Court's Orders found at DE 369; DE 370; DE 371 and DE 380, which the Court readopts and reincorporates into this Order.   To the extent Defendant asserted in this filing that his plea of guilty is invalid or of no force and effect, that assertion will be dealt with in a separate order relative to Defendant's Motion to Vacate Guilty Plea and Plea Agreement found at DE 429.

    Defendant's Motion to Produce Warrant [DE 398] is DENIED AS MOOT.  The warrant

was executed and Defendant has been arrested on the warrant.

Defendant's Emergency Motion to Compel Disclosure of Sealed Warrant and to Vacate Unlawful Warrant [DE 401] is DENIED AS MOOT.  The warrant was executed and Defendant has been arrested on the warrant.  Furthermore, the warrant was validly entered since Defendant failed to appear for sentencing, justifying the issuance of the warrant.  *See* DEs 395, 396, 397.

Defendant's Motion for Reconsideration of the Court's Order on Jurisdiction and Extraordinary Writ [DE 402] is DENIED AD MOOT since the Eleventh Circuit Court of Appeals denied his Petition for an Extraordinary Writ.  *See* Eleventh Circuit Court of Appeals Case No. 25-11806, Order Entered August 7, 2025 [DE 15].

Defendant's Motion to Demand Verified Complaint and Identification of Injured Party [DE 405] is DENIED.  The motion is frivolous on its face and to the extent there has been any procedural defect in obtaining the indictment or in the presentation of evidence in support of the charges, those procedural defects have been waived by Defendant entering a plea of guilty.  *Brown v. United States,* 752 F.3d 1344, 1347 (11th Cir. 2014); *Baeza v. United States*, 543 F.2d 572, 573 (5th Cir. 1976).

**DONE AND ORDERED** in Chambers at the United States District Courthouse, West Palm Beach, Florida, this 6th day of November, 2025.

KENNETH A. MARRA
United States District Judge