UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80211-CR-MARRA

UNITED STATES OF AMERICA,

Plaintiff,
vs.

ROBERT LEON SMITH, III,

Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR VOID FOR VAGUENESS**

This matter came before the Court on Defendant's Motion to Dismiss For Void for Vagueness [DE 439].  Upon a review of the motion and otherwise being duly advised in the premises, it is HEREBY ORDERED AND ADJUDGED as follows:

The present motion is Defendant's second attempt to have this case dismissed on the basis of vagueness.  *See* DE 366.  The Court denied Defendant's first motion on the basis of vagueness, DE 270, and incorporates that ruling into this Order.  To the extent Defendant raises a new vagueness argument not previously raised, namely that "all Federal criminal statues passed by Congress are required to either say that 'no regulations are required' or have regulations define the criminal behavior," that argument is rejected.  The authorities upon which Defendant relies to support that proposition do not so hold.  The Court is not aware of any legal authority to support Defendant's assertion.  As a result, Defendant's Motion to Dismiss for Void for Vagueness [DE 439] is DENIED.

Done and Ordered in Palm Beach County, Florida this 6th day of November, 2025.

KENNETH A. MARRA

                United States District Judge