UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80211-CR-MARRA

UNITED STATES OF AMERICA,

Plaintiff,
vs.

ROBERT LEON SMITH, III,

Defendant.
_____/

**ORDER REGARDING COMPETENCY EXAMINATION**

This matter came before the Court on its own motion. On November 18, 2025, Defendant appeared for sentencing. During the proceeding, Defendant's newly appointed counsel raised the question of Defendant's competency to proceed. The parties were directed to confer to determine whether they could agree on an examiner to opine on Defendant's competency. To date, the parties have not provided the Court with any options. If the parties are unable to agree on an examiner, then they should separately provide the Court with their recommended examiner.

It is therefore ORDERED AND ADJUDGED that within 7 days from the entry of this Order the parties shall either provide the name of an agreed upon examiner or provide the name or names of suggested examiners from which the Court will appoint one to conduct the examination of Defendant.

Done and Ordered in Palm Beach County, Florida this 1st day of December, 2025.

KENNETH A. MARRA
United States District Judge