UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-CR-80211-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEON SMITH III,

    Defendant.
_____/

**ORDER GRANTING JOINT MOTION FOR COMPETENCY EVALUATION**

THIS CAUSE came to be heard upon Defendant's ore tenus motion for a competency evaluation. (DE 447).  The Court has considered the competency motion and the facts and arguments heard at the hearing on November 18, 2025, and is otherwise familiar with the record in this case.  The Court GRANTS Defendant's motion,

Pursuant to Title 18, United States Code, §§ 4241 and 4247, it is hereby ORDERED AND ADJUDGED that:

    1.    Defendant shall be examined by Dr. Cathy Colet pursuant to 18 U.S.C. § 4241(b) to determine if he is presently competent to understand the criminal proceeding against him and to properly assist in his defense.

    2.    The evaluation shall be conducted at the facility where Defendant remains in custody of the United States Marshal.  The parties shall split the cost of

the evaluation.

3. The psychiatrist or psychologist shall forward the original competency report pursuant to 18 U.S.C. § 4247(c)(4)(A) to this Court and a copy to the United States Attorney and to defense counsel.

4. A competency hearing will be set before this Court after the parties notify chambers that a hearing is appropriate.

DONE and ORDERED in Chambers at West Palm Beach, Florida this 8th day of December, 2025.

KENNETH A. MARRA
United States District Judge

Copies to counsel of record