UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-CR-80211-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEON SMITH III,

    Defendant.
_____/

### NOTICE OF STRIKING DE 452, THE JOINT NOTICE OF PROPOSED ORDER FOR COMPETENCY EVALUATION

The Defendant, Robert Leon Smith, III, through the undersigned, hereby files this Notice of Striking Docket Entry 452, the Joint Notice of Proposed Order for Competency Evaluation.  As directed at Docket Entry 453, the undersigned will refile the Joint Notice as instructed in the CM/ECF Administrative Procedures.  The substance of the parties' joint proposed order, which has been granted by the Court, (*see* DE 454), shall remain the same.

                                Respectfully submitted,

                                HECTOR DOPICO
                                FEDERAL PUBLIC DEFENDER

                                By: *s/M.Caroline McCrae*
                                M. Caroline McCrae
                                Assistant Federal Public Defender
                                Attorney for Defendant
                                Florida Bar No. 72164

          250 S Australian Avenue, Suite 400
          West Palm Beach, Florida 33401
          (561) 833-6288 - Telephone
          *caroline_mccrae@fd.org* – Email

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          *s/M. Caroline McCrae*
          M. Caroline McCrae