UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80211-CR-MARRA

UNITED STATES OF AMERICA,

Plaintiff,
vs.

ROBERT LEON SMITH, III,

Defendant.
_____/

**ORDER STRIKING DEFENDANT SMITH'S MOTION TO WITHDRAW GUILTY PLEA**

This matter came before the Court on its own motion based upon Defendant Smith's Pro Se Motion to Withdraw his Guilty Plea [DE 457]. Local Rule 11.1(d)(4) of the Southern District of Florida provides, in relevant part:

> Whenever a party has appeared by attorney, the party cannot thereafter appear or act on the party's own behalf in the action or proceeding, or take any step therein, unless an order of substitution shall first have been made by the Court . . .

Defendant Smith is currently represented by M. Caroline McCrae, an Assistant Federal Public Defender. The Court has not entered an order either withdrawing Ms. McCrae's appearance or substituting Defendant for Ms. McCrae and allowing Defendant to once again represent himself. Therefore, Defendant Smith's filing on his own behalf is in violation of Local Rule 11.1(d)(4) and is due to be stricken. The Clerk is directed to show on the docket that [DE 457] is STRICKEN from the record.

Done and Ordered in Palm Beach County, Florida this 29th day of December, 2025.

KENNETH A. MARRA
United States District Judge