**ROBERT LEON SMITH III**
Reg. No. 91598-510
FDC Miami
FEDERAL DETENTION CENTER
P.O. BOX 019120
MIAMI, FL 33101

FILED BY ▕▔▏ D.C.

DEC 3 0 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA (WEST PALM BEACH)

| | |
|---|---|
| **ROBERT LEON SMITH III,** | Case Number: **9:23-cr-80211-KAM-1** |
| Defendant(s), | **NOTICE OF CLERK'S FAILURE TO FILE SUBMITTED DECLARATION/AFFIDAVIT IN SUPPORT OF DEFENDANT SMITH'S MOTION TO WITHDRAW GUILTY PLEA PURSUANT TO FED. R. CRIM. P. 11(d)(2)(B)** |
| vs. | |
| **UNITED STATES OF AMERICA,** | |
| Plaintiff(s). | |

**COMES NOW**, the Defendant, Robert Leon Smith III, respectfully submits this Notice to advise the Court that a motion tendered for filing was not docketed by the Clerk of Court despite timely submission.

On **December 21, 2025,** Defendant Smith submitted:

1) **DEFENDANT SMITH'S MOTION TO WITHDRAW GUILTY PLEA PURSUANT TO FED. R. CRIM. P. 11(d)(2)(B) and**

2) **DECLARATION/AFFIDAVIT IN SUPPORT OF DEFENDANT SMITH'S MOTION TO WITHDRAW GUILTY PLEA PURSUANT TO FED. R. CRIM. P. 11(d)(2)(B),** for filing in this case via U.S. Mail. **See, Appendix A.**

1. The submission complied with the Federal Rules of Criminal Procedure.
2. The **DEFENDANT SMITH'S MOTION TO WITHDRAW GUILTY PLEA PURSUANT TO FED. R. CRIM. P. 11(d)(2)(B),** was filed and appears on Docket No.:

| 12/23/2025 | 457 | MOTION to Withdraw Plea of Guilty by Robert Leon Smith III. (drz) (Entered: 12/23/2025) |

3. However, despite timely submission, the **DECLARATION/AFFIDAVIT IN SUPPORT OF DEFENDANT SMITH'S MOTION TO WITHDRAW GUILTY PLEA PURSUANT TO FED. R. CRIM. P. 11(d)(2)(B)** was **not filed or docketed**, and Defendant Smith has received **no explanation or an informal rejection without judicial order**.
4. Defendant has no authority to compel docketing absent judicial intervention and files this Notice promptly upon learning the motion had not been entered on the docket.
5. The failure to docket the motion risks prejudice to Defendant Smith, including but not limited to missed deadlines, delayed adjudication, and impairment of appellate rights.

Defendant Smith submits this Notice solely to preserve the record and to permit the Court to exercise its supervisory authority over the Clerk's Office.

December 24, 2025

Respectfully submitted,

*/s/ Robert Leon Smith*
**ROBERT LEON SMITH III**
Reg. No. 91598-510
FDC Miami/FEDERAL
DETENTION CENTER
P.O. BOX 019120
MIAMI, FL   33101

## CERTIFICATE OF SERVICE

I, **Robert Leon Smith III,** Reg. No. 91598-510, hereby certify that I have served a true and correct copy of:

**NOTICE OF CLERK'S FAILURE TO FILE SUBMITTED MOTION**

[which is considered filed/served at the moment it was delivered to prison authorities for mailing as provided for in Houston v. Lack, 487 U.S. 266, 101 complete copy of the above-described materials in a sealed envelope affixed with the appropriate pre-paid first-class United States postage:

**Florida Southern District Court - Miami, FL**
**301 North Miami Avenue**
**Miami, FL 33128**

and deposited same with prison officials here at:

**FDC Miami**
**FEDERAL DETENTION CENTER**
**P.O. BOX 019120**
**MIAMI, FL   33101**

Pursuant to Title 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

December 24, 2025

*[signature]*

**Robert Leon Smith III**
Reg. No. 91598-510
FDC Miami
FEDERAL DETENTION CENTER
P.O. BOX 019120
MIAMI, FL   33101

NOTICE OF CLERK'S FAILURE TO FILE SUBMITTED DECLARATION/AFFIDAVIT IN SUPPORT OF DEFENDANT SMITH'S MOTION TO WITHDRAW GUILTY PLEA PURSUANT TO FED. R. CRIM. P. 11(d)(2)(B)

# APPENDIX A

**NOTICE OF CLERK'S FAILURE TO FILE SUBMITTED DECLARATION/AFFIDAVIT IN SUPPORT OF DEFENDANT SMITH'S MOTION TO WITHDRAW GUILTY PLEA PURSUANT TO FED. R. CRIM. P. 11(d)(2)(B)**



FROM: Robert Leon Smith # 91548-510
FDC Miami
Federal Detention Center
PO Box 019120
Miami, Florida 33101

TO: US District Court
Southern District of Florida
301 North Miami Avenue
Miami, Florida 33128

Robert Leon Smith III
Reg. No. 91598-510
FDC Miami
FEDERAL DETENTION
CENTER
PO BOX 019120
Miami, Florida 33101



9589 0710 5270 2573 2952 00





33128

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
SPOKANE, WA 99207
DEC 24, 2025

**$7.47**

S2322W502044-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
FLORIDA
301 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128

REC'D BY_____ D.C.
DEC 3 0 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI