UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80211-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEON SMITH III,

    Defendant.
_____/

**UNOPPOSED MOTION TO FILE FORENSIC
EXAMINATION REPORT PERMANENTLY UNDER SEAL**

    The Defendant, Robert Leon Smith, III, through undersigned counsel, hereby files this motion to file forensic examination report under seal, and in support thereof, states:

    1.    The parties have obtained a forensic examination report from Dr. Colet opining regarding Mr. Smith's competency to proceed. The parties wish to submit this report for the Court's consideration so that the Court can make a determination regarding Mr. Smith's competency. The report contains extensive information regarding Mr. Smith's mental health and other sensitive personal information. Accordingly, Mr. Smith requests permission to file this report permanently under seal.

    2.    The undersigned has conferred with Assistant United States Attorney Owen Dunn who has advised the Government does not oppose this request.

Wherefore, Mr. Smith, through undersigned counsel, hereby requests approval to file a copy of Dr. Colet's forensic examination report permanently under seal.

                Respectfully submitted,

                HECTOR DOPICO
                FEDERAL PUBLIC DEFENDER

                By: *s/M.Caroline McCrae*
                M. Caroline McCrae
                Assistant Federal Public Defender
                Attorney for Defendant
                Florida Bar No. 72164
                250 S Australian Avenue, Suite 400
                West Palm Beach, Florida 33401
                (561) 833-6288 - Telephone
                *caroline_mccrae@fd.org* – Email

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                *s/M. Caroline McCrae*
                M. Caroline McCrae