To Whom It May Concern,

My name is Courtney Janoe, and I am writing this letter on behalf of Bobby. I have known Bobby on a very personal level for the past several years, and during that time I have witnessed the kind of man he truly is.

Over the years, I have watched Bobby endure a great deal in his life, yet through it all he has consistently put others before himself. He is one of the most kind, caring, and selfless individuals I have ever known. Bobby has always been the type of person who shows up for the people around him, whether they are family, friends, or members of his community.

What stands out to me most about Bobby is the way he has dedicated his life to his children. Many fathers only see their children occasionally, but Bobby has been there for his two sons every step of the way. He has raised them with love, commitment, and guidance, and his role as a father has always been one of the most important parts of his life.

In all the time I have known him, Bobby has been someone whose word means everything. He is dependable, compassionate, and always willing to help others. I have personally seen him give back to his community many times, often without expecting anything in return.

Bobby is now 50 years old and, to my knowledge, had never been in trouble before this situation. That alone speaks volumes about the life he has lived and the character he has demonstrated for decades.

Like any person, Bobby is not perfect, and he would be the first to admit that mistakes were made. However, I truly believe that those mistakes do not define who he is as a man. I respectfully ask that the Court consider the full picture of who Bobby is as a person — a devoted father, a caring member of his community, and a man who has spent most of his life doing the right thing and supporting those around him.

Thank you for taking the time to read my letter and consider my perspective.

Respectfully,

Courtney Janoe