UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-CR-80211-KAM

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

ROBERT LEON SMITH, III,

     Defendant.

_____/

**DEFENDANT'S PSI OBJECTIONS**

The defendant, Robert Leon Smith, III, through counsel, respectfully files these objections to his presentence investigation report ("PSI") pursuant to Rule 32(f) of the Federal Rules of Criminal Procedure and the Due Process Clause of the United States Constitution, and in support thereof, states:

"If the defendant challenges factual statements in the PSI, the government is required to support its PSI statements by some reliable substantiation that is satisfactory to convince the sentencing court that the truth of the PSI statement is not unlikely." *Id*. (internal citations omitted). Under Rule 32(i)(3)(B) of the Federal Rules of Criminal Procedure, where the defendant disputes a factual matter in the PSI, the sentencing court must "rule on the dispute or determine that a ruling is unnecessary either because the matter will not affect sentencing, or because the court will not consider the matter in sentencing." FED. R. CRIM. P. 32(i)(3)(B).  If a party fails to object to allegations of fact in a PSI, then the party admits those facts for

sentencing purposes. *United States v. Beckles*, 565 F.3d 832, 844 (11th Cir. 2009).

Mr. Smith has filed a motion to withdraw his guilty plea in this case. (DE 429). He understands that his motion has been denied. (DE 445). However, he maintains his innocence on the allegations charged in this case and alleged as offense conduct in the PSI. (DE 374: ¶¶18, 58-64, 70-73). Mr. Smith recognizes that the Court can rely on the trial testimony to resolve these factual disputes. However, to preserve further review of his request to withdraw his guilty plea, he objects to PSI's assertions of his guilt.

Wherefore, Mr. Smith, through undersigned counsel, asks this Court to sustain these objections to his PSI and instruct United States Probation to update his PSI accordingly.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By: *s/M. Caroline McCrae*
Caroline McCrae
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 72164
250 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
*Caroline_mccrae@fd.org* - Email

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 24, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/M. Caroline McCrae*
M. Caroline McCrae